GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE BOYD, et al., | CASE NO. |
| Petitioners, | **DECLARATION OF JOSHUA LIPSHUTZ IN SUPPORT OF RESPONDENT DOORDASH, INC.'S NOTICE OF REMOVAL** |
| v. | |
| DOORDASH, INC., | [Removal from Superior Court of California, County of San Francisco, Case No. CPF-19-516930] |
| Respondent. | |
| | Action Filed:  November 19, 2019 |

I, Joshua Lipshutz, certify and declare as follows:

1.      I am an attorney admitted to practice law before this Court and all of the Courts of the State of California.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Respondent DoorDash, Inc. ("DoorDash") in the above-captioned action.  I offer this declaration in support of DoorDash's Notice of Removal of the instant action from the California Superior Court, City and County of San Francisco, to the United States District Court for the Northern District of California.   I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

1.      Attached hereto as **Exhibit A** is a true and correct copy of the Docket Sheet in Case No. CPF-19-516930.

2.      Attached hereto as **Exhibit B** is a true and correct copy of the Summons served on DoorDash on November 19, 2019.

3.      Attached hereto as **Exhibit C** is a true and correct copy of the Petition to Compel Arbitration, served on DoorDash on November 19, 2019.

4.      Attached hereto as **Exhibit D** is a true and correct copy of the Civil Case Cover Sheet, filed by Petitioners in the Superior Court, City and County of San Francisco, on November 19, 2019.

5.      Attached hereto as **Exhibit E** is a true and correct copy of the November 19, 2019 Proof of Service of Process of the Summons and Complaint of the above-captioned action.

6.      Attached hereto as **Exhibit F** is a true and correct copy of the *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause, filed by Petitioners in the Superior Court, City and County of San Francisco, on November 19, 2019.

7.      In accordance with 28 U.S.C. § 1446(a), Exhibits A through F include "all process, pleadings and orders served upon" the DoorDash in this action.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an arbitration demand filed with the American Arbitration Association ("AAA") by Petitioner Felipe Rosas.

9.      Attached hereto as **Exhibit H** is a true and correct copy of an arbitration demand filed with AAA by Petitioner Kaneisha Grim.

10.     Attached hereto as **Exhibit I** is a true and correct copy of an arbitration demand filed with AAA by Petitioner Irwin Allen.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 20th day of November, 2019, in Washington, DC.

*/s/ Joshua Lipshutz*
Joshua Lipshutz

Attorney for Defendant DOORDASH, INC.

# EXHIBIT A

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CPF19516930
Title: CHRISTINE BOYD VS. DOORDASH, INC.
Cause of Action: PETITION RE: ARBITRATION (PETITION TO COMPEL ARBITRATION AWARD)
Generated: 2019-11-20 8:53 am

**Register of Actions**      **Parties**      **Attorneys**      **Calendar**      **Payments**      **Documents**

Please Note: The "View" document links on this web page are valid until 9:03:09 am
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

# Register of Actions

Show 10 ▼ entries                                                                               Search: [_____]

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| 2019-11-19 | DECLARATION OF ASHLEY KELLER IN SUPPORT OF PETITION TO COMPEL ARBITRATION FILED BY PLAINTIFF BOYD, CHRISTINE | | |
| 2019-11-19 | PETITION TO CONFIRM ARBITRATION AWARD FILED BY PETITIONER BOYD, CHRISTINE AS TO RESPONDENT DOORDASH, INC. SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | | $450.00 |

Showing 1 to 2 of 2 entries                                                            Previous   1   Next

# EXHIBIT B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td></td><td><b>FOR COURT USE ONLY</b><br><i>(SOLO PARA USO DE LA CORTE)</i></td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DoorDash, Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CHRISTINE BOYD; ALI ABBAS;  ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: *(Número del Caso):* |
|---|---|
| *(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Francisco,<br>Civic Center Courthouse,<br>400 McAllister Street, CA 94102 | **CPF-19-516930** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
*Justin Griffin, SB# 234675, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017, 213-443-3000.*

| DATE:<br>*(Fecha)* | **NOV 1 9 2019** | **CLERK OF THE COURT** | Clerk, by<br>*(Secretario)* | DE LA VEGA-NAVARRO, Rossaly | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario  Proof of Service of Summons, (POS-010).)*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

COPY  FAXED



SUM-200(A)

| SHORT TITLE:  Christine Boyd, et al. v. DoorDash, Inc. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[X] Plaintiff      [ ] Defendant      [ ] Cross-Complainant      [ ] Cross-Defendant

See Attachment A

Page  2  of  24

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

# ATTACHMENT A

TREVON ABBASI; FERYAL ABBOODI; JENIN ABDELJABBAR; BASEM JAMAL ABDELKHALEQ; TEVIN ABDESSIAN; STEPHEN ABDOU; BAKIR ABDULJABBAR; MEDINA ABDULLAH; SAMUEL ABELS; SHARAREH ABHARI; YERZHAN ABILDIN; ASHLEY ABNEY; TERRELL ABRAMS; SANDRA ABUNDIS; SIMON ACHVAN; LUIS ACOSTA; ANGELA ADAMS; CHRISTOPHER ADAMS; THOMAS ADAMS; TONY ADAMS; TREVON ADAMS; ADESOLA ADEOGUN; ERICSON ADINIG; ANDREW AFIA; WILARD AGDEPPA; LANITA AGEE; EHDA AGHA MOHYALDIN; ROBERT AGOZINO; AARON AGUILAR; AMBER AGUILAR; JOSE AGUILAR; JULIE AGUILAR; STEPHANIE AGUILAR; SUSANA AGUILAR; LIZBETH AGUNDEZ; PATRICK AHERN; SHAHAB AHMADPANAH; FILSUN AHMED; MEREDITH AIMONE; PAULINE AJAYI; AUJHANA AKINS; DONNETTA AKINS; MAHMOOD AL GHAZAWI; OMER AL MASHAHEDAH; ROMAN AL; LANA ALANIZ; MARIA ALARCON; OMAR ALAYA; MAGDI ALBARTY; MUAYAD ALBAZIAN; VANICA ALBERT; ANDREW ALBRECHT; MAIA ALBRO; ELISSA ALCALA; ALEXANDER ALCARAZ; STEVE ALCAZAR; CHRISTOPHER ALEJO; NEHEMIAS ALEMAN; SAUL ALEMAN; JACOB ALESNA; CALONDRA ALEXANDER; JENNIFER ALEXANDER; JOEL ALEXANDER; KAYLAH ALEXANDER; MARLA ALEXANDER; RUDOLPH ALEXANDER; ROY ALFAJORA; ALEX ALFARAS; DENNY ALFARO; ELIZABETH ALFARO; RAMON ALFARO; SHANNON ALFARO; AMANDA ALFRED; JOSEPH ALFRESCO; SAM ALHADDADEN; DUAA ALHAJRI; MOHAMMED ALIA; BERMUDEZ ALICIA; IRWIN ALLEN; MICHAEL ALLEN; MONIQUE ALLEN; RENEE ALLEN; TIMEKA ALLEN; ALEXANDRIA ALLGOOD; MELISSA ALMARAZ; YOUSEF ALMASRI; HAYDAR ALMAYALEE; ELIZABETH ALMENDAREZ; AMMAR ALSHAWOSH; DIEGO ALTAMIRANO; MALCOLM ALUGAS; FRANCISCO ALVARADO; VICTORIA ALVARADO; ADRIAN ALVAREZ; JEAN ALVAREZ; LILIA ALVAREZ; MARISELA ALVAREZ; MILLY ALVAREZ; MICHAEL ALVARIZARES; JUSTIN AMADOR; MARYAMAWEET AMARE; RICHARD AMARO; INGRID AMAYA; NORA AMERICANO; RUDY AMESQUITA; AHSSANULLAH AMINYAR; JOSARA AMMANN; RACHAEL AMOAH; FRANCISCO ANAYA; ISAAC ANAYA; ROMUALDO ANAYA; ASHLEY ANDERSON; CASHLEY ANDERSON; CHARLES ANDERSON; DAVID ANDERSON; DESIREE ANDERSON; FRANCIS ANDERSON; JOHN ANDERSON; JONATHAN ANDERSON; JULIA ANDERSON; KAI ANDERSON; MICHAEL ANDERSON; SHAWN ANDERSON; VICTORIA ANDERSON; YAMILB ANDERSON; SHAYNA ANDERSON-SCHMIDT; SHAWNA ANDINO; JARED ANDRADE; KEVIN ANDRADE; ROBERT ANDRADE; RAPHELLE ANDREWS; NADINE ANGUIANO; RICARDO ANTILLON; MASOUD ANWARY; ANNETTE APODACA; ANTIMONY APODACA; ARTHUR APPLING; JUSTIN AQUINO; EDGAR ARAMBULA; NICHOLAS ARANDA; JERROLD ARANGORIN; JUAN ARAUJO; KAYLEE ARAUJO; PABLO ARAUJO; MELISSA ARAYA; EVA ARCE; JAMES ARCE; ZAKARIA ARCHANE; VINCENT ARCHIE; JAN COLEEN ARCINAS; KRISTI ARD; MELISSA ARELLANO; LUIS ARENAS; ALICIA ARGUELLO; EDUARDO ARIAS; JAMES ARLOW; MANUEL ARMENTA; ISAAC ARMSTRONG; JEANETTE ARMSTRONG; LINDA ARMSTRONG; MICHAEL ARNETT; COREY ARNOLD; CALVIN AROMIN; DOMINIC ARREOLA; DANIELA ARREY; ALFRED ARRINGTON; STEVEN ARTIGA; GEORGE ARTOPE; MIGUEL ARVIZO; GLORIA ARZU; AKSEL ASADOURIAN; DEAN ASAMURA;

ARLETTE ASCENSO; BRIAN ASHE; BRIANNA ASHLEY; ROGER ASHTON; MICHAEL ASIS; MUH DARYOSH ASLAMI; TIMOTHY ASLAN; OMAR ASSAF; STEVEN ASSEF; TIMONA ASUEGA; DION ASUNCION; YORDAN ATANASOV; ROZA ATIKYAN; ALFRED ATKINS; LEANDRE ATKINS; ALEX ATTRILL; NATALIE AUBELE; AIDAN AUSTIN; RASHEETA AUSTIN; CHRISTINE AVELAR; MICAH AVERY; JESUS AVEYTIA; MARISSA AVILA METZ; DAWN AVILA; JARON AVILA; MONICA AVILA; EMANOEL AVRAHEM; NASSER AWAWDA; THEO AWDNG; WILLIAM AYDLETTE; ALESSANDRO AYER; JERIZA AYSON; AMIR AZARI; MELISSA AZEVEDO; NAVID AZIZI; PAUL AZZOLINA; MOHAMED BAAGHIL; DOMINIQUE BACA; BRIAN BACHAR; CHAD BACHMAN; HARMONY BACON; KATHY BADER; CHRISTIAN BAEZ; MAMIE BAGBY; LENA BAGWELL; JAVIER BAHAMONDE; EDON BAINVOLL; LAWRENCE BAISDEN II; LAQUANN BAKER; MARVIN BAKER; MEDINA BAKER; SCOTT BAKER; TOMMY BAKER; TRACY BAKER; GAGANDEEP BAL; KENNETH BALANON; JESSE BALDAIN; ROSARIO BALDERAS; VICENTE BALINTON; JENNIFER BALL; JORDAN BALL; CHRIS BALLARD; DAMEONN BALLARD; GLEN BALZA; ARCHANA BANDARU; JELANI BANDELE; JULIAN BANDERAS; GWENDOLYN BANKS; KAYLA BANKSTON; KATHARINE BANTIGUE; ROBERTO BAPTISTA; CHRYSTLE BARAJAS; DANIEL BARBA MORALES; MARCOS BARBA; ALICIA BARBEE; MICHAEL BARBER; MICHAELA BARBER; TANNER BARBER; CARLOS BARBOSA; PETER BARD; JESSICA BARFIELD; SONIA BARILLAS; BRIANA BARNES; KATELYNN BARNES; STEVE BARNES; CAMERON BARNETT; JAMES BARNETTE; TRINI BARON; JESUS BARRAGAN; CASSANDRA BARRANCO; ENRIQUE BARRERA; GABRIEL BARRERA; MONICA BARRERA; MONICA BARRERA; JA'MONTEYANNA BARRETT; ARIANA BARRIOS; REBECCA BARRON; VANESSA KAY BARRON; DONALD BARRY; JEFFREY BARTNEK; ISIAH BARTOLOME; TREVEON BASKIN; MOHAN BASNET; EVERETT BASS; OTIS BASSETT; BROOKE BASTIAANS; JARED BASTIAN; THALIA BATISTA; ARIUNSAIKHAN BATKHUYAG; RYAN BATORICK; LAUREN BATTAGLIA; THOMAS BATTAGLIA; AMRIT BATTH; AJANAI BATTLE; CRISTINA BAUTISA; CRISTIAN MERRY BAUTISTA; STEVEN BAVIN; DERRICK BAXTER; KIMBERLY BAYARDO; VERTIS BAYNE; JASON BEADLE; JOHNNY BEARD; CHRISTOPHER BEARDEN; PATRICIA BEARDSLEY; GARINER BEASLEY; JONATHAN BEASLEY; REGINA BEASLEY; JENNA BEATON; RODRICK BEAVERS; LUANA BEAVERS-DELOACH; KAREN BECCAR; JEREMIAH BECK; ZACKARY BECKER; DANNY BEDFORD; TONY BEDI; BENJAMIN BEERS; LAURIE BEHREND; DAOUD BEITUNI; MIKE BELARDES; ANNA BELIEL; BRIANNE BELL; HUNTER BELL; JARED BELL; TANISHA BELL; VINESHIA BELL; YVONNE BELL; MOUAADH BELLAL; CONNIE BELLMER; EMMANUEL BELLO; WENDY BELMONT; SABRINA BELMONTEZ; MIGUEL BELTRAN; HATEM BEN MILED; SARAJANE BENASSI; OLIVIA BENAVIDES; VAHAN BENDIAN; SIMONE BENECH; TASHALLA-LYNN BENFORD; ANDREA BENNETT; DOMINIQUE BENNETT; ENDIRA BENNETT; JACOB BENNETT; MARISSA BENNETT; MICHAEL BENNETT; SARA BENSON; ANDREI BERG; JAMES BERG; MATTHEW BERG; ALAYNA BERGMAN; FLOR BERMUDEZ; DESSA BERNABE; CHRISTIAN BERNARD; OSCAR DE JESUS BERNARDINO FLORES; SCOTT BERNAVE; ISHA BERRY; MICHAEL BERRY; RICHARD BERRY; SAMANTHA BERRY; VINCENT BERRY; RICHARD BERTHIL; JACK BESSIERE; SENECA BEVERLY; OZONE BHAGUAN; MUHAMMAD BHUTTA; JAMEE BIADORA; ANGELA BIBBS;

MICHAEL BICKHAM; TANIA BIELECKI; LAUREN BIGORNIA; JONATHAN BIRD; BOBBY BIRDI; ROBIN BIRDSONG VINCENT; JOSEPH BIRDSONG; JESSE BIRINGER; BRETT BIRMINGHAM; ARRICK BISCHOFBERGER; CODY BISHOP; NICHELE BISSETT; MIRHAD BJELEVAC; SAMANTHA BLACK; THERESA BLACK; CHRISTANYA BLACKMAN; SANDRA BLACKMON; KERRY BLACKMORE; NICHOLE BLACKWELL; STEPHEN BLAKE; SHAUWN BLAND; TROY BLANTON; JANETTE BLEVINS; TANYA BLUE; TATIANA BLUFORD; EMMETT BLUNT; JASON BLYSTON; NICHOLAS BOBER; JAKEH BODE; ALICIA BODWAY; RANDY BOEGLIN; NICHOLAS BOESCH; RICHARD BOGOLUB; GENEVIEVE BOHAN; RONE BOLES; ROSZONNE BOLTON; ALEXIA BOND; BARBARA BONDS; AUDREY BONGATO; CINTIA BONIFACIO; CARMENA BOONE; MARCUS BOONE; ERIC BOOTHE; LASHAY BOOZER; ALEJANDRO BOQUIREN; JASMYN BORDERS; SAMANTHA BORG; ROBERT BORJAS; ALICIA BORREGO; CAMILLE BORROMEO; PAUL BOSLEY-PITTMAN; DANIELLE BOSTIC; APRIL BOSWORTH; JOSH BOTELLO; CAMERON BOTHWELL; MONET BOUNTHON; NADRA BOURDI; MONIKA BOWERS; SHAQUISHA BOWERS; THEODORE BOWERS; CATHERINE BOYD; JONATHAN BOYD; ERIN BOYER; AMANDA BOYETT; JOHN BOYLE; ROBERT BOYLE; BENJAMIN BRADFORD; CARLOS BRADFORD; SAMANTHA BRADFORD; ANGELA BRADLEY; GARRETT BRADLEY; STEVIE BRADLEY; THOMAS BRAGER; JA'SAWN BRAGG; WILLIAM BRAJNIKOFF; REBEKAH BRANCH; YAQUII BRANCH; JONATHAN BRANNON; COREY BRANTLEY; TAMEKIA BRANTLEY; JODI BRAUND; GEORGINA BRAVO; JAYLEN BRENT; DESTINY BREWER; BRIAN BREWSTER; NAJA BRIDGEFORTH; GREG BRIDGEWATER; TAWANA BRIDGEWATER; VICTOR BRIFFA; JUSTIN BRIGGS; ANTHONY BRIGHT; DETRICK BRIGHT; MONIQUE BRIM; TANISHA BRINKLEY; ROSA A BRIONES; MIYAKO BRISKER; GERARDO BRITO; RICARDO BRITO-GONZALEZ; TRAVIS BRITTON; GAYLA BROOKINS; LATASHA BROOKS; OLIVIA BROOKS; PARADICE BROOKS; SHERIA BROOKS; TESS BROWDER; HENRY BROWN III; BARBARA BROWN; BRITANY BROWN; BRYSON BROWN; CHARLOTTE BROWN; CHERELE BROWN; COLLEEN BROWN; DOMINIQUE BROWN; DONNASIA BROWN; EARL BROWN; ELIJAH BROWN; HAROLD BROWN; HEATHER BROWN; JARRETT BROWN; KENON BROWN; KIMBERLY BROWN; KRISTINA BROWN; LATOYA BROWN; LAUREN BROWN; LORA BROWN; MARCELLES BROWN; MARGARET BROWN; MARTEZ BROWN; MICHAEL BROWN; MONIQUE BROWN; NATALIE BROWN; NIESHA BROWN; ROBYN BROWN; RODNEY BROWN; SABRINA BROWN; STEVEN BROWN; TONISHA BROWN; AZIZA BRUMFIELD; KATIE BRUNIUS; CARLTON BRUNNER; DUNCAN BRUNST; JULIA BRYAN; TERAN BRYAN-HOWELL; JANNET BRYANT; KEVIN BRYANT; KIMBRIELLE BRYANT; LAQUISHA BRYANT; LINDA BRYANT; ODEIRRE BRYANT; SHANTE BRYANT; GILBERTO BUENROSTRO; EBONE BUGGS; MICHAEL BUI; VU BUI; ELMER BUNGAY; GURGEN BUNIATYAN; MARISSA BURGESS; ALLISON BURKE; LAUREN BURKE; ANTHONY BURKS; ANITRA BURMEN; BERNADETTE BURNIAS; CANDICE BURNS; MATTHEW BURNS; TERRIA BURSEY; CODDIE BURTON; JALISA BURTON; ANNIE BUSHNELL; STEVEN BUSTAMANTE; ARETTA BUTLER; MARLOW BUTLER; DAVION BYRD BYRD; ROBERT BYRD; SHAWNA BYRD; CHRISTIAN CABANAYAN; AZEENITH CABANERO; JEWEL CABIGAS; BRE CABIN; SAUL CABRAL; TOMAS CABRAL; ABIGALI CABRERA; JORGE CACERES; CHLOE CALDASSO-SMITH; JOSE CALDERA;

ANTHONY CALDERON; EARLE CALDERON; MICHAEL CALDERON; JASMINE
CALDWELL; MIA CALDWELL; RICKY CALDWELL; ROCIO CALENDA; KENNETH
CALICDAN; TYLER CALLAHAN; KARINA CALLAHAND; CARDELL CALLOWAY;
JENNIFER CALTON; JOHN CALUCIN; DANICA CAMAGONG; SAMANTHA
CAMAIONI; DON CAMANAG; GABRIEL CAMBRON; REGINA CAMERON; ASHLEY
CAMILLUCCI; KEYLI CAMPBELL; KIEMARA CAMPBELL; CAROL CAMPO; ATHIANE
CAMPOS; CAROLINA CAMPOS; MELINA CAMPOS; ARTHUR CANALES; CASEY
CANALES; LAURA CANAS; OLIVER CANBAZOGLU; JC CANNEGIETER; KIERRA
CANNON; SEAN CANNON; CARLOS CANTON; FRANK CANTORAN; AMANDA
CANTRELL; KRISTY CANTRELL; MARK CAPACCIO; CHRIS CAPRON; LASHAY
CARADINE; GREG CARAMELLA; JOHN CARANDANG; PATRICK CARDEA; RYAN
CARDENAS; CHRISTOPHER CARDINELLI; AARON CARDOZA; VERONICA CARGILL;
JOSEPH CARINI; JESSICA CARMONA; MICHELLE CAROLAN; JIMMIE CARPENTER;
RON CARPENTER; RYAN CARPENTER; SAMANTHA CARPINTERO; VICTORIA
CARPIO; CAMERON CARR; CARRADINE CARR; JERRY CARR; LA QUESHA CARR;
ROXANNE CARR; VONDETRICK CARR; CYNTHIA CARRANZA; JONATHAN
CARRASCO; MATTHEW CARRELL; RYAN CARRETHERS; BRANDON CARRIER;
MICHAEL CARRIERI; SANDRA CARRIERI; LISA CARRILLO; JASMINE CARRION;
NANCY CARRION; TIMOTHY CARRIZALES; STEVEN CARROLL; RENE CARSON;
BRANDON CARTER; CRAIG CARTER; NATHANAEL CARTER; PAUL CARTER;
RONNIE CARTER; SHAWNICE CARTER; ANTHONY CARVER; ISABEL CASALES;
JANELL CASCIA; JUDY CASE; MARSHAL CASE; KYLE CASEY; ANDREW CASH;
ARIELLE CASILLAS; ADRIANA CASSELL; EMILY CASTANON; ALEXIS
CASTELLANOS; JUANCARLO CASTELLANOS; PETE CASTELLANOS; TERRENCE
CASTILLE; CARLOS CASTILLO; CAROLINE CASTILLO; LEON CASTILLO; SAMUEL
CASTILLO; MONTE CASTON; DANIEL CASTRO; ELYSE CASTRO; EVELYN CASTRO;
FERNANDO CASTRO; JORGE CASTRO; LINDA CASTRO; MARITZA CASTRO;
MONICE CASTRO; LALITA CASTRO-KINH; KELLIE CATENA; APRIL CAUDILLO;
ANGELA CAVINESS; JEAN CAYABYAB; REAGAN CECCARELLI; MIAJOY CEDENO;
JASON CELESTIAL; TAMIKA CENTERS; ADRIAN CERDA; LUCAS CESPEDES; LUIS
CHABLÉ; KIMBERLY CHADWICK; BRENDA CHAIREZ; EBONEE CHAMBERS; KALIA
CHAMBERS; PESACH CHANANIAH; ZACHARIAH CHANCE; GARY CHANDLER;
JASMINE CHANDRA; RONALD CHANDRA; LYNN CHANEY; DARWIN CHANG;
SHENG-YANG CHANG; ALLEN CHANNEL; SUSIE CHANPHENG; SERENA CHAPMAN;
ELIZABETH CHAPMAN-ARATA; CRYSTAL CHAPPEL; DRAKE CHAPUT; DANIELLE
CHARETTE; KAAJAL CHARITRA; NAOMI CHARLES; JALEN CHARLESON; SERGIO
CHAVEZ; TAMMI CHAVEZ; ANDY CHEA; ALISHA CHEESEBORO; JIN GUANG CHEN;
SHEILA CHENAULT; ALEXANDER CHERENKOV; JUDITH CHESSER; ALVIN
CHETTY; AARON CHEUNG; MOEUN CHHEANG; JASON CHIANG; ARINZE CHIDOM;
RAJAY CHILDS; SHEILA CHILDS; SRITEJA CHILLARIGE; CHIKEZIE CHIMA;
ALEXANDER CHIRISHYAN; JERMAINE CHISM; KRYSTAL CHITTY; RAYMOND CHO;
JOHN CHOE; LACHIA CHRISTIAN; SAMUEL CHRISTIAN; SAMANTHA
CHRISTIANSEN; SAIMAN CHU; AMINMORN CHUENGMANKONG; IKEM
CHUKWUDIFU; CAMERON CHUMBLEY; RICHARD CHUNG; LINDA CISCO; ARTURO
CISNEROS; RICARDO CISNEROS; BACONGO CISSE; TRISHA CLABORN; KIMBERLY
CLARK BURRELL; CONRAD CLARK; JOSHUA CLARK; MICHAEL CLARK; TANEIKA

CLARK; TERA CLARK; VIRGINIA CLARK; LESTER CLAROS; GIAN CLAUDIO; RICK CLAYTON; JESSICA CLEMENTS; KAREN CLEMENTS; JOVITA CLEMONS; JEANROBERT CLERVOIX; CHRISTOPHER CLEVELAND; ELLIOT CLEVELAND; JENNIFER CLIFTON; MIKAELA COBB; CHRISTOPHER CODILLA; MARCIE COE; DANNY COELLO; MARTIN COHEN; TANAE COLBERT; BREANNA COLEMAN; DESTINY COLEMAN; KRISTINE COLEMAN; LAKESHA COLEMAN; ZACHARY COLEMAN; ASHLEY COLGLAZIER; ANGELO COLLIER; AMBER COLLINS; SIMON COLLINS; STEVE COLLINS; TANYA COLLINS; TINA COLLINS; CELIA COLON; SANDRA COMBEE; CHRISTOPHER COMLY; MARVIN CONANT; ALEXIS CONCANNON; CLIFFORD CONDELLO; KARRIANN CONLEY; TAYLOR CONLEY; RYAN CONN; KODIAK CONRAD; MILES CONRAD; KRISHNA CONSTANCIO; ALEJANDRO CONTRERAS; EDDIE CONTRERAS; JENNIFER CONTRERAS; JORGE CONTRERAS; ROLANDO CONTRERAS; SHARON CONTRERAS; ALEX CONVERSE SR; CHASE CONVERSE; DEMESHA CONWAY; JONATHAN CONWAY; MALIK CONWAY; TAYLOR CONYERS; NICOLAS COOK LEON; JACQUEZ COOK; SANDY COOK; FERNANDO COOK-MORALES; JON COOLEY; APPLE COOPER; KELLI COOPER; MICHAEL COOPER; TRACY COOPER; MARTIN COPPA SR.; ANJELICA CORBETT; RONISHA CORBIN; CASSIDY CORBOLINE; CHRIS CORDINGLEY; DANA CORDOVA; JOHN CORDOVA; LORENA CORDOVA; VANESSA CORDOVA; CHERYL CORLL; MAYRA CORONA; TINA CORONA; SALLY CORONADO; DANIEL CORPUZ; NICOLAS CORRAL; EDMUNDO CORREA; TESSA CORREA; KEITH CORSI; MAYRA CORTES; RAMIRO CORTEZ ROMAN; ELLIE CORTEZ; FEISAL CORTEZ; MICHAEL CORTEZ; BIANCA CORTINAS; SHELIYA COSBY; STEPHANIE COSIO; MARK COSTELLO; SHARI COSTON; ANDREA COTA; RAYMOND COTA; LARRY COTTON JR; ANGELA COTTON; SANDRA COURTNEY-SIMS; LASHAE COUSIN; DOROTHY COUSINS; EMMA COUVILLION; MARIO COX; TASHA COX; ALEXIS COZZI; DIIYMILEA CRAFTON; IBOETE CRAIG; LISA CRAIN; FELICIA CRAPIA; OWEN CRAVER; CABONIA CRAWFORD; LEKEITRA CRAWFORD; JAWARA CRICHTON; ANGELA CRISWELL; DANIELLE CROCKER; CHELSEA CROIL; JAMES CROPPER; ERICKA CROSBY; VANESSA CROTEAU; JASMINE CROUCH; DESAMONA CROWDER; GRAYCE CROWDER; BRYNN CROWLEY; JASON CROWLEY; WESLEY CRUM; MERCEDES CRUMBY; ANA CRUZ; DIXIE CRUZ; JORGE CRUZ; MARIA CRUZ; JENNIFER CSISZAR; MANUEL CUENCA; MELANIE CUI; SHAYNE CUI; ASHLEE CUMMINGS; AARON CUMPTON; MARIA CUNANAN; KAREEM CUNNINGHAM; TERRA CUPP; BRANDON CUPPOLETTI; TINISHA CURLEY; DEJANA CURRY; WILLIAM CURRY; LATANYA CURTIS; STEPHANIE CURTIS; JAMIE CZELUSNIAK; JOSHUA CZUPOWSKI; KAREN DADALT; DILJOT DAISY; ALEXANDER DALE; CAITLIN DALTON; JOIA DANAI; VICTOR DANDRADE; JOSEPH DANGLER; EBONY DANIELS; EMMITT DANIELS; ERIKA DANIELS; KYESHA DANIELS; MICHALAY DANIELS; LORI DANIELSON; DANIEL DAVIDSON; FELIPE ROSAS; CAROLYN DAVIO; JOHNATHAN DAVIS II; JASON DAVIS JR; ADAM DAVIS; BRIELLE DAVIS; CAMERON DAVIS; CHARDANEY DAVIS; CHARRICE DAVIS; CHRISTINE DAVIS; CHRISTINE DAVIS; DANA DAVIS; DARREN DAVIS; DASIA DAVIS; DONYEA DAVIS; GABRIELLA DAVIS; JESSE DAVIS; JONATHAN DAVIS; KARRI DAVIS; LAKIESHA DAVIS; NATHANIEL DAVIS; RONNIE DAVIS; RYAN DAVIS; SHAUNDA DAVIS; VALERIE DAVIS; VICTORIA DAVIS; TADEH DAVTIAN; GUADALUPE DE ALBA;

CILIA DE ARAÚJO; MELISSA DE CASTRO; ROBERT L DE FRANCE JR; MANUEL DE GONZALO; LAVVED DARYLL DE GUZMAN; ROBERT DE LA CRUZ; MARCO DE LA LUZ; MARLON DE LA TORRE; MAYBETH DE LA TORRE; FREDDIE DE LEON; RICHARD DE LOS REYES; CHRISTINA DE PAZ; GREGORY DEAN; MATTHEW DEAN; TANGIE DEBERRY; FARID DEBIT; NICHOLAS DEBRITO; GRETA DEDMON; SHARON DEESE; JOSEPH DEGIROLAMO; IVAN DEJESUS JE; KAREN DEKRUIF; JAMES CARTER DEL ROSARIO; CYNTHIA DELA CRUZ; RHYAN DELA CRUZ; MICHAEL DELANEY; PETER DELATORRE; MY DELBRIDGE; JENNIFER DELEON; NICHOLAS DELEON; MARIO DELGADO JR; CHRISTOPHER DELGADO; PAM DELGADO; PEDRO DELGADO; EDELIZA DELOS SANTOS; ERIC DELRIO; KRISTINE DELROSARIO; ELIZABETH DELUCIA ROGERS; BENJAMIN DEMERS; MANUEL DEMPSEY; LIVINGSTON DENEGRE-VAUGHT; JIAHAO DENG; KYMBERLI DENNETT; JACQUELINE DENTON; CYNTHIA DERITA; RYAN DESCHAINE; DANIEL DESMOND; JAYANTH DEV; ANTHONY JAMES DEVIEW; CAMERON DEVORE; CHRISTINE DEVORE; LISA DEWITT; ARA DEYLAN; ARIS DEYLAN; GURJOT SINGH DHALIWAL; ANGI DIAMOND; ALVERA DIAS; ALEJANDRO DIAZ; ALFREDO DIAZ; ALYSSA DIAZ; ELIANA DIAZ; JOANNE DIAZ; LUIS DIAZ; OLIVIA DIAZ; CASSIDY DICK; DYLAN DICKERSON; JAMES DICKERSON; BREANNA DICKINSON; BRITTANY DICKINSON; CHRISTOPHER DIEGO; KATIE DIETERLY; JABULANI DILL; DARBI DILLON; TAYLOR DILLON; CHERIKA DILWORTH; DEVONTAY DIMERY; IRVIN DINA; SON DINH; HALEY DIPALMA; KASCIMA DIRIENZO; WILLIAM DISKIN; ALEX DISTEFANO; NICOLE DIXON; TIMOTHY DIXON; SAM DLUZAK; JASON DOAN; LESLEY DOAN; DEREK DODGE; JENNIFER DOKEY; MICHELLE DOMINGUEZ; VERONICA DOMINGUEZ; WILLIAM DONALDSON; CONSTANTINO DONDIEGO; GIAO DONG; JOHN DORAN; JAMES DORANTES; DON DORIA; JULIE DORMIRE; SHAWN DORMISHIAN; YVONNE DORSEY; AUBREY DOUGLAS; CHRIS DOUGLAS; KENNETH DOUGLAS; TAEJANE DOWNS; PAUL DOXIE; SHAYLYNN DOXIE; JODI DRAEGER; TAMMY DRAPER; NATASHA DREW; YURIY DROBENYUK; JOHNATHAN DUARTE; RYAN DUCUSIN; DOMINIC DUFOUR; BRANDON DUNCAN; MASON DUNCAN; KELLY DUNN; MICHAEL DUNN; KATARINE DUNNING; NGHIA NHAN DUONG; DEMETRIUS DUPREE; MEGAN DURAN; STEPHANIE DURAN; HUNTER DURAND; RYAN DURELL; SHAY DURISSEAU; KYLE DURNFORD; STEPHANN DURR; SHOBNI DUTT; LAUREN EACH; SHANALL EADDY; JAJUAN EARL; CHRISTOPHER EARL-ROCKEFELLER; LESLY EARNEST; JANICE EASON; SHANTELLE EASTER; RYAN EATON; DESTINY ECHOLS; ALEX ECK; CASSANDRA EDILLORAN; SHERRY EDLUND; VIOLET EDMUNDS; BRANDAN EDWARDS; CEDRIC EDWARDS; MATTHEW EDWARDS; TAJA EDWARDS; VANESSA EDWARDS; IGOR EFIMOV; TATIANA EFIMOVA; ETHAN EICH; DAVID EISENBART; ROBIN EISMAN; AKRAM EISSA; LA'RHONDA ELAM; MISTY ELDER; BIANCA ELEAZAR; EMMANUEL ELENDU; RAAFAT ELHENAWY; DEMETRIUS ELKINS; DESTINY ELLINGBERG; LAKITA ELLIOTT; CHRISTIAN ELLIS; DERRICK ELLIS; JACOB ELLIS; KIMBERLY ELLIS; AHMED ELMEHEY; AHMED ELSHARKAWY; HEATHER ELVIN; PAUL ELZIE; JERELL ENCALADE; CASAUNDRA ENDRES; MICHELLE ENGEBRETSON; SAMANTHA ENGLAND; VICTORIA ENGLAND; RANDY ENGLEKIRK; VERONICA ERAZO; DAVID ERICKSON; LAWRENCE ERISPE; ANGELICA ESCAMILLA; AMANDA ESCOBAR; GIOVANNI ESCOBAR; LORENA ESCOBAR; NANCY ESCOBAR; ROBERT

ESCOBAR; JESSICA ESCOBEDO; BIANCA ESCORCIO; MASOOMEH
ESHRAGHINOMANDAN; BESHOY ESKAROUS; MICAELA ESPARZA; RALPH
ESPARZA; ERIKA ESPERICUETA; JULIO ESPINO; ALINA ESPINOSA; FRANK
ESPINOZA; JOSEPHINA ESPINOZA; NEPTALY ESPINOZA; RODRIGO ESPINOZA;
LAUREN ESQUER; MAYRA ESQUIVEL; BOB ESTEFANI; JAVIER ESTRADA; JULISA
ESTRADA; LINDA ESTRADA; SELENA ESTRADA; MELE ETEAKI; SASHA ETHRIDGE;
BRANDI EUBANK; MICHAEL EUBANK; IRMA EUBANKS; HYOMI EUM; KAIRO
EVANS; KIMBERLY EVANS; MICHELLE EVANS; NICOLE EVANS; TIM EVANS;
THOMAS EVANSSAINE; JAMES EWING; SARAH EWING; MICHELLE FACIONES;
EMILY FAHEY; KARIEM FAHMY; ANTHONY FAIRBANKS; VANESSA FALCAO;
RICHARD FALCON; COLETON FALKE; LETICIA FALLA; JAMES FARAG; ZAKIYA
FARD; MAGDY FARID; STEPHANIE FARIN; DUSTAN FARR; FIONA FARRELL;
KHAMILLE FARRIS; ARVIN FARZANEGAN; KAVEH FATA; FARZAD FAZEL;
RACHEL FEDDEN; EVELLE FEJERAN; RHONDA FELIX; EDSON FERNANDES;
JOSEPH FERNANDES; CAMERON FERNANDEZ; DARIO FERNANDEZ; DEXTER
FERNANDEZ; FARO FERNANDEZ; GABRIEL FERNANDEZ; JENNIFER FERNANDEZ;
MIKE FERNANDEZ; TAISA FERNANDEZ; MARIA FERRER; JASSICA FETUU; AMBER
FIELDS; DONYAE FIELDS; LEATRICIA FIELDS; TOMICA FIELDS; TORRIN FIELDS;
CHRISTOPHER FIGUEROA; MAXIMO FILIPPINI; AUDRA FILLION-ALBERT; SILAS
FINCH; JOSEPH FINCHER; SHAWNA FINK; TIFFANY FINNEY; JESSICA FISHER;
WAKEEIA FITZGERALD; BRIANNA FLEMING; ATLEY FLENNER; CHERYL
FLETCHER ZARICH; NALANI FLINT; RUSSELL FLISK; ALEXIS FLORES; AMANDA
FLORES; BEN FLORES; EDGAR FLORES; EDGAR FLORES; GLORIA FLORES; JACOB
FLORES; LIUIS FLORES; MARISSA FLORES; MATTHEW FLORES; PAOLA FLORES;
RANDY FLORES; ROGER FLORES; SONYA FLORES; STEPHAN FLORES; SHEA
FLORESESPINDOLA; MAXIMUM FLOURNOY; LUDLOW FLOWER IV; ALISSA
FLOYD; JENISE FLOYD; RUDDIE FLOYD; JEREMY FODOR; MAIA FOELSCH; JACLYN
FOGLE; TUESDAY FOMAN; ADRIAN FONDA; BRITTNEY FONSECA; SHEILA
FONSECA; ANDREA FOPPIANO; CONNOR FORBES; ONTEIRO FORD; STEVEN FORD;
STAR FOREMAN; TINA FORTE; ANTOINE FOSTER; MIKE FOSTER; YOUSEF
FOTOVAT; AUGUST FOUCAULT; AMBER FOWLER; DEVYN FOWLER; ASHLEY
FRAME; SURINITY FRANCIS; YVONNA FRANCIS; RAMON FRANCO JR; GEDDY
FRANCO; JOSEPH FRANCO; CHRIS FRANKLIN; SHETARA FRANKLIN; JANAE
FRAZIER; TIERRA FRAZIER; RENEE FREDERICKSEN; ALICIA FREEMAN; SAMUEL
FREEMAN; RICKELLE FREENY; CALVIN FREER; RASHAD FRENCH; ALEXIS FRIAS;
KAITLYN FRITH; ALEC FROST; AMIR FROZANO; SHERYL FRY; ROBERT FRYE;
CHRISTINA FUCHS; JED FUCHS; BERNARDO FUENTES; MARK FUENTES; CLARISSA
FULLER; MICHAEL FULLER; ALLYSSIA FUNICELLIO; LASHANTA FURNACE; TYLER
FURUSHO; WADE FUSSNER; MARIANA G LEAL; SONIA G MCCORMACK; WALID
GAD; ARJUN GADKARI; BRIANNA GAETA; HECTOR GAGLIARDI; LISA GAILEY;
BRIANA GAINES; MICHAEL GAITHER; TROY GALA; JESSICA GALDAMEZ; KAITLIN
GALE; STEPHANIE GALICIA; ELIANA GALINDO; MELODY GALIZADEH; HAYLEY
GALLAGHER; SEAN MICHAEL GALLAGHER; RICHARD GALLARDO; SONIA
GALLEGOS; IRMA GALLO; BRYAN GALVAN; HEATHER GALVAN; MUNKHBOLD
GANBOLD; RENA GANT; ANTONIQUE GANTT; ALISA GARBER; ALEXANDER
GARCIA; ALONDRA GARCIA; AMADO GARCIA; CRISTINA GARCIA; DANIEL

GARCIA; EFRAIN GARCIA; GEORGE GARCIA; ISSAC GARCIA; JIMMY-EUGENE
GARCIA; JOHN GARCIA; JONATHAN GARCIA; LUIS GARCIA; MAKAELA GARCIA;
MARC GARCIA; MARCUS GARCIA; MELANIE GARCIA; MELODY GARCIA; NATALIA
GARCIA; ROCIO GARCIA; SAMUEL GARCIA; SAUL GARCIA; VASTI GARCIA;
VICTORIA GARCIA; YVONNE GARCIA; ZEIDA GARCIA; ALEX GARCIA-ROBLES;
CHRISTOPHER GARDNER; DAVID GARDNER; KIMBERLY GARNER JONES;
KASHINA GARNER; JENNIFER GARNICA; ERICK GARRETT; SAVANNAH GARY;
BRITTNEY GARZA; MITCHELL GASKEY; NICKOLAS GATES; ROBIN GATES;
NAILAH GATEWOOD; RONALD GATEWOOD; GINNY GAUCHER; CHIRANJIBI
GAUTAM; GILBERT GAW; MARCUS GAY; TANYA GAYLOR; KARI GAYLORD;
NATHAN GAYTAN; MARISSA GAZCON; ASGEDOM GEBRE; CALEB GEBREWOLD;
ALEX GEORGE; CHERELLE GERRALD; COLE GERSON; ALEXANDER GETTLIN;
GHIASS GHAUSS; SHAHIN GHAZIASKAR; HOSSEIN GHAZIPOUR; SAMILA
GHOMESHI; ASHLEY GIBBS; DONALD GIDDINGS; JULIAN GIGOLASANVANSAN;
RYAN GIGUERE; ALICIA GILBERT; KAILANI GILBUENA; OWEN GILCHRIST;
BRENDA GILES; DANIEL GIL-FERNANDEZ; ASHLYN GILKEY; KRISTY GILL;
MICHELLE GILL; MEGAN GILLETTE-MCCARTHY; GARY GILROY; PATRICIA
GIMLEN; LISA GIORDANELLI; TAYRON GIOVANI; JASMIN GIPOLAN; MIANI GIRON;
NICHOLAS GIZDICH; SAMANTHA GJERDE; VIVIANA GLAPA; CHARLOTTE GLASS;
JORGE GODINEZ; ALLAN GODOY; JESSICA GODOY; BENNETT GOERTZ; MARTIN
GOES; GREGORY GOFF; KEVIN GOLCHIN; ANDREW GOLDENBERG; SHEYLA
GOMEZ LESSIUR; ALMA GOMEZ MARQUEZ; CORNELIO GOMEZ; DANIEL GOMEZ;
DANIEL GOMEZ; DEIDRA GOMEZ; FEDERICO GOMEZ; GILBERTO GOMEZ;
MERCEDES GOMEZ; NICOLE GOMEZ; RAUL GOMEZ; VICTOR GOMEZ; SONYA
GONCHARENKO; SHAWN GONEZ; AARON GONZALES; GREGORIO GONZALES;
JESSICA GONZALES; JOE GONZALES; ROBERT GONZALES; ANDRES GONZALEZ;
BRYAN GONZALEZ; CESAR GONZALEZ; CHRISTIAN GONZALEZ; CYNTHIA
GONZALEZ; DAVID GONZALEZ; DELANNA GONZALEZ; DIANA GONZALEZ;
ENRIQUE GONZALEZ; FRANCISCO GONZALEZ; GERALD GONZALEZ; HECTOR
GONZALEZ; ISABEL GONZALEZ; ISRAEL GONZALEZ; JACOB GONZALEZ;
MARCELO GONZALEZ; MARIACRUZ GONZALEZ; MAURO GONZALEZ; MEGAN
GONZALEZ; MONSERRAT GONZALEZ; PAUL GONZALEZ; CAITLYN GONZALEZ-
SAINZ; NICOLE GOODAN; SHAHIN GOODARZI; CASEY GOODMAN; DENISE
GORDON; SABRINA GORDON; TIMOTHY GORDON; DANIEL GORMAN; MARIANNE
GORSICH; ELIZABETH GOSA; GUY GOTTLIEB; CONOR GOULART; JORDAN
GOVORKO; SEENA GOWA; NICK GRAFF; HAYLEE GRAHAM; LYLE GRAHAM; ERIK
GRANADOS; BILLY GRANDY; ANDREW GRANILLO; DEVIN GRANT; LANESHA
GRANT; ANTHONY GRAY; BOBBY GRAY; TYRONE GRAY; VANESSA GRAY;
XAUDIA GRAY; JUSTIN GRAZE; KIMBERLY GREANEY; BRANDON GRECO; TINA
GRECO; ADAM GREEN; DANTE GREEN; JAMES GREEN; AJA GREENE; ANDRE
GREENE; DANIELLE GREENE; LAYLA GREENE; YAVAUNNE GREENWOOD;
MELINA GREGORIO; AMANDEEP GREWAL; GULAL GREWAL; LATASHA GRIDER;
LANORA GRIFFIN; KANEISHA GRIM; JASMINE GRISBY; WILLIAM GRISWOLD;
WESLEY GRIZZELLE; BENJAMIN GROVE; STEPHANIE GROVER; ADAM GRUBER;
JEANNIE GRUMMITT; ARYN GRUSIN; AARON GUARDADO; ELLEN GUDINO; SHANE
GUENTHER; IRENE GUERRA; ISAAC GUERRERO; JASON GUERRERO; KEVIN GUILD;

DANIELA GUILLEN; GILBERTO GUILLEN; RICK GUILLEN; JAKE GUINN; REBECCA
GULLETT; DUSHAWN GULLEY; DAVID GULLIFORD; ANDREW GULMATICO;
SHAMEEKA GULTRY; YIQUAN GUO; RAJESH GUPTA; KUMAR GURUNG; ANAIS
GUTIERREZ; ANTONIO GUTIERREZ; CHRISTIAN GUTIERREZ; ELIJAH GUTIERREZ;
JORGE GUTIERREZ; JOSE GUTIERREZ; MATEO GUTIERREZ; OMAR GUTIERREZ;
RICKY GUTIERREZ; ROSARIO A GUTIÉRREZ; JESSE GUTTERMAN; MARTHA
GUTTIERREZ; EMILIANO GUZMAN; MARK GUZMAN; RIGOBERTO GUZMAN;
STEPHANIE GUZMAN-FERRAN; AUSTIN HA; DAT HA; JASHAWNAH HA; THUHAN
HA; ALEXUS HADNOT; IRLANDA HADNOT; CHARLES HAFRON; KIM HAGEL;
LAURA HAGGINS; DYLAN HAIGHT; ROBIN HALEY; DYLLAN HALL; LAURA HALL;
MARTIN HALL; RYAN HALL; ROSSANA HALLUM-JOHNSON; ANDREW HAM;
KATELYNN HAMBLEY; JENNIFER HAMEN; AHMAD SAMIM HAMID; DOMINIC
HAMILTON; LATARSHA HAMILTON; TIFFANH HAMILTON; TREVOR HAMILTON;
MATTHEW HAMMAR; LATOYA HAMMONDS; DAVID HAMMONJR; JEREMY
HAMON; JOSHUA HAMPTON; CATHERINE HANEY; DESSERI HANSEN; MICHELLE
HANSEN; MARIE HARBAUGH; BRYCE HARDER; DONELL HARDIN; DAMONT
HARDNETT; ERIC HARDY; CHRISTIAN HARGROVE; DOMINICK HARGROVE;
ALAJAH HARPER; ALEXIS HARPER; BRIGETTE HARPER; KAYLE HARPER;
LAQUICHE HARRELL; ANTHONY HARRER; ALEXIS HARRIS; ANTIONE HARRIS;
APRIL HARRIS; JADE HARRIS; JORDAN HARRIS; KIMBERLY HARRIS; LOGAN
HARRIS; MELITA HARRIS; PATRICIA HARRIS; SANDRA HARRIS; SHARLESE
HARRIS; SHAUNA HARRIS; THEREA HARRIS; LISA HARRISON; ROBERT HARRISON;
ELISHA HARRY; MIKE HARSINI; GAYLE HART; KELLY HART; BRIAN HARVEY;
CHRISTA HARVEY; SARA HARVEY; MATTHEW HASEMEIER; MOHAMMED
HASSAN; HANNAH HATCH; DEBORAH HATLER; ALEX HATTEN; KAYLA
HAVERKORN; LISA HAWKER; ANDREW HAYDEN; SUZANNE HAYES; SANDRA
HAYHURST; JEANNIE HAZELL; MYLES HECHT; PAUL HEEMANN; ZYLO HEFFERAN;
CHRIS HEFNER; JUANITA HEIDELBURG; MICHAEL HEINTZ; GRETCHEN HEINZ;
RANDY HELSEL; ELIZABETH HEMPHILL; ANTHONY HENDERSON; HEATHER
HENDERSON; MICHELEA HENDERSON; TORRELL HENDERSON; VANESSA
HENDERSON; NOAH HENDRICKSON; CHANDRA HENKE; YONEL HENRI; DEYSI
HENRIQUEZ; HANCY F HENRY JR; BREEAUNNA HENRY; MICHAEL HENRY; SALLIE
HENRY; KONNOR HEREDIA; CODY HERMANSON; REYNA HERNADEZ; NINA
HERNANDES; SIXTA LETICIA HERNANDEZ BLAS; JOCELYN HERNANDEZ GOMEZ;
ALISA HERNANDEZ; ATHENA HERNANDEZ; CATERINE HERNANDEZ; GABRIEL
HERNANDEZ; GEORGE HERNANDEZ; GUILLERMO HERNANDEZ; HECTOR
HERNANDEZ; JESSICS HERNANDEZ; JOSUE HERNÁNDEZ; MARLENA HERNANDEZ;
MAX HERNANDEZ; ROCHELLE HERNANDEZ; DAVID HERR; BREANNA HERRERA;
DARLENE HERRERA; FERDINAND HERRERA; JOEL HERRERA; MATTHEW
HERRERA; MOISES HERRERA; PAUL HERRERA; DARRELL HERRON; ERFAN
HETTINI; TONI HEUCHAN; AUTHER HEWITT; SHANTIANA HICKS ENGLISH; GARY
HICKS; MATTHEW HICKS; JAUNET HICKSON; DAVID HIDALGO; ADRIAN HILK;
ALICIA HILL; AMAENDA HILL; ANTHONY HILL; GREGORY HILL; RYAN HILL;
SHANNEN HILL; TASHA HILL; BRITTANY HILLIARD; COREY HILSENBECK; JUSTIN
HILTON; SOPHIA HIRANO; NIKKI HOARD; EDUARDO HOCHER; WALTER
HOCHREIN; KORY HOCKER; ANDREW HOFFMAN; KEVIN HOFFMAN; ROBERT

HOFFMAN; SHALINDA HOGAINS; KAMILAH HOGAN; JUSTIN HOLAN; DARNELLE HOLCOMB; DANIELLE HOLLAND; ELVIN HOLLAND; MICHAEL HOLLAND; PIERRE HOLLAND; TEMIA HOLLIDAY ARCHIE; LAWRENCE HOLLIDAY; HOLLY HOLLINGSWORTH; BRANDON HOLLIS; TERESA HOLLIS; LATISHA HOLLOWAY; BREANNA HOLMES; BREANNA HOLMES; KEATON HOLTER-HAMILTON; MOHAMMAD MASSOUD HOMAYOUN; SHAUIB HOMRAN; KENNETH HOOD; BRESHON HOOKER; KENDRA HOPKINS; REQUEL HOPKINS; TINA HOPKINS; DAVID HOPTMAN; JUNE HORCASITAS; IAN HORST; ERICK HORTA; GRANT HORTON; ISAJAH HORTON; DANIELLE HOUK; JAMES HOUR; JOHN HOUSE; AMBER HOUSER; JAMIE HOWARD; NICOLE HOWARD; NICOLE HOWARD; PAULA HOWARD; PORSHA HOWARD; SHARON HOWARD; TED HOWARD; VAN HOWARD; JAMES HOWELL; ALYSE HOY; RYAN HOY; HENRY HUANG; KAITLIN HUBBARD; LETICE HUBBARD; TAYLOR HUBER; KENNETH HUERTA; ANDREW HUFF; BRANDON HUGGINS; CARRIE HUGGINS; HOLLY HUGHES; MARTHA HUGHES; TIFFANY HUGHES; MELISSA HUITRON; ALEXANDAR HULL-RICHTER; KAYONE HUMPHREY; BRENT HUMPHREYS; BRIGITTE HUMPHRIES; JASMINE HUNT; KAROL HUNT; CARITA HUNTER; CASSANDRA HUNTER; RASHAWNN HUNTER; TINA HURSEY; RAMON HURST; JASMINE HUSAK; MICHELLE HUSER; AHMAD HUSSAIN; SABER HUSSAIN; ETHAN HUTCHINS; GRANT HUTCHINS; TONY HUTCHINSON; LORNA HUYCKE; HOANG HUYNH; MICHAEL HUYNH; THINH HUYNH; CHERI HYATT; FRANCES HYDER; MEEKER HYMES; GAYLAN HYSON; CARLOS IBARRA; ROXANNE IBARRA; PAULINE IBARRA/ALVARADO; HECTOR IBOA; FOWSI IBRAHIM; KHONGORZUL IDERKHANGAI; RENNET IGUNBOR; OBINNA IKERIONWU; STEPHANIE INCLAN; JAMIE INGLET; SHANNON INGRAM; EMILY INGRAO; SABRINA INOCENCIO; IVANIA ISASSI; DAVID ISRAEL; TIGRAN ISRAELYAN; MAGDI ISTAFANOS; JAY IVAN; JOANNE IVY; JOHNNIE IWABUCHI; RACHEAL IYIOLA; RAQUEL JACHETTA; BONNIE JACKSON; BRIAN JACKSON; DESIRAY JACKSON; DOMINIQUE JACKSON; GREGORY JACKSON; HEATHER JACKSON; JOSHUA JACKSON; KAYLA JACKSON; SHANINE JACKSON; TIFFANY JACKSON; VONCHELLE JACKSON; ALYSSA JACOBS; KRYSTA JACOBSON; SHAYNA JAI; SALAZAR JAIME; BRANDIE JAMES; BRYSHA JAMES; FRANC JAMES; CHRISTOPHER JAMISON; ANGELO JARAMILLO; GABRIEL JARAMILLO; DOMECIA JASPER; BRANDON JAUREGUI; JACOB JAUREGUI; JORDAN JAVAHERI; EGAL JAVANFARD; ARTHUR JAVIER; RICHARD JEANJACQUES; RAMON JEFFERSON; STEVEN JEFFERSON; CATHY JENKINS; GILBERT JENKINS; JAQUIERIA JENKINS; AMBER JENNINGS; JESSE JERONIMO; CHEVON JEX; THOMAS JIA; SYED MUHAMMED ALI JILANI; BRANDON JIMENEZ FLORES; GLADYS JIMENEZ; JAKE JIMENEZ; JUAN JIMENEZ; MARIANA JIMENEZ; RAFAEL JIMENEZ; ALEXANDER JO; GORDON JOE; LOUIE JOEL; SHONTAL JOHNSON; ALISHA JOHNSON; AMANDA JOHNSON; ANGELA JOHNSON; ANTHONY JOHNSON; ASHLEY JOHNSON; CHRISTA JOHNSON; DAMON JOHNSON; DENISE JOHNSON; DUANE JOHNSON; ERIC JOHNSON; ERIK JOHNSON; ERIKA JOHNSON; ILIANNA JOHNSON; JANINE JOHNSON; JARRELL JOHNSON; JAY JOHNSON; JESSICA JOHNSON; JOHNNY JOHNSON; JORDEN JOHNSON; LASHONA JOHNSON; LAURA JOHNSON; LEKEISHA JOHNSON; LISA JOHNSON; MARCUS JOHNSON; MARIA JOHNSON; MARIAH JOHNSON; MARVIN JOHNSON; NIKOLI JOHNSON; NORMAN JOHNSON; REGINALD JOHNSON; ROSHAWN JOHNSON; SHAYLA JOHNSON; SONDRA JOHNSON; STEVEN

BAIS - JOHNSON; SUSIEJEAN JOHNSON; THOMAS JOHNSON; TORI JOHNSON; TYLER JOHNSON; TROY JOHNSTON; ADDISON JONES; ALAINA JONES; ALLISON JONES; BRENDA JONES; CHAVONNE JONES; DANIEL JONES; DONALD JONES; ELLIS JONES; EMERALD JONES; FRANKLIN JONES; GERICA JONES; GILJANINE JONES; JAIME JONES; JENNIFER JONES; JESSICA JONES; JOKI JONES; KAYLA JONES; KEN JONES; LAHEAVEN JONES; MELISSA JONES; NOELL JONES; PHAEDRA JONES; RICARDO JONES; ROCHEL JONES; ROCHELLE JONES; TRACY JONES; ZAYDA JONES; ANGELIA JONES-JACKSON; DION JORDAN; JAYLIN JORDAN; MARIO JORDAN; MYRESHA JORDAN; RENEE JORDAN; NATALIE JORDON; HARRY JOSE; CHAD JOSEPHWILLIAMS; ALEJANDRO JUAREZ; FRANCISCO JUAREZ; NORMA JUAREZ; RAHEEM JUDD; MARK JULOYA; BRENDA JUNI; CALEB JUVERA; SUBARNA K C; DEBRA KAESTNER; KRISTINE KAESTNER; DANIELLE KAHL; STEFANI KAIRAN; NOELANI KAKATIN; JOSHUA KALIN; SHAYLA KAMENA; ELLEN KANG; BALAJI KANGADHARAN; KYLE KAPPES; SHANKET KARKI; ANTHONY KARRIEM; ELIZABETH KASPARIAN; JOSEPH KASSIS; PETER KATALARIS; ROBERT KATHAN; SHILYN KAUFMAN; KEVIN KAUKER; RUPINDER KAUR; QAISSE KAWYANI; GHAVAM KAZEMI; TIFFANY KEAHEY; KYLE KEAST; ZENOBIA KEETON; MARY KELLER; ANGELLA KELLY; LAUREEN KELLY; SARAH KELLY; JORDAN KEMP; LEROY KEMP; ERIC KENERLY; ALEXA KENNEDY; DANISHA KENNEY; JAMES KENNY; LA KENSAVATH; MARCUS KENT; PORTER KEVIN; ALICE KEYES; SANAZ KHADEMIDELJOO; ROSHNI KHALASI; MUKHAMMADISMOIL KHAMIDOV; AHMAD KHAN; ALAMZEB KHAN; HARIS KHAN; MIR KHAN; MOHAMMED KHAN; NAVAZ KHAN; DARYUSH KHODADADI-MOBARAKEH; STACY KHOEUN; HASEEB KHUWAJAZADA; SAULAR KIANI; DENNIS KIEU; LINDA KILLINGBECK; JIYOUNG KIM; KISUNG KIM; MICHAEL KIM; SI HYUNG KIM; JAYLAN KIMBROUGH; CRAIG KING; DANIESHA KING; ERIC KING; TERIK KING; SOURIYA KINNAVONGSA; JUSTIN KINNEL; SEBASTJAN KINNEY; STEVEN KINSEY; TYLER KIRK; BRENDAN KIRKPATRICK-MCKEE; ETHAN KIRSH; SARAH KLAPHECK; KRISTIN KLAUS; ERICA KLEMASKE; WILLIAM KLEMME; REBECKAH KLEMP; NIKOLE KLINKHAMER; HANA KLISTURIC; MAGEN KNIGHT; RACHEL KNOTT; RASHIDA KNOX; JACQUELINE KO; JEFF KOHLSCHMIDT; KIMBERLY KOHN; AMANDA KOLAR; KIMBERLY KOLE; COLLEEN KONOVAL; SARAH KORALY; JULES KORMAN; CHRISTINE KOSMIDES; CALVIN KOSOVICH; THOMAS KOWALSKI; AVO KOZUKARAYAN; MAXIM KRAFT; TAMARA KRAKE; ELISHA KRANENBURG; NATALIIA KRINITSYNA; SUMESH KUINKEL; LESLIE KUKUK; JULIA KUNG; SADA KURDI; FREDIANTO KUSNADI; MICHAEL KWAO; LARRY KWONG; MARIA KYLE; GEORGE KYRIAKOPOULOS; JIMMIE L STOVALL; BERNARDO LABANSAT; ADAM LAFFERTY; JENNA LAFFERTY; ALLAN LAGUATAN; JUSTIN LAIRD; NICOLE LAMAR; SHANNON LAMBERT; MARIBELLE LANDAVAZO; KRISTINA LANDOLFI; JOHN LANDTROOP; DAWN LANE; KEVIN LANE; MICHAEL LANG; KARA LAPERE; BRUNO LARA; MARY LARRAGOITIY; BRYAN LARSON; BRENDON LASALLE; TRAVIS LASH; IAN LASKY; RUDY LASTRA; SAMIRA LAVENDER; KRYSTLE LAW; SARAH LAWES; TERRELL LAWRENCE; MELINDA LAWSON; DWIGHT LAY; GYULA LAZAR; EBONY LAZARO; KRISTINE LE; PETER LE; PHUC LE; THUY LE; ILAI LEBEL; MARISSA LEBEL; JONATHON LEBERT; CARLOS LECHUGA; TIFFANY LEDERHOS; CYNDI LEDET; LILLY LEDOUX-MADRIGAL;

ANDY LEE; AYESHA LEE; DAVID LEE; HANA'ALOHA LEE; JAMIE LEE; JOHNIQUE
LEE; JOHNSON LEE; KATY LEE; KIM LEE; RICHARD LEE; RYAN LEE; SANDRA LEE;
WANDA LEE; HEATHER LEIGHTON; RICHARD LEIVA; JENNIFER LEMMON; MALA
LEMNAH; KEVIN LENTZ; JESSICA LENZ; KAREN LEON; ANGELA LESLIE;
CHARLEMAGNE LESPERANCE; KRISTINA LETBETTER; ALANNA LEUKUMA;
DUSTIN LEVENTHAL; JAMENA LEVI; VALDANE LEVIAS; AMBER LEWIS;
CAMERON LEWIS; JASHON LEWIS; JENNIFER LEWIS; SATIRA LEWIS; ALEXIS
LEWKOWICZ; ALEX LEYVA; GLORIA LEYVA; SIYUN LI; JASON LIEN; GILMAR
EDUARDO LIMA; CHARLENE LIMEN; CHRISTOPHER LIMON; JESSE LIMON; ANGIE
LINDAHL; BRIAN LINDBERGH; RICH LINDLEY; CHRISTIAN LINDO; EBONY
LINDSEY; JENNIFER LINDSEY; ANDREA LINQUI; CAMERON LIRA; BROOKE LITTLE;
CASEY LITTLEJOHN; LASHANAE LITTLES; TAYLOR LITTLETON; YONGXIAN LIU;
ABRAHAM LIZAOLA; CHRISTINA LIZARRAGA; RHONDA LOBRILLO; JUAN
LOCKETT; LASHANDRA LOCKETT; DOMINIQUE LOCKHART; EARNEST
LOCKHART; SHEILA LOCKS-LEE; WILLIAM LOEW; ADRIANA LOFTON; LASHAWN
LOGAN; MICHAEL LOGAN; MICHELLE LOGAN; MARY LOGSDON; DARIEN LOHOF;
GAVIN LOMBARDI; STEPHANIE LOMELI; PAULA LONDOW; CHRISTINE LONG;
LASHEINATE LONG; PERRY LONG; CAROLYN LOPE; ANDREW LOPER; JOHN
LOPER; TRACIELOPES LOPES; EDUARDO LOPEZ JR; ADAM LOPEZ; ADRIANA
LOPEZ; ANDRES LOPEZ; BIANCA LOPEZ; ERIC LOPEZ; EZEQUIEL LOPEZ; FREDDY
LOPEZ; HAYDEN LOPEZ; JOEY LOPEZ; JONATHAN LOPEZ; MARIBEL LOPEZ; MYRA
LOPEZ; PEDRO LOPEZ; ROSA LOPEZ; RYAN LOPEZ; SANDY LOPEZ; SAVANNAH
LOPEZ; SIERRA LOPEZ; TAMMI LOPEZ; DESI LORA; NICK LOTT; TAMYSHA LOTT;
ANTHONY LOVATO; MARCELLA LOVELACE; JAMES LOVETT; ALEX LOWDER-
HIMMEL; BRIANAH LOWE; IMANI LOWE; CELESTE LOWELL; SHANNON LOWRY;
JENNIE LOZANO; MARIO LOZANO; CAROL LOZON; SHEILA LUCAS; ROBERT
LUCERO; SIM LUCIEN; CYNTHIA LUCK; STIINA LUEDTKE; BRANDON LUERA;
CORRALES LUIS; ISMAEL LUJAN ROJAS; ANGELA LUNA; MIGUEL LUNA; RICARDO
LUNA; RUBEN LUNA; STEVEN LUNDIN; SARAH LUNDYBOUDREAUX; ANA LUQUE;
NICHOLAS LURYE; BIANCA LUSTER; GENE LUZALA; DAVID LY; KRISTIN
LYBARGER; ALEXANDER MABINI; CHRISTOPHER MACDEVITT; JESSICA MACEDO;
BARBARA MACFARLAND; WENDY MACHEN-WONG; CHRISTINA MACIAS; EDWIN
MACIAS; FIDEL MACIAS; SHARON MACIAS; JACOB MACIEL; GREGORY MACK;
KENDRICK MACK; BRIANNA MACKEY; NATALIE MADRIGAL; TRACY MAFFIA;
NATHAN MAGADIA; DIANA MAGALLON; ADRIENNE MAGANA; BRADY MAGANA;
CARLOS MAGANA; JAVIER MAGANA; FLORENTINO MAGDALENO; JOVEN MAGOS;
ROSHAN MAHABALI; ABDELWAHID MAHBOULI; ROBIN MAHER; DAVID MAIER;
SONIA MAIO; BASEER MAJEED; ELIZABETH MALDONADO; NADEEM MALKI;
JAMES MALONE; TREVOR MALONE; LAWRENCE MALONEY; CHARLES
MANALANG; BAR MANDALEVY; SCOTT MANG; CELISSE MANIER; TYLER
MANISAY; SUSAN MANN; AMIR MANOCHEHRI; RAVEN MANRIQUEZ; SIUNE
MANSOORIAN; JAMES MANTSCH; MARIA MANZANO SEGOVIA; SUZANNE MAPES;
AYANNA MAPP; MIGUEL MARENCO; SANDRA MARES; VERONICA MARES;
HECTOR MARIANO; YESICA MARIN ROBLES; JULIETTE MARIN; RADINE MARIN;
ALEXANDER MARKEL; MICHAEL MARKHAM; PRENESS MARKS; SETH MARKS;
AMBER MARLEY; AIDAN MARMION; MICHELE MAROTTA; CATHERINE MARPLE;

CRAIG MARQUEZ; AMBER MARSHALL; BETTYANN MARSHALL; COURTNEY
MARSHALL; SALYNA MARSHALL; VICTORIA MARTELLI; ANTHONY MARTIN;
CATRINA MARTIN; EDEL MARTIN; JAMAAL MARTIN; JEREMY MARTIN; JUDI
MARTIN; KRISTHINE MARTIN; LENA MARTIN; MARIKA MARTIN; MARLIN
MARTIN; MELISSA MARTIN; SAVANAH MARTIN; TIM MARTIN; ADRIANA
MARTINEZ; ANDRES MARTINEZ; ANGIE MARTINEZ; ANTHONY MARTINEZ;
BENNERITA MARTINEZ; BRENDA MARTINEZ; CHRISTOPHER MARTINEZ; EDGAR
MARTINEZ; EDMUNDO MARTINEZ; ELI MARTINEZ; ERIKA MARTINEZ; ERIQ
MARTINEZ; GABRIEL MARTINEZ; GABRIELA MARTINEZ; HIPOLITO MARTINEZ;
ISAAC MARTINEZ; JESSICA MARTINEZ; JESSYCA MARTINEZ; JONATHAN
MARTINEZ; JOSEPH MARTINEZ; JULIA MARTINEZ; JULIO MARTINEZ; KARINA
MARTINEZ; LOUIS MARTINEZ; MARCO MARTINEZ; MARVIN MARTINEZ; MONICA
MARTINEZ; PAUL MARTINEZ; TAMIE MARTINEZ; VERONICA MARTÍNEZ;
WINSTON MARTINEZ; ISAIAH MARTINEZ-HILL; JESSICA MARTINEZ-MUELLER;
LAURYN MASANIAI; STEPHEN MASON; THOMAS MASON; ROBERT MASSIE;
CORELL MASTERS; LINDA MASTERS; GURMIT SINGH MASUTE; IGNACIO MATA;
OVIDIO MATEO; CTAIG MATHEWS; IEASHA MATHEWS; REGINALD MATHIES;
JASPER MATHISEN; MARK MATTA; REGINALD MATTHEWS; RENEE MATTHEWS;
SUSAN MATTHEWS; CLAIRE MATTIS; TAYLOR MAUCH; MAURICE MAULDIN;
LAQRESHA MAXWELL; SIERRA MAXWELL; RACQUEL MAY; STEFANI MAY;
THOMAS MAY; TISHA MAYER; AARON MAYES; CHANZELL MAYFIELD; DEANNA
MAYFIELD; JEFFREY MAYFIELD; AMBER MAYS; REINHARD MAZARIEGOS; DEVON
MAZURE; BRIAN MCALEAVEY; SEAN MCALLISTER; SHONTE MCBRIDE; GEORGE
MCCALISTER; KALA MCCARTER-ROGERS; KENYON MCCASTLE; ANGELIQUE
MCCLEARY; BRANDON MCCLOSKEY; JONATHAN MCCORMICK; ANDREA
MCCOWAN; ADRIAN MCCOY; ANDRE MCCOY; DAISHS MCCOY; DESIRAE MCCOY;
MIKAYLA MCCOY; JACOB MCCOY-BARBA; MONICA MCCULLOUGH; DEZOHN
MCCULLUM; REGINA MCCULLUM; NICOLE MCCURRY; KENDRA MCDONALD;
MICHAEL MCDONALD; JEFF MCDOWELL; TYLER MCFADDEN; SUZANNE
MCGREER; GREGORY MCHENRY; MICHAEL MCINTYRE; MYLES MCKEE-OSIBODU;
EGYPT MCKEITHEN; RYAN MCKENZIE; DORNETTA MCKINNEY; JODI MCKINNEY;
MELISSA MCKINNEY; WILLIAM MCKINNEY; KEVIN MCKINNON; BYRON
MCKNIGHT; ANASTASIA MCLELLAND; SHIRLEY MCLELLAND; ERIN MCLEOD;
CATHERINE MCMAHON; KEVIN MCMANUS; TERI MCMICHAEL; MELINDA
MCNAMEE; JALEN MCNEAL; HOWARD MCNEELY; KAMEELAH MCNEELY; JESSICA
MCPEEK; ZURI MCPHAIL; NICOLE MCQUEEN; RAVAA MEADORS; ADRIAN
MEDINA; AMANDA MEDINA; GREGORY MEDINA; JACOB MEDINA; TINA MEDINA;
WENDY MEJIA BARAHONA; SANTIAGO MEJIA; LAURA MELENDEZ; ANTHONY
MELENDREZ; PAULA MELER; SAMANTHA MELTON; DAVID MENCHACA; JANICA
MENDENHALL; DANIEL MENDEZ; NADINE MENDEZ; ABRAHAM MENDOZA;
ADRIANA MENDOZA; ALONDRA MENDOZA; CECILIA SOFIA MENDOZA;
CHRISTIAN MENDOZA; EFRAIN MENDOZA; GLENDA MENDOZA; JOOVANA
MENDOZA; JOSUE A MENDOZA; LUIS MENDOZA; RUBEN MENDOZA; SECILLIA
MENDOZA; CONSTANCE MENEESE; AMOS MENSAH; JOSHUA MENTZER; IHAB
MERABET; CHRISTINA MERCADO; PATRICK MERCADO; KAYLA MERCHANT;
SHELLEY MEREDITH; DREW MERING; ZOE MERINO; RHONDA MERRILL; JENNIFER

MERRITT; BASEM MESSIH; MARIEL MEYER; LUKE MEYERS; CHARLES
MIDDLEBROOK; CURT MIECZKOWSKI; MELODY MIHALIK; SAMIR MIKHAIL;
CAMERON MILES; JAMEQUA MILES; ANTONIO MILLAN; ALEXANDER MILLER;
BRAIN MILLER; DANIEL MILLER; DAVID MILLER; DAXTON MILLER; GEORGE
MILLER; GREGG MILLER; HEIDI MILLER; JALISA MILLER; KENNETH MILLER;
ROBERT MILLER; THOMAS MILLER; VERMYTTYA MILLER; YELILE MILLER;
JONATHAN MILLIGAN; JERRY MILLINER; CHILOPIE MILLINGTON; ERICA MILLS;
HEATHER MILLS; STEPHEN MILLS; DAMIEN MILTON; MADONNA MILTON;
MARVETTE MIMS; JAMES MINCKS; BRYAN MINOR; KELLIE MINOR; MARLENE
MINSTER; NICHOLE MINTZ; FELIPE MIRANDA; FERN MIRO; MARK MISOSHNIK;
LAUREL MITCHELL; ROBERT MITCHELL; SCHINIQUA MITCHELL; SEAN
MITCHELL; HENRY MIYOSHI; KIMBERLY MIZUTA; SIMIN MOADDAB ALIBEIGI;
ANTOINE MOBLEY; MEESHA MOGHADDAM; HANEEF MOHAMMAD; FAHAD
MOHAMMED; WILLIEPHINE MOHEAD; NIVETHAA MOHHAN; BRYAN MOHN; SIA
MOIWA; JOJO ACE MOJICA; SHAHIN MOKHTARI; CHRIS MOLANO; DAVID MOLINA;
RODOLFO MOLINA; RAMON MONCAYO; LENNY MONDRAGON; CANDACE
MONIZE; JAMES MONROE; DAWN MONTANEZ; FARIN MONTANEZ; ELVIA
MONTANO; FRANCESCA MONTENEGRO; ROBERTO MONTERROSA; FANNY
MONTES; JOSE MONTES; SPENCER MONTES; MIKE MONTGOMERY; ARACELI
MONTOYA; DAVID MONTOYA; JENNIFER MONTOYA; KIMBERLY MONTOYA;
RONNY MONTOYA; CARMELL MOORE; DANEATRA MOORE; DANIELLE MOORE;
DAWN MOORE; HUNTER MOORE; JOSHUA MOORE; LARRY MOORE; MESHALON
MOORE; TOM MOORE; VICKIE MOORE; LILLIE MOORES; LEANDRO MORAIS;
RAFAEL MORAIS; CLARA MORALES; DEANNA MORALES; GUSTAVO MORALES;
MICHELLE MORALES; RONI MORALES; AZALIA MORAN; MICHELLE MOREHOUSE;
ERIC MORENO; PRECIOSA MORENO; VALENTE MORENO; YESENIA MORENO;
JESSICA MORENTIN; AMANDA MORGAN; JASMINE MORGAN; SHYJERUAN
MORGAN; CARLO MORIN; LORI MORRIS WESTLEY; SHAUNTELL MORRIS; TRISTEN
MORSE; EMILY MOSQUEDA; HERMANIE MOTLEY; KEVIN MUGWAGWA;
CHRISTINE MULLER; GEORGINA MUNGUIA; JUAN MUNOZ NIEVES; JOE MUNOZ
VALDIVIA; ELSA MUNOZ; EVA MUNOZ; SELINA MUNOZ; MARISSA MURCKO; ERIN
MURPHY; EVELYN MURPHY; ROSEANNA MURPHY; SANAE MURRAY; KEVIN
MURREN; KAYODE MUSTAPHA; GUNCHIN MYAGMARSAMBUU; JONATHON
MYER; ANDREA MYERS; ROBERT MYERS; BRIAN MYNATT; BRADEN NAIL;
ROBERT NAIMARK; JAMAL NAJIBI; CRISTIAN NALBANDIAN; JOHN NALTY;
MANINDER NANHAR; FREDERIC NANMO; RACHEL NARVAEZ CANTU; NICHOLAS
NATIVIDAD; JACOB NAVA; SAUL NAVA; WILLIAM NAVARRETE; ANASTASIA
NAVARRO; DEVIN NAVARRO; ED NAVARRO; GUSTAVO NAVARRO; SARA
NAVARRO; NISSA NAVONE; ISHMAM NAWAR; SEAN NAYLOR; LIZA NAZARCHUK;
ARVIN NAZARI; FARIS NAZEEM; ALEXANDER NEAL; JAMES NEAL; SHERIKA
NEAL; JOSIAS NECH; TIFFANI NEELY; CHRISTOPHER NEIL; CANDACE NEIMAN;
NICOLE NEISLER; ALYSA NELSON; CRYSTAL NELSON; JOVANNAH NELSON;
KANDIS NELSON; TYLIA NELSON; EDWARD NEREY; MICHELLE NESBIT; GEORGES
NESIM; JEFFREY NEVELS; NOA NEVO; ALEX NEWBERG; DARREN NG; ZORANA
NGAI; BINH NGUYEN; CATDUNG NGUYEN; DANG NGUYEN; JAMES NGUYEN;
QUAN NGUYEN; TAM NGUYEN; TONY NGUYEN; TRAN NHAN; FRANCESCA NHEM;

MELANIE NICHOLS; PAIGE NICKISCH; ANTONIA NIEBLA; JASON NIEBLAS;
ANTHONY NIEDERBERGER JUAREZ; TANNER NIEMANN; MARISA NIX; DANIELLE
NOAH; JASON NOBLE; LOUIS NOBLE; FRANCISCO NOGUER; HEIDI NOLAN;
JEANETTE NOLAN; JOHN NOLAN; JASON NORCROSS; TONY NORWOOD; WYNETTE
NORWOOD; PATRICK NUDANU; ALEJANDRO NUNEZ; CHRISTIAN NUNEZ; DAISY
NUNEZ; JAMEELAH NUNEZ; SAL NUNEZ; ROBERT NUNN; LESLIE NUSH; CHIOMA
NWABUFOH; BETHANY OBRYAN; ANDREW OCHOA; CARLOS OCHOA; VERONICA
OCHOA; MAHMOUD ODEH; YVONNE OGBOGU; STACEY OGLE; ELIZABETH
OGLESBY; JOSEPH OJERIAKHI; ALEX OKA; JIDEOFO OKWUDIRI; MARCO OLARTE;
CHANDRA OLAZABA; MANNY OLGUIN; MIGUEL OLID; JESUS OLIVARES; BRIAN
OLIVER; TOSH OLIVERI-NELSON; PAUL OLLERTON; JOSE OLMOS; MICHAEL OLTZ;
DANA OLVERA; JOSE OLVERA; PATRICK OMALLEY; STEPHEN OMONDI; RENE
ONEAL; LATOSHA ONEIL; MADISON ONEIL; CHADWELL O'NEILL; MIRANDA
OQUENDO; STANISLAV OREKHOV; ERNESTO ORNELAS; CRYSTAL ORONA;
COURTENEY O'ROURKE; MERLE ORTEGA; CARLOS ORTIZ; CHRISTINA ORTIZ;
GABRIEL ORTIZ; ROLANDO ORTIZ; ROBERTA OSAKO; OSCAR ESPIRITU; JOAQUIN
OSORIO; JORGE OSORIO; VANESSA OSORIO; AMIRE OTHMAN; VANESSA OTIS-
THOMAS; MICHELE OTTO; RAYVON OWEN; CAROL OWENS; MARCUS OWENS;
NORRIS OWENS; RENEE OWENS; SHEILACY OWENS; AUBREY OXLEY;
BAIGALIMAA OYUNCHULUUN; YAIR PABLO; MICHELLE PACK; JENIFFER PADDA;
ADRIANA PADILLA; GABRIELLA PADILLA; SOFIA PADILLA; ANDREW PAGANI;
RONALD PALMER; TIMOTHY PALMORE; JOHN PANDZA; JOHN PANGELINA; MARY
PANTOJA; KYLE PARADEZA; BRYAN PAREDES; LEONEL PAREDES; MARIA
PAREDES; CRISTIE PARIS; SAM PARK; CLARISSA PARKER; BRITTNEY PARKS;
STEPHANIE PARMELY; BRANDON PARRA; JULIAN PARRA; YESENIA PARRA;
DAKOTA PARRISH; ADRIAN PARTIDA; YANA PASELSKY; BHAVIN PATEL; SAHIL
PATEL; LEROY PATTERSON; RICKISA PATTERSON; DUJUANA PATTON; ERIC PAUL;
GARY PAULINO; STEVEN PAULINO; CHRIS PAVAO; JARROD PAVLAK; DARNELL
PAXTON; BRANDON PAYNE; SHANIKA PAYNE; RANDY PAZ; BENJAMIN
PEARLMAN; AMIRA PEARSON; KAITLIN PEARSON; TIANA PEARSON; VICTORIA
PEARSON; SUZANN PEDERSEN; JAIRO PEDROZA; NATHANIEL PEDROZA; LIVIA
PEEPLES; SARAH PEET; FAUSTINO PELAYO; LAURA PELOQUIN; ROSA PENATE;
CHRIS PENCZEK; DONALD PENDLETON; JENNIFER PENDRAK; JULIA PENECALE;
TERRANCE PENNY; AIMEE PENOYER; KIERRE PEPPARS; LAURA PERAL; RONNIE
PERALTA; MONIQUE PERANTONI; JOSEPH PERDOMO; KRISTI PERDUE; AARON
PEREZ; ANGELA PEREZ; AUGUST PEREZ; CHRISTOPHER PEREZ; DAIHONA PEREZ;
EDWARD PEREZ; ERICK PEREZ; KATIE PEREZ; MICHAEL PEREZ; VERONICA
PEREZ; VICTORIA PEREZ; ADRIAN PERKINS; JERRY PERKINS; SAQUITA PERKINS;
TRASHON PERKINS; JANAY PERKINS-PAYNE; PHILLIP PERRIN; BLAINE PERRY;
MICHAEL PERRY; TOM PERRY; MALIK PERRYMAN; CHRISTOPHER PETERS;
LAURA PETERS; LILY PETERS; MATTHEW PETERS; PROMISE PETERS; RICHARD
PETERSEN; COLBY PETERSON; RANDALL PETERSON; UNIQUE PETITE; KAY PETR;
MAXIME PETROV; SHARLENE PETROVICH; JORDAN PETTITT; RENITA PETTUS;
ESTHER PFIRRMANN; HANG PHAM; QUOC PHAM; JONATHAN PHAN; CAITLIN
PHILLIPS; LAURA PHILLIPS; ORLANDO PHILLIPS; PAMELA PHILLIPS; REGINALD
PHILLIPS; ERICKA PICAZO SOTO; CURTIS PIERCE; NOAH PIERPOINT; BRYAN

PIERRE; ROCHEALL PIERRE; CAMAREA PIERSON; ALEJANDRO PINA; EVA PINEDA; CANDICE PINKHAM; ANA PINTADO; GREG PINTO; RITA PIPKINS; LINDA PIQUE; SIMONE PIRTLE; NATHAN PITKIN; HAILEE PITSLEY; ELIAS PIZARRO; VERONICA PLATAS; JERRY PLEDGER; MICHAEL PLESNICHER; JOE PLUMMER; ANTHONY POBLETE; DESHAYA POE; ASHLYNN POGGIO; LIPARIT POLADYAN; ANGELA POLK; DANIELLE POLK; JANI POLK; BRITTANY POLO; SAMUEL POLSTON; DENNIS POMAZANOV; CESAR PONCE; RAMONA PONCE; TEDDY POOL; DONSANEKA POOLE; CAMERON PORRAS; ELIZABETH PORTELA; KIMBERLY PORTER; TALEAH PORTER; WENDY PORTER; ANGELA PORTER-RIGDON; JAMIE PORTILLO; ANGELINA POSTELL; MICHAEL POSTELL; CYNTHIA POUNDS; JACARE POWE; ANTHONY POWELL; CHARLA POWELL; JESSICA POWELL; KIM POWELL; FORREST POWERS; DEEPIKA PRASAD; GESHNI PRASAD; ROSLIN PRASAD; DANA PRATHER; RYAN PRATT; CLAUDIA PRECIADO; DEBORAH PRESLEY-BRANDO; CHRISTIN PRICE; HETTIE PRICE; JAMONNIE PRICE; JOE PRICE; STEPHANIE PRICE; PAULINE PRIDGEON; MARISSA PRIETO; AUTUMN PRINCE; SHANNA PRINCEAU; NICHOLAS PRINSEN; ZAK PRIOLO; BRIAN PRITCHARD; JASON PROFETA; ALEXANDER PROKHOROV; DENNIS PROVIDO; KELAN PRUITT; KRISTIN PRUITT; CLARENCE PULLER; STEVEN PURCELL; DILRAJ PUREWAL; BRANDIE PURNELL; DANA PURVIS; J. MARIA PUTT; DAN QIAO; CHRISTINE QUALLS; EARL QUALS; ANDRAQUE QUINNINE; SOGHRA QURAISHY; AHMAD QUTAMI; MELINDA RABB; OCTAVIAN RADDLE; DERE RADECKI; NICHOLAS RADONICH; KLIM RADOSTEV; XAVIER RAFALOUSKI; ELI RAGLE; ABDULLAH RAHMANI; MICHAEL RAINS; RAMAMOORTHY RAJA; WHITNEY RALEIGH; AYANNA RALSTON; ARVIND RAMAMOORTHY; SHAHBANDARI RAMELLA; ERIKA RAMIREZ OROZCO; DANIEL RAMIREZ; DARLENE RAMIREZ; ERIC RAMIREZ; FRANCISCO RAMIREZ; JOSE RAMIREZ; LESLIE RAMIREZ; LOUIS RAMIREZ; TANI RAMIREZ; VALERIE RAMIREZ; FRANCINE RAMOS; YAZMIN RAMOS; AHCHERI RAMSAY; SEAN RANDALL; DINA RANDLE; LUTRICIA RANDOLPH; TIFFANY RANKIN; HENRY RAPPAPORT; FATIMA RASCON; HAMID RASHIDI; HASIB RASOOL; SOUNTHALY RATTANAPANYA; JASON RAVARRA; ASHLEE RAY; ERIC RAY; HALEY RAY; KAREN RAY; SEAN RAY; WILLIE RAY; MIKE RAYTER; DEREK REA; YOLONDA REDDICK; ANGELICA REDMAN; ASHLEE REED; AUSTIN REED; DANIELLE REED; JAMES REED; LAGUANNA REED; NATALIE REED; SAMANTHA REED; SEQUOYAH REED; TORREY REED; WILLIAM REED; RAYMOND REEDER; MARIAM REHMAN; ROSALINE REINERO; ROCKY RELPH; WELSI RENAUD; ANTHONY RENDA; MIA RENDON; DEANNA RENFRO; ANGELA RENISON; ASHLEY RENTERIA; STEPHANIE RENTERIA; AMIRREZA RESALI; JACK RESIDES; CAROLINA REVOLLAR; MELISSA REX; ANTHONY REYES; BREANA REYES; DESIREE REYES; EVELIN REYES; GENA REYES; KARINA REYES; MARK REYES; REBEKAH REYES; TONY REYES; VICTORIA REYES; JONATHAN REYLES; BRYANT REYNA SANCHEZ; ANSON REYNOLDS; DOUGLAS REYNOLDS; JACOB REYNOLDS; JOSHUA REYNOLDS; BRANDON REZAI; MICHAEL RHODES; DANIEL RIBEIRO; APRIL RICE; COREY RICE; SHIRLEY RICE; ROY RICHARD; DAVIONNE RICHARDS; JULIA RICHARDS; SARAH RICHARDS; SAVONAH RICHARDS; TINA RICHARDS; JAMILO RICHARDSON; MATT RICHARDSON; SHANE RICHARDSON; THOMAS RICHARDSON; TRACIE RICHARDSON; CHRISTOPHER RICHMOND-MATHIS; DOUG RICKARD; KIMBERLY RICKS-SPONBERG; TARA

RIDDLE; HEATHER RIDGILL; EZEQUIEL RIESGO; REBECCA RIGGS; KUNTI
RIGMADEN; KORIE RILEY; BARBARA RINCON; GREGORY RINCON; VINCENT
RINCON; ANA RIOS; DANIEL RIOS; LUIS ANTONIO RIOS; MIGUEL RIOS; SERGIO
RIOS; ANDREW RIPLEY; ALBERTA RIVAS; MONICA RIVAS; GLORIA RIVERA BOYD;
AMBER RIVERA; ANTHONY RIVERA; ERNESTO RIVERA; GLORIMAR RIVERA;
KIMBERLEE RIVERA; LUIS RIVERA; NICOLE RIVERA; ZACHARY ROBBINS; APRIL
ROBERTS; DRIE LYNN ROBERTS; HASTEN ROBERTS; NATHAN ROBERTS; STEVEN
ROBERTS; TRISHAUN ROBERTS; ROMAN ROBERTSON SR.; SARAH ROBERTSON;
TIANA ROBERTSON; PORTIA JOURDAN; ANDREA ROBINSON; CALEB ROBINSON;
CHARLETTE ROBINSON; DONNA ROBINSON; DYLAN ROBINSON; LATASHIA
ROBINSON; LATEESHA ROBINSON; MEREDITH ROBINSON; MICHAEL ROBINSON;
JOSEPH ROBITAILLE; DAMIAN ROBLEDO; JENNIFER ROBLES; NATHAN ROBOHM;
LEONARDO ALEJANDRO ROCHA GALVAN; HENRY ROCHEZ; JEFF RODAS; CHERI
RODGERS; MARK RODGERS; TIMMY RODGERS; ALDO RODRIGUEZ; BRYAN
RODRIGUEZ; DAVID RODRIGUEZ; ELIZABETH RODRIGUEZ; GEOVANNI
RODRIGUEZ; GILBERT RODRIGUEZ; GILBERT RODRIGUEZ; MARIBEL RODRIGUEZ;
NICOLE RODRIGUEZ; OMAR RODRIGUEZ; VERONICA RODRIGUEZ; WILSON
RODRIGUEZ; YVETTE RODRIGUEZ; AMBER RODRIQUEZ; IAN RODRIQUEZ;
KAMILLE ROESE; BYRON ROGAN; TYREE ROGAN; LYNDSAY ROGERS; SKYLAR
ROGERS; SYLVIA ROGERS; TRACI ROGERS; ANGELA ROJAS; CESAR ROJAS;
DESIREE ROLAND; ASHLEY ROLLICE; BRITTANY ROMANO; VINCENT ROMANOS;
CHRISTOPHER ROMERO; LILIBETH ROMERO; LISA ROMERO; LUIS ROMERO; RENE
ROMERO; TESSIE ROMERO; JOSE REFUGIO ROMO ARIAS; JOSEPH ROMO; ROBERT
ROMO; KATHRYN ROQUEMORE; CHAZ ROSALES; OLIVIA ROSE; JASON ROSEN;
MARTIN ROSENFELD; BENZELL ROSS; BRIAN ROSS; JAMEELAH ROSS; SARAH
ROSS; TERRY ROSS; ERICA ROTHSTEIN; JAMES ROUNTREE; MARGARET ROWAN;
SINA ROWGHANI; CRAIG ROWTHAM; JUSTIS ROYSTER; BROOKE RUBERSON;
ARCELLIA RUBIO; LOURDES RUBIO; BETTINA RUFFALO; SHEWANDA RUFFUS;
BRIANA RUGGERI; ALAN RUIZ; ASHLY RUIZ; EFREN RUIZ; GABRIEL RUIZ; LUIS
RUIZ; RAMONA RUIZ; RIO RUIZ; SALVADOR RUIZ; CRYSTAL RUNNER; MICHAEL
RUNYAN; WILLIAM RUPERT; JOSEPH RUUZ; TANYA RYAN; NICHELE RYLES;
TRACY RYMENAMS; CYNTHIA RYMER; ROMAL SABER; NORMAN SADLER; OSCAR
SADOGUIO JR; ZOE SAENZ; TOUFOU SAEPHANH; ADAM SAFFIOTE; C.J. SAGADIA;
KAYLA SAGASTA; DENNIS SAICOCIE; MANUCHEKHR SAIDOV; DANIEL SAINAS;
MARISSA SAINZ; BOBACK SAJADPOUR; GHOLAMHOSSEIN SAKI; ADDAM SAKY;
MICHAELA SALAS; JANET SALAZAR; JENNIFER SALAZAR; NICOLE SALAZAR;
MICHAEL ANGELO SALDAJENO; GERARDO SALDIVAR; ASSAD SALEH; SELENA
SALGADO; JESUS SALGUERO; MONIQUE SALINAS; ZACHARY SALLEE; ACAMIE
SALTER; LALEH SAMADI; MICHAEL SAMI; DANA SAMPLE; SCOTT SAMPLE;
BRANDEE SAMPLES; ANDRES SANCHEZ; BRISSIA SANCHEZ; CELICIA SANCHEZ;
CORINA SANCHEZ; DANIEL SANCHEZ; GABRIEL SANCHEZ; JACQUELINE
SANCHEZ; MARLEN SANCHEZ; RAFAEL SANCHEZ; RAYMOND SANCHEZ; ROCKY
SANCHEZ; SHAWNA SANDAU; BAILH SANDERS; CHANTELL SANDERS;
CHRISTOPHER SANDERS; IRENE SANDERS; LISA SANDERS; WENDY SANDERS;
JAIMIE SANDERSON; STEVEN SANDERSON; SAVIJOT SANDHAR; GURPREET
SANDHUGALE; ANGEL SANDOVAL; DORA SANDOVAL; JEALENE SANDOVAL;

WILLIAM SANDOVAL; YASMEEN SANDOVAL; HEATHER SANFORD; ZOEY
SANFORD; ARTHUR SANTAMARIA; DANIEL SANTANA; ALFREDO SANTILLAN;
DAVINA SANTIVANEZ; JOHANNA SANTOLALLA; CHRISTIAN SANTOS; FREDERICK
SANTOS; GABRIEL SANTOS; MANUEL SANTOS; MICHELLE SANTOS; OSCAR
SANTOS; PRISCILA SANTOS; RICHARD SANTOS; SHEENA SANTOS; DAVID
SANTOYO; MONICA SARABIA; TIM SARGIOUS; CHRISTIAN SARMIENTO; MISTY
SARMIENTO; NICHOLAS SARROCA; WESLEY SARTE; KRISTY SAULS; NATAVIA
SAVAGE; ROBIN SAVAGE; DIANA SAVALA THIBEAU; TINA SAVALA; LENA
SAVOEUN; MD SAYED; CAMERON SAYLER; NALANI SAYSOURIVONG; DOMINIC
SBICCA; KELSEA PIERCE; DERRICK SCALES; ANTHONY SCAMALDO; JEFF
SCAMMON; ADRINANNE SCARBOROUGH; JOHN SCHAFFRAN; RANDI
SCHEMENSKY; CHRIS SCHLENKER; KATHERINE SCHMIDT; SCOTT SCHNEIDER;
CALEB SCHOENFELD; JOHN SCHOENTHALER; DUSTIN SCHRAMM; JACOB
SCHREIBER; STARLENA SCHROEDER; LEEAH SCHULTZ; MICHAEL
SCHWEIGHARDT; AISHA SCOTT; CHE SCOTT; CHERRISH SCOTT; JOSEPH SCOTT;
LAKISHA SCOTT; MIRIYA SCOTT; ONDREA SCOTT; TINA SCOTT; ANDREW SCOTT-
JESTER; KEISHA SEALS; FRANCESCA SEARS; DARLENE SEBALA; JASON SEGURA;
LUCAS SELIG; GEMMA SELINGER; JAKE SELLERS; FELICIA SEMEBENE; RYAN
SENSENIG; DAWN SEPULVEDA; SOPHIA SEPULVEDA; DAVID SERNA; RAPHAEL
SERNA; AUBREE SERRANO; JEANPAUL SETAREH; ANNA SETHMAN; BRYAN
SEWALD; DARREN SEXTON; KORI SEXTON; ROYANNA SEXTON; ALEKSANDR
SEYRANOV; JESSICA SHADD; ABDUL SHAIKH; HAMZA SHAKIR; RANDALL
SHANKLAND; CHARLES SHANNON-WHITESIDE; AMIN SHARIFIAN ATTAR;
CHRISTOPHER SHARP; CODY SHARPE; ASHLEY SHAW; ANTHONY SHEAHAN;
GEOFFREY SHEETS; JOHN SHELBURNE; SHARLA SHELBY; JAHN SHELTON; SUDE
SHEMSU; INEZ SHEPARD; JAMAUDRA SHEPHERD; TIA SHEPHERD; ANTHONY
SHERIDAN; VIJAY SHETH; MACKENZIE SHIELDS; WILL SHILLING; JEREMIAH
SHIPP; STEPHANIE SHOALS; SHAHDON SHOGA; FATEMEH SHOKRGOZAR
KELIDBARI; DANIEL SHRIGLEY; ULADZISLAU SHULHA; MIKE SHUPE; DAPHNE
SHYANNE; MICHAEL SIANO; RAYMOND SIDHU; JENNIFER SIERRA; GIBSON SILEW;
ALDAIR SILVA; ALEXUS SILVA; CLAUDIA SILVA; PHOEBE SILVA; SILVIA SILVAS;
ZACHARY SILVER; ALEXIS SIMENTAL; AKILA SIMMONS; KEVIN SIMMONS;
SHERRIE SIMMONS; STASEA SIMMONS; WARREN SIMMONS; AARON SIMON; DEMI
SIMON; ARGIN SIMONIAN; MARYUM SIMPKINS; JOSHUA SIMPSON; SHATODDA
SIMPSON; UNIQUE SIMPSON; WILLIAM SIMPSON; KEITH SIMS; NICHOLAS SIMS;
ROBERT SIMS; BENJAMIN SINGER; JAGPRIT SINGH; MANDIP SINGH; MANSUKH
SINGH; RODNEY SINGH; KATHERINE SINKEWIZ; JAMES SINNOTT; DESIREE
SISNEROS; AARON SIZEMORE; SANDRA SKICKI; REANNE SLAMA; VINAY
SLATHIA; LAKEL SLAUGHTER; TAYLOR SLAVIN; REBECCA SLIGHTAM; LAUREN
SLOAT; JESSE SLOCUM; ALI SMADI; CERA SMART; JAN SMEJKAL; ADAM SMITH;
ADRIAN SMITH; ALTHEA SMITH; AMBER SMITH; ANGELA SMITH; ARLEAN SMITH;
ASHLEY SMITH; BRANDON SMITH; CHRISTINE SMITH; DANA SMITH; DONNA
SMITH; DORI SMITH; DOUGLAS SMITH; DU'PRAISEJA SMITH; EISHA SMITH;
EMILEE SMITH; EULA SMITH; FLOZELL SMITH; HUNTER SMITH; JABARI SMITH;
JALENA SMITH; JAMILA SMITH; JAYLAN SMITH; JEREMY SMITH; JONATHAN
SMITH; JONATHAN SMITH; LACY SMITH; LAURENCE SMITH; JAHWAN RANEY;

LISA SMITH; NATASHA SMITH; OCTAVIA SMITH; PAMELA SMITH; PATRICE SMITH;
PORTIA SMITH; RAHAMON SMITH; ROXIANN SMITH; SABRINA SMITH; SHUANTA
SMITH; TRINIECE SMITH; VANESSA SMITH; WYVON SMITH; JESSICA SMOLAK;
DEREK SNARR; BENNIE SNEEDE; DEMISHA SNEEDE; DEAN SNELSON; EDUARD
SNITSAR; DOMINIQUE SNOWDEN; FERNANDO SOARES; JENNIFER SOBREPENA;
MELVIN SOBREPENA; ZULEMA SOLIS; KELLY SOLOMON; MOSES SOLOMON;
LAMARR SONNY; JOEY SORCE; SHONIECE SORIANO; VIVIAN SORROW; RICHARD
SOSA; ALICIA SOTELO; CESAR SOTO; OLIVIA SOTO; RICARDO SOTOVANDO;
WALBENS SOUZA; HELENA SPARKES; CARLOS SPARKS; RITA SPARKS; MICHAEL
SPARR; SHERRI SPEARS; BRYAN SPELKER; KAYLA SPENCER; MEOSHA SPENCER;
OCTAVIA SPENCER; THOMAS SPONBERG; MADHAV SRIVASTAVA; ZACKERIAH
STACEY; CHANTAL STAHL; ASHLEY STANFORD; CLYDE STANLEY; DAJAHNA
STANLEY; STEVEN STEADMAN; FORREST STEELE; KELLY STEELE; VYVON
STEELE; LAURIE STEELMAN; JANET STEGMAN; JEFFREY STEINBERG; RUSSELL
STEPHEN; NICTAYE STEPHENS; TONY STEPHENS; KIVA STERIN-BRESCHI; SARA
STERNER; CALEB STEVENS; TAMMY STEVENS; ADARRIUS STEVENSON; KARLA
STEVENSON; PATRICIA STEWART; SHONNEL STEWART; LEANNA STICKEL; DEAN
STIRRAT; DETRONA STITH; MICHAEL STIVER; JESSICA STOBART; NATHAN
STOCK; LEWIS STOKES; TINA STOKES; EDWARD STOUT; MARION STOUTT;
TAMARA STOVALL; LISA STOVER; JOHN STRASZAK; AMIE STRATTON; ERICA
STRAUB; BRITTANY STRECKER; HANAH STUART; MELANIE STUBBS; ELIZABETH
STUVA; LORI STYX; OSCAR SUAREZ; SANDRA SUAREZ; SHERELLE SUAREZ;
DAVID SUDDUTH; MARY SUGUITAN; BRITTANY SULLIVAN; ELISHA SULLIVAN;
LEANNE SULLIVAN; SARA SULLIVAN; KIMBERLY SUMMERS; DONNA SUMPMAN;
MICHAEL SUPNET; JULIAN SUTER; DEBORAH SUTHERLAND; NYSIA SUTTA-
MGENI; SAUNDRA SUTTON; CLIFFORD SUVA; LEANNA SWAIN; RYAN SWAMI;
LISA SWANSON; BRANDON SWARTZ; MATTHEW SWEARINGEN; PHONEXAY
SYCHAREUN; PATRICIA SYDNOR; YOUSUF SYED; MARIYA SHAH SYEDA; CHRIS
SYKES; CHRISTOPHER SZCZECH; ALANO T.ADRIANO; MARIA TAAMU; AHMAD
TABBARAH; ABENEZER TADESSE; SONIA TADEWOSYAN; AUDRA TAFOYA;
MASSINISSA TAIEB; ADOREE TAN; JUN TAN; ANDREW TAPIA; JUAN TAPIA;
RENATO TAPIA; AMY TARPLEY; DAYNA TARTT; DOROTHY TATE; STEVEN TATE;
KATHY TATICK; STEPHANIE TAVAREZ; SOLIMON TAWFIQ; ASHIA TAYLOR;
DERRICK TAYLOR; ERIC TAYLOR; ESTELLA TAYLOR; IAN TAYLOR; LARRY
TAYLOR; LATRISHA TAYLOR; LAURIE TAYLOR; MALARIE TAYLOR; MICHAEL
TAYLOR; SOVANY TEAM; KAYLA TEIXEIRA; DAN TEJADA; PAUL PHILIP TEJEDOR;
DULCE TELLEZ; ELIZABETH TENNIAL; GUADALUPE TENORIO; PEDROS
TEROGANESYAN; TAMMI TERRELL MORRIS; MILAKAA TERRY; NARENA TERRY;
TANGELA TERRY; ROSHAN THANK; MASON THATCHER; JAMES THAYER; RYAN
THIBERT; MANJINGER THIND; ROBERT THOMAN; EVERY THOMAS CAMPBELL;
ANDRE THOMAS; ANDRE THOMAS; ANDREW THOMAS; BENJAMIN THOMAS;
BRENITA THOMAS; DAJANAE THOMAS; DAVID THOMAS; DIAMOND THOMAS;
JODI THOMAS; KYLONDRIA THOMAS; MALCOLM THOMAS; MICHAEL THOMAS;
MICHELINE THOMAS; PATRICIA THOMAS; SHERINA THOMAS; STEPHANIE
THOMAS; STEVEN THOMAS; BRANDON THOMPSON; CHARISSA THOMPSON;
CORNELL THOMPSON; COURTNEY THOMPSON; KYOKO THOMPSON; MICHAELLE

THOMPSON; NANCY THOMPSON; RICHARD THOMPSON; SARAH THOMPSON; TAMIKA THOMPSON; HEATHER THORNTON; GREGORY TIFFITH; JON TIGER; GARY TILBURY; MIKAYLA TIMMONS; BRYANT TINAJERO; CANDICE TINSLEY; LORI TIRRI; DEANNA TIRY; BERNADETTE TITMAN; NATASHA TITSWORTH; ASHLEY TODD; THERESA TOGAFAU; KEONA TOGIA; INEZ TOLBERT; TOMMIE TOLER; ERIC TOLLE; ABE TOLLIVER III; LAUREN TOLLIVER-KING; DAVID TOLOSSA; NOUEL TOMA; JULIAN TONGOL; VANITA TOOMBS; CHRISTIAN TOROSSIAN; AILEEN TORRES; DAVID TORRES; ISIS TORRES; LINDA TORRES; MIGUEL TORRES; SENORINA TORRES; STEVEN TORREZ; CHANEL TOURGEMAN; FARAJI TOUSSANT; BENJAMIN TOVAR; BLAKE TOVEY; KIM TOWERS; LYNN TOWNSEL; JARRETT TOWNSEND; GLENN TRABANINO; CAMERON TRAMEL; JOYCE TRAMMEL; MYDUYEN TRAN; SANG TRAN; TENNY TRAN; TOMMY TRANG; YSSA TRAORE; QUINN TRAVERS; HARRISON TRAWNIK; ELLIOT TREGONING; SARAH TRESVILLE; TIANA TRESVILLE; HEATHER TRIPP; LORI TROESTER; BRIAN TROUSDALE; BRIAN TRUJEQUE; CRISTINA TRUJILLO; MARIO TRUJILLO; QUAN TSANG; JAMAL TSOUKALAS; MICHAEL TSUCALAS; JULIAN TUBERA; JOSEPH TUCKER; ADAM TUFONO; MIKE TUFU; BADRI TULSIRAM; CHRISTINA TURCIOS; RONNY TURMAN; ARTHUR TURNER; AZIZA TURNER; DALENE TURNER; DONYTHIA TURNER; EDDIE TURNER; ISSAC TURNER; JACOB TURNER; JBARRIE TURNER; MONA TURNER; RICKY TURNER; SHADEED TURNER; TAVARES TURNER; NELSON TUUFULI; CELIA TYDINGCO; ANGELA UJAUGHELE; MD ULLAH; TAYLOR UNDERWOOD; NATHAN UNG; BIPOP UPRETI; RYAN URBANO; JORDAN URBINA; ALAN URIBE; STEPHEN URQUIDEZ; ISSACK VAID; RENATA VAINER; TONY VAIS; WHITNEY VALCIN; DELINA VALDEZ; JAMIE VALDEZ; JOSEPH VALDEZ; JOVAN VALDEZ; REYNALDO VALDEZ; GUILLERMO VALDIVIA; ALBERTO VALENCIA; LYNETTE VALENCIA; TONY VALENCIA; STEVEN VALENCIANA; MARILYN VALENCIA-TAPIA; KENNETH VALERA; ABIGAIL VALERIO; EMMANUEL VALLEJO-ALVAREZ; LORRAINA VALSONIS; RUDY VAN ACKER; JOSHUA VAN DEVENTER; KRISTEN VAN DINE; SIRENA VAN HOOK; LONNIE VAN HORN; MARISSA VAN HOUTE; SEBASTIEN VAN PELT; STEVE VANCANTFORT; AMY VANCE; RYAN VANDENBURG; NALY VANG; YAW VANSCOY; JORGE VARELA; ADRIANA VARGAS; ALEXANDER VARGAS; ESTEBAN VARGAS; MARCELINO VARGAS; BREANNA VARGO; ANGEL VASQUEZ; ANGELICA VASQUEZ; JACKLYN VASQUEZ; JUDITH VASQUEZ; WILFREDO VASQUEZ; JEREMY VAZQUEZ; SELENE VAZQUEZ; AURELIO VECCHIOLA; DAISY VEGA; ANTHONY VELASQUEZ; YOLANDA VELASQUEZ; AURELIO VELAZQUEZ; RAUL VELAZQUEZ; DAVID VELEZ; THERESA VELLONE; DARLENE VELOZ; PATRICE VENTRESCA; MARGARITA VENTURA; EDWARD VERA; JOHNNY VERA; STEVE VERCHER; JUAN VIDAL; ADRIAN VIDAURRE; CHRISTOPHER VILLA; LAURA VILLA; VICTOR VILLA; DANECA VILLACORTA; WILSON VILLACORTE; MARTIN VILLAFUERTE; MICHAEL VILLAR; GRACE VILLARDE; IRENE VILLASANO; CLAUDIA VILLEGAS; RICKY VILLEGAS; TANYA VILLINES; WINONA VINCENT; JON VINSON; EMILYN VIRAY; ADRIAN VIRGILIO; CHRISTAN VISPERAS; SARA VIVO; ADAM VOLK; NICK VOLZ; PETER VON WIEGANDT; JUSTIN VOO; STEPHANIE VOONG; YEVGEN VOSKOLEY; PETER VU; KARI WADDELL; KAYLEE WADEMAN; DANIEL WAGENSELLER; DOSHA WAGNER; GLORIA WAGNER; SARA WAGNER; KARTTIE WAHOFF; TIFFANY WAITERS-MCCLINTON; ADMIRAL WALKER;

ALLISSIA WALKER; DARRELL WALKER; DEONTE WALKER; JOEL WALKER; JONIESHA WALKER; KWANIUS WALKER; LISA WALKER; TENISHA WALKER; DEANNA WALLACE; EDWARD WALLACE; TERRA WALLACE; JORDAN WALLICK; SASHA WALLS SMITH; BERTRAN WALLS; LAUREN WALMAN; RYAN WALTERS; DARREN WALTON; KEIOSHA WALTON; NICOLL WALTON; SHENGWEI WANG; KENDA WANNEMAKER; JOSHUA WARD; LEANNA WARD; TIANA WARD; DANIELLE WARE; MARTIN WARE; SHAWN WARE; FELICIA WARNER; TODD WARNER; BRITTANY WARREN; SARAH WARREN; ANGELA WASHINGTON; CAMERON WASHINGTON; CHERESA WASHINGTON; JAZMINE WASHINGTON; RAYLYNN WASSON; ASHLEY WATCHER; IAN WATERHOUSE; CRYSTAL WATERS; JILL WATERS; PATRICK WATERS; GLENN WATKINS; MICHAEL WATKINS; JAMES WATSON III; ELIJAH WATSON; JORIM WATSON; EBONY WATTS; SASHA WATTS; BERTHA WAULS; KRISTIN WEATHERBY; JAIME WEAVER; BARRY WEBB; ERIC WEBB; NATALIE WEBB; MICHELLE WEEKS; WANDA WEEKS; MELISSA WEGNER; PETER WEHRMEYER; ERICH WEIDTMANN; CHRISTOPHER WEIL; KAYLA WEINREICH; NATHAN WEISS; CURTIS WELCH; TONY WELCH; CURTIS WELLING; IVY WELLS; KAYLA WELLS; UNIQUE WELLS; RYAN WELSHONSE; SHONDESS WESSON SR; ANDREW WEST; ARON WEST; DANIEL WEST; ELIJAH WEST; JOEL WEST; KAWAQUANA WEST; RICHARD WEST; ZACHARY WESTMORE; BRIAN WESTMORELAND; CORAL WESTON; JACOB WETHERBEE; NICOLE WEYBURN; KENDRICK WHEATON; RAESHELL WHISMAN; CHRIS WHITCOMB; APONDO WHITE; BRIAN WHITE; CALLIE WHITE; CASSIDY WHITE; DEVANTE WHITE; EDWIN WHITE; EMILIE WHITE; GREGORY WHITE; JULIAN WHITE; KAYLA WHITE; NETTIE WHITE; SEDRIC WHITE; TASHA WHITE; TERIAN WHITE; COURTNEY WHITFIELD; MICHAEL WHITFIELD; TERRY WHITFIELD; MARISSA WHITING; ANTHONY WHITSEY; KEVIN WICAL; MARCALETT WIDEMAN; INDIKA WIJESEKERA; DESIREE WILBON; ADAM WILBORN; LASHAWN WILBURN; DIAMOND WILDER; AARION WILEY; JAMES WILEY; TAHJ WILIAMS; TIFFINY WILKINS; WILLIAM WILKINS; HENRY WILLAUER; ROSA WILLIAMS JETER; DEREK WILLIAMS JR; AARONEKIA WILLIAMS; ALICIA WILLIAMS; ANFERNEE WILLIAMS; BRANDON WILLIAMS; CHANEL WILLIAMS; CHASTITY WILLIAMS; CHELSEY WILLIAMS; CYNTHIA WILLIAMS; DANYAEL WILLIAMS; DAVID WILLIAMS; DEANNDRA WILLIAMS; DENISE WILLIAMS; DENZELL WILLIAMS; DERRICK WILLIAMS; EMILY WILLIAMS; ERIC WILLIAMS; GARY WILLIAMS; GERALD WILLIAMS; JACOB WILLIAMS; JACQUELINE WILLIAMS; JAMILA WILLIAMS; JAMILIA WILLIAMS; JORDIN WILLIAMS; JOSHCENIA WILLIAMS; JULIUS WILLIAMS; KENDRA WILLIAMS; KENOV WILLIAMS; KEVIN WILLIAMS; LA SHAWN WILLIAMS; LADONNA WILLIAMS; LIGAYA WILLIAMS; MICHELLE WILLIAMS; NATASHA WILLIAMS; PORTIA WILLIAMS; RANDY WILLIAMS; RONALD WILLIAMS; SHARWANNA WILLIAMS; TAMICKA WILLIAMS; TATIANA WILLIAMS; VERONICA WILLIAMS; VICTORIA WILLIAMS; MACKENZIE WILLIAMSON; MARKUS WILLIAMSON; SEAN WILLIAMSON; BONNIE WILLIAMS-TAYLOR; BLAKE WILLIFORD; MATT WILLIS; ANASTASIA WILLOUGHBY; ALEXIS WILSON; CHERISE WILSON; CHRISTINA WILSON; CRISSY WILSON; DAVID WILSON; ERIC WILSON; HEATHER WILSON; IRENE WILSON; KHALI WILSON; MAIYA WILSON; MICHAEL WILSON; NICHOLAS WILSON; REGINALD WILSON; TOKA WILSON; VASHAYLA WILSON; WHITNEY

WILSON; YMUNIQUE WILSON; KIRA WINDMUELLER; SHANELLE WINDOM; JODIE WINKLEBLECH; HALEY WINN; TAMIKA WINSLOW; LORI WISE; JAMES WISEMAN; DAVID WITCHER; TALIYAH WITT; COREY WOJAHN; MAHLET WOLDEMICHAEL; JAY WONG; PAUL WONG; STEVEN WONG; ANGELA WOOD; ERICA WOOD; JESSICA WOOD; JOHNATHAN WOOD; MICHAEL WOOD; SAMMANTHA WOOD; AUGUSTA WOODARD; ASHLEY WOODBRIDGE; SPENCER WOODCOCK; CHYRAH WOODS; NICOLE WOODS; CASSANDRA WOODWARD; HEATHER WOOLEN; BINH WORLEY; SHANNA WORLEY; ASHLEY WRIGHT; BRIAN WRIGHT; D'AJANE WRIGHT; DEAN WRIGHT; MICHELLE WRIGHT; VINCENT WRIGHT; ZONOBIA WRIGHT; TIGER WU; LORENZO WUYSANG; MELANIE WYATT; DOMINIQUE WYNNE COOLEY; CHRISTOPHER WYRICK; SONDRA WYRICK; MICHELLE XIONG; CRANE XU; YIN KUM XUE; STEVEN YAMAGUCHI; JESSICA YANEZ; HEIJIN YANG; BATTSENGEL YANJMAA; CHRIS YANKE; ETIENNE YANSUNNU; JACOB YARLETZ; DEVEN YASAY; AHMED YASEEN; VINCENT YATES; CHRISTOPHER YBARRA YBARRA; CHRIS YODER; JOSEPH YOO; BRYAN YOUNG; CHRISTOPHER YOUNG; GRENITA YOUNG; JIMMY YOUNG; OLIVIA YOUNG; SAMANTHA YOUNG; SHONNTAE YOUNG; ROSALINA YSAIS; RUTH ZAGARS; ANASTASIIA ZAGORUIKO; LAURIE ZALESKI; TOMMIE ZAM; RUDOLPH ZAMARRIPA; MICHAEL ZAMBELLI; SAN JUANITA ZAMORA-MEZA; BENNJI ZANABRIA; ANTHONY ZAPATA; ELIZABETH ZAPATA; MARTIN ZARAGOZA; ROYCE ZARO; ANDREA ZAVALA; ANGELA ZAVALA; ERIC ZAVALA; LUPE ZAVALA; ZAHIR ZEGGANE; JACQUELINE ZENN; BRISA ZEPEDA; ANDREW ZERTUCHE; WEI ZHAO; JOSHUA ZIELINSKI; JESSICA ZINZUN; DAVID ZIRKELBACH; KAMEEL ZREIK; and REYNA ZUNIGA.

EXHIBIT C

1   Justin Griffin (#234675)
       justingriffin@quinnemanuel.com
2   QUINN EMANUEL URQUHART & SULLIVAN, LLP
3   865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
4   (213) 443-3100

5   Travis Lenkner (*pro hac vice forthcoming*)
       tdl@kellerlenkner.com
6   KELLER LENKNER LLC
7   150 N. Riverside Plaza, Suite 4270
    Chicago, Illinois 60606
8   (312) 741-5220

9   Warren Postman (*pro hac vice forthcoming*)
       wdp@kellerlenkner.com
10  KELLER LENKNER LLC
11  1300 I Street, N.W., Suite 400E
    Washington, D.C. 20005
12  (202) 749-8334

13  *Attorneys for Petitioners*

14

15                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

16                      FOR THE COUNTY OF SAN FRANCISCO

16  CHRISTINE BOYD; ALI ABBAS;                )
17  TREVON ABBASI; FERYAL ABBOODI;            )   Case No. __CPF-19-516930__
    JENIN ABDELJABBAR; BASEM JAMAL            )
18  ABDELKHALEQ; TEVIN ABDESSIAN;             )
    STEPHEN ABDOU; BAKIR                      )
19  ABDULJABBAR; MEDINA ABDULLAH;             )   PETITIONERS' PETITION TO
    SAMUEL ABELS; SHARAREH ABHARI;            )   COMPEL ARBITRATION;
20  YERZHAN ABILDIN; ASHLEY ABNEY;            )   MEMORANDUM OF POINTS AND
    TERRELL ABRAMS; SANDRA ABUNDIS;           )   AUTHORITIES IN SUPPORT
21  SIMON ACHVAN; LUIS ACOSTA;                )
    ANGELA ADAMS; CHRISTOPHER                 )   Judge:
22  ADAMS; THOMAS ADAMS; TONY                 )   Date:
    ADAMS; TREVON ADAMS; ADESOLA              )   Time:
23  ADEOGUN; ERICSON ADINIG; ANDREW           )
    AFIA; WILARD AGDEPPA; LANITA              )
24  AGEE; EHDA AGHA MOHYALDIN;
    ROBERT AGOZINO; AARON AGUILAR;
25  AMBER AGUILAR; JOSE AGUILAR;
    JULIE AGUILAR; STEPHANIE AGUILAR;
26  SUSANA AGUILAR; LIZBETH
    AGUNDEZ; PATRICK AHERN; SHAHAB
27  AHMADPANAH; FILSUN AHMED;
    MEREDITH AIMONE; PAULINE AJAYI;
28  AUJHANA AKINS; DONNETTA AKINS;

1  MAHMOOD AL GHAZAWI; OMER AL
   MASHAHEDAH; ROMAN AL; LANA
2  ALANIZ; MARIA ALARCON; OMAR
   ALAYA; MAGDI ALBARTY; MUAYAD
3  ALBAZIAN; VANICA ALBERT; ANDREW
   ALBRECHT; MAIA ALBRO; ELISSA
4  ALCALA; ALEXANDER ALCARAZ;
   STEVE ALCAZAR; CHRISTOPHER
5  ALEJO; NEHEMIAS ALEMAN; SAUL
   ALEMAN; JACOB ALESNA; CALONDRA
6  ALEXANDER; JENNIFER ALEXANDER;
   JOEL ALEXANDER; KAYLAH
7  ALEXANDER; MARLA ALEXANDER;
   RUDOLPH ALEXANDER; ROY
8  ALFAJORA; ALEX ALFARAS; DENNY
   ALFARO; ELIZABETH ALFARO; RAMON
9  ALFARO; SHANNON ALFARO;
   AMANDA ALFRED; JOSEPH ALFRESCO;
10 SAM ALHADDADEN; DUAA ALHAJRI;
   MOHAMMED ALIA; BERMUDEZ
11 ALICIA; IRWIN ALLEN; MICHAEL
   ALLEN; MONIQUE ALLEN; RENEE
12 ALLEN; TIMEKA ALLEN; ALEXANDRIA
   ALLGOOD; MELISSA ALMARAZ;
13 YOUSEF ALMASRI; HAYDAR
   ALMAYALEE; ELIZABETH
14 ALMENDAREZ; AMMAR ALSHAWOSH;
   DIEGO ALTAMIRANO; MALCOLM
15 ALUGAS; FRANCISCO ALVARADO;
   VICTORIA ALVARADO; ADRIAN
16 ALVAREZ; JEAN ALVAREZ; LILIA
   ALVAREZ; MARISELA ALVAREZ;
17 MILLY ALVAREZ; MICHAEL
   ALVARIZARES; JUSTIN AMADOR;
18 MARYAMAWEET AMARE; RICHARD
   AMARO; INGRID AMAYA; NORA
19 AMERICANO; RUDY AMESQUITA;
   AHSSANULLAH AMINYAR; JOSARA
20 AMMANN; RACHAEL AMOAH;
   FRANCISCO ANAYA; ISAAC ANAYA;
21 ROMUALDO ANAYA; ASHLEY
   ANDERSON; CASHLEY ANDERSON;
22 CHARLES ANDERSON; DAVID
   ANDERSON; DESIREE ANDERSON;
23 FRANCIS ANDERSON; JOHN
   ANDERSON; JONATHAN ANDERSON;
24 JULIA ANDERSON; KAI ANDERSON;
   MICHAEL ANDERSON; SHAWN
25 ANDERSON; VICTORIA ANDERSON;
   YAMILB ANDERSON; SHAYNA
26 ANDERSON-SCHMIDT; SHAWNA
   ANDINO; JARED ANDRADE; KEVIN
27 ANDRADE; ROBERT ANDRADE;
   RAPHELLE ANDREWS; NADINE
28 ANGUIANO; RICARDO ANTILLON;

PETITION FOR ORDER COMPELLING ARBITRATION

| | |
|---|---|
| 1 | MASOUD ANWARY; ANNETTE |
| | APODACA; ANTIMONY APODACA; |
| 2 | ARTHUR APPLING; JUSTIN AQUINO; |
| | EDGAR ARAMBULA; NICHOLAS |
| 3 | ARANDA; JERROLD ARANGORIN; JUAN |
| | ARAUJO; KAYLEE ARAUJO; PABLO |
| 4 | ARAUJO; MELISSA ARAYA; EVA ARCE; |
| | JAMES ARCE; ZAKARIA ARCHANE; |
| 5 | VINCENT ARCHIE; JAN COLEEN |
| | ARCINAS; KRISTI ARD; MELISSA |
| 6 | ARELLANO; LUIS ARENAS; ALICIA |
| | ARGUELLO; EDUARDO ARIAS; JAMES |
| 7 | ARLOW; MANUEL ARMENTA; ISAAC |
| | ARMSTRONG; JEANETTE ARMSTRONG; |
| 8 | LINDA ARMSTRONG; MICHAEL |
| | ARNETT; COREY ARNOLD; CALVIN |
| 9 | AROMIN; DOMINIC ARREOLA; |
| | DANIELA ARREY; ALFRED |
| 10 | ARRINGTON; STEVEN ARTIGA; |
| | GEORGE ARTOPE; MIGUEL ARVIZO; |
| 11 | GLORIA ARZU; AKSEL ASADOURIAN; |
| | DEAN ASAMURA; ARLETTE ASCENSO; |
| 12 | BRIAN ASHE; BRIANNA ASHLEY; |
| | ROGER ASHTON; MICHAEL ASIS; MUH |
| 13 | DARYOSH ASLAMI; TIMOTHY ASLAN; |
| | OMAR ASSAF; STEVEN ASSEF; TIMONA |
| 14 | ASUEGA; DION ASUNCION; YORDAN |
| | ATANASOV; ROZA ATIKYAN; ALFRED |
| 15 | ATKINS; LEANDRE ATKINS; ALEX |
| | ATTRILL; NATALIE AUBELE; AIDAN |
| 16 | AUSTIN; RASHEETA AUSTIN; |
| | CHRISTINE AVELAR; MICAH AVERY; |
| 17 | JESUS AVEYTIA; MARISSA AVILA |
| | METZ; DAWN AVILA; JARON AVILA; |
| 18 | MONICA AVILA; EMANOEL AVRAHEM; |
| | NASSER AWAWDA; THEO AWDNG; |
| 19 | WILLIAM AYDLETTE; ALESSANDRO |
| | AYER; JERIZA AYSON; AMIR AZARI; |
| 20 | MELISSA AZEVEDO; NAVID AZIZI; |
| | PAUL AZZOLINA; MOHAMED |
| 21 | BAAGHIL; DOMINIQUE BACA; BRIAN |
| | BACHAR; CHAD BACHMAN; HARMONY |
| 22 | BACON; KATHY BADER; CHRISTIAN |
| | BAEZ; MAMIE BAGBY; LENA |
| 23 | BAGWELL; JAVIER BAHAMONDE; |
| | EDON BAINVOLL; LAWRENCE |
| 24 | BAISDEN II; LAQUANN BAKER; |
| | MARVIN BAKER; MEDINA BAKER; |
| 25 | SCOTT BAKER; TOMMY BAKER; |
| | TRACY BAKER; GAGANDEEP BAL; |
| 26 | KENNETH BALANON; JESSE BALDAIN; |
| | ROSARIO BALDERAS; VICENTE |
| 27 | BALINTON; JENNIFER BALL; JORDAN |
| | BALL; CHRIS BALLARD; DAMEONN |
| 28 | BALLARD; GLEN BALZA; ARCHANA |

1  BANDARU; JELANI BANDELE; JULIAN
   BANDERAS; GWENDOLYN BANKS;
2  KAYLA BANKSTON; KATHARINE
   BANTIGUE; ROBERTO BAPTISTA;
3  CHRYSTLE BARAJAS; DANIEL BARBA
   MORALES; MARCOS BARBA; ALICIA
4  BARBEE; MICHAEL BARBER;
   MICHAELA BARBER; TANNER
5  BARBER; CARLOS BARBOSA; PETER
   BARD; JESSICA BARFIELD; SONIA
6  BARILLAS; BRIANA BARNES;
   KATELYNN BARNES; STEVE BARNES;
7  CAMERON BARNETT; JAMES
   BARNETTE; TRINI BARON; JESUS
8  BARRAGAN; CASSANDRA BARRANCO;
   ENRIQUE BARRERA; GABRIEL
9  BARRERA; MONICA BARRERA;
   MONICA BARRERA; JA'MONTEYANNA
10 BARRETT; ARIANA BARRIOS;
   REBECCA BARRON; VANESSA KAY
11 BARRON; DONALD BARRY; JEFFREY
   BARTNEK; ISIAH BARTOLOME;
12 TREVEON BASKIN; MOHAN BASNET;
   EVERETT BASS; OTIS BASSETT;
13 BROOKE BASTIAANS; JARED BASTIAN;
   THALIA BATISTA; ARIUNSAIKHAN
14 BATKHUYAG; RYAN BATORICK;
   LAUREN BATTAGLIA; THOMAS
15 BATTAGLIA; AMRIT BATTH; AJANAI
   BATTLE; CRISTINA BAUTISA;
16 CRISTIAN MERRY BAUTISTA; STEVEN
   BAVIN; DERRICK BAXTER; KIMBERLY
17 BAYARDO; VERTIS BAYNE; JASON
   BEADLE; JOHNNY BEARD;
18 CHRISTOPHER BEARDEN; PATRICIA
   BEARDSLEY; GARINER BEASLEY;
19 JONATHAN BEASLEY; REGINA
   BEASLEY; JENNA BEATON; RODRICK
20 BEAVERS; LUANA BEAVERS-
   DELOACH; KAREN BECCAR; JEREMIAH
21 BECK; ZACKARY BECKER; DANNY
   BEDFORD; TONY BEDI; BENJAMIN
22 BEERS; LAURIE BEHREND; DAOUD
   BEITUNI; MIKE BELARDES; ANNA
23 BELIEL; BRIANNE BELL; HUNTER
   BELL; JARED BELL; TANISHA BELL;
24 VINESHIA BELL; YVONNE BELL;
   MOUAADH BELLAL; CONNIE
25 BELLMER; EMMANUEL BELLO;
   WENDY BELMONT; SABRINA
26 BELMONTEZ; MIGUEL BELTRAN;
   HATEM BEN MILED; SARAJANE
27 BENASSI; OLIVIA BENAVIDES; VAHAN
   BENDIAN; SIMONE BENECH;
28 TASHALLA-LYNN BENFORD; ANDREA

1   BENNETT; DOMINIQUE BENNETT;
    ENDIRA BENNETT; JACOB BENNETT;
2   MARISSA BENNETT; MICHAEL
    BENNETT; SARA BENSON; ANDREI
3   BERG; JAMES BERG; MATTHEW BERG;
    ALAYNA BERGMAN; FLOR BERMUDEZ;
4   DESSA BERNABE; CHRISTIAN
    BERNARD; OSCAR DE JESUS
5   BERNARDINO FLORES; SCOTT
    BERNAVE; ISHA BERRY; MICHAEL
6   BERRY; RICHARD BERRY; SAMANTHA
    BERRY; VINCENT BERRY; RICHARD
7   BERTHIL; JACK BESSIERE; SENECA
    BEVERLY; OZONE BHAGUAN;
8   MUHAMMAD BHUTTA; JAMEE
    BIADORA; ANGELA BIBBS; MICHAEL
9   BICKHAM; TANIA BIELECKI; LAUREN
    BIGORNIA; JONATHAN BIRD; BOBBY
10  BIRDI; ROBIN BIRDSONG VINCENT;
    JOSEPH BIRDSONG; JESSE BIRINGER;
11  BRETT BIRMINGHAM; ARRICK
    BISCHOFBERGER; CODY BISHOP;
12  NICHELE BISSETT; MIRHAD BJELEVAC;
    SAMANTHA BLACK; THERESA BLACK;
13  CHRISTANYA BLACKMAN; SANDRA
    BLACKMON; KERRY BLACKMORE;
14  NICHOLE BLACKWELL; STEPHEN
    BLAKE; SHAUWN BLAND; TROY
15  BLANTON; JANETTE BLEVINS; TANYA
    BLUE; TATIANA BLUFORD; EMMETT
16  BLUNT; JASON BLYSTON; NICHOLAS
    BOBER; JAKEH BODE; ALICIA
17  BODWAY; RANDY BOEGLIN;
    NICHOLAS BOESCH; RICHARD
18  BOGOLUB; GENEVIEVE BOHAN; RONE
    BOLES; ROSZONNE BOLTON; ALEXIA
19  BOND; BARBARA BONDS; AUDREY
    BONGATO; CINTIA BONIFACIO;
20  CARMENA BOONE; MARCUS BOONE;
    ERIC BOOTHE; LASHAY BOOZER;
21  ALEJANDRO BOQUIREN; JASMYN
    BORDERS; SAMANTHA BORG; ROBERT
22  BORJAS; ALICIA BORREGO; CAMILLE
    BORROMEO; PAUL BOSLEY-PITTMAN;
23  DANIELLE BOSTIC; APRIL BOSWORTH;
    JOSH BOTELLO; CAMERON
24  BOTHWELL; MONET BOUNTHON;
    NADRA BOURDI; MONIKA BOWERS;
25  SHAQUISHA BOWERS; THEODORE
    BOWERS; CATHERINE BOYD;
26  JONATHAN BOYD; ERIN BOYER;
    AMANDA BOYETT; JOHN BOYLE;
27  ROBERT BOYLE; BENJAMIN
    BRADFORD; CARLOS BRADFORD;
28  SAMANTHA BRADFORD; ANGELA

PETITION FOR ORDER COMPELLING ARBITRATION

BRADLEY; GARRETT BRADLEY;
STEVIE BRADLEY; THOMAS BRAGER;
JA'SAWN BRAGG; WILLIAM
BRAJNIKOFF; REBEKAH BRANCH;
YAQUII BRANCH; JONATHAN
BRANNON; COREY BRANTLEY;
TAMEKIA BRANTLEY; JODI BRAUND;
GEORGINA BRAVO; JAYLEN BRENT;
DESTINY BREWER; BRIAN BREWSTER;
NAJA BRIDGEFORTH; GREG
BRIDGEWATER; TAWANA
BRIDGEWATER; VICTOR BRIFFA;
JUSTIN BRIGGS; ANTHONY BRIGHT;
DETRICK BRIGHT; MONIQUE BRIM;
TANISHA BRINKLEY; ROSA A
BRIONES; MIYAKO BRISKER;
GERARDO BRITO; RICARDO BRITO-
GONZALEZ; TRAVIS BRITTON; GAYLA
BROOKINS; LATASHA BROOKS; OLIVIA
BROOKS; PARADICE BROOKS; SHERIA
BROOKS; TESS BROWDER; HENRY
BROWN III; BARBARA BROWN;
BRITANY BROWN; BRYSON BROWN;
CHARLOTTE BROWN; CHERELE
BROWN; COLLEEN BROWN;
DOMINIQUE BROWN; DONNASIA
BROWN; EARL BROWN; ELIJAH
BROWN; HAROLD BROWN; HEATHER
BROWN; JARRETT BROWN; KENON
BROWN; KIMBERLY BROWN;
KRISTINA BROWN; LATOYA BROWN;
LAUREN BROWN; LORA BROWN;
MARCELLES BROWN; MARGARET
BROWN; MARTEZ BROWN; MICHAEL
BROWN; MONIQUE BROWN; NATALIE
BROWN; NIESHA BROWN; ROBYN
BROWN; RODNEY BROWN; SABRINA
BROWN; STEVEN BROWN; TONISHA
BROWN; AZIZA BRUMFIELD; KATIE
BRUNIUS; CARLTON BRUNNER;
DUNCAN BRUNST; JULIA BRYAN;
TERAN BRYAN-HOWELL; JANNET
BRYANT; KEVIN BRYANT;
KIMBRIELLE BRYANT; LAQUISHA
BRYANT; LINDA BRYANT; ODEIRRE
BRYANT; SHANTE BRYANT; GILBERTO
BUENROSTRO; EBONE BUGGS;
MICHAEL BUI; VU BUI; ELMER
BUNGAY; GURGEN BUNIATYAN;
MARISSA BURGESS; ALLISON BURKE;
LAUREN BURKE; ANTHONY BURKS;
ANITRA BURMEN; BERNADETTE
BURNIAS; CANDICE BURNS; MATTHEW
BURNS; TERRIA BURSEY; CODDIE
BURTON; JALISA BURTON; ANNIE

1  BUSHNELL; STEVEN BUSTAMANTE;
ARETTA BUTLER; MARLOW BUTLER;
2  DAVION BYRD BYRD; ROBERT BYRD;
SHAWNA BYRD; CHRISTIAN
3  CABANAYAN; AZEENITH CABANERO;
JEWEL CABIGAS; BRE CABIN; SAUL
4  CABRAL; TOMAS CABRAL; ABIGALI
CABRERA; JORGE CACERES; CHLOE
5  CALDASSO-SMITH; JOSE CALDERA;
ANTHONY CALDERON; EARLE
6  CALDERON; MICHAEL CALDERON;
JASMINE CALDWELL; MIA CALDWELL;
7  RICKY CALDWELL; ROCIO CALENDA;
KENNETH CALICDAN; TYLER
8  CALLAHAN; KARINA CALLAHAND;
CARDELL CALLOWAY; JENNIFER
9  CALTON; JOHN CALUCIN; DANICA
CAMAGONG; SAMANTHA CAMAIONI;
10  DON CAMANAG; GABRIEL CAMBRON;
REGINA CAMERON; ASHLEY
11  CAMILLUCCI; KEYLI CAMPBELL;
KIEMARA CAMPBELL; CAROL CAMPO;
12  ATHIANE CAMPOS; CAROLINA
CAMPOS; MELINA CAMPOS; ARTHUR
13  CANALES; CASEY CANALES; LAURA
CANAS; OLIVER CANBAZOGLU; JC
14  CANNEGIETER; KIERRA CANNON;
SEAN CANNON; CARLOS CANTON;
15  FRANK CANTORAN; AMANDA
CANTRELL; KRISTY CANTRELL; MARK
16  CAPACCIO; CHRIS CAPRON; LASHAY
CARADINE; GREG CARAMELLA; JOHN
17  CARANDANG; PATRICK CARDEA;
RYAN CARDENAS; CHRISTOPHER
18  CARDINELLI; AARON CARDOZA;
VERONICA CARGILL; JOSEPH CARINI;
19  JESSICA CARMONA; MICHELLE
CAROLAN; JIMMIE CARPENTER; RON
20  CARPENTER; RYAN CARPENTER;
SAMANTHA CARPINTERO; VICTORIA
21  CARPIO; CAMERON CARR; CARRADINE
CARR; JERRY CARR; LA QUESHA
22  CARR; ROXANNE CARR; VONDETRICK
CARR; CYNTHIA CARRANZA;
23  JONATHAN CARRASCO; MATTHEW
CARRELL; RYAN CARRETHERS;
24  BRANDON CARRIER; MICHAEL
CARRIERI; SANDRA CARRIERI; LISA
25  CARRILLO; JASMINE CARRION; NANCY
CARRION; TIMOTHY CARRIZALES;
26  STEVEN CARROLL; RENE CARSON;
BRANDON CARTER; CRAIG CARTER;
27  NATHANAEL CARTER; PAUL CARTER;
RONNIE CARTER; SHAWNICE CARTER;
28  ANTHONY CARVER; ISABEL CASALES;

1  JANELL CASCIA; JUDY CASE;
   MARSHAL CASE; KYLE CASEY;
2  ANDREW CASH; ARIELLE CASILLAS;
   ADRIANA CASSELL; EMILY
3  CASTANON; ALEXIS CASTELLANOS;
   JUANCARLO CASTELLANOS; PETE
4  CASTELLANOS; TERRENCE CASTILLE;
   CARLOS CASTILLO; CAROLINE
5  CASTILLO; LEON CASTILLO; SAMUEL
   CASTILLO; MONTE CASTON; DANIEL
6  CASTRO; ELYSE CASTRO; EVELYN
   CASTRO; FERNANDO CASTRO; JORGE
7  CASTRO; LINDA CASTRO; MARITZA
   CASTRO; MONICE CASTRO; LALITA
8  CASTRO-KINH; KELLIE CATENA; APRIL
   CAUDILLO; ANGELA CAVINESS; JEAN
9  CAYABYAB; REAGAN CECCARELLI;
   MIAJOY CEDENO; JASON CELESTIAL;
10 TAMIKA CENTERS; ADRIAN CERDA;
   LUCAS CESPEDES; LUIS CHABLÉ;
11 KIMBERLY CHADWICK; BRENDA
   CHAIREZ; EBONEE CHAMBERS; KALIA
12 CHAMBERS; PESACH CHANANIAH;
   ZACHARIAH CHANCE; GARY
13 CHANDLER; JASMINE CHANDRA;
   RONALD CHANDRA; LYNN CHANEY;
14 DARWIN CHANG; SHENG-YANG
   CHANG; ALLEN CHANNEL; SUSIE
15 CHANPHENG; SERENA CHAPMAN;
   ELIZABETH CHAPMAN-ARATA;
16 CRYSTAL CHAPPEL; DRAKE CHAPUT;
   DANIELLE CHARETTE; KAAJAL
17 CHARITRA; NAOMI CHARLES; JALEN
   CHARLESON; SERGIO CHAVEZ; TAMMI
18 CHAVEZ; ANDY CHEA; ALISHA
   CHEESEBORO; JIN GUANG CHEN;
19 SHEILA CHENAULT; ALEXANDER
   CHERENKOV; JUDITH CHESSER; ALVIN
20 CHETTY; AARON CHEUNG; MOEUN
   CHHEANG; JASON CHIANG; ARINZE
21 CHIDOM; RAJAY CHILDS; SHEILA
   CHILDS; SRITEJA CHILLARIGE;
22 CHIKEZIE CHIMA; ALEXANDER
   CHIRISHYAN; JERMAINE CHISM;
23 KRYSTAL CHITTY; RAYMOND CHO;
   JOHN CHOE; LACHIA CHRISTIAN;
24 SAMUEL CHRISTIAN; SAMANTHA
   CHRISTIANSEN; SAIMAN CHU;
25 AMINMORN CHUENGMANKONG; IKEM
   CHUKWUDIFU; CAMERON CHUMBLEY;
26 RICHARD CHUNG; LINDA CISCO;
   ARTURO CISNEROS; RICARDO
27 CISNEROS; BACONGO CISSE; TRISHA
   CLABORN; KIMBERLY CLARK
28 BURRELL; CONRAD CLARK; JOSHUA

1  CLARK; MICHAEL CLARK; TANEIKA
   CLARK; TERA CLARK; VIRGINIA
2  CLARK; LESTER CLAROS; GIAN
   CLAUDIO; RICK CLAYTON; JESSICA
3  CLEMENTS; KAREN CLEMENTS;
   JOVITA CLEMONS; JEANROBERT
4  CLERVOIX; CHRISTOPHER
   CLEVELAND; ELLIOT CLEVELAND;
5  JENNIFER CLIFTON; MIKAELA COBB;
   CHRISTOPHER CODILLA; MARCIE COE;
6  DANNY COELLO; MARTIN COHEN;
   TANAE COLBERT; BREANNA
7  COLEMAN; DESTINY COLEMAN;
   KRISTINE COLEMAN; LAKESHA
8  COLEMAN; ZACHARY COLEMAN;
   ASHLEY COLGLAZIER; ANGELO
9  COLLIER; AMBER COLLINS; SIMON
   COLLINS; STEVE COLLINS; TANYA
10 COLLINS; TINA COLLINS; CELIA
   COLON; SANDRA COMBEE;
11 CHRISTOPHER COMLY; MARVIN
   CONANT; ALEXIS CONCANNON;
12 CLIFFORD CONDELLO; KARRIANN
   CONLEY; TAYLOR CONLEY; RYAN
13 CONN; KODIAK CONRAD; MILES
   CONRAD; KRISHNA CONSTANCIO;
14 ALEJANDRO CONTRERAS; EDDIE
   CONTRERAS; JENNIFER CONTRERAS;
15 JORGE CONTRERAS; ROLANDO
   CONTRERAS; SHARON CONTRERAS;
16 ALEX CONVERSE SR; CHASE
   CONVERSE; DEMESHA CONWAY;
17 JONATHAN CONWAY; MALIK
   CONWAY; TAYLOR CONYERS;
18 NICOLAS COOK LEON; JACQUEZ
   COOK; SANDY COOK; FERNANDO
19 COOK-MORALES; JON COOLEY; APPLE
   COOPER; KELLI COOPER; MICHAEL
20 COOPER; TRACY COOPER; MARTIN
   COPPA SR.; ANJELICA CORBETT;
21 RONISHA CORBIN; CASSIDY
   CORBOLINE; CHRIS CORDINGLEY;
22 DANA CORDOVA; JOHN CORDOVA;
   LORENA CORDOVA; VANESSA
23 CORDOVA; CHERYL CORLL; MAYRA
   CORONA; TINA CORONA; SALLY
24 CORONADO; DANIEL CORPUZ;
   NICOLAS CORRAL; EDMUNDO
25 CORREA; TESSA CORREA; KEITH
   CORSI; MAYRA CORTES; RAMIRO
26 CORTEZ ROMAN; ELLIE CORTEZ;
   FEISAL CORTEZ; MICHAEL CORTEZ;
27 BIANCA CORTINAS; SHELIYA COSBY;
   STEPHANIE COSIO; MARK COSTELLO;
28 SHARI COSTON; ANDREA COTA;

PETITION FOR ORDER COMPELLING ARBITRATION

1     RAYMOND COTA; LARRY COTTON JR;
ANGELA COTTON; SANDRA
2     COURTNEY-SIMS; LASHAE COUSIN;
DOROTHY COUSINS; EMMA
3     COUVILLION; MARIO COX; TASHA
COX; ALEXIS COZZI; DIIYMILEA
4     CRAFTON; IBOETE CRAIG; LISA CRAIN;
FELICIA CRAPIA; OWEN CRAVER;
5     CABONIA CRAWFORD; LEKEITRA
CRAWFORD; JAWARA CRICHTON;
6     ANGELA CRISWELL; DANIELLE
CROCKER; CHELSEA CROIL; JAMES
7     CROPPER; ERICKA CROSBY; VANESSA
CROTEAU; JASMINE CROUCH;
8     DESAMONA CROWDER; GRAYCE
CROWDER; BRYNN CROWLEY; JASON
9     CROWLEY; WESLEY CRUM; MERCEDES
CRUMBY; ANA CRUZ; DIXIE CRUZ;
10     JORGE CRUZ; MARIA CRUZ; JENNIFER
CSISZAR; MANUEL CUENCA; MELANIE
11     CUI; SHAYNE CUI; ASHLEE
CUMMINGS; AARON CUMPTON; MARIA
12     CUNANAN; KAREEM CUNNINGHAM;
TERRA CUPP; BRANDON CUPPOLETTI;
13     TINISHA CURLEY; DEJANA CURRY;
WILLIAM CURRY; LATANYA CURTIS;
14     STEPHANIE CURTIS; JAMIE
CZELUSNIAK; JOSHUA CZUPOWSKI;
15     KAREN DADALT; DILJOT DAISY;
ALEXANDER DALE; CAITLIN DALTON;
16     JOIA DANAI; VICTOR DANDRADE;
JOSEPH DANGLER; EBONY DANIELS;
17     EMMITT DANIELS; ERIKA DANIELS;
KYESHA DANIELS; MICHALAY
18     DANIELS; LORI DANIELSON; DANIEL
DAVIDSON; FELIPE ROSAS; CAROLYN
19     DAVIO; JOHNATHAN DAVIS II; JASON
DAVIS JR; ADAM DAVIS; BRIELLE
20     DAVIS; CAMERON DAVIS;
CHARDANEY DAVIS; CHARRICE
21     DAVIS; CHRISTINE DAVIS; CHRISTINE
DAVIS; DANA DAVIS; DARREN DAVIS;
22     DASIA DAVIS; DONYEA DAVIS;
GABRIELLA DAVIS; JESSE DAVIS;
23     JONATHAN DAVIS; KARRI DAVIS;
LAKIESHA DAVIS; NATHANIEL DAVIS;
24     RONNIE DAVIS; RYAN DAVIS;
SHAUNDA DAVIS; VALERIE DAVIS;
25     VICTORIA DAVIS; TADEH DAVTIAN;
GUADALUPE DE ALBA; CILIA DE
26     ARAÚJO; MELISSA DE CASTRO;
ROBERT L DE FRANCE JR; MANUEL DE
27     GONZALO; LAVVED DARYLL DE
GUZMAN; ROBERT DE LA CRUZ;
28     MARCO DE LA LUZ; MARLON DE LA

1    TORRE; MAYBETH DE LA TORRE;
     FREDDIE DE LEON; RICHARD DE LOS
2    REYES; CHRISTINA DE PAZ; GREGORY
     DEAN; MATTHEW DEAN; TANGIE
3    DEBERRY; FARID DEBIT; NICHOLAS
     DEBRITO; GRETA DEDMON; SHARON
4    DEESE; JOSEPH DEGIROLAMO; IVAN
     DEJESUS JE; KAREN DEKRUIF; JAMES
5    CARTER DEL ROSARIO; CYNTHIA
     DELA CRUZ; RHYAN DELA CRUZ;
6    MICHAEL DELANEY; PETER
     DELATORRE; MY DELBRIDGE;
7    JENNIFER DELEON; NICHOLAS
     DELEON; MARIO DELGADO JR;
8    CHRISTOPHER DELGADO; PAM
     DELGADO; PEDRO DELGADO; EDELIZA
9    DELOS SANTOS; ERIC DELRIO;
     KRISTINE DELROSARIO; ELIZABETH
10   DELUCIA ROGERS; BENJAMIN
     DEMERS; MANUEL DEMPSEY;
11   LIVINGSTON DENEGRE-VAUGHT;
     JIAHAO DENG; KYMBERLI DENNETT;
12   JACQUELINE DENTON; CYNTHIA
     DERITA; RYAN DESCHAINE; DANIEL
13   DESMOND; JAYANTH DEV; ANTHONY
     JAMES DEVIEW; CAMERON DEVORE;
14   CHRISTINE DEVORE; LISA DEWITT;
     ARA DEYLAN; ARIS DEYLAN; GURJOT
15   SINGH DHALIWAL; ANGI DIAMOND;
     ALVERA DIAS; ALEJANDRO DIAS;
16   ALFREDO DIAZ; ALYSSA DIAZ; ELIANA
     DIAZ; JOANNE DIAZ; LUIS DIAZ;
17   OLIVIA DIAZ; CASSIDY DICK; DYLAN
     DICKERSON; JAMES DICKERSON;
18   BREANNA DICKINSON; BRITTANY
     DICKINSON; CHRISTOPHER DIEGO;
19   KATIE DIETERLY; JABULANI DILL;
     DARBI DILLON; TAYLOR DILLON;
20   CHERIKA DILWORTH; DEVONTAY
     DIMERY; IRVIN DINA; SON DINH;
21   HALEY DIPALMA; KASCIMA DIRIENZO;
     WILLIAM DISKIN; ALEX DISTEFANO;
22   NICOLE DIXON; TIMOTHY DIXON; SAM
     DLUZAK; JASON DOAN; LESLEY DOAN;
23   DEREK DODGE; JENNIFER DOKEY;
     MICHELLE DOMINGUEZ; VERONICA
24   DOMINGUEZ; WILLIAM DONALDSON;
     CONSTANTINO DONDIEGO; GIAO
25   DONG; JOHN DORAN; JAMES
     DORANTES; DON DORIA; JULIE
26   DORMIRE; SHAWN DORMISHIAN;
     YVONNE DORSEY; AUBREY DOUGLAS;
27   CHRIS DOUGLAS; KENNETH DOUGLAS;
     TAEJANE DOWNS; PAUL DOXIE;
28   SHAYLYNN DOXIE; JODI DRAEGER;

TAMMY DRAPER; NATASHA DREW;
YURIY DROBENYUK; JOHNATHAN
DUARTE; RYAN DUCUSIN; DOMINIC
DUFOUR; BRANDON DUNCAN; MASON
DUNCAN; KELLY DUNN; MICHAEL
DUNN; KATARINE DUNNING; NGHIA
NHAN DUONG; DEMETRIUS DUPREE;
MEGAN DURAN; STEPHANIE DURAN;
HUNTER DURAND; RYAN DURELL;
SHAY DURISSEAU; KYLE DURNFORD;
STEPHANN DURR; SHOBNI DUTT;
LAUREN EACH; SHANALL EADDY;
JAJUAN EARL; CHRISTOPHER EARL-
ROCKEFELLER; LESLY EARNEST;
JANICE EASON; SHANTELLE EASTER;
RYAN EATON; DESTINY ECHOLS;
ALEX ECK; CASSANDRA EDILLORAN;
SHERRY EDLUND; VIOLET EDMUNDS;
BRANDAN EDWARDS; CEDRIC
EDWARDS; MATTHEW EDWARDS;
TAJA EDWARDS; VANESSA EDWARDS;
IGOR EFIMOV; TATIANA EFIMOVA;
ETHAN EICH; DAVID EISENBART;
ROBIN EISMAN; AKRAM EISSA;
LA'RHONDA ELAM; MISTY ELDER;
BIANCA ELEAZAR; EMMANUEL
ELENDU; RAAFAT ELHENAWY;
DEMETRIUS ELKINS; DESTINY
ELLINGBERG; LAKITA ELLIOTT;
CHRISTIAN ELLIS; DERRICK ELLIS;
JACOB ELLIS; KIMBERLY ELLIS;
AHMED ELMEHEY; AHMED
ELSHARKAWY; HEATHER ELVIN; PAUL
ELZIE; JERELL ENCALADE;
CASAUNDRA ENDRES; MICHELLE
ENGEBRETSON; SAMANTHA
ENGLAND; VICTORIA ENGLAND;
RANDY ENGLEKIRK; VERONICA
ERAZO; DAVID ERICKSON; LAWRENCE
ERISPE; ANGELICA ESCAMILLA;
AMANDA ESCOBAR; GIOVANNI
ESCOBAR; LORENA ESCOBAR; NANCY
ESCOBAR; ROBERT ESCOBAR; JESSICA
ESCOBEDO; BIANCA ESCORCIO;
MASOOMEH ESHRAGHINOMANDAN;
BESHOY ESKAROUS; MICAELA
ESPARZA; RALPH ESPARZA; ERIKA
ESPERICUETA; JULIO ESPINO; ALINA
ESPINOSA; FRANK ESPINOZA;
JOSEPHINA ESPINOZA; NEPTALY
ESPINOZA; RODRIGO ESPINOZA;
LAUREN ESQUER; MAYRA ESQUIVEL;
BOB ESTEFANI; JAVIER ESTRADA;
JULISA ESTRADA; LINDA ESTRADA;
SELENA ESTRADA; MELE ETEAKI;

1   SASHA ETHRIDGE; BRANDI EUBANK;
    MICHAEL EUBANK; IRMA EUBANKS;
2   HYOMI EUM; KAIRO EVANS;
    KIMBERLY EVANS; MICHELLE EVANS;
3   NICOLE EVANS; TIM EVANS; THOMAS
    EVANSSAINE; JAMES EWING; SARAH
4   EWING; MICHELLE FACIONES; EMILY
    FAHEY; KARIEM FAHMY; ANTHONY
5   FAIRBANKS; VANESSA FALCAO;
    RICHARD FALCON; COLETON FALKE;
6   LETICIA FALLA; JAMES FARAG;
    ZAKIYA FARD; MAGDY FARID;
7   STEPHANIE FARIN; DUSTAN FARR;
    FIONA FARRELL; KHAMILLE FARRIS;
8   ARVIN FARZANEGAN; KAVEH FATA;
    FARZAD FAZEL; RACHEL FEDDEN;
9   EVELLE FEJERAN; RHONDA FELIX;
    EDSON FERNANDES; JOSEPH
10  FERNANDES; CAMERON FERNANDEZ;
    DARIO FERNANDEZ; DEXTER
11  FERNANDEZ; FARO FERNANDEZ;
    GABRIEL FERNANDEZ; JENNIFER
12  FERNANDEZ; MIKE FERNANDEZ;
    TAISA FERNANDEZ; MARIA FERRER;
13  JASSICA FETUU; AMBER FIELDS;
    DONYAE FIELDS; LEATRICIA FIELDS;
14  TOMICA FIELDS; TORRIN FIELDS;
    CHRISTOPHER FIGUEROA; MAXIMO
15  FILIPPINI; AUDRA FILLION-ALBERT;
    SILAS FINCH; JOSEPH FINCHER;
16  SHAWNA FINK; TIFFANY FINNEY;
    JESSICA FISHER; WAKEEIA
17  FITZGERALD; BRIANNA FLEMING;
    ATLEY FLENNER; CHERYL FLETCHER
18  ZARICH; NALANI FLINT; RUSSELL
    FLISK; ALEXIS FLORES; AMANDA
19  FLORES; BEN FLORES; EDGAR FLORES;
    EDGAR FLORES; GLORIA FLORES;
20  JACOB FLORES; LIUIS FLORES;
    MARISSA FLORES; MATTHEW FLORES;
21  PAOLA FLORES; RANDY FLORES;
    ROGER FLORES; SONYA FLORES;
22  STEPHAN FLORES; SHEA
    FLORESESPINDOLA; MAXIMUM
23  FLOURNOY; LUDLOW FLOWER IV;
    ALISSA FLOYD; JENISE FLOYD;
24  RUDDIE FLOYD; JEREMY FODOR;
    MAIA FOELSCH; JACLYN FOGLE;
25  TUESDAY FOMAN; ADRIAN FONDA;
    BRITTNEY FONSECA; SHEILA
26  FONSECA; ANDREA FOPPIANO;
    CONNOR FORBES; ONTEIRO FORD;
27  STEVEN FORD; STAR FOREMAN; TINA
    FORTE; ANTOINE FOSTER; MIKE
28  FOSTER; YOUSEF FOTOVAT; AUGUST

FOUCAULT; AMBER FOWLER; DEVYN
FOWLER; ASHLEY FRAME; SURINITY
FRANCIS; YVONNA FRANCIS; RAMON
FRANCO JR; GEDDY FRANCO; JOSEPH
FRANCO; CHRIS FRANKLIN; SHETARA
FRANKLIN; JANAE FRAZIER; TIERRA
FRAZIER; RENEE FREDERICKSEN;
ALICIA FREEMAN; SAMUEL FREEMAN;
RICKELLE FREENY; CALVIN FREER;
RASHAD FRENCH; ALEXIS FRIAS;
KAITLYN FRITH; ALEC FROST; AMIR
FROZANO; SHERYL FRY; ROBERT
FRYE; CHRISTINA FUCHS; JED FUCHS;
BERNARDO FUENTES; MARK FUENTES;
CLARISSA FULLER; MICHAEL FULLER;
ALLYSSIA FUNICELLIO; LASHANTA
FURNACE; TYLER FURUSHO; WADE
FUSSNER; MARIANA G LEAL; SONIA G
MCCORMACK; WALID GAD; ARJUN
GADKARI; BRIANNA GAETA; HECTOR
GAGLIARDI; LISA GAILEY; BRIANA
GAINES; MICHAEL GAITHER; TROY
GALA; JESSICA GALDAMEZ; KAITLIN
GALE; STEPHANIE GALICIA; ELIANA
GALINDO; MELODY GALIZADEH;
HAYLEY GALLAGHER; SEAN MICHAEL
GALLAGHER; RICHARD GALLARDO;
SONIA GALLEGOS; IRMA GALLO;
BRYAN GALVAN; HEATHER GALVAN;
MUNKHBOLD GANBOLD; RENA GANT;
ANTONIQUE GANTT; ALISA GARBER;
ALEXANDER GARCIA; ALONDRA
GARCIA; AMADO GARCIA; CRISTINA
GARCIA; DANIEL GARCIA; EFRAIN
GARCIA; GEORGE GARCIA; ISSAC
GARCIA; JIMMY-EUGENE GARCIA;
JOHN GARCIA; JONATHAN GARCIA;
LUIS GARCIA; MAKAELA GARCIA;
MARC GARCIA; MARCUS GARCIA;
MELANIE GARCIA; MELODY GARCIA;
NATALIA GARCIA; ROCIO GARCIA;
SAMUEL GARCIA; SAUL GARCIA;
VASTI GARCIA; VICTORIA GARCIA;
YVONNE GARCIA; ZEIDA GARCIA;
ALEX GARCIA-ROBLES; CHRISTOPHER
GARDNER; DAVID GARDNER;
KIMBERLY GARNER JONES; KASHINA
GARNER; JENNIFER GARNICA; ERICK
GARRETT; SAVANNAH GARY;
BRITTNEY GARZA; MITCHELL
GASKEY; NICKOLAS GATES; ROBIN
GATES; NAILAH GATEWOOD; RONALD
GATEWOOD; GINNY GAUCHER;
CHIRANJIBI GAUTAM; GILBERT GAW;
MARCUS GAY; TANYA GAYLOR; KARI

PETITION FOR ORDER COMPELLING ARBITRATION

GAYLORD; NATHAN GAYTAN;
MARISSA GAZCON; ASGEDOM GEBRE;
CALEB GEBREWOLD; ALEX GEORGE;
CHERELLE GERRALD; COLE GERSON;
ALEXANDER GETTLIN; GHIASS
GHAUSS; SHAHIN GHAZIASKAR;
HOSSEIN GHAZIPOUR; SAMILA
GHOMESHI; ASHLEY GIBBS; DONALD
GIDDINGS; JULIAN
GIGOLASANVANSAN; RYAN GIGUERE;
ALICIA GILBERT; KAILANI GILBUENA;
OWEN GILCHRIST; BRENDA GILES;
DANIEL GIL-FERNANDEZ; ASHLYN
GILKEY; KRISTY GILL; MICHELLE
GILL; MEGAN GILLETTE-MCCARTHY;
GARY GILROY; PATRICIA GIMLEN;
LISA GIORDANELLI; TAYRON
GIOVANI; JASMIN GIPOLAN; MIANI
GIRON; NICHOLAS GIZDICH;
SAMANTHA GJERDE; VIVIANA GLAPA;
CHARLOTTE GLASS; JORGE GODINEZ;
ALLAN GODOY; JESSICA GODOY;
BENNETT GOERTZ; MARTIN GOES;
GREGORY GOFF; KEVIN GOLCHIN;
ANDREW GOLDENBERG; SHEYLA
GOMEZ LESSIUR; ALMA GOMEZ
MARQUEZ; CORNELIO GOMEZ; DANIEL
GOMEZ; DANIEL GOMEZ; DEIDRA
GOMEZ; FEDERICO GOMEZ; GILBERTO
GOMEZ; MERCEDES GOMEZ; NICOLE
GOMEZ; RAUL GOMEZ; VICTOR
GOMEZ; SONYA GONCHARENKO;
SHAWN GONEZ; AARON GONZALES;
GREGORIO GONZALES; JESSICA
GONZALES; JOE GONZALES; ROBERT
GONZALES; ANDRES GONZALEZ;
BRYAN GONZALEZ; CESAR
GONZALEZ; CHRISTIAN GONZALEZ;
CYNTHIA GONZALEZ; DAVID
GONZALEZ; DELANNA GONZALEZ;
DIANA GONZALEZ; ENRIQUE
GONZALEZ; FRANCISCO GONZALEZ;
GERALD GONZALEZ; HECTOR
GONZALEZ; ISABEL GONZALEZ;
ISRAEL GONZALEZ; JACOB
GONZALEZ; MARCELO GONZALEZ;
MARIACRUZ GONZALEZ; MAURO
GONZALEZ; MEGAN GONZALEZ;
MONSERRAT GONZALEZ; PAUL
GONZALEZ; CAITLYN GONZALEZ-
SAINZ; NICOLE GOODAN; SHAHIN
GOODARZI; CASEY GOODMAN; DENISE
GORDON; SABRINA GORDON;
TIMOTHY GORDON; DANIEL GORMAN;
MARIANNE GORSICH; ELIZABETH

PETITION FOR ORDER COMPELLING ARBITRATION

GOSA; GUY GOTTLIEB; CONOR
GOULART; JORDAN GOVORKO; SEENA
GOWA; NICK GRAFF; HAYLEE
GRAHAM; LYLE GRAHAM; ERIK
GRANADOS; BILLY GRANDY; ANDREW
GRANILLO; DEVIN GRANT; LANESHA
GRANT; ANTHONY GRAY; BOBBY
GRAY; TYRONE GRAY; VANESSA
GRAY; XAUDIA GRAY; JUSTIN GRAZE;
KIMBERLY GREANEY; BRANDON
GRECO; TINA GRECO; ADAM GREEN;
DANTE GREEN; JAMES GREEN; AJA
GREENE; ANDRE GREENE; DANIELLE
GREENE; LAYLA GREENE; YAVAUNNE
GREENWOOD; MELINA GREGORIO;
AMANDEEP GREWAL; GULAL
GREWAL; LATASHA GRIDER; LANORA
GRIFFIN; KANEISHA GRIM; JASMINE
GRISBY; WILLIAM GRISWOLD;
WESLEY GRIZZELLE; BENJAMIN
GROVE; STEPHANIE GROVER; ADAM
GRUBER; JEANNIE GRUMMITT; ARYN
GRUSIN; AARON GUARDADO; ELLEN
GUDINO; SHANE GUENTHER; IRENE
GUERRA; ISAAC GUERRERO; JASON
GUERRERO; KEVIN GUILD; DANIELA
GUILLEN; GILBERTO GUILLEN; RICK
GUILLEN; JAKE GUINN; REBECCA
GULLETT; DUSHAWN GULLEY; DAVID
GULLIFORD; ANDREW GULMATICO;
SHAMEEKA GULTRY; YIQUAN GUO;
RAJESH GUPTA; KUMAR GURUNG;
ANAIS GUTIERREZ; ANTONIO
GUTIERREZ; CHRISTIAN GUTIERREZ;
ELIJAH GUTIERREZ; JORGE
GUTIERREZ; JOSE GUTIERREZ; MATEO
GUTIERREZ; OMAR GUTIERREZ; RICKY
GUTIERREZ; ROSARIO A GUTIÉRREZ;
JESSE GUTTERMAN; MARTHA
GUTTIERREZ; EMILIANO GUZMAN;
MARK GUZMAN; RIGOBERTO
GUZMAN; STEPHANIE GUZMAN-
FERRAN; AUSTIN HA; DAT HA;
JASHAWNAH HA; THUHAN HA;
ALEXUS HADNOT; IRLANDA HADNOT;
CHARLES HAFRON; KIM HAGEL;
LAURA HAGGINS; DYLAN HAIGHT;
ROBIN HALEY; DYLLAN HALL; LAURA
HALL; MARTIN HALL; RYAN HALL;
ROSSANA HALLUM-JOHNSON;
ANDREW HAM; KATELYNN HAMBLEY;
JENNIFER HAMEN; AHMAD SAMIM
HAMID; DOMINIC HAMILTON;
LATARSHA HAMILTON; TIFFANH
HAMILTON; TREVOR HAMILTON;

PETITION FOR ORDER COMPELLING ARBITRATION

1   MATTHEW HAMMAR; LATOYA
    HAMMONDS; DAVID HAMMONJR;
2   JEREMY HAMON; JOSHUA HAMPTON;
    CATHERINE HANEY; DESSERI HANSEN;
3   MICHELLE HANSEN; MARIE
    HARBAUGH; BRYCE HARDER; DONELL
4   HARDIN; DAMONT HARDNETT; ERIC
    HARDY; CHRISTIAN HARGROVE;
5   DOMINICK HARGROVE; ALAJAH
    HARPER; ALEXIS HARPER; BRIGETTE
6   HARPER; KAYLE HARPER; LAQUICHE
    HARRELL; ANTHONY HARRER; ALEXIS
7   HARRIS; ANTIONE HARRIS; APRIL
    HARRIS; JADE HARRIS; JORDAN
8   HARRIS; KIMBERLY HARRIS; LOGAN
    HARRIS; MELITA HARRIS; PATRICIA
9   HARRIS; SANDRA HARRIS; SHARLESE
    HARRIS; SHAUNA HARRIS; THEREA
10  HARRIS; LISA HARRISON; ROBERT
    HARRISON; ELISHA HARRY; MIKE
11  HARSINI; GAYLE HART; KELLY HART;
    BRIAN HARVEY; CHRISTA HARVEY;
12  SARA HARVEY; MATTHEW
    HASEMEIER; MOHAMMED HASSAN;
13  HANNAH HATCH; DEBORAH HATLER;
    ALEX HATTEN; KAYLA HAVERKORN;
14  LISA HAWKER; ANDREW HAYDEN;
    SUZANNE HAYES; SANDRA
15  HAYHURST; JEANNIE HAZELL; MYLES
    HECHT; PAUL HEEMANN; ZYLO
16  HEFFERAN; CHRIS HEFNER; JUANITA
    HEIDELBURG; MICHAEL HEINTZ;
17  GRETCHEN HEINZ; RANDY HELSEL;
    ELIZABETH HEMPHILL; ANTHONY
18  HENDERSON; HEATHER HENDERSON;
    MICHELEA HENDERSON; TORRELL
19  HENDERSON; VANESSA HENDERSON;
    NOAH HENDRICKSON; CHANDRA
20  HENKE; YONEL HENRI; DEYSI
    HENRIQUEZ; HANCY F HENRY JR;
21  BREEAUNNA HENRY; MICHAEL
    HENRY; SALLIE HENRY; KONNOR
22  HEREDIA; CODY HERMANSON; REYNA
    HERNADEZ; NINA HERNANDES; SIXTA
23  LETICIA HERNANDEZ BLAS; JOCELYN
    HERNANDEZ GOMEZ; ALISA
24  HERNANDEZ; ATHENA HERNANDEZ;
    CATERINE HERNANDEZ; GABRIEL
25  HERNANDEZ; GEORGE HERNANDEZ;
    GUILLERMO HERNANDEZ; HECTOR
26  HERNANDEZ; JESSICS HERNANDEZ;
    JOSUE HERNÁNDEZ; MARLENA
27  HERNANDEZ; MAX HERNANDEZ;
    ROCHELLE HERNANDEZ; DAVID HERR;
28  BREANNA HERRERA; DARLENE

PETITION FOR ORDER COMPELLING ARBITRATION

1  HERRERA; FERDINAND HERRERA;
   JOEL HERRERA; MATTHEW HERRERA;
2  MOISES HERRERA; PAUL HERRERA;
   DARRELL HERRON; ERFAN HETTINI;
3  TONI HEUCHAN; AUTHER HEWITT;
   SHANTIANA HICKS ENGLISH; GARY
4  HICKS; MATTHEW HICKS; JAUNET
   HICKSON; DAVID HIDALGO; ADRIAN
5  HILK; ALICIA HILL; AMAENDA HILL;
   ANTHONY HILL; GREGORY HILL;
6  RYAN HILL; SHANNEN HILL; TASHA
   HILL; BRITTANY HILLIARD; COREY
7  HILSENBECK; JUSTIN HILTON; SOPHIA
   HIRANO; NIKKI HOARD; EDUARDO
8  HOCHER; WALTER HOCHREIN; KORY
   HOCKER; ANDREW HOFFMAN; KEVIN
9  HOFFMAN; ROBERT HOFFMAN;
   SHALINDA HOGAINS; KAMILAH
10 HOGAN; JUSTIN HOLAN; DARNELLE
   HOLCOMB; DANIELLE HOLLAND;
11 ELVIN HOLLAND; MICHAEL HOLLAND;
   PIERRE HOLLAND; TEMIA HOLLIDAY
12 ARCHIE; LAWRENCE HOLLIDAY;
   HOLLY HOLLINGSWORTH; BRANDON
13 HOLLIS; TERESA HOLLIS; LATISHA
   HOLLOWAY; BREANNA HOLMES;
14 BREANNA HOLMES; KEATON HOLTER-
   HAMILTON; MOHAMMAD MASSOUD
15 HOMAYOUN; SHAUIB HOMRAN;
   KENNETH HOOD; BRESHON HOOKER;
16 KENDRA HOPKINS; REQUEL HOPKINS;
   TINA HOPKINS; DAVID HOPTMAN;
17 JUNE HORCASITAS; IAN HORST; ERICK
   HORTA; GRANT HORTON; ISAJAH
18 HORTON; DANIELLE HOUK; JAMES
   HOUR; JOHN HOUSE; AMBER HOUSER;
19 JAMIE HOWARD; NICOLE HOWARD;
   NICOLE HOWARD; PAULA HOWARD;
20 PORSHA HOWARD; SHARON HOWARD;
   TED HOWARD; VAN HOWARD; JAMES
21 HOWELL; ALYSE HOY; RYAN HOY;
   HENRY HUANG; KAITLIN HUBBARD;
22 LETICE HUBBARD; TAYLOR HUBER;
   KENNETH HUERTA; ANDREW HUFF;
23 BRANDON HUGGINS; CARRIE
   HUGGINS; HOLLY HUGHES; MARTHA
24 HUGHES; TIFFANY HUGHES; MELISSA
   HUITRON; ALEXANDAR HULL-
25 RICHTER; KAYONE HUMPHREY;
   BRENT HUMPHREYS; BRIGITTE
26 HUMPHRIES; JASMINE HUNT; KAROL
   HUNT; CARITA HUNTER; CASSANDRA
27 HUNTER; RASHAWNN HUNTER; TINA
   HURSEY; RAMON HURST; JASMINE
28 HUSAK; MICHELLE HUSER; AHMAD

PETITION FOR ORDER COMPELLING ARBITRATION

1  HUSSAIN; SABER HUSSAIN; ETHAN
   HUTCHINS; GRANT HUTCHINS; TONY
2  HUTCHINSON; LORNA HUYCKE;
   HOANG HUYNH; MICHAEL HUYNH;
3  THINH HUYNH; CHERI HYATT;
   FRANCES HYDER; MEEKER HYMES;
4  GAYLAN HYSON; CARLOS IBARRA;
   ROXANNE IBARRA; PAULINE
5  IBARRA/ALVARADO; HECTOR IBOA;
   FOWSI IBRAHIM; KHONGORZUL
6  IDERKHANGAI; RENNET IGUNBOR;
   OBINNA IKERIONWU; STEPHANIE
7  INCLAN; JAMIE INGLET; SHANNON
   INGRAM; EMILY INGRAO; SABRINA
8  INOCENCIO; IVANIA ISASSI; DAVID
   ISRAEL; TIGRAN ISRAELYAN; MAGDI
9  ISTAFANOS; JAY IVAN; JOANNE IVY;
   JOHNNIE IWABUCHI; RACHEAL
10 IYIOLA; RAQUEL JACHETTA; BONNIE
   JACKSON; BRIAN JACKSON; DESIRAY
11 JACKSON; DOMINIQUE JACKSON;
   GREGORY JACKSON; HEATHER
12 JACKSON; JOSHUA JACKSON; KAYLA
   JACKSON; SHANINE JACKSON;
13 TIFFANY JACKSON; VONCHELLE
   JACKSON; ALYSSA JACOBS; KRYSTA
14 JACOBSON; SHAYNA JAI; SALAZAR
   JAIME; BRANDIE JAMES; BRYSHA
15 JAMES; FRANC JAMES; CHRISTOPHER
   JAMISON; ANGELO JARAMILLO;
16 GABRIEL JARAMILLO; DOMECIA
   JASPER; BRANDON JAUREGUI; JACOB
17 JAUREGUI; JORDAN JAVAHERI; EGAL
   JAVANFARD; ARTHUR JAVIER;
18 RICHARD JEANJACQUES; RAMON
   JEFFERSON; STEVEN JEFFERSON;
19 CATHY JENKINS; GILBERT JENKINS;
   JAQUIERIA JENKINS; AMBER
20 JENNINGS; JESSE JERONIMO; CHEVON
   JEX; THOMAS JIA; SYED MUHAMMED
21 ALI JILANI; BRANDON JIMENEZ
   FLORES; GLADYS JIMENEZ; JAKE
22 JIMENEZ; JUAN JIMENEZ; MARIANA
   JIMENEZ; RAFAEL JIMENEZ;
23 ALEXANDER JO; GORDON JOE; LOUIE
   JOEL; SHONTAL JOHNSON; ALISHA
24 JOHNSON; AMANDA JOHNSON;
   ANGELA JOHNSON; ANTHONY
25 JOHNSON; ASHLEY JOHNSON;
   CHRISTA JOHNSON; DAMON JOHNSON;
26 DENISE JOHNSON; DUANE JOHNSON;
   ERIC JOHNSON; ERIK JOHNSON; ERIKA
27 JOHNSON; ILIANNA JOHNSON; JANINE
   JOHNSON; JARRELL JOHNSON; JAY
28 JOHNSON; JESSICA JOHNSON; JOHNNY

1   JOHNSON; JORDEN JOHNSON;
    LASHONA JOHNSON; LAURA
2   JOHNSON; LEKEISHA JOHNSON; LISA
    JOHNSON; MARCUS JOHNSON; MARIA
3   JOHNSON; MARIAH JOHNSON; MARVIN
    JOHNSON; NIKOLI JOHNSON; NORMAN
4   JOHNSON; REGINALD JOHNSON;
    ROSHAWN JOHNSON; SHAYLA
5   JOHNSON; SONDRA JOHNSON; STEVEN
    BAIS - JOHNSON; SUSIEJEAN JOHNSON;
6   THOMAS JOHNSON; TORI JOHNSON;
    TYLER JOHNSON; TROY JOHNSTON;
7   ADDISON JONES; ALAINA JONES;
    ALLISON JONES; BRENDA JONES;
8   CHAVONNE JONES; DANIEL JONES;
    DONALD JONES; ELLIS JONES;
9   EMERALD JONES; FRANKLIN JONES;
    GERICA JONES; GILJANINE JONES;
10  JAIME JONES; JENNIFER JONES;
    JESSICA JONES; JOKI JONES; KAYLA
11  JONES; KEN JONES; LAHEAVEN JONES;
    MELISSA JONES; NOELL JONES;
12  PHAEDRA JONES; RICARDO JONES;
    ROCHEL JONES; ROCHELLE JONES;
13  TRACY JONES; ZAYDA JONES;
    ANGELIA JONES-JACKSON; DION
14  JORDAN; JAYLIN JORDAN; MARIO
    JORDAN; MYRESHA JORDAN; RENEE
15  JORDAN; NATALIE JORDON; HARRY
    JOSE; CHAD JOSEPHWILLIAMS;
16  ALEJANDRO JUAREZ; FRANCISCO
    JUAREZ; NORMA JUAREZ; RAHEEM
17  JUDD; MARK JULOYA; BRENDA JUNI;
    CALEB JUVERA; SUBARNA K C; DEBRA
18  KAESTNER; KRISTINE KAESTNER;
    DANIELLE KAHL; STEFANI KAIRAN;
19  NOELANI KAKATIN; JOSHUA KALIN;
    SHAYLA KAMENA; ELLEN KANG;
20  BALAJI KANGADHARAN; KYLE
    KAPPES; SHANKET KARKI; ANTHONY
21  KARRIEM; ELIZABETH KASPARIAN;
    JOSEPH KASSIS; PETER KATALARIS;
22  ROBERT KATHAN; SHILYN KAUFMAN;
    KEVIN KAUKER; RUPINDER KAUR;
23  QAISSE KAWYANI; GHAVAM KAZEMI;
    TIFFANY KEAHEY; KYLE KEAST;
24  ZENOBIA KEETON; MARY KELLER;
    ANGELLA KELLY; LAUREEN KELLY;
25  SARAH KELLY; JORDAN KEMP; LEROY
    KEMP; ERIC KENERLY; ALEXA
26  KENNEDY; DANISHA KENNEY; JAMES
    KENNY; LA KENSAVATH; MARCUS
27  KENT; PORTER KEVIN; ALICE KEYES;
    SANAZ KHADEMIDELJOO; ROSHNI
28  KHALASI; MUKHAMMADISMOIL

PETITION FOR ORDER COMPELLING ARBITRATION

KHAMIDOV; AHMAD KHAN; ALAMZEB
KHAN; HARIS KHAN; MIR KHAN;
MOHAMMED KHAN; NAVAZ KHAN;
DARYUSH KHODADADI-MOBARAKEH;
STACY KHOEUN; HASEEB
KHUWAJAZADA; SAULAR KIANI;
DENNIS KIEU; LINDA KILLINGBECK;
JIYOUNG KIM; KISUNG KIM; MICHAEL
KIM; SI HYUNG KIM; JAYLAN
KIMBROUGH; CRAIG KING; DANIESHA
KING; ERIC KING; TERIK KING;
SOURIYA KINNAVONGSA; JUSTIN
KINNEL; SEBASTJAN KINNEY; STEVEN
KINSEY; TYLER KIRK; BRENDAN
KIRKPATRICK-MCKEE; ETHAN KIRSH;
SARAH KLAPHECK; KRISTIN KLAUS;
ERICA KLEMASKE; WILLIAM KLEMME;
REBECKAH KLEMP; NIKOLE
KLINKHAMER; HANA KLISTURIC;
MAGEN KNIGHT; RACHEL KNOTT;
RASHIDA KNOX; JACQUELINE KO; JEFF
KOHLSCHMIDT; KIMBERLY KOHN;
AMANDA KOLAR; KIMBERLY KOLE;
COLLEEN KONOVAL; SARAH KORALY;
JULES KORMAN; CHRISTINE
KOSMIDES; CALVIN KOSOVICH;
THOMAS KOWALSKI; AVO
KOZUKARAYAN; MAXIM KRAFT;
TAMARA KRAKE; ELISHA
KRANENBURG; NATALIIA
KRINITSYNA; SUMESH KUINKEL;
LESLIE KUKUK; JULIA KUNG; SADA
KURDI; FREDIANTO KUSNADI;
MICHAEL KWAO; LARRY KWONG;
MARIA KYLE; GEORGE
KYRIAKOPOULOS; JIMMIE L STOVALL;
BERNARDO LABANSAT; ADAM
LAFFERTY; JENNA LAFFERTY; ALLAN
LAGUATAN; JUSTIN LAIRD; NICOLE
LAMAR; SHANNON LAMBERT;
MARIBELLE LANDAVAZO; KRISTINA
LANDOLFI; JOHN LANDTROOP; DAWN
LANE; KEVIN LANE; MICHAEL LANG;
KARA LAPERE; BRUNO LARA; MARY
LARRAGOITIY; BRYAN LARSON;
BRENDON LASALLE; TRAVIS LASH;
IAN LASKY; RUDY LASTRA; SAMIRA
LAVENDER; KRYSTLE LAW; SARAH
LAWES; TERRELL LAWRENCE;
MELINDA LAWSON; DWIGHT LAY;
GYULA LAZAR; EBONY LAZARO;
KRISTINE LE; PETER LE; PHUC LE;
THUY LE; ILAI LEBEL; MARISSA
LEBEL; JONATHON LEBERT; CARLOS
LECHUGA; TIFFANY LEDERHOS;

PETITION FOR ORDER COMPELLING ARBITRATION

1   CYNDI LEDET; LILLY LEDOUX-
MADRIGAL; ANDY LEE; AYESHA LEE;
2   DAVID LEE; HANA'ALOHA LEE; JAMIE
LEE; JOHNIQUE LEE; JOHNSON LEE;
3   KATY LEE; KIM LEE; RICHARD LEE;
RYAN LEE; SANDRA LEE; WANDA LEE;
4   HEATHER LEIGHTON; RICHARD LEIVA;
JENNIFER LEMMON; MALA LEMNAH;
5   KEVIN LENTZ; JESSICA LENZ; KAREN
LEON; ANGELA LESLIE;
6   CHARLEMAGNE LESPERANCE;
KRISTINA LETBETTER; ALANNA
7   LEUKUMA; DUSTIN LEVENTHAL;
JAMENA LEVI; VALDANE LEVIAS;
8   AMBER LEWIS; CAMERON LEWIS;
JASHON LEWIS; JENNIFER LEWIS;
9   SATIRA LEWIS; ALEXIS LEWKOWICZ;
ALEX LEYVA; GLORIA LEYVA; SIYUN
10   LI; JASON LIEN; GILMAR EDUARDO
LIMA; CHARLENE LIMEN;
11   CHRISTOPHER LIMON; JESSE LIMON;
ANGIE LINDAHL; BRIAN LINDBERGH;
12   RICH LINDLEY; CHRISTIAN LINDO;
EBONY LINDSEY; JENNIFER LINDSEY;
13   ANDREA LINQUI; CAMERON LIRA;
BROOKE LITTLE; CASEY LITTLEJOHN;
14   LASHANAE LITTLES; TAYLOR
LITTLETON; YONGXIAN LIU;
15   ABRAHAM LIZAOLA; CHRISTINA
LIZARRAGA; RHONDA LOBRILLO;
16   JUAN LOCKETT; LASHANDRA
LOCKETT; DOMINIQUE LOCKHART;
17   EARNEST LOCKHART; SHEILA LOCKS-
LEE; WILLIAM LOEW; ADRIANA
18   LOFTON; LASHAWN LOGAN; MICHAEL
LOGAN; MICHELLE LOGAN; MARY
19   LOGSDON; DARIEN LOHOF; GAVIN
LOMBARDI; STEPHANIE LOMELI;
20   PAULA LONDOW; CHRISTINE LONG;
LASHEINATE LONG; PERRY LONG;
21   CAROLYN LOPE; ANDREW LOPER;
JOHN LOPER; TRACIELOPES LOPES;
22   EDUARDO LOPEZ JR; ADAM LOPEZ;
ADRIANA LOPEZ; ANDRES LOPEZ;
23   BIANCA LOPEZ; ERIC LOPEZ;
EZEQUIEL LOPEZ; FREDDY LOPEZ;
24   HAYDEN LOPEZ; JOEY LOPEZ;
JONATHAN LOPEZ; MARIBEL LOPEZ;
25   MYRA LOPEZ; PEDRO LOPEZ; ROSA
LOPEZ; RYAN LOPEZ; SANDY LOPEZ;
26   SAVANNAH LOPEZ; SIERRA LOPEZ;
TAMMI LOPEZ; DESI LORA; NICK LOTT;
27   TAMYSHA LOTT; ANTHONY LOVATO;
MARCELLA LOVELACE; JAMES
28   LOVETT; ALEX LOWDER-HIMMEL;

PETITION FOR ORDER COMPELLING ARBITRATION

1   BRIANAH LOWE; IMANI LOWE;
    CELESTE LOWELL; SHANNON LOWRY;
2   JENNIE LOZANO; MARIO LOZANO;
    CAROL LOZON; SHEILA LUCAS;
3   ROBERT LUCERO; SIM LUCIEN;
    CYNTHIA LUCK; STIINA LUEDTKE;
4   BRANDON LUERA; CORRALES LUIS;
    ISMAEL LUJAN ROJAS; ANGELA LUNA;
5   MIGUEL LUNA; RICARDO LUNA;
    RUBEN LUNA; STEVEN LUNDIN;
6   SARAH LUNDYBOUDREAUX; ANA
    LUQUE; NICHOLAS LURYE; BIANCA
7   LUSTER; GENE LUZALA; DAVID LY;
    KRISTIN LYBARGER; ALEXANDER
8   MABINI; CHRISTOPHER MACDEVITT;
    JESSICA MACEDO; BARBARA
9   MACFARLAND; WENDY MACHEN-
    WONG; CHRISTINA MACIAS; EDWIN
10  MACIAS; FIDEL MACIAS; SHARON
    MACIAS; JACOB MACIEL; GREGORY
11  MACK; KENDRICK MACK; BRIANNA
    MACKEY; NATALIE MADRIGAL;
12  TRACY MAFFIA; NATHAN MAGADIA;
    DIANA MAGALLON; ADRIENNE
13  MAGANA; BRADY MAGANA; CARLOS
    MAGANA; JAVIER MAGANA;
14  FLORENTINO MAGDALENO; JOVEN
    MAGOS; ROSHAN MAHABALI;
15  ABDELWAHID MAHBOULI; ROBIN
    MAHER; DAVID MAIER; SONIA MAIO;
16  BASEER MAJEED; ELIZABETH
    MALDONADO; NADEEM MALKI; JAMES
17  MALONE; TREVOR MALONE;
    LAWRENCE MALONEY; CHARLES
18  MANALANG; BAR MANDALEVY;
    SCOTT MANG; CELISSE MANIER;
19  TYLER MANISAY; SUSAN MANN; AMIR
    MANOCHEHRI; RAVEN MANRIQUEZ;
20  SIUNE MANSOORIAN; JAMES
    MANTSCH; MARIA MANZANO
21  SEGOVIA; SUZANNE MAPES; AYANNA
    MAPP; MIGUEL MARENCO; SANDRA
22  MARES; VERONICA MARES; HECTOR
    MARIANO; YESICA MARIN ROBLES;
23  JULIETTE MARIN; RADINE MARIN;
    ALEXANDER MARKEL; MICHAEL
24  MARKHAM; PRENESS MARKS; SETH
    MARKS; AMBER MARLEY; AIDAN
25  MARMION; MICHELE MAROTTA;
    CATHERINE MARPLE; CRAIG
26  MARQUEZ; AMBER MARSHALL;
    BETTYANN MARSHALL; COURTNEY
27  MARSHALL; SALYNA MARSHALL;
    VICTORIA MARTELLI; ANTHONY
28  MARTIN; CATRINA MARTIN; EDEL

MARTIN; JAMAAL MARTIN; JEREMY
MARTIN; JUDI MARTIN; KRISTHINE
MARTIN; LENA MARTIN; MARIKA
MARTIN; MARLIN MARTIN; MELISSA
MARTIN; SAVANAH MARTIN; TIM
MARTIN; ADRIANA MARTINEZ;
ANDRES MARTINEZ; ANGIE
MARTINEZ; ANTHONY MARTINEZ;
BENNERITA MARTINEZ; BRENDA
MARTINEZ; CHRISTOPHER MARTINEZ;
EDGAR MARTINEZ; EDMUNDO
MARTINEZ; ELI MARTINEZ; ERIKA
MARTINEZ; ERIQ MARTINEZ; GABRIEL
MARTINEZ; GABRIELA MARTINEZ;
HIPOLITO MARTINEZ; ISAAC
MARTINEZ; JESSICA MARTINEZ;
JESSYCA MARTINEZ; JONATHAN
MARTINEZ; JOSEPH MARTINEZ; JULIA
MARTINEZ; JULIO MARTINEZ; KARINA
MARTINEZ; LOUIS MARTINEZ; MARCO
MARTINEZ; MARVIN MARTINEZ;
MONICA MARTINEZ; PAUL MARTINEZ;
TAMIE MARTINEZ; VERONICA
MARTÍNEZ; WINSTON MARTINEZ;
ISAIAH MARTINEZ-HILL; JESSICA
MARTINEZ-MUELLER; LAURYN
MASANIAI; STEPHEN MASON; THOMAS
MASON; ROBERT MASSIE; CORELL
MASTERS; LINDA MASTERS; GURMIT
SINGH MASUTE; IGNACIO MATA;
OVIDIO MATEO; CTAIG MATHEWS;
IEASHA MATHEWS; REGINALD
MATHIES; JASPER MATHISEN; MARK
MATTA; REGINALD MATTHEWS;
RENEE MATTHEWS; SUSAN
MATTHEWS; CLAIRE MATTIS; TAYLOR
MAUCH; MAURICE MAULDIN;
LAQRESHA MAXWELL; SIERRA
MAXWELL; RACQUEL MAY; STEFANI
MAY; THOMAS MAY; TISHA MAYER;
AARON MAYES; CHANZELL
MAYFIELD; DEANNA MAYFIELD;
JEFFREY MAYFIELD; AMBER MAYS;
REINHARD MAZARIEGOS; DEVON
MAZURE; BRIAN MCALEAVEY; SEAN
MCALLISTER; SHONTE MCBRIDE;
GEORGE MCCALISTER; KALA
MCCARTER-ROGERS; KENYON
MCCASTLE; ANGELIQUE MCCLEARY;
BRANDON MCCLOSKEY; JONATHAN
MCCORMICK; ANDREA MCCOWAN;
ADRIAN MCCOY; ANDRE MCCOY;
DAISHS MCCOY; DESIRAE MCCOY;
MIKAYLA MCCOY; JACOB MCCOY-
BARBA; MONICA MCCULLOUGH;

24

PETITION FOR ORDER COMPELLING ARBITRATION

DEZOHN MCCULLUM; REGINA
MCCULLUM; NICOLE MCCURRY;
KENDRA MCDONALD; MICHAEL
MCDONALD; JEFF MCDOWELL; TYLER
MCFADDEN; SUZANNE MCGREER;
GREGORY MCHENRY; MICHAEL
MCINTYRE; MYLES MCKEE-OSIBODU;
EGYPT MCKEITHEN; RYAN MCKENZIE;
DORNETTA MCKINNEY; JODI
MCKINNEY; MELISSA MCKINNEY;
WILLIAM MCKINNEY; KEVIN
MCKINNON; BYRON MCKNIGHT;
ANASTASIA MCLELLAND; SHIRLEY
MCLELLAND; ERIN MCLEOD;
CATHERINE MCMAHON; KEVIN
MCMANUS; TERI MCMICHAEL;
MELINDA MCNAMEE; JALEN MCNEAL;
HOWARD MCNEELY; KAMEELAH
MCNEELY; JESSICA MCPEEK; ZURI
MCPHAIL; NICOLE MCQUEEN; RAVAA
MEADORS; ADRIAN MEDINA; AMANDA
MEDINA; GREGORY MEDINA; JACOB
MEDINA; TINA MEDINA; WENDY
MEJIA BARAHONA; SANTIAGO MEJIA;
LAURA MELENDEZ; ANTHONY
MELENDREZ; PAULA MELER;
SAMANTHA MELTON; DAVID
MENCHACA; JANICA MENDENHALL;
DANIEL MENDEZ; NADINE MENDEZ;
ABRAHAM MENDOZA; ADRIANA
MENDOZA; ALONDRA MENDOZA;
CECILIA SOFIA MENDOZA; CHRISTIAN
MENDOZA; EFRAIN MENDOZA;
GLENDA MENDOZA; JOOVANA
MENDOZA; JOSUE A MENDOZA; LUIS
MENDOZA; RUBEN MENDOZA;
SECILLIA MENDOZA; CONSTANCE
MENEESE; AMOS MENSAH; JOSHUA
MENTZER; IHAB MERABET; CHRISTINA
MERCADO; PATRICK MERCADO;
KAYLA MERCHANT; SHELLEY
MEREDITH; DREW MERING; ZOE
MERINO; RHONDA MERRILL; JENNIFER
MERRITT; BASEM MESSIH; MARIEL
MEYER; LUKE MEYERS; CHARLES
MIDDLEBROOK; CURT MIECZKOWSKI;
MELODY MIHALIK; SAMIR MIKHAIL;
CAMERON MILES; JAMEQUA MILES;
ANTONIO MILLAN; ALEXANDER
MILLER; BRAIN MILLER; DANIEL
MILLER; DAVID MILLER; DAXTON
MILLER; GEORGE MILLER; GREGG
MILLER; HEIDI MILLER; JALISA
MILLER; KENNETH MILLER; ROBERT
MILLER; THOMAS MILLER;

25
PETITION FOR ORDER COMPELLING ARBITRATION

1  VERMYTTYA MILLER; YELILE MILLER;
   JONATHAN MILLIGAN; JERRY
2  MILLINER; CHILOPIE MILLINGTON;
   ERICA MILLS; HEATHER MILLS;
3  STEPHEN MILLS; DAMIEN MILTON;
   MADONNA MILTON; MARVETTE MIMS;
4  JAMES MINCKS; BRYAN MINOR;
   KELLIE MINOR; MARLENE MINSTER;
5  NICHOLE MINTZ; FELIPE MIRANDA;
   FERN MIRO; MARK MISOSHNIK;
6  LAUREL MITCHELL; ROBERT
   MITCHELL; SCHINIQUA MITCHELL;
7  SEAN MITCHELL; HENRY MIYOSHI;
   KIMBERLY MIZUTA; SIMIN MOADDAB
8  ALIBEIGI; ANTOINE MOBLEY; MEESHA
   MOGHADDAM; HANEEF MOHAMMAD;
9  FAHAD MOHAMMED; WILLIEPHINE
   MOHEAD; NIVETHAA MOHHAN;
10 BRYAN MOHN; SIA MOIWA; JOJO ACE
   MOJICA; SHAHIN MOKHTARI; CHRIS
11 MOLANO; DAVID MOLINA; RODOLFO
   MOLINA; RAMON MONCAYO; LENNY
12 MONDRAGON; CANDACE MONIZE;
   JAMES MONROE; DAWN MONTANEZ;
13 FARIN MONTANEZ; ELVIA MONTANO;
   FRANCESCA MONTENEGRO; ROBERTO
14 MONTERROSA; FANNY MONTES; JOSE
   MONTES; SPENCER MONTES; MIKE
15 MONTGOMERY; ARACELI MONTOYA;
   DAVID MONTOYA; JENNIFER
16 MONTOYA; KIMBERLY MONTOYA;
   RONNY MONTOYA; CARMELL MOORE;
17 DANEATRA MOORE; DANIELLE
   MOORE; DAWN MOORE; HUNTER
18 MOORE; JOSHUA MOORE; LARRY
   MOORE; MESHALON MOORE; TOM
19 MOORE; VICKIE MOORE; LILLIE
   MOORES; LEANDRO MORAIS; RAFAEL
20 MORAIS; CLARA MORALES; DEANNA
   MORALES; GUSTAVO MORALES;
21 MICHELLE MORALES; RONI MORALES;
   AZALIA MORAN; MICHELLE
22 MOREHOUSE; ERIC MORENO;
   PRECIOSA MORENO; VALENTE
23 MORENO; YESENIA MORENO; JESSICA
   MORENTIN; AMANDA MORGAN;
24 JASMINE MORGAN; SHYJERUAN
   MORGAN; CARLO MORIN; LORI
25 MORRIS WESTLEY; SHAUNTELL
   MORRIS; TRISTEN MORSE; EMILY
26 MOSQUEDA; HERMANIE MOTLEY;
   KEVIN MUGWAGWA; CHRISTINE
27 MULLER; GEORGINA MUNGUIA; JUAN
   MUNOZ NIEVES; JOE MUNOZ
28 VALDIVIA; ELSA MUNOZ; EVA

26

PETITION FOR ORDER COMPELLING ARBITRATION

MUNOZ; SELINA MUNOZ; MARISSA
MURCKO; ERIN MURPHY; EVELYN
MURPHY; ROSEANNA MURPHY;
SANAE MURRAY; KEVIN MURREN;
KAYODE MUSTAPHA; GUNCHIN
MYAGMARSAMBUU; JONATHON
MYER; ANDREA MYERS; ROBERT
MYERS; BRIAN MYNATT; BRADEN
NAIL; ROBERT NAIMARK; JAMAL
NAJIBI; CRISTIAN NALBANDIAN; JOHN
NALTY; MANINDER NANHAR;
FREDERIC NANMO; RACHEL NARVAEZ
CANTU; NICHOLAS NATIVIDAD; JACOB
NAVA; SAUL NAVA; WILLIAM
NAVARRETE; ANASTASIA NAVARRO;
DEVIN NAVARRO; ED NAVARRO;
GUSTAVO NAVARRO; SARA
NAVARRO; NISSA NAVONE; ISHMAM
NAWAR; SEAN NAYLOR; LIZA
NAZARCHUK; ARVIN NAZARI; FARIS
NAZEEM; ALEXANDER NEAL; JAMES
NEAL; SHERIKA NEAL; JOSIAS NECH;
TIFFANI NEELY; CHRISTOPHER NEIL;
CANDACE NEIMAN; NICOLE NEISLER;
ALYSA NELSON; CRYSTAL NELSON;
JOVANNAH NELSON; KANDIS NELSON;
TYLIA NELSON; EDWARD NEREY;
MICHELLE NESBIT; GEORGES NESIM;
JEFFREY NEVELS; NOA NEVO; ALEX
NEWBERG; DARREN NG; ZORANA
NGAI; BINH NGUYEN; CATDUNG
NGUYEN; DANG NGUYEN; JAMES
NGUYEN; QUAN NGUYEN; TAM
NGUYEN; TONY NGUYEN; TRAN
NHAN; FRANCESCA NHEM; MELANIE
NICHOLS; PAIGE NICKISCH; ANTONIA
NIEBLA; JASON NIEBLAS; ANTHONY
NIEDERBERGER JUAREZ; TANNER
NIEMANN; MARISA NIX; DANIELLE
NOAH; JASON NOBLE; LOUIS NOBLE;
FRANCISCO NOGUER; HEIDI NOLAN;
JEANETTE NOLAN; JOHN NOLAN;
JASON NORCROSS; TONY NORWOOD;
WYNETTE NORWOOD; PATRICK
NUDANU; ALEJANDRO NUNEZ;
CHRISTIAN NUNEZ; DAISY NUNEZ;
JAMEELAH NUNEZ; SAL NUNEZ;
ROBERT NUNN; LESLIE NUSH; CHIOMA
NWABUFOH; BETHANY OBRYAN;
ANDREW OCHOA; CARLOS OCHOA;
VERONICA OCHOA; MAHMOUD ODEH;
YVONNE OGBOGU; STACEY OGLE;
ELIZABETH OGLESBY; JOSEPH
OJERIAKHI; ALEX OKA; JIDEOFO
OKWUDIRI; MARCO OLARTE;

PETITION FOR ORDER COMPELLING ARBITRATION

1   CHANDRA OLAZABA; MANNY
    OLGUIN; MIGUEL OLID; JESUS
2   OLIVARES; BRIAN OLIVER; TOSH
    OLIVERI-NELSON; PAUL OLLERTON;
3   JOSE OLMOS; MICHAEL OLTZ; DANA
    OLVERA; JOSE OLVERA; PATRICK
4   OMALLEY; STEPHEN OMONDI; RENE
    ONEAL; LATOSHA ONEIL; MADISON
5   ONEIL; CHADWELL O'NEILL; MIRANDA
    OQUENDO; STANISLAV OREKHOV;
6   ERNESTO ORNELAS; CRYSTAL ORONA;
    COURTENEY O'ROURKE; MERLE
7   ORTEGA; CARLOS ORTIZ; CHRISTINA
    ORTIZ; GABRIEL ORTIZ; ROLANDO
8   ORTIZ; ROBERTA OSAKO; OSCAR
    ESPIRITU; JOAQUIN OSORIO; JORGE
9   OSORIO; VANESSA OSORIO; AMIRE
    OTHMAN; VANESSA OTIS-THOMAS;
10  MICHELE OTTO; RAYVON OWEN;
    CAROL OWENS; MARCUS OWENS;
11  NORRIS OWENS; RENEE OWENS;
    SHEILACY OWENS; AUBREY OXLEY;
12  BAIGALIMAA OYUNCHULUUN; YAIR
    PABLO; MICHELLE PACK; JENIFFER
13  PADDA; ADRIANA PADILLA;
    GABRIELLA PADILLA; SOFIA PADILLA;
14  ANDREW PAGANI; RONALD PALMER;
    TIMOTHY PALMORE; JOHN PANDZA;
15  JOHN PANGELINA; MARY PANTOJA;
    KYLE PARADEZA; BRYAN PAREDES;
16  LEONEL PAREDES; MARIA PAREDES;
    CRISTIE PARIS; SAM PARK; CLARISSA
17  PARKER; BRITTNEY PARKS;
    STEPHANIE PARMELY; BRANDON
18  PARRA; JULIAN PARRA; YESENIA
    PARRA; DAKOTA PARRISH; ADRIAN
19  PARTIDA; YANA PASELSKY; BHAVIN
    PATEL; SAHIL PATEL; LEROY
20  PATTERSON; RICKISA PATTERSON;
    DUJUANA PATTON; ERIC PAUL; GARY
21  PAULINO; STEVEN PAULINO; CHRIS
    PAVAO; JARROD PAVLAK; DARNELL
22  PAXTON; BRANDON PAYNE; SHANIKA
    PAYNE; RANDY PAZ; BENJAMIN
23  PEARLMAN; AMIRA PEARSON;
    KAITLIN PEARSON; TIANA PEARSON;
24  VICTORIA PEARSON; SUZANN
    PEDERSEN; JAIRO PEDROZA;
25  NATHANIEL PEDROZA; LIVIA PEEPLES;
    SARAH PEET; FAUSTINO PELAYO;
26  LAURA PELOQUIN; ROSA PENATE;
    CHRIS PENCZEK; DONALD
27  PENDLETON; JENNIFER PENDRAK;
    JULIA PENECALE; TERRANCE PENNY;
28  AIMEE PENOYER; KIERRE PEPPARS;

1   LAURA PERAL; RONNIE PERALTA;
MONIQUE PERANTONI; JOSEPH
2   PERDOMO; KRISTI PERDUE; AARON
PEREZ; ANGELA PEREZ; AUGUST
3   PEREZ; CHRISTOPHER PEREZ;
DAIHONA PEREZ; EDWARD PEREZ;
4   ERICK PEREZ; KATIE PEREZ; MICHAEL
PEREZ; VERONICA PEREZ; VICTORIA
5   PEREZ; ADRIAN PERKINS; JERRY
PERKINS; SAQUITA PERKINS;
6   TRASHON PERKINS; JANAY PERKINS-
PAYNE; PHILLIP PERRIN; BLAINE
7   PERRY; MICHAEL PERRY; TOM PERRY;
MALIK PERRYMAN; CHRISTOPHER
8   PETERS; LAURA PETERS; LILY PETERS;
MATTHEW PETERS; PROMISE PETERS;
9   RICHARD PETERSEN; COLBY
PETERSON; RANDALL PETERSON;
10  UNIQUE PETITE; KAY PETR; MAXIME
PETROV; SHARLENE PETROVICH;
11  JORDAN PETTITT; RENITA PETTUS;
ESTHER PFIRRMANN; HANG PHAM;
12  QUOC PHAM; JONATHAN PHAN;
CAITLIN PHILLIPS; LAURA PHILLIPS;
13  ORLANDO PHILLIPS; PAMELA
PHILLIPS; REGINALD PHILLIPS;
14  ERICKA PICAZO SOTO; CURTIS PIERCE;
NOAH PIERPOINT; BRYAN PIERRE;
15  ROCHEALL PIERRE; CAMAREA
PIERSON; ALEJANDRO PINA; EVA
16  PINEDA; CANDICE PINKHAM; ANA
PINTADO; GREG PINTO; RITA PIPKINS;
17  LINDA PIQUE; SIMONE PIRTLE;
NATHAN PITKIN; HAILEE PITSLEY;
18  ELIAS PIZARRO; VERONICA PLATAS;
JERRY PLEDGER; MICHAEL
19  PLESNICHER; JOE PLUMMER;
ANTHONY POBLETE; DESHAYA POE;
20  ASHLYNN POGGIO; LIPARIT
POLADYAN; ANGELA POLK; DANIELLE
21  POLK; JANI POLK; BRITTANY POLO;
SAMUEL POLSTON; DENNIS
22  POMAZANOV; CESAR PONCE;
RAMONA PONCE; TEDDY POOL;
23  DONSANEKA POOLE; CAMERON
PORRAS; ELIZABETH PORTELA;
24  KIMBERLY PORTER; TALEAH PORTER;
WENDY PORTER; ANGELA PORTER-
25  RIGDON; JAMIE PORTILLO; ANGELINA
POSTELL; MICHAEL POSTELL;
26  CYNTHIA POUNDS; JACARE POWE;
ANTHONY POWELL; CHARLA POWELL;
27  JESSICA POWELL; KIM POWELL;
FORREST POWERS; DEEPIKA PRASAD;
28  GESHNI PRASAD; ROSLIN PRASAD;

PETITION FOR ORDER COMPELLING ARBITRATION

DANA PRATHER; RYAN PRATT;
CLAUDIA PRECIADO; DEBORAH
PRESLEY-BRANDO; CHRISTIN PRICE;
HETTIE PRICE; JAMONNIE PRICE; JOE
PRICE; STEPHANIE PRICE; PAULINE
PRIDGEON; MARISSA PRIETO;
AUTUMN PRINCE; SHANNA PRINCEAU;
NICHOLAS PRINSEN; ZAK PRIOLO;
BRIAN PRITCHARD; JASON PROFETA;
ALEXANDER PROKHOROV; DENNIS
PROVIDO; KELAN PRUITT; KRISTIN
PRUITT; CLARENCE PULLER; STEVEN
PURCELL; DILRAJ PUREWAL; BRANDIE
PURNELL; DANA PURVIS; J. MARIA
PUTT; DAN QIAO; CHRISTINE QUALLS;
EARL QUALS; ANDRAQUE QUINNINE;
SOGHRA QURAISHY; AHMAD QUTAMI;
MELINDA RABB; OCTAVIAN RADDLE;
DERE RADECKI; NICHOLAS
RADONICH; KLIM RADOSTEV; XAVIER
RAFALOUSKI; ELI RAGLE; ABDULLAH
RAHMANI; MICHAEL RAINS;
RAMAMOORTHY RAJA; WHITNEY
RALEIGH; AYANNA RALSTON; ARVIND
RAMAMOORTHY; SHAHBANDARI
RAMELLA; ERIKA RAMIREZ OROZCO;
DANIEL RAMIREZ; DARLENE
RAMIREZ; ERIC RAMIREZ; FRANCISCO
RAMIREZ; JOSE RAMIREZ; LESLIE
RAMIREZ; LOUIS RAMIREZ; TANI
RAMIREZ; VALERIE RAMIREZ;
FRANCINE RAMOS; YAZMIN RAMOS;
AHCHERI RAMSAY; SEAN RANDALL;
DINA RANDLE; LUTRICIA RANDOLPH;
TIFFANY RANKIN; HENRY
RAPPAPORT; FATIMA RASCON; HAMID
RASHIDI; HASIB RASOOL; SOUNTHALY
RATTANAPANYA; JASON RAVARRA;
ASHLEE RAY; ERIC RAY; HALEY RAY;
KAREN RAY; SEAN RAY; WILLIE RAY;
MIKE RAYTER; DEREK REA; YOLONDA
REDDICK; ANGELICA REDMAN;
ASHLEE REED; AUSTIN REED;
DANIELLE REED; JAMES REED;
LAGUANNA REED; NATALIE REED;
SAMANTHA REED; SEQUOYAH REED;
TORREY REED; WILLIAM REED;
RAYMOND REEDER; MARIAM
REHMAN; ROSALINE REINERO; ROCKY
RELPH; WELSI RENAUD; ANTHONY
RENDA; MIA RENDON; DEANNA
RENFRO; ANGELA RENISON; ASHLEY
RENTERIA; STEPHANIE RENTERIA;
AMIRREZA RESALI; JACK RESIDES;
CAROLINA REVOLLAR; MELISSA REX;

PETITION FOR ORDER COMPELLING ARBITRATION

ANTHONY REYES; BREANA REYES;
DESIREE REYES; EVELIN REYES; GENA
REYES; KARINA REYES; MARK REYES;
REBEKAH REYES; TONY REYES;
VICTORIA REYES; JONATHAN REYLES;
BRYANT REYNA SANCHEZ; ANSON
REYNOLDS; DOUGLAS REYNOLDS;
JACOB REYNOLDS; JOSHUA
REYNOLDS; BRANDON REZAI;
MICHAEL RHODES; DANIEL RIBEIRO;
APRIL RICE; COREY RICE; SHIRLEY
RICE; ROY RICHARD; DAVIONNE
RICHARDS; JULIA RICHARDS; SARAH
RICHARDS; SAVONAH RICHARDS;
TINA RICHARDS; JAMILO
RICHARDSON; MATT RICHARDSON;
SHANE RICHARDSON; THOMAS
RICHARDSON; TRACIE RICHARDSON;
CHRISTOPHER RICHMOND-MATHIS;
DOUG RICKARD; KIMBERLY RICKS-
SPONBERG; TARA RIDDLE; HEATHER
RIDGILL; EZEQUIEL RIESGO; REBECCA
RIGGS; KUNTI RIGMADEN; KORIE
RILEY; BARBARA RINCON; GREGORY
RINCON; VINCENT RINCON; ANA RIOS;
DANIEL RIOS; LUIS ANTONIO RIOS;
MIGUEL RIOS; SERGIO RIOS; ANDREW
RIPLEY; ALBERTA RIVAS; MONICA
RIVAS; GLORIA RIVERA BOYD; AMBER
RIVERA; ANTHONY RIVERA; ERNESTO
RIVERA; GLORIMAR RIVERA;
KIMBERLEE RIVERA; LUIS RIVERA;
NICOLE RIVERA; ZACHARY ROBBINS;
APRIL ROBERTS; DRIE LYNN ROBERTS;
HASTEN ROBERTS; NATHAN ROBERTS;
STEVEN ROBERTS; TRISHAUN
ROBERTS; ROMAN ROBERTSON SR.;
SARAH ROBERTSON; TIANA
ROBERTSON; PORTIA JOURDAN;
ANDREA ROBINSON; CALEB
ROBINSON; CHARLETTE ROBINSON;
DONNA ROBINSON; DYLAN
ROBINSON; LATASHIA ROBINSON;
LATEESHA ROBINSON; MEREDITH
ROBINSON; MICHAEL ROBINSON;
JOSEPH ROBITAILLE; DAMIAN
ROBLEDO; JENNIFER ROBLES;
NATHAN ROBOHM; LEONARDO
ALEJANDRO ROCHA GALVAN; HENRY
ROCHEZ; JEFF RODAS; CHERI
RODGERS; MARK RODGERS; TIMMY
RODGERS; ALDO RODRIGUEZ; BRYAN
RODRIGUEZ; DAVID RODRIGUEZ;
ELIZABETH RODRIGUEZ; GEOVANNI
RODRIGUEZ; GILBERT RODRIGUEZ;

PETITION FOR ORDER COMPELLING ARBITRATION

1   GILBERT RODRIGUEZ; MARIBEL
    RODRIGUEZ; NICOLE RODRIGUEZ;
2   OMAR RODRIGUEZ; VERONICA
    RODRIGUEZ; WILSON RODRIGUEZ;
3   YVETTE RODRIGUEZ; AMBER
    RODRIQUEZ; IAN RODRIQUEZ;
4   KAMILLE ROESE; BYRON ROGAN;
    TYREE ROGAN; LYNDSAY ROGERS;
5   SKYLAR ROGERS; SYLVIA ROGERS;
    TRACI ROGERS; ANGELA ROJAS;
6   CESAR ROJAS; DESIREE ROLAND;
    ASHLEY ROLLICE; BRITTANY
7   ROMANO; VINCENT ROMANOS;
    CHRISTOPHER ROMERO; LILIBETH
8   ROMERO; LISA ROMERO; LUIS
    ROMERO; RENE ROMERO; TESSIE
9   ROMERO; JOSE REFUGIO ROMO ARIAS;
    JOSEPH ROMO; ROBERT ROMO;
10  KATHRYN ROQUEMORE; CHAZ
    ROSALES; OLIVIA ROSE; JASON
11  ROSEN; MARTIN ROSENFELD;
    BENZELL ROSS; BRIAN ROSS;
12  JAMEELAH ROSS; SARAH ROSS; TERRY
    ROSS; ERICA ROTHSTEIN; JAMES
13  ROUNTREE; MARGARET ROWAN; SINA
    ROWGHANI; CRAIG ROWTHAM; JUSTIS
14  ROYSTER; BROOKE RUBERSON;
    ARCELLIA RUBIO; LOURDES RUBIO;
15  BETTINA RUFFALO; SHEWANDA
    RUFFUS; BRIANA RUGGERI; ALAN
16  RUIZ; ASHLY RUIZ; EFREN RUIZ;
    GABRIEL RUIZ; LUIS RUIZ; RAMONA
17  RUIZ; RIO RUIZ; SALVADOR RUIZ;
    CRYSTAL RUNNER; MICHAEL
18  RUNYAN; WILLIAM RUPERT; JOSEPH
    RUUZ; TANYA RYAN; NICHELE RYLES;
19  TRACY RYMENAMS; CYNTHIA RYMER;
    ROMAL SABER; NORMAN SADLER;
20  OSCAR SADOGUIO JR; ZOE SAENZ;
    TOUFOU SAEPHANH; ADAM SAFFIOTE;
21  C.J. SAGADIA; KAYLA SAGASTA;
    DENNIS SAICOCIE; MANUCHEKHR
22  SAIDOV; DANIEL SAINAS; MARISSA
    SAINZ; BOBACK SAJADPOUR;
23  GHOLAMHOSSEIN SAKI; ADDAM
    SAKY; MICHAELA SALAS; JANET
24  SALAZAR; JENNIFER SALAZAR;
    NICOLE SALAZAR; MICHAEL ANGELO
25  SALDAJENO; GERARDO SALDIVAR;
    ASSAD SALEH; SELENA SALGADO;
26  JESUS SALGUERO; MONIQUE SALINAS;
    ZACHARY SALLEE; ACAMIE SALTER;
27  LALEH SAMADI; MICHAEL SAMI;
    DANA SAMPLE; SCOTT SAMPLE;
28  BRANDEE SAMPLES; ANDRES

PETITION FOR ORDER COMPELLING ARBITRATION

1   SANCHEZ; BRISSIA SANCHEZ; CELICIA
    SANCHEZ; CORINA SANCHEZ; DANIEL
2   SANCHEZ; GABRIEL SANCHEZ;
    JACQUELINE SANCHEZ; MARLEN
3   SANCHEZ; RAFAEL SANCHEZ;
    RAYMOND SANCHEZ; ROCKY
4   SANCHEZ; SHAWNA SANDAU; BAILH
    SANDERS; CHANTELL SANDERS;
5   CHRISTOPHER SANDERS; IRENE
    SANDERS; LISA SANDERS; WENDY
6   SANDERS; JAIMIE SANDERSON;
    STEVEN SANDERSON; SAVIJOT
7   SANDHAR; GURPREET SANDHUGALE;
    ANGEL SANDOVAL; DORA SANDOVAL;
8   JEALENE SANDOVAL; WILLIAM
    SANDOVAL; YASMEEN SANDOVAL;
9   HEATHER SANFORD; ZOEY SANFORD;
    ARTHUR SANTAMARIA; DANIEL
10  SANTANA; ALFREDO SANTILLAN;
    DAVINA SANTIVANEZ; JOHANNA
11  SANTOLALLA; CHRISTIAN SANTOS;
    FREDERICK SANTOS; GABRIEL
12  SANTOS; MANUEL SANTOS; MICHELLE
    SANTOS; OSCAR SANTOS; PRISCILA
13  SANTOS; RICHARD SANTOS; SHEENA
    SANTOS; DAVID SANTOYO; MONICA
14  SARABIA; TIM SARGIOUS; CHRISTIAN
    SARMIENTO; MISTY SARMIENTO;
15  NICHOLAS SARROCA; WESLEY SARTE;
    KRISTY SAULS; NATAVIA SAVAGE;
16  ROBIN SAVAGE; DIANA SAVALA
    THIBEAU; TINA SAVALA; LENA
17  SAVOEUN; MD SAYED; CAMERON
    SAYLER; NALANI SAYSOURIVONG;
18  DOMINIC SBICCA; KELSEA PIERCE;
    DERRICK SCALES; ANTHONY
19  SCAMALDO; JEFF SCAMMON;
    ADRINANNE SCARBOROUGH; JOHN
20  SCHAFFRAN; RANDI SCHEMENSKY;
    CHRIS SCHLENKER; KATHERINE
21  SCHMIDT; SCOTT SCHNEIDER; CALEB
    SCHOENFELD; JOHN SCHOENTHALER;
22  DUSTIN SCHRAMM; JACOB
    SCHREIBER; STARLENA SCHROEDER;
23  LEEAH SCHULTZ; MICHAEL
    SCHWEIGHARDT; AISHA SCOTT; CHE
24  SCOTT; CHERRISH SCOTT; JOSEPH
    SCOTT; LAKISHA SCOTT; MIRIYA
25  SCOTT; ONDREA SCOTT; TINA SCOTT;
    ANDREW SCOTT-JESTER; KEISHA
26  SEALS; FRANCESCA SEARS; DARLENE
    SEBALA; JASON SEGURA; LUCAS
27  SELIG; GEMMA SELINGER; JAKE
    SELLERS; FELICIA SEMEBENE; RYAN
28  SENSENIG; DAWN SEPULVEDA;

PETITION FOR ORDER COMPELLING ARBITRATION

1   SOPHIA SEPULVEDA; DAVID SERNA;
    RAPHAEL SERNA; AUBREE SERRANO;
2   JEANPAUL SETAREH; ANNA SETHMAN;
    BRYAN SEWALD; DARREN SEXTON;
3   KORI SEXTON; ROYANNA SEXTON;
    ALEKSANDR SEYRANOV; JESSICA
4   SHADD; ABDUL SHAIKH; HAMZA
    SHAKIR; RANDALL SHANKLAND;
5   CHARLES SHANNON-WHITESIDE;
    AMIN SHARIFIAN ATTAR;
6   CHRISTOPHER SHARP; CODY SHARPE;
    ASHLEY SHAW; ANTHONY SHEAHAN;
7   GEOFFREY SHEETS; JOHN SHELBURNE;
    SHARLA SHELBY; JAHN SHELTON;
8   SUDE SHEMSU; INEZ SHEPARD;
    JAMAUDRA SHEPHERD; TIA
9   SHEPHERD; ANTHONY SHERIDAN;
    VIJAY SHETH; MACKENZIE SHIELDS;
10  WILL SHILLING; JEREMIAH SHIPP;
    STEPHANIE SHOALS; SHAHDON
11  SHOGA; FATEMEH SHOKRGOZAR
    KELIDBARI; DANIEL SHRIGLEY;
12  ULADZISLAU SHULHA; MIKE SHUPE;
    DAPHNE SHYANNE; MICHAEL SIANO;
13  RAYMOND SIDHU; JENNIFER SIERRA;
    GIBSON SILEW; ALDAIR SILVA;
14  ALEXUS SILVA; CLAUDIA SILVA;
    PHOEBE SILVA; SILVIA SILVAS;
15  ZACHARY SILVER; ALEXIS SIMENTAL;
    AKILA SIMMONS; KEVIN SIMMONS;
16  SHERRIE SIMMONS; STASEA SIMMONS;
    WARREN SIMMONS; AARON SIMON;
17  DEMI SIMON; ARGIN SIMONIAN;
    MARYUM SIMPKINS; JOSHUA
18  SIMPSON; SHATODDA SIMPSON;
    UNIQUE SIMPSON; WILLIAM SIMPSON;
19  KEITH SIMS; NICHOLAS SIMS; ROBERT
    SIMS; BENJAMIN SINGER; JAGPRIT
20  SINGH; MANDIP SINGH; MANSUKH
    SINGH; RODNEY SINGH; KATHERINE
21  SINKEWIZ; JAMES SINNOTT; DESIREE
    SISNEROS; AARON SIZEMORE;
22  SANDRA SKICKI; REANNE SLAMA;
    VINAY SLATHIA; LAKEL SLAUGHTER;
23  TAYLOR SLAVIN; REBECCA
    SLIGHTAM; LAUREN SLOAT; JESSE
24  SLOCUM; ALI SMADI; CERA SMART;
    JAN SMEJKAL; ADAM SMITH; ADRIAN
25  SMITH; ALTHEA SMITH; AMBER
    SMITH; ANGELA SMITH; ARLEAN
26  SMITH; ASHLEY SMITH; BRANDON
    SMITH; CHRISTINE SMITH; DANA
27  SMITH; DONNA SMITH; DORI SMITH;
    DOUGLAS SMITH; DU'PRAISEJA SMITH;
28  EISHA SMITH; EMILEE SMITH; EULA

1  SMITH; FLOZELL SMITH; HUNTER
   SMITH; JABARI SMITH; JALENA SMITH;
2  JAMILA SMITH; JAYLAN SMITH;
   JEREMY SMITH; JONATHAN SMITH;
3  JONATHAN SMITH; LACY SMITH;
   LAURENCE SMITH; JAHWAN RANEY;
4  LISA SMITH; NATASHA SMITH;
   OCTAVIA SMITH; PAMELA SMITH;
5  PATRICE SMITH; PORTIA SMITH;
   RAHAMON SMITH; ROXIANN SMITH;
6  SABRINA SMITH; SHUANTA SMITH;
   TRINIECE SMITH; VANESSA SMITH;
7  WYVON SMITH; JESSICA SMOLAK;
   DEREK SNARR; BENNIE SNEEDE;
8  DEMISHA SNEEDE; DEAN SNELSON;
   EDUARD SNITSAR; DOMINIQUE
9  SNOWDEN; FERNANDO SOARES;
   JENNIFER SOBREPENA; MELVIN
10 SOBREPENA; ZULEMA SOLIS; KELLY
   SOLOMON; MOSES SOLOMON;
11 LAMARR SONNY; JOEY SORCE;
   SHONIECE SORIANO; VIVIAN SORROW;
12 RICHARD SOSA; ALICIA SOTELO;
   CESAR SOTO; OLIVIA SOTO; RICARDO
13 SOTOVANDO; WALBENS SOUZA;
   HELENA SPARKES; CARLOS SPARKS;
14 RITA SPARKS; MICHAEL SPARR;
   SHERRI SPEARS; BRYAN SPELKER;
15 KAYLA SPENCER; MEOSHA SPENCER;
   OCTAVIA SPENCER; THOMAS
16 SPONBERG; MADHAV SRIVASTAVA;
   ZACKERIAH STACEY; CHANTAL
17 STAHL; ASHLEY STANFORD; CLYDE
   STANLEY; DAJAHNA STANLEY;
18 STEVEN STEADMAN; FORREST
   STEELE; KELLY STEELE; VYVON
19 STEELE; LAURIE STEELMAN; JANET
   STEGMAN; JEFFREY STEINBERG;
20 RUSSELL STEPHEN; NICTAYE
   STEPHENS; TONY STEPHENS; KIVA
21 STERIN-BRESCHI; SARA STERNER;
   CALEB STEVENS; TAMMY STEVENS;
22 ADARRIUS STEVENSON; KARLA
   STEVENSON; PATRICIA STEWART;
23 SHONNEL STEWART; LEANNA
   STICKEL; DEAN STIRRAT; DETRONA
24 STITH; MICHAEL STIVER; JESSICA
   STOBART; NATHAN STOCK; LEWIS
25 STOKES; TINA STOKES; EDWARD
   STOUT; MARION STOUTT; TAMARA
26 STOVALL; LISA STOVER; JOHN
   STRASZAK; AMIE STRATTON; ERICA
27 STRAUB; BRITTANY STRECKER;
   HANAH STUART; MELANIE STUBBS;
28 ELIZABETH STUVA; LORI STYX;

35
PETITION FOR ORDER COMPELLING ARBITRATION

1    OSCAR SUAREZ; SANDRA SUAREZ;
     SHERELLE SUAREZ; DAVID SUDDUTH;
2    MARY SUGUITAN; BRITTANY
     SULLIVAN; ELISHA SULLIVAN;
3    LEANNE SULLIVAN; SARA SULLIVAN;
     KIMBERLY SUMMERS; DONNA
4    SUMPMAN; MICHAEL SUPNET; JULIAN
     SUTER; DEBORAH SUTHERLAND;
5    NYSIA SUTTA-MGENI; SAUNDRA
     SUTTON; CLIFFORD SUVA; LEANNA
6    SWAIN; RYAN SWAMI; LISA SWANSON;
     BRANDON SWARTZ; MATTHEW
7    SWEARINGEN; PHONEXAY
     SYCHAREUN; PATRICIA SYDNOR;
8    YOUSUF SYED; MARIYA SHAH SYEDA;
     CHRIS SYKES; CHRISTOPHER
9    SZCZECH; ALANO T.ADRIANO; MARIA
     TAAMU; AHMAD TABBARAH;
10   ABENEZER TADESSE; SONIA
     TADEWOSYAN; AUDRA TAFOYA;
11   MASSINISSA TAIEB; ADOREE TAN; JUN
     TAN; ANDREW TAPIA; JUAN TAPIA;
12   RENATO TAPIA; AMY TARPLEY;
     DAYNA TARTT; DOROTHY TATE;
13   STEVEN TATE; KATHY TATICK;
     STEPHANIE TAVAREZ; SOLIMON
14   TAWFIQ; ASHIA TAYLOR; DERRICK
     TAYLOR; ERIC TAYLOR; ESTELLA
15   TAYLOR; IAN TAYLOR; LARRY
     TAYLOR; LATRISHA TAYLOR; LAURIE
16   TAYLOR; MALARIE TAYLOR; MICHAEL
     TAYLOR; SOVANY TEAM; KAYLA
17   TEIXEIRA; DAN TEJADA; PAUL PHILIP
     TEJEDOR; DULCE TELLEZ; ELIZABETH
18   TENNIAL; GUADALUPE TENORIO;
     PEDROS TEROGANESYAN; TAMMI
19   TERRELL MORRIS; MILAKAA TERRY;
     NARENA TERRY; TANGELA TERRY;
20   ROSHAN THANK; MASON THATCHER;
     JAMES THAYER; RYAN THIBERT;
21   MANJINGER THIND; ROBERT THOMAN;
     EVERY THOMAS CAMPBELL; ANDRE
22   THOMAS; ANDRE THOMAS; ANDREW
     THOMAS; BENJAMIN THOMAS;
23   BRENITA THOMAS; DAJANAE
     THOMAS; DAVID THOMAS; DIAMOND
24   THOMAS; JODI THOMAS; KYLONDRIA
     THOMAS; MALCOLM THOMAS;
25   MICHAEL THOMAS; MICHELINE
     THOMAS; PATRICIA THOMAS;
26   SHERINA THOMAS; STEPHANIE
     THOMAS; STEVEN THOMAS; BRANDON
27   THOMPSON; CHARISSA THOMPSON;
     CORNELL THOMPSON; COURTNEY
28   THOMPSON; KYOKO THOMPSON;

PETITION FOR ORDER COMPELLING ARBITRATION

1    MICHAELLE THOMPSON; NANCY
THOMPSON; RICHARD THOMPSON;
2    SARAH THOMPSON; TAMIKA
THOMPSON; HEATHER THORNTON;
3    GREGORY TIFFITH; JON TIGER; GARY
TILBURY; MIKAYLA TIMMONS;
4    BRYANT TINAJERO; CANDICE
TINSLEY; LORI TIRRI; DEANNA TIRY;
5    BERNADETTE TITMAN; NATASHA
TITSWORTH; ASHLEY TODD; THERESA
6    TOGAFAU; KEONA TOGIA; INEZ
TOLBERT; TOMMIE TOLER; ERIC
7    TOLLE; ABE TOLLIVER III; LAUREN
TOLLIVER-KING; DAVID TOLOSSA;
8    NOUEL TOMA; JULIAN TONGOL;
VANITA TOOMBS; CHRISTIAN
9    TOROSSIAN; AILEEN TORRES; DAVID
TORRES; ISIS TORRES; LINDA TORRES;
10   MIGUEL TORRES; SENORINA TORRES;
STEVEN TORREZ; CHANEL
11   TOURGEMAN; FARAJI TOUSSANT;
BENJAMIN TOVAR; BLAKE TOVEY;
12   KIM TOWERS; LYNN TOWNSEL;
JARRETT TOWNSEND; GLENN
13   TRABANINO; CAMERON TRAMEL;
JOYCE TRAMMEL; MYDUYEN TRAN;
14   SANG TRAN; TENNY TRAN; TOMMY
TRANG; YSSA TRAORE; QUINN
15   TRAVERS; HARRISON TRAWNIK;
ELLIOT TREGONING; SARAH
16   TRESVILLE; TIANA TRESVILLE;
HEATHER TRIPP; LORI TROESTER;
17   BRIAN TROUSDALE; BRIAN TRUJEQUE;
CRISTINA TRUJILLO; MARIO TRUJILLO;
18   QUAN TSANG; JAMAL TSOUKALAS;
MICHAEL TSUCALAS; JULIAN TUBERA;
19   JOSEPH TUCKER; ADAM TUFONO;
MIKE TUFU; BADRI TULSIRAM;
20   CHRISTINA TURCIOS; RONNY
TURMAN; ARTHUR TURNER; AZIZA
21   TURNER; DALENE TURNER; DONYTHIA
TURNER; EDDIE TURNER; ISSAC
22   TURNER; JACOB TURNER; JBARRIE
TURNER; MONA TURNER; RICKY
23   TURNER; SHADEED TURNER; TAVARES
TURNER; NELSON TUUFULI; CELIA
24   TYDINGCO; ANGELA UJAUGHELE; MD
ULLAH; TAYLOR UNDERWOOD;
25   NATHAN UNG; BIPOP UPRETI; RYAN
URBANO; JORDAN URBINA; ALAN
26   URIBE; STEPHEN URQUIDEZ; ISSACK
VAID; RENATA VAINER; TONY VAIS;
27   WHITNEY VALCIN; DELINA VALDEZ;
JAMIE VALDEZ; JOSEPH VALDEZ;
28   JOVAN VALDEZ; REYNALDO VALDEZ;

PETITION FOR ORDER COMPELLING ARBITRATION

GUILLERMO VALDIVIA; ALBERTO
VALENCIA; LYNETTE VALENCIA;
TONY VALENCIA; STEVEN
VALENCIANA; MARILYN VALENCIA-
TAPIA; KENNETH VALERA; ABIGAIL
VALERIO; EMMANUEL VALLEJO-
ALVAREZ; LORRAINA VALSONIS;
RUDY VAN ACKER; JOSHUA VAN
DEVENTER; KRISTEN VAN DINE;
SIRENA VAN HOOK; LONNIE VAN
HORN; MARISSA VAN HOUTE;
SEBASTIEN VAN PELT; STEVE
VANCANTFORT; AMY VANCE; RYAN
VANDENBURG; NALY VANG; YAW
VANSCOY; JORGE VARELA; ADRIANA
VARGAS; ALEXANDER VARGAS;
ESTEBAN VARGAS; MARCELINO
VARGAS; BREANNA VARGO; ANGEL
VASQUEZ; ANGELICA VASQUEZ;
JACKLYN VASQUEZ; JUDITH
VASQUEZ; WILFREDO VASQUEZ;
JEREMY VAZQUEZ; SELENE VAZQUEZ;
AURELIO VECCHIOLA; DAISY VEGA;
ANTHONY VELASQUEZ; YOLANDA
VELASQUEZ; AURELIO VELAZQUEZ;
RAUL VELAZQUEZ; DAVID VELEZ;
THERESA VELLONE; DARLENE VELOZ;
PATRICE VENTRESCA; MARGARITA
VENTURA; EDWARD VERA; JOHNNY
VERA; STEVE VERCHER; JUAN VIDAL;
ADRIAN VIDAURRE; CHRISTOPHER
VILLA; LAURA VILLA; VICTOR VILLA;
DANECA VILLACORTA; WILSON
VILLACORTE; MARTIN VILLAFUERTE;
MICHAEL VILLAR; GRACE VILLARDE;
IRENE VILLASANO; CLAUDIA
VILLEGAS; RICKY VILLEGAS; TANYA
VILLINES; WINONA VINCENT; JON
VINSON; EMILYN VIRAY; ADRIAN
VIRGILIO; CHRISTAN VISPERAS; SARA
VIVO; ADAM VOLK; NICK VOLZ; PETER
VON WIEGANDT; JUSTIN VOO;
STEPHANIE VOONG; YEVGEN
VOSKOLEY; PETER VU; KARI
WADDELL; KAYLEE WADEMAN;
DANIEL WAGENSELLER; DOSHA
WAGNER; GLORIA WAGNER; SARA
WAGNER; KARTTIE WAHOFF; TIFFANY
WAITERS-MCCLINTON; ADMIRAL
WALKER; ALLISSIA WALKER;
DARRELL WALKER; DEONTE WALKER;
JOEL WALKER; JONIESHA WALKER;
KWANIUS WALKER; LISA WALKER;
TENISHA WALKER; DEANNA
WALLACE; EDWARD WALLACE;

PETITION FOR ORDER COMPELLING ARBITRATION

1    TERRA WALLACE; JORDAN WALLICK;
     SASHA WALLS SMITH; BERTRAN
2    WALLS; LAUREN WALMAN; RYAN
     WALTERS; DARREN WALTON;
3    KEIOSHA WALTON; NICOLL WALTON;
     SHENGWEI WANG; KENDA
4    WANNEMAKER; JOSHUA WARD;
     LEANNA WARD; TIANA WARD;
5    DANIELLE WARE; MARTIN WARE;
     SHAWN WARE; FELICIA WARNER;
6    TODD WARNER; BRITTANY WARREN;
     SARAH WARREN; ANGELA
7    WASHINGTON; CAMERON
     WASHINGTON; CHERESA
8    WASHINGTON; JAZMINE
     WASHINGTON; RAYLYNN WASSON;
9    ASHLEY WATCHER; IAN
     WATERHOUSE; CRYSTAL WATERS;
10   JILL WATERS; PATRICK WATERS;
     GLENN WATKINS; MICHAEL WATKINS;
11   JAMES WATSON III; ELIJAH WATSON;
     JORIM WATSON; EBONY WATTS;
12   SASHA WATTS; BERTHA WAULS;
     KRISTIN WEATHERBY; JAIME
13   WEAVER; BARRY WEBB; ERIC WEBB;
     NATALIE WEBB; MICHELLE WEEKS;
14   WANDA WEEKS; MELISSA WEGNER;
     PETER WEHRMEYER; ERICH
15   WEIDTMANN; CHRISTOPHER WEIL;
     KAYLA WEINREICH; NATHAN WEISS;
16   CURTIS WELCH; TONY WELCH; CURTIS
     WELLING; IVY WELLS; KAYLA WELLS;
17   UNIQUE WELLS; RYAN WELSHONSE;
     SHONDESS WESSON SR; ANDREW
18   WEST; ARON WEST; DANIEL WEST;
     ELIJAH WEST; JOEL WEST;
19   KAWAQUANA WEST; RICHARD WEST;
     ZACHARY WESTMORE; BRIAN
20   WESTMORELAND; CORAL WESTON;
     JACOB WETHERBEE; NICOLE
21   WEYBURN; KENDRICK WHEATON;
     RAESHELL WHISMAN; CHRIS
22   WHITCOMB; APONDO WHITE; BRIAN
     WHITE; CALLIE WHITE; CASSIDY
23   WHITE; DEVANTE WHITE; EDWIN
     WHITE; EMILIE WHITE; GREGORY
24   WHITE; JULIAN WHITE; KAYLA WHITE;
     NETTIE WHITE; SEDRIC WHITE; TASHA
25   WHITE; TERIAN WHITE; COURTNEY
     WHITFIELD; MICHAEL WHITFIELD;
26   TERRY WHITFIELD; MARISSA
     WHITING; ANTHONY WHITSEY; KEVIN
27   WICAL; MARCALETT WIDEMAN;
     INDIKA WIJESEKERA; DESIREE
28   WILBON; ADAM WILBORN; LASHAWN

1   WILBURN; DIAMOND WILDER; AARION
    WILEY; JAMES WILEY; TAHJ WILIAMS;
2   TIFFINY WILKINS; WILLIAM WILKINS;
    HENRY WILLAUER; ROSA WILLIAMS
3   JETER; DEREK WILLIAMS JR;
    AARONEKIA WILLIAMS; ALICIA
4   WILLIAMS; ANFERNEE WILLIAMS;
    BRANDON WILLIAMS; CHANEL
5   WILLIAMS; CHASTITY WILLIAMS;
    CHELSEY WILLIAMS; CYNTHIA
6   WILLIAMS; DANYAEL WILLIAMS;
    DAVID WILLIAMS; DEANNDRA
7   WILLIAMS; DENISE WILLIAMS;
    DENZELL WILLIAMS; DERRICK
8   WILLIAMS; EMILY WILLIAMS; ERIC
    WILLIAMS; GARY WILLIAMS; GERALD
9   WILLIAMS; JACOB WILLIAMS;
    JACQUELINE WILLIAMS; JAMILA
10  WILLIAMS; JAMILIA WILLIAMS;
    JORDIN WILLIAMS; JOSHCENIA
11  WILLIAMS; JULIUS WILLIAMS;
    KENDRA WILLIAMS; KENOV
12  WILLIAMS; KEVIN WILLIAMS; LA
    SHAWN WILLIAMS; LADONNA
13  WILLIAMS; LIGAYA WILLIAMS;
    MICHELLE WILLIAMS; NATASHA
14  WILLIAMS; PORTIA WILLIAMS; RANDY
    WILLIAMS; RONALD WILLIAMS;
15  SHARWANNA WILLIAMS; TAMICKA
    WILLIAMS; TATIANA WILLIAMS;
16  VERONICA WILLIAMS; VICTORIA
    WILLIAMS; MACKENZIE WILLIAMSON;
17  MARKUS WILLIAMSON; SEAN
    WILLIAMSON; BONNIE WILLIAMS-
18  TAYLOR; BLAKE WILLIFORD; MATT
    WILLIS; ANASTASIA WILLOUGHBY;
19  ALEXIS WILSON; CHERISE WILSON;
    CHRISTINA WILSON; CRISSY WILSON;
20  DAVID WILSON; ERIC WILSON;
    HEATHER WILSON; IRENE WILSON;
21  KHALI WILSON; MAIYA WILSON;
    MICHAEL WILSON; NICHOLAS
22  WILSON; REGINALD WILSON; TOKA
    WILSON; VASHAYLA WILSON;
23  WHITNEY WILSON; YMUNIQUE
    WILSON; KIRA WINDMUELLER;
24  SHANELLE WINDOM; JODIE
    WINKLEBLECH; HALEY WINN;
25  TAMIKA WINSLOW; LORI WISE; JAMES
    WISEMAN; DAVID WITCHER; TALIYAH
26  WITT; COREY WOJAHN; MAHLET
    WOLDEMICHAEL; JAY WONG; PAUL
27  WONG; STEVEN WONG; ANGELA
    WOOD; ERICA WOOD; JESSICA WOOD;
28  JOHNATHAN WOOD; MICHAEL WOOD;

1  SAMMANTHA WOOD; AUGUSTA
   WOODARD; ASHLEY WOODBRIDGE;
2  SPENCER WOODCOCK; CHYRAH
   WOODS; NICOLE WOODS; CASSANDRA
3  WOODWARD; HEATHER WOOLEN;
   BINH WORLEY; SHANNA WORLEY;
4  ASHLEY WRIGHT; BRIAN WRIGHT;
   D'AJANE WRIGHT; DEAN WRIGHT;
5  MICHELLE WRIGHT; VINCENT
   WRIGHT; ZONOBIA WRIGHT; TIGER
6  WU; LORENZO WUYSANG; MELANIE
   WYATT; DOMINIQUE WYNNE COOLEY;
7  CHRISTOPHER WYRICK; SONDRA
   WYRICK; MICHELLE XIONG; CRANE
8  XU; YIN KUM XUE; STEVEN
   YAMAGUCHI; JESSICA YANEZ; HEIJIN
9  YANG; BATTSENGEL YANJMAA; CHRIS
   YANKE; ETIENNE YANSUNNU; JACOB
10 YARLETZ; DEVEN YASAY; AHMED
   YASEEN; VINCENT YATES;
11 CHRISTOPHER YBARRA YBARRA;
   CHRIS YODER; JOSEPH YOO; BRYAN
12 YOUNG; CHRISTOPHER YOUNG;
   GRENITA YOUNG; JIMMY YOUNG;
13 OLIVIA YOUNG; SAMANTHA YOUNG;
   SHONNTAE YOUNG; ROSALINA YSAIS;
14 RUTH ZAGARS; ANASTASIIA
   ZAGORUIKO; LAURIE ZALESKI;
15 TOMMIE ZAM; RUDOLPH ZAMARRIPA;
   MICHAEL ZAMBELLI; SAN JUANITA
16 ZAMORA-MEZA; BENNJI ZANABRIA;
   ANTHONY ZAPATA; ELIZABETH
17 ZAPATA; MARTIN ZARAGOZA; ROYCE
   ZARO; ANDREA ZAVALA; ANGELA
18 ZAVALA; ERIC ZAVALA; LUPE
   ZAVALA; ZAHIR ZEGGANE;
19 JACQUELINE ZENN; BRISA ZEPEDA;
   ANDREW ZERTUCHE; WEI ZHAO;
20 JOSHUA ZIELINSKI; JESSICA ZINZUN;
   DAVID ZIRKELBACH; KAMEEL ZREIK;
21 and REYNA ZUNIGA.

22

23                    *Petitioners*,

24        vs.

25
   DOORDASH, INC.,
26
                     *Respondent*.
27

28

---

41

PETITION FOR ORDER COMPELLING ARBITRATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR ORDER COMPELLING ARBITRATION

Petitioners file this Petition for an Order compelling Respondent DoorDash, Inc. to arbitration as follows:

## NATURE OF THE PETITION

1.      Petitioners are 3,997 DoorDash couriers ("Dashers") who are attempting to arbitrate individual claims against DoorDash for misclassifying them as independent contractors instead of employees.  Petitioners contend that in misclassifying them, DoorDash has violated the California Labor Code, Wage Order No. 9, California Labor Code § 226 (Wage Statement and Records Access), and Cal. Bus. & Prof. Code. § 17200 (Unfair and Unlawful Business Practices).

2.      In order to begin making deliveries for DoorDash, each Petitioner was required to sign a contract that contained a sweeping "Mutual Arbitration Provision."  No Petitioner recalls opting out of that arbitration provision.

3.      The Mutual Arbitration Provision requires that the parties arbitrate any dispute regarding a Dasher's classification as an independent contractor.  The provision also requires that arbitration be administered by the American Arbitration Association ("AAA") under AAA's Commercial Rules.  Those Rules, in turn, authorize AAA to require that each party pay filing fees before AAA will empanel an arbitrator and proceed with the parties' arbitration.  DoorDash's arbitration provision expressly requires that DoorDash pay a portion of the fees and costs necessary to commence arbitration.

4.      On September 27, 2019, in accordance with the parties' agreement, counsel for Petitioners served an individual demand for arbitration on DoorDash and AAA on behalf of each Petitioner.  Each Petitioner promptly satisfied his or her filing-fee obligation.

5.      AAA determined that each Petitioner's demand for arbitration met the requirements under AAA's rules to proceed with arbitration.  Thus, pursuant to its rules, AAA imposed succesive deadlines of October 24, 2019 and November 7, 2019 for DoorDash to pay its share of the filing fees necessary to commence each Petitioner's arbitration and empanel an arbitrator.

6.      DoorDash refused to comply with AAA's deadlines.  It did not pay the filing fees necessary for a single Petitioner to proceed with arbitration.

7.      On November 8, 2019, AAA terminated Petitioners' arbitrations due to DoorDash's

1  refusal to satisfy its filing fee obligations.

2      8.    Petitioners have filed this Petition to require DoorDash to abide by the arbitration

3  agreement it drafted.

4  **PARTIES**

5      9.    Petitioners are Dashers who have made deliveries for DoorDash in California.

6  Details for each Petitioner are listed in Exhibit A.

7      10.    Respondent DoorDash, Inc. is a Delaware corporation headquartered at 901 Market

8  Street, Sixth Floor, San Francisco, California 94103.

9  **JURISDICTION AND VENUE**

10      11.    This Court has jurisdiction over this action pursuant to California Code of Civil

11  Procedure section 1281.2.

12      12.    This Court has personal jurisdiction over DoorDash because DoorDash has its

13  headquarters and principal place of business in California.

14      13.    Venue is proper in this Court pursuant to California Code of Civil Procedure

15  sections 393, 395, 395.5, 1292, and 1292.2 because DoorDash is headquartered and conducts

16  business in San Francisco County, and many of the acts and omissions complained of occurred in

17  San Francisco County.

18  **BACKGROUND**

19      14.    DoorDash is an on-demand delivery service through which customers may order

20  food and other items from participating merchants for delivery.  DoorDash pays Dashers to make

21  those deliveries.

22      15.    Petitioners are Dashers whom DoorDash has misclassified as independent

23  contractors rather than employees, in violation of state and local law.

24      16.    DoorDash executed an agreement with each Petioner requiring that DoorDash and

25  the Petitioner individually arbitrate any claim arising from the agreement, including a claim that

26  the Petitioner has been misclassified.  *See, e.g.*, Ex. B (DoorDash's 2019 Independent Contractor

27  Agreement).  The agreement further requires that the arbitration be administered by AAA under its

28  Commercial Arbitration Rules.  *See id.*

PETITION FOR ORDER COMPELLING ARBITRATION

17.     Under the Commercial Rules, "[t]he arbitrator shall interpret and apply the[] rules insofar as they relate to the arbitrator's powers and duties."  Commercial Rule 8.  Where no arbitrator is yet available, or where a rule does not involve the "arbitrator's powers and duties," the rules "shall be interpreted and applied by the AAA."  *Id.*[1]

18.     Commercial Rule 56 further authorizes AAA to "require the parties to deposit in advance of any hearings such sums of money as it deems necessary to cover the expense of the arbitration, including the arbitrator's fee."  Commercial Rule 56.

19.     The Commercial Rules also state that AAA's Employment Fee Schedule applies where, as here, workers bring claims asserting that they were misclassified as independent contractors.  *Id.* at 2 n.*.  And the Employment Fee Schedule states that "[t]he employer or company's share of filing fees is due as soon as the employee or individual meets his or her filing requirements."  Employment Fee Schedule at 2.[2]

20.     DoorDash has enforced its broad arbitration agreement to preclude couriers from filing misclassification claims against it in court.  *See, e.g.*, *Magana v. DoorDash, Inc.*, 343 F. Supp. 3d 891 (N.D. Cal. 2018) (compelling a Dasher to arbitrate misclassification claims); *Mckay v. DoorDash, Inc.*, No. 19-cv-04289-MMC, 2019 WL 5536199 (N.D. Cal. Oct. 25, 2019) (same).

21.     On September 27, 2019, in accordance with the parties' agreement, counsel for Petitioners served an individual demand for arbitration on DoorDash and AAA on behalf of each Petitioner.  Each Petitioner promptly satisfied his or her filing-fee obligation.

22.     AAA then determined that each Petitioner's arbitration demand satisfied AAA's filing requirements.

23.     Applying its Commercial Rules and Employment Fee Schedule, AAA imposed a deadline of October 24, 2019 for DoorDash to pay the filing fees it owed for AAA to empanel arbitrators and proceed with Petitioners' arbitrations.  On DoorDash's request, AAA extended DoorDash's deadline to pay filing fees until November 7, 2019.

24.     On October 28, 2019, DoorDash indicated that it would not pay the filing fees it

[1] Available at https://www.adr.org/sites/default/files/CommercialRules_Web_FINAL_1.pdf.

[2] Available at https://www.adr.org/sites/default/files/Employment_Fee_Schedule1Nov19.pdf.

PETITION FOR ORDER COMPELLING ARBITRATION

owed because, it argued, each Petitioner's demand was "insufficient to launch arbitration under the DoorDash Independent Contractor Agreement, as well as AAA's own rules."

25.    AAA rejected that argument and made "an administrative determination that the minimum filing requirements have been met by [Petitioners]."  AAA thus set a final deadline of November 7, 2019 for DoorDash to pay the filing fees it owed.

26.    DoorDash refused to comply with that deadline.  It did not pay the fees for an arbitrator to be empaneled for a single Petitioner's arbitration.

27.    On November 8, 2019, AAA "administratively closed" Petitioners' files because DoorDash "failed to submit the previously requested filing fees for [Petitioners'] individual matters."

## **CONCLUSION**

28.    Each Petitioner and DoorDash entered into an agreement requiring them to arbitrate the issue of whether that Petitioner is an independent contractor or an employee.

29.    DoorDash breached that agreement because it refused to comply with AAA's administrative determations regarding the filing fees it must pay under the agreement—fees AAA requires before it will empanel arbitrators and begin Petitioners' arbitrations.

30.    Until DoorDash complies with AAA's administrative determinations, Petitioners' arbitrations cannot commence.  Petitioners are in limbo: Their arbitration agreements prevent them from bringing their claims in court, but DoorDash refuses to arbitrate their claims under the terms of the arbitration agreement.

31.    Accordingly, this Court should compel DoorDash to arbitrate under California Code of Civil Procedure section 1281.2 and 9 U.S.C. § 4.

32.    Moreover, if the Court compels DoorDash to arbitrate on or after January 1, 2020, the Court should order DoorDash to pay Petitioners' attorney's fees and costs related to the arbitration and further pay Petitioners' expenses, including attorney's fees and costs, incurred by Petitioners due to DoorDash's failure to abide by its arbitration agreement.  *See* S.B. 707, 2019–2020 Reg. Sess., § 4  (Cal. 2019) (reciting the language Sections 1281.97(b)(2) and 1281.99 of the California Code of Civil Procedure (effective January 1, 2020));

1

**PRAYER FOR RELIEF**

2

WHEREFORE, Petitioners respectfully request that this Court:

3

33.     Enter an Order requiring that DoorDash arbitrate each Petitioner's claims under the

4

Mutual Arbitration Provision, including by paying the arbitration fees and costs AAA determines

5

are necessary to empanel arbitrators and proceed with arbitrations.

6

34.     Enter an Order requiring that DoorDash pay Petitioners' attorney's fees and costs

7

related to the arbitration and further pay Petitioners' expenses, including attorney's fees and costs,

8

incurred by Petitioners due to DoorDash's failure to abide by its arbitration agreement, to the extent

9

the Court compels DoorDash to arbitrate on or after January 1, 2020.

10

11

Dated: November 19, 2019                    Respectfully submitted,

12

13

Justin Griffin (#234675)
  justingriffin@quinnemanuel.com

14

QUINN EMANUEL URQUHART & SULLIVAN,
LLP

15

865 S. Figueroa St., 10th Floor

16

Los Angeles, California 90017
(213) 443-3100

17

Andrew Schapiro (*pro hac vice forthcoming*)

18

  andrewschapiro@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN,

19

LLP
191 N. Upper Wacker Dr., Suite 2700

20

Chicago, IL 60606

21

(312) 705-7472

22

Travis Lenkner (*pro hac vice forthcoming*)
  tdl@kellerlenkner.com

23

KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270

24

Chicago, Illinois 60606

25

(312) 741-5220

26

Warren Postman (*pro hac vice forthcoming*)
  wdp@kellerlenkner.com

27

KELLER LENKNER LLC

28

1300 I Street, N.W., Suite 400E

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

PETITION FOR ORDER COMPELLING ARBITRATION

Justin Griffin (#234675)
    justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3100

Travis Lenkner (*pro hac vice forthcoming*)
    tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice forthcoming*)
    wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CHRISTINE BOYD, et al., | Case No. CPF-19-516930 |
| *Petitioners,* | **DECLARATION OF ASHLEY KELLER IN SUPPORT OF PETITIONERS' PETITION TO COMPEL ARBITRATION** |
| vs. | |
| DOORDASH, INC., | **Judge:** |
| *Respondent.* | **Date:** **Time:** |

ENDORSED
FILED
San Francisco County Superior Court

NOV 19 2019

CLERK OF THE COURT
BY: ROSSALY DE LA VEGA
            Deputy Clerk

FAXED


COPY

DECLARATION OF ASHLEY KELLER

**DECLARATION OF ASHLEY KELLER**

I, Ashley Keller, declare based on personal knowledge as follows:

1.      I am a Partner at Keller Lenkner LLC, counsel for Petitioners in this matter.

2.      I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently thereto.

3.      This declaration is submitted in support of Petitioners' Petition to Compel Arbitration.

4.      On September 27, 2019, Keller Lenkner filed a demand for individual arbitration with AAA and DoorDash on behalf of each Petitioner, 3,997 demands in total.  Attached as Exhibit A is a true and correct list of Petitioners who filed a demand for individual arbitration with AAA on September 27, 2019.

5.      DoorDash requires every courier ("Dasher") to sign an agreement containing an arbitration provision before that Dasher may begin making deliveries for DoorDash.  Attached as Exhibit B is a true and correct copy of that agreement printed on January 11, 2019.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on November 19, 2019 in Chicago, Illinois

_____
Ashley Keller

DECLARATION OF ASHLEY KELLER

# Exhibit A

| First Name | Last Name | Client Address 1 City | Client Address 1 State |
|---|---|---|---|
| Ali | Abbas | Pomona | CA |
| Trevon | Abbasi | Costa Mesa | CA |
| Feryal | Abboodi | Riverside | CA |
| Jenin | Abdeljabbar | Los Angeles | CA |
| Basem Jamal | Abdelkhaleq | San Diego | CA |
| Tevin | Abdessian | Glendale | CA |
| Stephen | Abdou | Corona | CA |
| Bakir | Abduljabbar | Fair Oaks | CA |
| Medina | Abdullah | Bakersfield | CA |
| Samuel | Abels | Northridge | CA |
| Sharareh | Abhari | Sun City | CA |
| Yerzhan | Abildin | Irvine | CA |
| Ashley | Abney | Antioch | CA |
| Terrell | Abrams | San Leandro | CA |
| Sandra | Abundis | Upland | CA |
| Simon | Achvan | Los Angeles | CA |
| Luis | Acosta | Rancho Cucamonga | CA |
| Angela | Adams | Pittsburg | CA |
| Christopher | Adams | Los Angeles | CA |
| Thomas | Adams | Turlock | CA |
| Tony | Adams | Winnetka | CA |
| Trevon | Adams | Los Banos | CA |
| Adesola | Adeogun | Loma Linda | CA |
| Ericson | Adinig | San Diego | CA |
| Andrew | Afia | Diamond Bar | CA |
| Wilard | Agdeppa | Carson | CA |
| Lanita | Agee | Fairfield | CA |
| Ehda | Agha Mohyaldin | San Diego | CA |
| Robert | Agozino | Mission Viejo | CA |
| Aaron | Aguilar | San Bernardino | CA |
| Amber | Aguilar | Moreno Valley | CA |
| Jose | Aguilar | San jose | CA |
| Julie | Aguilar | Sunnyvale | CA |
| Stephanie | Aguilar | Rancho Cucamonga | CA |
| Susana | Aguilar | San Jose | CA |
| Lizbeth | Agundez | Hemet | CA |
| Patrick | Ahern | Daly City | CA |
| Shahab | Ahmadpanah | Irvine | CA |
| Filsun | Ahmed | Long Beach | CA |
| Meredith | Aimone | San Diego | CA |
| Pauline | Ajayi | Santa Cruz | CA |
| Aujhana | Akins | Mountain House | CA |
| Donnetta | Akins | Pomona | CA |
| Mahmood | Al Ghazawi | Sacramento | CA |
| Omer | Al Mashahedah | Citrus Heights | CA |
| Roman | Al | Riverside | CA |
| Lana | Alaniz | Alhambra | CA |
| Maria | Alarcon | Rocklin | CA |
| Omar | Alaya | Sacramento | CA |

| | | | |
|---|---|---|---|
| Magdi | Albarty | Oakland | CA |
| Muayad | Albazian | Antioch | CA |
| Vanica | Albert | Antioch | CA |
| Andrew | Albrecht | Corona | CA |
| Maia | Albro | Rancho Cordova | CA |
| Elissa | Alcala | Van Nuys | CA |
| Alexander | Alcaraz | Elk Grove | CA |
| Steve | Alcazar | Cerritos | CA |
| Christopher | Alejo | Ontario | CA |
| Nehemias | Aleman | Turlock | CA |
| Saul | Aleman | Monterey Park | CA |
| Jacob | Alesna | Daly City | CA |
| Calondra | Alexander | Moreno Valley | CA |
| Jennifer | Alexander | Long Beach | CA |
| Joel | Alexander | Antioch | CA |
| Kaylah | Alexander | San Jose | CA |
| MARLA | ALEXANDER | San Diego | CA |
| Rudolph | Alexander | Ontario | CA |
| Roy | Alfajora | Redwood City | CA |
| Alex | Alfaras | Daly. City | CA |
| Denny | Alfaro | Sunnyvale | CA |
| Elizabeth | Alfaro | Buena Park | CA |
| Ramon | Alfaro | Fresno | CA |
| Shannon | Alfaro | Daly City | CA |
| Amanda | Alfred | Redlands | CA |
| Joseph | Alfresco | Oakland | CA |
| Sam | Alhaddaden | Hawaiian Gardens | CA |
| Duaa | Alhajri | El Cajon | CA |
| Mohammed | Alia | El Cerrito | CA |
| Bermudez | Alicia | Long Beach | CA |
| Irwin | Allen | Santa Ana | CA |
| Michael | Allen | Sacramento | CA |
| Monique | Allen | Long Beach | CA |
| Renee | Allen | Carson | CA |
| Timeka | Allen | Fontana | CA |
| Alexandria | Allgood | San Jose | CA |
| Melissa | Almaraz | Canoga Park | CA |
| Yousef | Almasri | South San Francisco | CA |
| Haydar | Almayalee | Irvine | CA |
| Elizabeth | Almendarez | Upland | CA |
| Ammar | Alshawosh | Pasadena | CA |
| Diego | Altamirano | Moreno Valley | CA |
| Malcolm | Alugas | Oakland | CA |
| Francisco | Alvarado | Milpitas | CA |
| Victoria | Alvarado | Richmond | CA |
| Adrian | Alvarez | Montebello | CA |
| Jean | Alvarez | Granada Hills | CA |
| Lilia | Alvarez | Nuevo | CA |
| Marisela | Alvarez | Sunnyvale | CA |
| Milly | Alvarez | Los Angeles | CA |

| | | | |
|---|---|---|---|
| Michael | Alvarizares | El Centro | CA |
| Justin | Amador | Concord | CA |
| Maryamaweet | Amare | Los Gatos | CA |
| Richard | Amaro | Dinuba | CA |
| Ingrid | Amaya | El Monte | CA |
| Nora | Americano | Santa Clara | CA |
| Rudy | Amesquita | Victorville | CA |
| Ahssanullah | Aminyar | San Leandro | CA |
| Josara | Ammann | Riverside | CA |
| Rachael | Amoah | Sacramento | CA |
| Francisco | Anaya | San Jose | CA |
| Isaac | Anaya | Newark | CA |
| Romualdo | Anaya | Reseda | CA |
| Ashley | Anderson | Lompoc | CA |
| Cashley | Anderson | Victorville | CA |
| Charles | Anderson | Rancho Cucamonga | CA |
| David | Anderson | Caruthers | CA |
| Desiree | Anderson | Stockton | CA |
| Francis | Anderson | San Jose | CA |
| John | Anderson | Merced | CA |
| Jonathan | Anderson | Inglewood | CA |
| Julia | Anderson | Moreno Valley | CA |
| Kai | Anderson | Modesto | CA |
| Michael | Anderson | Vallejo | CA |
| Shawn | Anderson | Arleta | CA |
| Victoria | Anderson | San jose | CA |
| Yamilb | Anderson | Alta Loma | CA |
| Shayna | Anderson-schmidt | San Jose | CA |
| Shawna | Andino | Folsom | CA |
| Jared | Andrade | Citrus Heights | CA |
| Kevin | Andrade | Port Hueneme | CA |
| Robert | Andrade | San Diego | CA |
| Raphelle | Andrews | Oakland | CA |
| Nadine | Anguiano | Visalia | CA |
| Ricardo | Antillon | Jurupa Valley | CA |
| Masoud | Anwary | Laguna Niguel | CA |
| Annette | Apodaca | Winton | CA |
| Antimony | Apodaca | Santa Rosa | CA |
| Arthur | Appling | Vallejo | CA |
| Justin | Aquino | Buena park | CA |
| Edgar | Arambula | Torrance | CA |
| Nicholas | Aranda | Castro Valley | CA |
| Jerrold | Arangorin | Hayward | CA |
| Juan | Araujo | Modesto | CA |
| Kaylee | Araujo | Chino | CA |
| Pablo | Araujo | West Covina | CA |
| Melissa | Araya | Santa Clarita | CA |
| Eva | Arce | Hayward | CA |
| James | Arce | Los Angeles | CA |
| Zakaria | Archane | Los Angeles | CA |

| | | | |
|---|---|---|---|
| Vincent | Archie | Long beach | CA |
| Jan Coleen | Arcinas | Antioch | CA |
| Kristi | Ard | Sherman Oaks | CA |
| Melissa | Arellano | Azusa | CA |
| Luis | Arenas | Long Beach | CA |
| Alicia | Arguello | Ca | CA |
| Eduardo | Arias | Santa Clara | CA |
| James | Arlow | Upland | CA |
| Manuel | Armenta | San Jose | CA |
| Isaac | Armstrong | Oakland | CA |
| Jeanette | Armstrong | Inglewood | CA |
| Linda | Armstrong | Corona | CA |
| Michael | Arnett | Downey | CA |
| Corey | Arnold | Folsom | CA |
| Calvin | Aromin | Fairfield | CA |
| Dominic | Arreola | Norwalk | CA |
| Daniela | Arrey | San Diego | CA |
| Alfred | Arrington | Antelope | CA |
| Steven | Artiga | Hawthorne | CA |
| George | Artope | North Hollywood | CA |
| Miguel | Arvizo | San Diego | CA |
| Gloria | Arzu | Los Angeles | CA |
| Aksel | Asadourian | Glendale | CA |
| Dean | Asamura | Vista | CA |
| Arlette | Ascenso | Sacramento | CA |
| Brian | Ashe | Santa Cruz | CA |
| Brianna | Ashley | Rancho Cordova | CA |
| roger | ashton | hayward | CA |
| Michael | Asis | Rodeo | CA |
| Muh Daryosh | Aslami | Baypoint | CA |
| Timothy | Aslan | San Jose | CA |
| Omar | Assaf | Mission Viejo | CA |
| Steven | Assef | San Deigo | CA |
| Timona | Asuega | Lomita | CA |
| Dion | Asuncion | Covina | CA |
| Yordan | Atanasov | Santa Monica | CA |
| Roza | Atikyan | Montebello | CA |
| Alfred | Atkins | Bellflower | CA |
| Leandre | Atkins | Los Angeles | CA |
| Alex | Attrill | San Dimas | CA |
| Natalie | Aubele | Rohnert Park | CA |
| Aidan | Austin | Agoura Hills | CA |
| Rasheeta | Austin | Moreno valley | CA |
| Christine | Avelar | San Bernardino | CA |
| Micah | Avery | Palmdale | CA |
| Jesus | Aveytia | Sacramento | CA |
| Marissa | Avila Metz | Santa Cruz | CA |
| Dawn | Avila | Bell Gardens | CA |
| Jaron | Avila | San Jose | CA |
| Monica | Avila | Manteca | CA |

| | | | |
|---|---|---|---|
| Emanoel | Avraham | San Jose | CA |
| Nasser | Awawda | Elk Grove | CA |
| Theo | Awdng | Encino | CA |
| William | Aydlette | Wildomar | CA |
| Alessandro | Ayer | Van Nuys | CA |
| Jeriza | Ayson | San Jose | CA |
| Amir | Azari | Laguna Niguel | CA |
| Melissa | Azevedo | Sacramento | CA |
| Navid | Azizi | Gilroy | CA |
| Paul | Azzolina | Baldwin Park | CA |
| Mohamed | Baaghil | San Ramon | CA |
| Dominique | Baca | Stockton | CA |
| Brian | Bachar | Ontario | CA |
| Chad | Bachman | Santa Cruz | CA |
| Harmony | Bacon | San Jose | CA |
| Kathy | Bader | Oceanside | CA |
| Christian | Baez | San Jose | CA |
| Mamie | Bagby | San Francisco | CA |
| Lena | Bagwell | San Leandro | CA |
| Javier | Bahamonde | Pitysburg | CA |
| Edon | Bainvoll | Los Angeles | CA |
| Lawrence | Baisden Ii | Salinas | CA |
| Laquann | Baker | Pomona | CA |
| Marvin | Baker | Oakland | CA |
| Medina | Baker | Sacramento | CA |
| Scott | Baker | Lakeside | CA |
| Tommy | Baker | Ontario | CA |
| Tracy | Baker | Modesto | CA |
| Gagandeep | Bal | Union City | CA |
| Kenneth | Balanon | Santa Clara | CA |
| Jesse | Baldain | Stockton | CA |
| Rosario | Balderas | Azusa | CA |
| Vicente | Balinton | Sacramento | CA |
| Jennifer | Ball | San Bernardino | CA |
| Jordan | Ball | Sacramento | CA |
| Chris | Ballard | Fresno | CA |
| Dameonn | Ballard | Rohnert Park | CA |
| Glen | Balza | Twenty Nine Palms | CA |
| Archana | Bandaru | Fremont | CA |
| Jelani | Bandele | Inglewood | CA |
| Julian | Banderas | Sacramento | CA |
| Gwendolyn | Banks | Antioch | CA |
| Kayla | Bankston | Burbank | CA |
| Katharine | Bantigue | Van Nuys | CA |
| Roberto | Baptista | Oceanside | CA |
| Chrystle | Barajas | Temecula | CA |
| Daniel | Barba Morales | San Jose | CA |
| Marcos | Barba | Los Angeles | CA |
| Alicia | Barbee | Moreno Valley | CA |
| Michael | Barber | Moreno valley | CA |

| Michaela | Barber | Vallejo | CA |
| Tanner | Barber | Los Angeles | CA |
| Carlos | Barbosa | San Diego | CA |
| Peter | Bard | Riverside | CA |
| Jessica | Barfield | Rancho Cucamonga | CA |
| Sonia | Barillas | Costa Mesa | CA |
| Briana | Barnes | Oakland | CA |
| Katelynn | Barnes | Stockton | CA |
| Steve | Barnes | Corona | CA |
| Cameron | Barnett | Sacramento | CA |
| James | Barnette | San Diego | CA |
| Trini | Baron | San Diego | CA |
| Jesus | Barragan | Fresno | CA |
| Cassandra | Barranco | Sacramento | CA |
| Enrique | Barrera | Lake Elsinore | CA |
| Gabriel | Barrera | Sacramento | CA |
| Monica | Barrera | Vallejo | CA |
| Monica | Barrera | Riverside | CA |
| Ja'monteyanna | Barrett | Vallejo | CA |
| Ariana | Barrios | Santa Clara | CA |
| Rebecca | Barron | Stockton | CA |
| Vanessa Kay | Barron | Mojave | CA |
| Donald | Barry | Sherman Oaks | CA |
| Jeffrey | Bartnek | Vacaville | CA |
| Isiah | Bartolome | Fresno | CA |
| Treveon | Baskin | Los Angeles | CA |
| Mohan | Basnet | Burbank | CA |
| Everett | Bass | Oakland | CA |
| Otis | Bassett | Los Angeles | CA |
| Brooke | Bastiaans | Santa Clarita | CA |
| Jared | Bastian | Victorville | CA |
| Thalia | Batista | Antioch | CA |
| Ariunsaikhan | Batkhuyag | Los Angeles | CA |
| Ryan | Batorick | Vista | CA |
| Lauren | Battaglia | Campbell | CA |
| Thomas | Battaglia | San Jose | CA |
| Amrit | Batth | Ceres | CA |
| Ajanai | Battle | San Diego | CA |
| Cristina | Bautisa | San Jose | CA |
| Cristian Merry | Bautista | Antioch | CA |
| Steven | Bavin | Thousand oaks | CA |
| Derrick | Baxter | Oakley | CA |
| Kimberly | Bayardo | Corona | CA |
| Vertis | Bayne | Los Angeles | CA |
| Jason | Beadle | Rancho Santa margarita | CA |
| Johnny | Beard | San Jose | CA |
| Christopher | Bearden | Modesto | CA |
| Patricia | Beardsley | Martinez | CA |
| Gariner | Beasley | Los Angeles | CA |
| Jonathan | Beasley | Livermore | CA |

| | | | |
|---|---|---|---|
| Regina | Beasley | Chula Vista | CA |
| Jenna | Beaton | Carmichael | CA |
| Rodrick | Beavers | Stockton | CA |
| Luana | Beavers-deloach | Suisun | CA |
| Karen | Beccar | Glendale | CA |
| Jeremiah | Beck | Fontana | CA |
| Zackary | Becker | Los Angeles | CA |
| Danny | Bedford | Riverside | CA |
| Tony | Bedi | Newark | CA |
| Benjamin | Beers | Oceanside | CA |
| Laurie | Behrend | Salinas | CA |
| Daoud | Beituni | Westminster | CA |
| Mike | Belardes | San Jose | CA |
| Anna | Beliel | San Pablo | CA |
| Brianne | Bell | Torrance | CA |
| Hunter | Bell | Jurupa Valley | CA |
| Jared | Bell | Roseville | CA |
| Tanisha | Bell | Stockton | CA |
| Vineshia | Bell | Hayward | CA |
| Yvonne | Bell | Elk Grove | CA |
| Mouaadh | Bellal | Union City | CA |
| Connie | Bellmer | Fremont | CA |
| Emmanuel | Bello | Victorville | CA |
| Wendy | Belmont | Montclair | CA |
| Sabrina | Belmontez | Fresno | CA |
| Miguel | Beltran | Rialto | CA |
| Hatem | Ben Miled | Valley Village | CA |
| Sarajane | Benassi | San Jose | CA |
| Olivia | Benavides | Lakewood | CA |
| Vahan | Bendian | Encino | CA |
| Simone | Benech | San Jose | CA |
| Tashalla-lynn | Benford | Pleasant Hill | CA |
| Andrea | Bennett | Sacramento | CA |
| Dominique | Bennett | Mill Valley | CA |
| Endira | Bennett | San Diego | CA |
| Jacob | Bennett | Santa Barbara | CA |
| Marissa | Bennett | Rio Linda | CA |
| Michael | Bennett | El Cajon | CA |
| Sara | Benson | Arcata | CA |
| Andrei | Berg | San Diego | CA |
| James | Berg | Antelope | CA |
| Matthew | Berg | Fairfield | CA |
| Alayna | Bergman | Fresno | CA |
| Flor | Bermudez | Anaheim | CA |
| Dessa | Bernabe | Orange | CA |
| Christian | Bernard | San Diego | CA |
| Oscar De Jesus | Bernardino Flores | Santa Clara | CA |
| Scott | Bernave | Oceanside | CA |
| Isha | Berry | Oakland | CA |
| Michael | Berry | Palo Alto | CA |

| Richard | Berry | Hemet | CA |
|---|---|---|---|
| Samantha | Berry | San Leandro | CA |
| Vincent | Berry | San Francisco | CA |
| Richard | Berthil | Rialto | CA |
| Jack | Bessiere | Pleasanton | CA |
| Seneca | Beverly | Santa Barbara | CA |
| Ozone | Bhaguan | Escondido | CA |
| Muhammad | Bhutta | Torrance | CA |
| Jamee | Biadora | Los Angeles | CA |
| Angela | Bibbs | Fairfield | CA |
| Michael | Bickham | Rosamond | CA |
| Tania | Bielecki | Sacramento | CA |
| Lauren | Bigornia | Sacramento | CA |
| Jonathan | Bird | San Francisco | CA |
| Bobby | Birdi | Tracy | CA |
| Robin | Birdsong Vincent | Yuba City | CA |
| Joseph | Birdsong | Rocklin | CA |
| Jesse | Biringer | San Jose | CA |
| Brett | Birmingham | Big pine | CA |
| Arrick | Bischofberger | Newark | CA |
| Cody | Bishop | Carlsbad | CA |
| Nichele | Bissett | Sacramento | CA |
| Mirhad | Bjelevac | San Jose | CA |
| Samantha | Black | Anderson | CA |
| Theresa | Black | Chico | CA |
| Christanya | Blackman | Hemet | CA |
| Sandra | Blackmon | Oakley | CA |
| Kerry | Blackmore | Richmond | CA |
| Nichole | Blackwell | Oakland | CA |
| Stephen | Blake | Carlsbad | CA |
| Shauwn | Bland | Santa Paula | CA |
| Troy | Blanton | Westminster | CA |
| Janette | Blevins | Seaside | CA |
| Tanya | Blue | Sonoma | CA |
| Tatiana | Bluford | San Francisco | CA |
| Emmett | Blunt | Martinez | CA |
| Jason | Blyston | Aptos | CA |
| Nicholas | Bober | San Juan Capistrano | CA |
| Jakeh | Bode | Vacaville | CA |
| Alicia | Bodway | Winton | CA |
| Randy | Boeglin | Rancho Cucamonga | CA |
| Nicholas | Boesch | Escondido | CA |
| Richard | Bogolub | Alamo | CA |
| Genevieve | Bohan | North Highlands | CA |
| Rone | Boles | 94565 | CA |
| Roszonne | Bolton | Ontario | CA |
| Alexia | Bond | Sacramento | CA |
| Barbara | Bonds | San Jose | CA |
| Audrey | Bongato | Carson | CA |
| Cintia | Bonifacio | Oakland | CA |

| Carmena | Boone | Mountain House | CA |
|---------|-------|----------------|-----|
| Marcus | Boone | Oxnard | CA |
| Eric | Boothe | Palm Springs | CA |
| Lashay | Boozer | Hemet | CA |
| Alejandro | Boquiren | Newark | CA |
| Jasmyn | Borders | Lincoln | CA |
| Samantha | Borg | Chino | CA |
| Robert | Borjas | Long Beach | CA |
| Alicia | Borrego | Riverside | CA |
| Camille | Borromeo | San Jose | CA |
| Paul | Bosley-pittman | Stockton | CA |
| Danielle | Bostic | Fairfield | CA |
| April | Bosworth | Redding | CA |
| Josh | Botello | Fontana | CA |
| Cameron | Bothwell | Danville | CA |
| Monet | Bounthon | Antioch | CA |
| Nadra | Bourdi | San Francisco | CA |
| Monika | Bowers | Riverbank | CA |
| Shaquisha | Bowers | Granada Hills | CA |
| Theodore | Bowers | Rancho Cordova | CA |
| Catherine | Boyd | North Hollywood | CA |
| Christine | Boyd | Pasadena | CA |
| Jonathan | Boyd | Colton | CA |
| Erin | Boyer | Costa Mesa | CA |
| Amanda | Boyett | Huntington Beach | CA |
| John | Boyle | Fallbrook | CA |
| Robert | Boyle | Valencia | CA |
| Benjamin | Bradford | Roseville | CA |
| Carlos | Bradford | Vacaville | CA |
| Samantha | Bradford | Sacramento | CA |
| Angela | Bradley | San Jose | CA |
| Garrett | Bradley | Long Beach | CA |
| Stevie | Bradley | Ceres | CA |
| Thomas | Brager | Vacaville | CA |
| Ja'sawn | Bragg | Lancaster | CA |
| William | Brajnikoff | San Francisco | CA |
| Rebekah | Branch | Salinas | CA |
| Yaquii | Branch | Lynwood | CA |
| Jonathan | Brannon | Los Angeles | CA |
| Corey | Brantley | Irvine | CA |
| Tamekia | Brantley | Antioch | CA |
| Jodi | Braund | Antelope | CA |
| Georgina | Bravo | Concord | CA |
| Jaylen | Brent | Whittier | CA |
| Destiny | Brewer | San Jacinto | CA |
| Brian | Brewster | Alta Lomax | CA |
| Naja | Bridgeforth | Pittsburg | CA |
| Greg | Bridgewater | Elk Grove | CA |
| Tawana | Bridgewater | Elk Grove | CA |
| Victor | Briffa | Tracy | CA |

| | | | |
|---|---|---|---|
| Justin | Briggs | West Sacramento | CA |
| Anthony | Bright | North Hollywood | CA |
| Detrick | Bright | Pasadena | CA |
| Monique | Brim | Oakland | CA |
| Tanisha | Brinkley | Los Angeles | CA |
| Rosa A | Briones | Bakersfield | CA |
| Miyako | Brisker | Stockton | CA |
| Gerardo | Brito | Anaheim | CA |
| Ricardo | Brito-gonzalez | Van Nuys | CA |
| Travis | Britton | Modesto | CA |
| Gayla | Brookins | Stockton | CA |
| Latasha | Brooks | Berkeley | CA |
| Olivia | Brooks | La Mesa | CA |
| Paradice | Brooks | Tracy | CA |
| Sheria | Brooks | Fairfield | CA |
| Tess | Browder | San Pablo | CA |
| Henry | Brown Iii | Barstow | CA |
| Barbara | Brown | Los Angeles | CA |
| Britany | Brown | Stockton | CA |
| Bryson | Brown | Encino | CA |
| Charlotte | Brown | Pomona | CA |
| Cherele | Brown | Sacramento | CA |
| Colleen | Brown | Vallejo | CA |
| Dominique | Brown | Sacramento | CA |
| Donnasia | Brown | Hawthorne | CA |
| Earl | Brown | Vallejo | CA |
| Elijah | Brown | San Bernardino | CA |
| Harold | Brown | Los Angeles | CA |
| Heather | Brown | Fresno | CA |
| Jarrett | Brown | Sacramento | CA |
| Kenon | Brown | Victorville | CA |
| Kimberly | Brown | Suisun City | CA |
| Kristina | Brown | Chico | CA |
| Latoya | Brown | Sacramento | CA |
| Lauren | Brown | Moreno Valley | CA |
| Lora | Brown | Vacaville | CA |
| Marcelles | Brown | Oakland | CA |
| Margaret | Brown | San Diego | CA |
| Martez | Brown | Costa Mesa | CA |
| Michael | Brown | Orangevale | CA |
| Monique | Brown | Inglewood | CA |
| Natalie | Brown | Oakland | CA |
| Niesha | Brown | San Bernardino | CA |
| Robyn | Brown | El Cajon | CA |
| Rodney | Brown | Redding | CA |
| Sabrina | Brown | Ontario | CA |
| Steven | Brown | Stockton | CA |
| Tonisha | Brown | Walnut Creek | CA |
| Aziza | Brumfield | Castro Valley | CA |
| Katie | Brunius | Folsom | CA |

| | | | |
|---|---|---|---|
| Carlton | Brunner | Inglewood | CA |
| Duncan | Brunst | Pacifica | CA |
| Julia | Bryan | Campbell | CA |
| Teran | Bryan-howell | Redding | CA |
| Jannet | Bryant | Riverside | CA |
| Kevin | Bryant | Barstow | CA |
| Kimbrielle | Bryant | Vallejo | CA |
| Laquisha | Bryant | Hayward | CA |
| Linda | Bryant | Sacramento | CA |
| Odeirre | Bryant | Los Angeles | CA |
| Shante | Bryant | Murrieta | CA |
| Gilberto | Buenrostro | Oakland | CA |
| Ebone | Buggs | Antioch | CA |
| Michael | Bui | Torrance | CA |
| Vu | Bui | Ontario | CA |
| Elmer | Bungay | San Jose | CA |
| Gurgen | Buniatyan | Van Nuys | CA |
| Marissa | Burgess | Sacramento | CA |
| Allison | Burke | Signal Hill | CA |
| Lauren | Burke | Temecula | CA |
| Anthony | Burks | Oakland | CA |
| Anitra | Burmen | Vallejo | CA |
| Bernadette | Burnias | Ceres | CA |
| Candice | Burns | Pomona | CA |
| Matthew | Burns | Citrus Heights | CA |
| Terria | Bursey | Los Angeles | CA |
| Coddie | Burton | Los Angeles | CA |
| Jalisa | Burton | Lancaster | CA |
| Annie | Bushnell | Loomis | CA |
| Steven | Bustamante | Anaheim | CA |
| Aretta | Butler | Los Angeles | CA |
| Marlow | Butler | Stockton | CA |
| Davion Byrd | Byrd | Sacramento | CA |
| Robert | Byrd | Elk Grove | CA |
| Shawna | Byrd | San Pablo | CA |
| Christian | Cabanayan | Milpitas | CA |
| Azeenith | Cabanero | Patterson | CA |
| Jewel | Cabigas | Pasadena | CA |
| Bre | Cabin | Torrance | CA |
| Saul | Cabral | Riverside | CA |
| Tomas | Cabral | San Jose | CA |
| Abigali | Cabrera | Sacramento | CA |
| Jorge | Caceres | Loma Linda | CA |
| Chloe | Caldasso-smith | Bakersfield | CA |
| Jose | Caldera | Salinas | CA |
| Anthony | Calderon | los Angeles | CA |
| Earle | Calderon | Costa Mesa | CA |
| Michael | Calderon | North hollywood | CA |
| Jasmine | Caldwell | San Francisco | CA |
| Mia | Caldwell | Stockton | CA |

| Ricky | Caldwell | Riverside | CA |
|---|---|---|---|
| Rocio | Calenda | San Diego | CA |
| Kenneth | Calicdan | Corning | CA |
| Tyler | Callahan | Vista | CA |
| Karina | Callahand | Elk Grove | CA |
| Cardell | Calloway | Lancaster | CA |
| Jennifer | Calton | Elk Grove | CA |
| John | Calucin | Union City | CA |
| Danica | Camagong | Ventura | CA |
| Samantha | Camaioni | Santa Clarita | CA |
| Don | Camanag | Lakewood | CA |
| Gabriel | Cambron | Campbell | CA |
| Regina | Cameron | Napa | CA |
| Ashley | Camillucci | Pleasanton | CA |
| Keyli | Campbell | Pinole | CA |
| Kiemara | Campbell | Victorville | CA |
| Carol | Campo | Glendora | CA |
| Athiane | Campos | Los Angeles | CA |
| Carolina | Campos | Oakland | CA |
| Melina | Campos | Turlock | CA |
| Arthur | Canales | Hacienda Heights | CA |
| Casey | Canales | South San Francisco | CA |
| Laura | Canas | San Rafael | CA |
| Oliver | Canbazoglu | Moraga | CA |
| Jc | Cannegieter | San Diego | CA |
| Kierra | Cannon | Pomona | CA |
| Sean | Cannon | Rowland Heights | CA |
| Carlos | Canton | Stockton | CA |
| Frank | Cantoran | Santa Ana | CA |
| Amanda | Cantrell | Los Angeles | CA |
| Kristy | Cantrell | Redding | CA |
| Mark | Capaccio | San Francisco | CA |
| Chris | Capron | Citrus Heights | CA |
| Lashay | Caradine | Santa Clarita | CA |
| Greg | Caramella | Concord | CA |
| John | Carandang | Hayward | CA |
| Patrick | Cardea | Los Angeles | CA |
| Ryan | Cardenas | Castro Valley | CA |
| Christopher | Cardinelli | Martinez | CA |
| Aaron | Cardoza | North Highlands | CA |
| Veronica | Cargill | Bakersfield | CA |
| Joseph | Carini | Long Beach | CA |
| Jessica | Carmona | Vacaville | CA |
| Michelle | Carolan | Suisun | CA |
| Jimmie | Carpenter | Palmdale | CA |
| Ron | Carpenter | Antioch | CA |
| Ryan | Carpenter | El Dorado Hills | CA |
| Samantha | Carpintero | Lake Forest | CA |
| Victoria | Carpio | San Jose | CA |
| Cameron | Carr | Sun valley | CA |

| | | | |
|---|---|---|---|
| Carradine | Carr | Chino Hills | CA |
| Jerry | Carr | Tulare | CA |
| La Quesha | Carr | Vallejo | CA |
| Roxanne | Carr | Moreno Valley | CA |
| Vondetrick | Carr | Los Angeles | CA |
| Cynthia | Carranza | Salinas | CA |
| Jonathan | Carrasco | Milpitas | CA |
| Matthew | Carrell | Moreno Valley | CA |
| Ryan | Carrethers | Pomona | CA |
| Brandon | Carrier | Vallejo | CA |
| Michael | Carrieri | Lawndale | CA |
| Sandra | Carrieri | Lawndale | CA |
| Lisa | Carrillo | Sacramento | CA |
| Jasmine | Carrion | Sacramento | CA |
| Nancy | Carrion | San Francisco | CA |
| Timothy | Carrizales | Bakersfield | CA |
| Steven | Carroll | Oakland | CA |
| Rene | Carson | concord | CA |
| Brandon | Carter | Stockton | CA |
| Craig | Carter | Gardena | CA |
| Nathanael | Carter | Ontario | CA |
| Paul | Carter | Folsom | CA |
| Ronnie | Carter | Sacramento | CA |
| Shawnice | Carter | Los Angeles | CA |
| Anthony | Carver | El Segundo | CA |
| Isabel | Casales | Discovery Bay | CA |
| Janell | Cascia | Stabton | CA |
| Judy | Case | Anaheim | CA |
| Marshal | Case | Chatsworth | CA |
| Kyle | Casey | Carlsbad | CA |
| Andrew | Cash | Lakeside | CA |
| Arielle | Casillas | Long Beach | CA |
| Adriana | Cassell | San Jose | CA |
| Emily | Castanon | Rancho Cucamonga | CA |
| Alexis | Castellanos | Hayward | CA |
| Juancarlo | Castellanos | Richmond | CA |
| Pete | Castellanos | El Monte | CA |
| Terrence | Castille | Hemet | CA |
| Carlos | Castillo | Moreno Valley | CA |
| Caroline | Castillo | Porter Ranch | CA |
| Leon | Castillo | San Bernardino | CA |
| Samuel | Castillo | Turlock | CA |
| Monte | Caston | Santa Clara | CA |
| Daniel | Castro | Santa Maria | CA |
| Elyse | Castro | Gilroy | CA |
| Evelyn | Castro | Farmersville | CA |
| Fernando | Castro | Chula Vista | CA |
| Jorge | Castro | Pittsburg | CA |
| Linda | Castro | Elkgrove | CA |
| Maritza | Castro | Huntington Park | CA |

| | | | |
|---|---|---|---|
| Monice | Castro | Lomita | CA |
| Lalita | Castro-kinh | N.hollywood | CA |
| Kellie | Catena | Huntington Beach | CA |
| April | CAUDILLO | Rancho Cucamonga | CA |
| Angela | Caviness | North Highlands | CA |
| Jean | Cayabyab | Sacramento | CA |
| Reagan | Ceccarelli | Fresno | CA |
| Miajoy | Cedeno | Fairfield | CA |
| Jason | Celestial | Roseville | CA |
| Tamika | Centers | Oakland | CA |
| Adrian | Cerda | San Jose | CA |
| Lucas | Cespedes | Manhattan Beach | CA |
| Luis | Chablé | Palmdale | CA |
| Kimberly | Chadwick | Lower Lake | CA |
| Brenda | Chairez | Fontana | CA |
| Ebonee | Chambers | Vallejo | CA |
| Kalia | Chambers | San Dimas | CA |
| Pesach | Chananiah | Los Angeles | CA |
| Zachariah | Chance | Modesto | CA |
| Gary | Chandler | Sacramento | CA |
| Jasmine | Chandra | Elk grove | CA |
| Ronald | Chandra | Modesto | CA |
| Lynn | Chaney | Pittsburg | CA |
| Darwin | Chang | Torrance | CA |
| Sheng-yang | Chang | San Diego | CA |
| Allen | Channel | Fullerton | CA |
| Susie | Chanpheng | Redding | CA |
| Serena | Chapman | Chino Hills | CA |
| Elizabeth | Chapman-arata | San Jose | CA |
| Crystal | Chappel | Hayward | CA |
| Drake | Chaput | Yorba Linda | CA |
| Danielle | Charette | Baldwin Park | CA |
| Kaajal | Charitra | Fairfield | CA |
| Naomi | Charles | Santa Monica | CA |
| Jalen | Charleson | San Jose | CA |
| Sergio | Chavez | Merced | CA |
| Tammi | Chavez | Gardena | CA |
| Andy | Chea | San Diego | CA |
| Alisha | Cheeseboro | Lake Balboa | CA |
| Jin Guang | Chen | Fremont | CA |
| Sheila | Chenault | Burlingame | CA |
| Alexander | Cherenkov | Sacramento | CA |
| Judith | Chesser | El Dorado Hills | CA |
| Alvin | Chetty | Sacramento | CA |
| Aaron | Cheung | San Francisco | CA |
| Moeun | Chheang | Long Beach | CA |
| Jason | Chiang | Temecula | CA |
| Arinze | Chidom | Riverside | CA |
| Rajay | Childs | Manteca | CA |
| Sheila | Childs | San Diego | CA |

| Sriteja | Chillarige | San Jose | CA |
|---------|-----------|----------|-----|
| Chikezie | Chima | Huntington Beach | CA |
| Alexander | Chirishyan | Burbank | CA |
| Jermaine | Chism | APPLE VALLEY | CA |
| Krystal | Chitty | Citrus heights | CA |
| Raymond | Cho | Northridge | CA |
| John | Choe | Los Angeles | CA |
| Lachia | Christian | Sacramento | CA |
| Samuel | Christian | Los Angeles | CA |
| Samantha | Christiansen | San Jose | CA |
| Saiman | Chu | temple city | CA |
| Aminmorn | Chuengmankong | van nuys | CA |
| Ikem | Chukwudifu | South Pasadena | CA |
| Cameron | Chumbley | Los Angeles | CA |
| Richard | Chung | Walnut | CA |
| Linda | Cisco | San Francisco | CA |
| Arturo | Cisneros | Palmdale | CA |
| Ricardo | Cisneros | Chula Vista | CA |
| Bacongo | Cisse | Oakland | CA |
| Trisha | Claborn | Santa Maria | CA |
| Kimberly | Clark Burrell | Oakland | CA |
| Conrad | Clark | Orange | CA |
| Joshua | Clark | Campbell | CA |
| Michael | Clark | Rancho Santa Margarita | CA |
| Taneika | Clark | Hawthorne | CA |
| Tera | Clark | Hayward | CA |
| Virginia | Clark | Stockton | CA |
| Lester | Claros | merced | CA |
| Gian | Claudio | Carson | CA |
| Rick | Clayton | Brentwood | CA |
| Jessica | Clements | Victorville | CA |
| Karen | Clements | Sacramento | CA |
| Jovita | Clemons | Bakersfield | CA |
| Jeanrobert | Clervoix | San Francisco | CA |
| Christopher | Cleveland | San Francisco | CA |
| Elliot | Cleveland | Long Beach | CA |
| Jennifer | Clifton | Turlock | CA |
| Mikaela | Cobb | Davis | CA |
| Christopher | Codilla | Tracy | CA |
| Marcie | Coe | Morgan Hill | CA |
| Danny | Coello | Los Angeles | CA |
| Martin | Cohen | Camarillo | CA |
| Tanae | Colbert | Vallejo | CA |
| Breanna | Coleman | Dixon | CA |
| Destiny | Coleman | Long Beach | CA |
| Kristine | Coleman | Apple valley | CA |
| Lakesha | Coleman | Torrance | CA |
| Zachary | Coleman | Placentia | CA |
| Ashley | Colglazier | San Luis Obispo | CA |
| Angelo | Collier | Lancaster | CA |

| | | | |
|---|---|---|---|
| Amber | Collins | Simi Valley | CA |
| Simon | Collins | Sacramento | CA |
| Steve | Collins | Los Angeles | CA |
| Tanya | Collins | Santa Clara | CA |
| Tina | Collins | Oakley | CA |
| Celia | Colon | San Francisco | CA |
| Sandra | Combee | Vallejo | CA |
| Christopher | Comly | Turlock | CA |
| Marvin | Conant | Hawthorne | CA |
| Alexis | Concannon | Rancho Cucamonga | CA |
| Clifford | Condello | El Cajon | CA |
| Karriann | Conley | Stockton | CA |
| Taylor | Conley | Los Angeles | CA |
| Ryan | Conn | Tracy | CA |
| Kodiak | Conrad | Menlo Park | CA |
| Miles | Conrad | Menlo Park | CA |
| Krishna | Constancio | Meridian | CA |
| Alejandro | Contreras | Riverside | CA |
| Eddie | Contreras | North Hollywood | CA |
| Jennifer | Contreras | San Jose | CA |
| Jorge | Contreras | San Jose | CA |
| Rolando | Contreras | Hayward | CA |
| Sharon | Contreras | Los Angeles | CA |
| Alex | Converse Sr | Oakland | CA |
| Chase | Converse | Pleasanton | CA |
| Demesha | Conway | North Hollywood | CA |
| Jonathan | Conway | San Diego | CA |
| Malik | Conway | Los Angeles | CA |
| Taylor | Conyers | San Jose | CA |
| Nicolas | Cook Leon | Oceanside | CA |
| Jacquez | Cook | Modesto | CA |
| Sandy | Cook | San Diego | CA |
| Fernando | Cook-morales | Vista | CA |
| Jon | Cooley | Chula Vista | CA |
| Apple | Cooper | San Diego | CA |
| Kelli | Cooper | Sacramento | CA |
| Michael | Cooper | North Highlands | CA |
| Tracy | Cooper | Citrus Heights | CA |
| Martin | Coppa Sr. | Pittsburg | CA |
| Anjelica | Corbett | Highland | CA |
| Ronisha | Corbin | Moreno Valley | CA |
| Cassidy | Corboline | Folsom | CA |
| Chris | Cordingley | Merced | CA |
| Dana | Cordova | Santa Rosa | CA |
| John | Cordova | Covina | CA |
| Lorena | Cordova | Belmont | CA |
| Vanessa | Cordova | Milpitas | CA |
| Cheryl | Corll | Lodi | CA |
| Mayra | Corona | Los Angeles | CA |
| Tina | Corona | Merced | CA |

| | | | |
|---|---|---|---|
| Sally | Coronado | Bell Gardens | CA |
| Daniel | Corpuz | San Luis Obispo | CA |
| Nicolas | Corral | Altadena | CA |
| Edmundo | Correa | Los Angeles | CA |
| Tessa | Correa | Novato | CA |
| Keith | Corsi | Citrus Heights | CA |
| Mayra | Cortes | Oceanside | CA |
| Ramiro | Cortez Roman | Northridge | CA |
| Ellie | Cortez | Concord | CA |
| Feisal | Cortez | Anaheim | CA |
| Michael | Cortez | Lancaster | CA |
| Bianca | Cortinas | Adelanto | CA |
| Sheliya | Cosby | Antioch | CA |
| Stephanie | Cosio | Palmdale | CA |
| Mark | Costello | Riverbank | CA |
| Shari | Coston | Antioch | CA |
| Andrea | Cota | Canyon Country | CA |
| Raymond | Cota | Los Angeles | CA |
| Larry | Cotton jr | San Francisco | CA |
| Angela | Cotton | Victorville | CA |
| Sandra | Courtney-sims | Pittsburg | CA |
| Lashae | Cousin | Manteca | CA |
| Dorothy | Cousins | Las Vegas | NV |
| Emma | Couvillion | Vacaville | CA |
| Mario | Cox | Richmond | CA |
| Tasha | Cox | Bakersfield | CA |
| Alexis | Cozzi | Merced | CA |
| DiiyMilea | Crafton | Los Angeles | CA |
| Iboete | Craig | Los Angeles | CA |
| Lisa | Crain | Long Beach | CA |
| Felicia | Crapia | Moreno Valley | CA |
| Owen | Craver | Redwood City | CA |
| Cabonia | Crawford | Moreno Valley | CA |
| Lekeitra | Crawford | Riverside | CA |
| Jawara | Crichton | Pittsburg | CA |
| Angela | Criswell | Fremont | CA |
| Danielle | Crocker | Antelope | CA |
| Chelsea | Croil | Temecula | CA |
| James | Cropper | Hemet | CA |
| Ericka | Crosby | San Bernardino | CA |
| Vanessa | Croteau | San Jose | CA |
| Jasmine | Crouch | Carlsbad | CA |
| Desamona | Crowder | Fresno | CA |
| Grayce | Crowder | Menifee | CA |
| Brynn | Crowley | Martinez | CA |
| Jason | Crowley | Los Angeles | CA |
| Wesley | Crum | Burbank | CA |
| Mercedes | Crumby | Fairfield | CA |
| Ana | Cruz | Fresno | CA |
| Dixie | Cruz | Lancaster | CA |

| | | | |
|---|---|---|---|
| Jorge | Cruz | Sacramento | CA |
| Maria | Cruz | San Mateo | CA |
| Jennifer | Csiszar | Long Beach | CA |
| Manuel | Cuenca | San Mateo | CA |
| Melanie | Cui | Victorville | CA |
| Shayne | Cui | Los Angeles | CA |
| Ashlee | Cummings | Sacramento | CA |
| Aaron | Cumpton | Fresno | CA |
| Maria | Cunanan | Hanford | CA |
| Kareem | Cunningham | Vallejo | CA |
| Terra | Cupp | Yuciapa | CA |
| Brandon | Cuppoletti | Rohnert Park | CA |
| Tinisha | Curley | Los Angeles | CA |
| Dejana | Curry | Berkeley | CA |
| William | Curry | Clovis | CA |
| Latanya | Curtis | East Palo  alto | CA |
| Stephanie | Curtis | Los Angeles | CA |
| Jamie | Czelusniak | Oakley | CA |
| Joshua | Czupowski | Willits | CA |
| Karen | Dadalt | Escalon | CA |
| Diljot | Daisy | Rodeo | CA |
| Alexander | Dale | San Rafael | CA |
| Caitlin | Dalton | Pittsburg | CA |
| Joia | Danai | Pacoima | CA |
| Victor | Dandrade | Rancho Cordova | CA |
| Joseph | Dangler | Bakersfield | CA |
| Ebony | Daniels | Oakland | CA |
| Emmitt | Daniels | Delano | CA |
| Erika | Daniels | La | CA |
| Kyesha | Daniels | San Jose | CA |
| Michalay | Daniels | Los Angeles | CA |
| Lori | Danielson | Fresno | CA |
| Daniel | Davidson | San Mateo | CA |
| Felipe | Rosas | Bakersfield | CA |
| Carolyn | Davio | Orange | CA |
| Johnathan | Davis II | Los Angeles | CA |
| Jason | Davis Jr | Pittsburg | CA |
| Adam | Davis | Tarzana | CA |
| Brielle | Davis | Culver City | CA |
| Cameron | Davis | Sacramento | CA |
| Chardaney | Davis | Sacramento | CA |
| Charrice | Davis | Los Angeles | CA |
| Christine | Davis | Rancho Cordova | CA |
| Christine | Davis | Tustin | CA |
| Dana | Davis | Lake Elsinore | CA |
| Darren | Davis | Sacramento | CA |
| Dasia | Davis | Sacramento | CA |
| Donyea | Davis | San Diego | CA |
| Gabriella | Davis | Citrus Heights | CA |
| Jesse | Davis | Sacramento | CA |

| Jonathan | Davis | Hayward | CA |
|---|---|---|---|
| Karri | Davis | San Bernardino | CA |
| Lakiesha | Davis | Fresno | CA |
| Nathaniel | Davis | Fontana | CA |
| Ronnie | Davis | Victorville | CA |
| Ryan | Davis | Camarillo | CA |
| Shaunda | Davis | North Highlands | CA |
| Valerie | Davis | Petaluma | CA |
| Victoria | Davis | Fairfield | CA |
| Tadeh | Davtian | Glendale | CA |
| Guadalupe | De Alba | Rialto | CA |
| Cilia | De Araújo | Pacífica | CA |
| Melissa | De Castro | Modesto | CA |
| Robert L | De France Jr | Los Angeles | CA |
| Manuel | De Gonzalo | desert hot springs | CA |
| Lavved Daryll | De Guzman | Rowland Heights | CA |
| Robert | De La Cruz | San Diego | CA |
| Marco | De La Luz | Palm Desert | CA |
| Marlon | De La Torre | West Covina | CA |
| Maybeth | De La Torre | La Habra | CA |
| Freddie | De Leon | Los Angeles | CA |
| Richard | De los reyes | san diego | CA |
| Christina | De Paz | Vacaville | CA |
| Gregory | Dean | Vallejo | CA |
| Matthew | Dean | Galt | CA |
| Tangie | Deberry | San Siego | CA |
| Farid | Debit | El Cerrito | CA |
| Nicholas | Debrito | Soquel | CA |
| Greta | Dedmon | San Rafael | CA |
| Sharon | Deese | Hawthorne | CA |
| Joseph | Degirolamo | Oceanside | CA |
| Ivan | Dejesus Je | Santa Clara | CA |
| Karen | Dekruif | Ukiah | CA |
| James carter | Del rosario | Modesto | CA |
| Cynthia | Dela Cruz | Pittsburg | CA |
| Rhyan | Dela Cruz | Milpitas | CA |
| Michael | Delaney | Sacramento | CA |
| Peter | Delatorre | Desert Hot Springs | CA |
| My | Delbridge | Perris | CA |
| Jennifer | Deleon | Riverside | CA |
| Nicholas | Deleon | San Bernardino | CA |
| Mario | Delgado Jr | Palmdale | CA |
| Christopher | Delgado | Stockton | CA |
| Pam | Delgado | San Carlos | CA |
| Pedro | Delgado | San Jose | CA |
| Edeliza | Delos Santos | Oakley | CA |
| Eric | Delrio | San Jose | CA |
| Kristine | Delrosario | Daly City | CA |
| Elizabeth | Delucia Rogers | Thousand Oaks | CA |
| Benjamin | DeMers | Concord | CA |

| | | | |
|---|---|---|---|
| Manuel | Dempsey | North Highlands | CA |
| Livingston | Denegre-vaught | Anaheim | CA |
| Jiahao | Deng | San Leandro | CA |
| Kymberli | Dennett | Napa | CA |
| Jacqueline | Denton | San Jose | CA |
| Cynthia | Derita | American Falls | ID |
| Ryan | Deschaine | Foster City | CA |
| Daniel | Desmond | Martinez | CA |
| Jayanth | Dev | Cupertino | CA |
| Anthony James | Deview | Beaumont | CA |
| Cameron | Devore | San Clemente | CA |
| Christine | DeVore | Antioch | CA |
| Lisa | Dewitt | Los Angeles | CA |
| Ara | Deylan | Morgan Hill | CA |
| Aris | Deylan | Morgan Hill | CA |
| Gurjot Singh | Dhaliwal | Los Gatos | CA |
| Angi | Diamond | Indio | CA |
| Alvera | Dias | Newsrk | CA |
| Alejandro | Diaz | Yuba City | CA |
| Alfredo | Diaz | Alhambra | CA |
| Alyssa | Diaz | Gilroy | CA |
| Eliana | Diaz | Lancaster | CA |
| Joanne | Diaz | Santa Barbara | CA |
| Luis | Diaz | East palo alto | CA |
| Olivia | Diaz | Fullerton | CA |
| Cassidy | Dick | Sacramento | CA |
| Dylan | Dickerson | Yuba City | CA |
| James | Dickerson | Santa Ana | CA |
| Breanna | Dickinson | Gilroy | CA |
| Brittany | Dickinson | Thousand Oaks | CA |
| Christopher | Diego | Bakersfield | CA |
| Katie | Dieterly | Moreno Valley | CA |
| Jabulani | Dill | Vallejo | CA |
| Darbi | Dillon | Vacaville | CA |
| Taylor | Dillon | Morongo Valley | CA |
| Cherika | Dilworth | Lancaster | CA |
| Devontay | Dimery | Pittsburg | CA |
| Irvin | Dina | Fremont | CA |
| Son | Dinh | San Jose | CA |
| Haley | Dipalma | Rocklin | CA |
| Kascima | Dirienzo | Long Beach | CA |
| William | Diskin | Chico | CA |
| Alex | Distefano | Redondo Beach | CA |
| Nicole | Dixon | Modesto | CA |
| Timothy | Dixon | Sacramento | CA |
| Sam | Dluzak | Riverside | CA |
| Jason | Doan | Westminster | CA |
| Lesley | Doan | Adelanto | CA |
| Derek | Dodge | North Hollywood | CA |
| Jennifer | Dokey | Palm Desert | CA |

| | | | |
|---|---|---|---|
| Michelle | Dominguez | Stockton | CA |
| Veronica | Dominguez | Chino | CA |
| William | Donaldson | Sacramento | CA |
| Constantino | Dondiego | Oxnard | CA |
| Giao | Dong | Anaheim | CA |
| John | Doran | Orinda | CA |
| James | Dorantes | Victorville | CA |
| Don | Doria | Carson | CA |
| Julie | Dormire | Santa Rosa | CA |
| Shawn | Dormishian | Mountain View | CA |
| Yvonne | Dorsey | Van Nuys | CA |
| Aubrey | Douglas | Sacramento | CA |
| Chris | Douglas | Auburn | CA |
| Kenneth | Douglas | South Pasadena | CA |
| Taejane | Downs | El Sobrante | CA |
| Paul | Doxie | San Jose | CA |
| Shaylynn | Doxie | Sacramento | CA |
| Jodi | Draeger | San Diego | CA |
| Tammy | Draper | Yuccavalley | CA |
| Natasha | Drew | Sacramento | CA |
| Yuriy | Drobenyuk | Sacramento | CA |
| Johnathan | Duarte | Moreno Valley | CA |
| Ryan | Ducusin | Vallejo | CA |
| Dominic | Dufour | Venice | CA |
| Brandon | Duncan | Stockton | CA |
| Mason | Duncan | Murrieta | CA |
| Kelly | Dunn | Bakersfield | CA |
| Michael | Dunn | Corona | CA |
| Katarine | Dunning | San Bernardino | CA |
| Nghia Nhan | Duong | Newport Beach | CA |
| Demetrius | Dupree | Hayward | CA |
| Megan | Duran | Fresno | CA |
| Stephanie | Duran | San Jose | CA |
| Hunter | Durand | San Francisco | CA |
| Ryan | Durell | San Diego | CA |
| Shay | Durisseau | Richmond | CA |
| Kyle | Durnford | Fair Oaks | CA |
| Stephann | Durr | Oceanside | CA |
| Shobni | Dutt | Fremont | CA |
| Lauren | Each | Anaheim | CA |
| Shanall | Eaddy | Sacramento | CA |
| Jajuan | Earl | Elk Grove | CA |
| Christopher | Earl-rockefeller | Hayward | CA |
| Lesly | Earnest | Modesto | CA |
| Janice | Eason | Sacramento | CA |
| Shantelle | Easter | Compton | CA |
| Ryan | Eaton | Hollister | CA |
| Destiny | Echols | Ventura | CA |
| Alex | Eck | Los Angeles | CA |
| Cassandra | Edilloran | San Diego | CA |

| | | | |
|---|---|---|---|
| Sherry | Edlund | Bellflower | CA |
| Violet | Edmunds | Bay Point | CA |
| Brandan | Edwards | San Jose | CA |
| Cedric | Edwards | Santa Clara | CA |
| Matthew | Edwards | Lancaster | CA |
| Taja | Edwards | Los Angeles | CA |
| Vanessa | Edwards | El Cajon | CA |
| Igor | Efimov | Los Angeles | CA |
| Tatiana | Efimova | Sunnyvale | CA |
| Ethan | Eich | San Francisco | CA |
| David | Eisenbart | Anaheim | CA |
| Robin | Eisman | San Juan Capistrano | CA |
| Akram | Eissa | San Bernardino | CA |
| La'rhonda | Elam | Chatsworth | CA |
| Misty | Elder | Orangevale | CA |
| Bianca | Eleazar | Martinez | CA |
| Emmanuel | Elendu | Stockton | CA |
| Raafat | Elhenawy | Orange | CA |
| Demetrius | Elkins | Los Angeles | CA |
| Destiny | Ellingberg | Sacramento | CA |
| Lakita | Elliott | Long Beach | CA |
| Christian | Ellis | Fontana | CA |
| Derrick | Ellis | Palm Desert | CA |
| Jacob | Ellis | Oceanside | CA |
| Kimberly | Ellis | Azusa | CA |
| Ahmed | Elmehey | Claremont | CA |
| Ahmed | Elsharkawy | Anaheim | CA |
| Heather | Elvin | San Diego | CA |
| Paul | Elzie | Los Angelesis | CA |
| Jerell | Encalade | Marina | CA |
| Casaundra | Endres | Sacramento | CA |
| Michelle | Engebretson | Yucca Valley | CA |
| Samantha | England | Lebec | CA |
| Victoria | England | Roseville | CA |
| Randy | Englekirk | Encinitas | CA |
| Veronica | Erazo | Carmichael | CA |
| David | Erickson | El Cajon | CA |
| Lawrence | Erispe | Cupertino | CA |
| Angelica | Escamilla | Tracy | CA |
| Amanda | Escobar | Buttonwillow | CA |
| Giovanni | Escobar | Reseda | CA |
| Lorena | Escobar | Palmdale | CA |
| Nancy | Escobar | Panorama City | CA |
| Robert | Escobar | Covina | CA |
| Jessica | Escobedo | Tracy | CA |
| Bianca | Escorcio | Hayward | CA |
| Masoomeh | Eshraghinomandan | Laguna Hills | CA |
| Beshoy | Eskarous | Pleasanton | CA |
| Micaela | Esparza | Garden Grove | CA |
| Ralph | Esparza | Fresno | CA |

| | | | |
|---|---|---|---|
| Erika | Espericueta | San Jose | CA |
| Julio | Espino | Glendale | CA |
| Alina | Espinosa | Riverside | CA |
| Frank | Espinoza | Moreno Valley | CA |
| Josephina | Espinoza | Ontario | CA |
| Neptaly | Espinoza | Compton | CA |
| Rodrigo | Espinoza | Downey | CA |
| Lauren | Esquer | Dixon | CA |
| Mayra | Esquivel | Sacramento | CA |
| Bob | Estefani | Santa Ana | CA |
| Javier | Estrada | Gardena | CA |
| Julisa | Estrada | San Jose | CA |
| Linda | Estrada | Danville | CA |
| Selena | Estrada | San Bernardino | CA |
| Mele | Eteaki | Patterson | CA |
| Sasha | Ethridge | Lemon grove | CA |
| Brandi | Eubank | Moreno Valley | CA |
| Michael | Eubank | Los Angeles | CA |
| Irma | Eubanks | Vallejo | CA |
| Hyomi | Eum | Los Angeles | CA |
| Kairo | Evans | Oakland | CA |
| Kimberly | Evans | Yucaipa | CA |
| Michelle | Evans | Los Angeles | CA |
| Nicole | Evans | Citrus Heights | CA |
| Tim | Evans | Los Angeles | CA |
| Thomas | Evanssaine | Los Angeles | CA |
| James | Ewing | Los Angeles | CA |
| Sarah | Ewing | Union City | CA |
| Michelle | Faciones | Vista | CA |
| Emily | Fahey | Napa | CA |
| Kariem | Fahmy | Laguna Niguel | CA |
| Anthony | Fairbanks | San Jose | CA |
| Vanessa | Falcao | Hawthorne | CA |
| Richard | Falcon | San Bernardino | CA |
| Coleton | Falke | Lake Forest | CA |
| Leticia | Falla | Bakersfield | CA |
| James | Farag | Rancho Cucamonga | CA |
| Zakiya | Fard | Mcclellan | CA |
| Magdy | Farid | Manteca | CA |
| Stephanie | Farin | Marin City | CA |
| Dustan | Farr | San Diego | CA |
| Fiona | Farrell | Chico | CA |
| Khamille | Farris | Palmdale | CA |
| Arvin | Farzanegan | Concord | CA |
| Kaveh | Fata | Aptos | CA |
| Farzad | Fazel | Tracy | CA |
| Rachel | Fedden | Anaheim | CA |
| Evelle | Fejeran | Temecula | CA |
| Rhonda | Felix | Sacramento | CA |
| Edson | Fernandes | San Diego | CA |

| | | | |
|---|---|---|---|
| Joseph | Fernandes | Escalon | CA |
| Cameron | Fernandez | Huntington Beach | CA |
| Dario | Fernandez | San Francisco | CA |
| Dexter | Fernandez | Pittsburg | CA |
| Faro | Fernandez | San Bruno | CA |
| Gabriel | Fernandez | San Jose | CA |
| Jennifer | Fernandez | Redwood City | CA |
| Mike | Fernandez | Victorville | CA |
| Taisa | Fernandez | Buena Park | CA |
| Maria | Ferrer | Bakersfield | CA |
| Jassica | Fetuu | Antioch | CA |
| Amber | Fields | Inglewood | CA |
| Donyae | Fields | Compton | CA |
| Leatricia | Fields | Compton | CA |
| Tomica | Fields | Los Angeles | CA |
| Torrin | Fields | Long Beach | CA |
| Christopher | Figueroa | Fremont | CA |
| Maximo | Filippini | Chula Vista | CA |
| Audra | Fillion-albert | Lodi | CA |
| Silas | Finch | Galt | CA |
| Joseph | Fincher | Roseville | CA |
| Shawna | Fink | Winton | CA |
| Tiffany | Finney | Sacramento | CA |
| Jessica | Fisher | Fresno | CA |
| Wakeeia | Fitzgerald | Fresno | CA |
| Brianna | Fleming | Los Angeles | CA |
| Atley | Flenner | Concord | CA |
| Cheryl | Fletcher Zarich | La Mesa | CA |
| Nalani | Flint | Huntington Beach | CA |
| Russell | Flisk | Rancho Cucamonga | CA |
| Alexis | Flores | San Jose | CA |
| Amanda | Flores | Claremont | CA |
| Ben | Flores | Visalia | CA |
| Edgar | Flores | Chatsworth | CA |
| Edgar | Flores | Ontario | CA |
| Gloria | Flores | Palmdale | CA |
| Jacob | Flores | Stockton | CA |
| Liuis | Flores | Fontana | CA |
| Marissa | Flores | San Jose | CA |
| Matthew | Flores | Nutrients | CA |
| Paola | Flores | Sacramento | CA |
| Randy | Flores | Costa Mesa | CA |
| Roger | Flores | El Monte | CA |
| Sonya | Flores | Santa Maria | CA |
| Stephan | Flores | Lodi | CA |
| Shea | Floresespindola | Stockton | CA |
| Maximum | Flournoy | Sacramento | CA |
| Ludlow | Flower Iv | Burbank | CA |
| Alissa | Floyd | Oakland | CA |
| Jenise | Floyd | Sacramento | CA |

| | | | |
|---|---|---|---|
| Ruddie | Floyd | Los Angeles | CA |
| Jeremy | Fodor | San Bernardino | CA |
| Maia | Foelsch | Palo Alto | CA |
| Jaclyn | Fogle | La Mesa | CA |
| Tuesday | Foman | Union City | CA |
| Adrian | Fonda | Milpitas | CA |
| Brittney | Fonseca | San Jose | CA |
| Sheila | Fonseca | Sacramento | CA |
| Andrea | Foppiano | Patterson | CA |
| Connor | Forbes | Temecula | CA |
| Onteiro | Ford | Los Angeles | CA |
| Steven | Ford | Torrance | CA |
| Star | Foreman | Long Beach | CA |
| Tina | Forte | Victorville | CA |
| Antoine | Foster | Imperial Beach | CA |
| Mike | Foster | Hesperia | CA |
| Yousef | Fotovat | Canoga Park | CA |
| August | Foucault | Folsom | CA |
| Amber | Fowler | Clovis | CA |
| Devyn | Fowler | Los Angeles | CA |
| Ashley | Frame | Sacramento | CA |
| Surinity | Francis | Ontario | CA |
| Yvonna | Francis | Fresno | CA |
| Ramon | Franco Jr | Watsonville | CA |
| Geddy | Franco | Pacifica | CA |
| Joseph | Franco | Aromas | CA |
| Chris | Franklin | Victorville | CA |
| Shetara | Franklin | Los Angeles | CA |
| Janae | Frazier | Hercules | CA |
| Tierra | Frazier | Long Beach | CA |
| Renee | Fredericksen | Sacramento | CA |
| Alicia | Freeman | Pinole | CA |
| Samuel | Freeman | Toluca Lake | CA |
| Rickelle | Freeny | Sacramento | CA |
| Calvin | Freer | Chico | CA |
| Rashad | French | San Jose | CA |
| Alexis | Frias | Petaluma | CA |
| Kaitlyn | Frith | Concord | CA |
| Alec | Frost | Santa Barbara | CA |
| Amir | Frozano | San Diego | CA |
| Sheryl | Fry | Santa Cruz | CA |
| Robert | Frye | San  Franci | CA |
| Christina | Fuchs | Los Angeles | CA |
| Jed | Fuchs | North Hollywood | CA |
| Bernardo | Fuentes | Pacifica | CA |
| Mark | Fuentes | Daly city | CA |
| Clarissa | Fuller | Modesto | CA |
| Michael | Fuller | Agoura Hills | CA |
| Allyssia | Funicellio | Rancho Cordova | CA |
| Lashanta | Furnace | Whittier | CA |

| | | | |
|---|---|---|---|
| Tyler | Furusho | Sunnyvale | CA |
| Wade | Fussner | Indio | CA |
| Mariana | G Leal | San Rafael | CA |
| Sonia | G Mccormack | Santa Maria | CA |
| Walid | Gad | Daly City | CA |
| Arjun | Gadkari | San Jose | CA |
| Brianna | Gaeta | Fresno | CA |
| Hector | Gagliardi | El Monte | CA |
| Lisa | Gailey | Sacramento | CA |
| Briana | Gaines | Rodeo | CA |
| Michael | Gaither | Gilroy | CA |
| Troy | Gala | Aliso Viejo | CA |
| Jessica | Galdamez | Antioch | CA |
| Kaitlin | Gale | Temecula | CA |
| Stephanie | Galicia | Carson | CA |
| Eliana | Galindo | Sanger | CA |
| Melody | Galizadeh | Los Angeles | CA |
| Hayley | Gallagher | Bakersfield | CA |
| Sean Michael | Gallagher | Calabasa | CA |
| Richard | Gallardo | Hawthorne | CA |
| Sonia | Gallegos | Hayward | CA |
| Irma | Gallo | Torrance | CA |
| Bryan | Galvan | San Jose | CA |
| Heather | Galvan | Antelope | CA |
| Munkhbold | Ganbold | Los Angeles | CA |
| Rena | Gant | Fresno | CA |
| Antonique | Gantt | Elk Grove | CA |
| Alisa | Garber | Modesto | CA |
| alexander | garcia | hayward | CA |
| Alondra | Garcia | Longbeach | CA |
| Amado | Garcia | Richmond | CA |
| Cristina | Garcia | San Jose | CA |
| Daniel | Garcia | Hayward | CA |
| Efrain | Garcia | San ysidro | CA |
| George | Garcia | Pasadena | CA |
| Issac | Garcia | Adelanto | CA |
| Jimmy-eugene | Garcia | Sunnyvale | CA |
| John | Garcia | San Jose | CA |
| Jonathan | Garcia | Irvine | CA |
| Luis | Garcia | Anaheim | CA |
| Makaela | Garcia | Oxnard | CA |
| Marc | Garcia | Victorville | CA |
| Marcus | Garcia | Gilroy | CA |
| Melanie | Garcia | Auburn | CA |
| Melody | Garcia | Lake Elsinore | CA |
| Natalia | Garcia | Redwood City | CA |
| Rocio | Garcia | San Jose | CA |
| Samuel | Garcia | El Monte | CA |
| Saul | Garcia | Los Angeles | CA |
| Vasti | Garcia | Fresno | CA |

| Victoria | Garcia | Merced | CA |
|---|---|---|---|
| Yvonne | Garcia | Highland | CA |
| Zeida | Garcia | Hemet | CA |
| Alex | Garcia-robles | Ripon | CA |
| Christopher | Gardner | Canyon Country | CA |
| David | Gardner | monrovia | CA |
| Kimberly | Garner Jones | Sacramento | CA |
| Kashina | Garner | San Francisco | CA |
| Jennifer | Garnica | Gilroy | CA |
| Erick | Garrett | Sacramento | CA |
| Savannah | Gary | Los Angeles | CA |
| Brittney | Garza | Bakersfield | CA |
| Mitchell | Gaskey | El Cajon | CA |
| Nickolas | Gates | Citrus Heights | CA |
| Robin | Gates | Elverta | CA |
| Nailah | Gatewood | Suisun | CA |
| Ronald | Gatewood | Emeryville | CA |
| Ginny | Gaucher | Rancho Cordova | CA |
| Chiranjibi | Gautam | Winnetka | CA |
| Gilbert | Gaw | Playa Del Rey | CA |
| Marcus | Gay | Milpitas | CA |
| Tanya | Gaylor | Torrance | CA |
| Kari | Gaylord | Lomita | CA |
| Nathan | Gaytan | San Jose | CA |
| Marissa | Gazcon | Modesto | CA |
| Asgedom | Gebre | West Hollywood | CA |
| Caleb | Gebrewold | Los Angeles | CA |
| Alex | George | Los Angeles | CA |
| Cherelle | Gerrald | Los Angeles | CA |
| Cole | Gerson | Newport Beach | CA |
| Alexander | Gettlin | Los Angeles | CA |
| Ghiass | Ghauss | Dublin | CA |
| Shahin | Ghaziaskar | Laguna Beach | CA |
| Hossein | Ghazipour | San Jose | CA |
| Samila | Ghomeshi | Oceanside | CA |
| Ashley | Gibbs | Los Angeles | CA |
| Donald | Giddings | Valley Valley | CA |
| Julian | Gigolasanvansan | San Jose | CA |
| Ryan | Giguere | Hemet | CA |
| Alicia | Gilbert | Richmond | CA |
| Kailani | Gilbuena | Seaside | CA |
| Owen | Gilchrist | Oceanside | CA |
| Brenda | Giles | Bakersfield | CA |
| Daniel | Gil-fernandez | San Jose | CA |
| Ashlyn | Gilkey | Stockton | CA |
| Kristy | Gill | Reseda | CA |
| Michelle | Gill | Tracy | CA |
| Megan | Gillette-mccarthy | Walnut Creek | CA |
| Gary | Gilroy | San Jose | CA |
| Patricia | Gimlen | Carmichael | CA |

| Lisa | Giordanelli | Benicia | CA |
|------|-------------|---------|-----|
| Tayron | Giovani | Los Angeles | CA |
| Jasmin | Gipolan | Carlsbad | CA |
| Miani | Giron | Los Angeles | CA |
| Nicholas | Gizdich | Watsonville | CA |
| Samantha | Gjerde | Redondo Beach | CA |
| Viviana | Glapa | San Marcos | CA |
| Charlotte | Glass | Fairfield | CA |
| Jorge | Godinez | Ventura | CA |
| Allan | Godoy | Sacramento | CA |
| Jessica | Godoy | San Diego | CA |
| Bennett | Goertz | Cupertino | CA |
| Martin | Goes | Reseda | CA |
| Gregory | Goff | Altadena | CA |
| Kevin | Golchin | Santa Clarita | CA |
| Andrew | Goldenberg | Rsm | CA |
| Sheyla | Gomez Lessiur | Gilroy | CA |
| Alma | Gomez Marquez | Suisun City | CA |
| Cornelio | Gomez | National City | CA |
| Daniel | Gomez | San Jose | CA |
| Daniel | Gomez | Ojai | CA |
| Deidra | Gomez | Brentwood | CA |
| Federico | Gomez | Murrieta | CA |
| Gilberto | Gomez | San ysidro | CA |
| Mercedes | Gomez | Laughlin | NV |
| Nicole | Gomez | Chula Vista | CA |
| Raul | Gomez | South San Francisco | CA |
| Victor | Gomez | Hayward | CA |
| Sonya | Goncharenko | Pico Rivera | CA |
| Shawn | Gonez | Fresno | CA |
| Aaron | Gonzales | Moreno Valley | CA |
| Gregorio | Gonzales | Colton | CA |
| Jessica | Gonzales | Modesto | CA |
| Joe | Gonzales | Fresno | CA |
| Robert | Gonzales | Norwalk | CA |
| Andres | Gonzalez | Pasadena | CA |
| Bryan | Gonzalez | Millbrae | CA |
| Cesar | Gonzalez | Bell Gardens | CA |
| Christian | Gonzalez | Monterey Park | CA |
| Cynthia | Gonzalez | Fairfield | CA |
| David | Gonzalez | Indio | CA |
| Delanna | Gonzalez | Riverbank | CA |
| Diana | Gonzalez | Palmdale | CA |
| Enrique | Gonzalez | Los Angeles | CA |
| Francisco | Gonzalez | San Jose | CA |
| Gerald | Gonzalez | Moreno Valley | CA |
| Hector | Gonzalez | Cathedral City | CA |
| Isabel | Gonzalez | San Diego | CA |
| Israel | Gonzalez | Pomona | CA |
| Jacob | Gonzalez | Santa Ana | CA |

| | | | |
|---|---|---|---|
| Marcelo | Gonzalez | Sacramento | CA |
| Mariacruz | Gonzalez | Riverside | CA |
| Mauro | Gonzalez | Cudahy | CA |
| Megan | Gonzalez | Livermore | CA |
| Monserrat | Gonzalez | Carson | CA |
| Paul | Gonzalez | Santa Rosa | CA |
| Caitlyn | Gonzalez-sainz | San Diego | CA |
| Nicole | Goodan | Downey | CA |
| Shahin | Goodarzi | Los Angeles | CA |
| casey | goodman | Rio Linda | CA |
| Denise | Gordon | Culver City | CA |
| Sabrina | Gordon | Lincoln | CA |
| Timothy | Gordon | Vallejo | CA |
| Daniel | Gorman | Kelseyville | CA |
| Marianne | Gorsich | San Diego | CA |
| Elizabeth | Gosa | Sacramento | CA |
| Guy | Gottlieb | Los Angeles | CA |
| Conor | Goulart | San Jose | CA |
| Jordan | Govorko | Newport Beach | CA |
| Seena | Gowa | Woodland Hills | CA |
| Nick | Graff | San Francisco | CA |
| Haylee | Graham | Spring Valley | CA |
| Lyle | Graham | Los Angeles | CA |
| Erik | Granados | Fairfield | CA |
| Billy | Grandy | Los Angeles | CA |
| Andrew | Granillo | San Marcos | CA |
| Devin | Grant | Sacramento | CA |
| Lanesha | Grant | Oakland | CA |
| Anthony | Gray | West Covina | CA |
| Bobby | Gray | Bakersfield | CA |
| Tyrone | Gray | La | CA |
| Vanessa | Gray | Modesto | CA |
| Xaudia | Gray | Oakland | CA |
| Justin | Graze | East Palo Alto | CA |
| Kimberly | Greaney | Manteca | CA |
| Brandon | Greco | Danville | CA |
| Tina | Greco | San Francisco | CA |
| Adam | Green | Glendale | CA |
| Dante | Green | Lancaster | CA |
| James | Green | Los Angeles | CA |
| Aja | Greene | Fremont | CA |
| Andre | Greene | Corona | CA |
| Danielle | Greene | Hawthorne | CA |
| Layla | Greene | Calexico | CA |
| Yavaunne | Greenwood | Suisun City | CA |
| Melina | Gregorio | La | CA |
| Amandeep | Grewal | Oakdale | CA |
| Gulal | Grewal | San Jose | CA |
| Latasha | Grider | Alameda | CA |
| Lanora | Griffin | Turlock | CA |

| | | | |
|---|---|---|---|
| Kaneisha | Grim | Los Angeles | CA |
| Jasmine | Grisby | Suisun City | CA |
| William | Griswold | Pomona | CA |
| Wesley | Grizzelle | Salida | CA |
| Benjamin | Grove | Santa Cruz | CA |
| Stephanie | Grover | Ca | CA |
| Adam | Gruber | Redwood city | CA |
| Jeannie | Grummitt | Summerland | CA |
| Aryn | Grusin | Oceanside | CA |
| Aaron | Guardado | Upland | CA |
| Ellen | Gudino | Anaheim | CA |
| Shane | Guenther | Auburn | CA |
| Irene | Guerra | Oxnard | CA |
| Isaac | Guerrero | Montclair | CA |
| Jason | Guerrero | Fontana | CA |
| Kevin | Guild | Lancaster | CA |
| Daniela | Guillen | West Covina | CA |
| Gilberto | Guillen | El Centro | CA |
| Rick | Guillen | Oxnard | CA |
| Jake | Guinn | Union City | CA |
| Rebecca | Gullett | Oakland | CA |
| Dushawn | Gulley | Pinole | CA |
| David | Gulliford | El Cajon | CA |
| Andrew | Gulmatico | Corona | CA |
| Shameeka | Gultry | Inglewood | CA |
| YiQuan | Guo | San Francisco | CA |
| Rajesh | Gupta | Brentwood | CA |
| Kumar | Gurung | Sonoma | CA |
| Anais | Gutierrez | San Marcos | CA |
| Antonio | Gutierrez | Santa Rosa | CA |
| Christian | Gutierrez | La Habra | CA |
| Elijah | Gutierrez | Yuba city | CA |
| Jorge | Gutierrez | San Jose | CA |
| Jose | Gutierrez | Hawiian Gardens | CA |
| Mateo | Gutierrez | Antioch | CA |
| Omar | Gutierrez | Chino Hills | CA |
| Ricky | Gutierrez | La Palma | CA |
| Rosario A | Gutiérrez | Amaheim | CA |
| Jesse | Gutterman | Tarzana | CA |
| Martha | Guttierez | Fresno | CA |
| Emiliano | Guzman | San Jose | CA |
| Mark | Guzman | Fresno | CA |
| Rigoberto | Guzman | Downey | CA |
| Stephanie | Guzman-ferran | Hemet | CA |
| Austin | Ha | Rowland heights | CA |
| Dat | Ha | Sunnyvale | CA |
| Jashawnah | Ha | Hesperia | CA |
| Thuhan | Ha | Stockton | CA |
| Alexus | Hadnot | Rialto | CA |
| Irlanda | Hadnot | Milpitas | CA |

| | | | |
|---|---|---|---|
| Charles | Hafron | Poway | CA |
| Kim | Hagel | Petaluma | CA |
| Laura | Haggins | Menlo Park | CA |
| Dylan | Haight | Concord | CA |
| Robin | Haley | Richmond | CA |
| Dyllan | Hall | Lakewood | CA |
| Laura | Hall | Lake Forest | CA |
| Martin | Hall | Woodland Hills | CA |
| Ryan | Hall | Riverside | CA |
| Rossana | Hallum-johnson | Hayward | CA |
| Andrew | Ham | Carlsbad | CA |
| Katelynn | Hambley | Lake Elsinore | CA |
| Jennifer | Hamen | Oceanside | CA |
| Ahmad Samim | Hamid | Bakersfield | CA |
| dominic | Hamilton | compton | CA |
| Latarsha | Hamilton | La | CA |
| Tiffanh | Hamilton | Vacaville | CA |
| Trevor | Hamilton | Fair Oaks | CA |
| Matthew | Hammar | Riverside | CA |
| Latoya | Hammonds | Hemet | CA |
| David | Hammonjr | Pittsburgh | CA |
| Jeremy | Hamon | Citrus Heights | CA |
| Joshua | Hampton | Stockton | CA |
| Catherine | Haney | Hesperia | CA |
| Desseri | Hansen | Apple Valley | CA |
| Michelle | Hansen | Mountain View | CA |
| Marie | Harbaugh | Chatsworth | CA |
| Bryce | Harder | Sacramento | CA |
| Donell | Hardin | Richmond | CA |
| Damont | Hardnett | San Jose | CA |
| Eric | Hardy | San Mateo | CA |
| Christian | Hargrove | Rancho Cordova | CA |
| Dominick | Hargrove | Fairfield | CA |
| Alajah | Harper | Victorville | CA |
| Alexis | Harper | Riverside | CA |
| Brigette | Harper | Santa Monica | CA |
| Kayle | Harper | Simi Valley | CA |
| Laquiche | Harrell | Fairfield | CA |
| Anthony | Harrer | Livermore | CA |
| Alexis | Harris | Antioch | CA |
| Antione | Harris | Hayward | CA |
| April | Harris | Los Angeles | CA |
| Jade | Harris | Elk Grove | CA |
| Jordan | Harris | West Sacramento | CA |
| Kimberly | Harris | Vallejo | CA |
| Logan | Harris | Sacramento | CA |
| Melita | Harris | Buena Park | CA |
| Patricia | Harris | Long Beach | CA |
| Sandra | Harris | Sacramento | CA |
| Sharlese | Harris | Vallejo | CA |

| | | | |
|---|---|---|---|
| Shauna | Harris | Hawthorne | CA |
| Therea | Harris | Pasadena | CA |
| Lisa | Harrison | San Dimas | CA |
| Robert | Harrison | Ventura | CA |
| Elisha | Harry | Long Beach | CA |
| Mike | Harsini | Torrance | CA |
| Gayle | Hart | San Francisco | CA |
| Kelly | Hart | San Diego | CA |
| Brian | Harvey | Irvine | CA |
| Christa | Harvey | Roseville | CA |
| Sara | Harvey | Citrus Heights | CA |
| Matthew | Hasemeier | Valley Village | CA |
| Mohammed | Hassan | Los Angeles | CA |
| Hannah | Hatch | Morenovalley | CA |
| Deborah | Hatler | Sacramento | CA |
| Alex | Hatten | Stockton | CA |
| Kayla | Haverkorn | Upland | CA |
| Lisa | Hawker | Vallejo | CA |
| Andrew | Hayden | La Crescenta | CA |
| Suzanne | Hayes | Fresno | CA |
| Sandra | Hayhurst | Norwalk | CA |
| Jeannie | Hazell | Hemet | CA |
| Myles | Hecht | Oakland | CA |
| Paul | Heemann | Newport Beach | CA |
| Zylo | Hefferan | Bakersfield | CA |
| Chris | Hefner | San Francisco | CA |
| Juanita | Heidelburg | Dublin | CA |
| Michael | Heintz | Redondo Beach | CA |
| Gretchen | Heinz | Stockton | CA |
| Randy | Helsel | Sacramento | CA |
| Elizabeth | Hemphill | Yuba city | CA |
| Anthony | Henderson | Los Angeles | CA |
| Heather | Henderson | Santa Clara | CA |
| Michelea | Henderson | Hayward | CA |
| Torrell | Henderson | Richmond | CA |
| Vanessa | Henderson | San Diego | CA |
| Noah | Hendrickson | Oceanside | CA |
| Chandra | Henke | Riverbank | CA |
| Yonel | Henri | Fresno | CA |
| Deysi | Henriquez | Los Angeles | CA |
| Hancy F | Henry Jr | Inglewood | CA |
| Breeaunna | Henry | Inglewood | CA |
| Michael | Henry | San Jose | CA |
| Sallie | Henry | San Jacinto | CA |
| Konnor | Heredia | Antioch | CA |
| Cody | Hermanson | Newport Beach | CA |
| Reyna | Hernadez | San Jose | CA |
| Nina | Hernandes | Hayward | CA |
| Sixta Leticia | Hernandez Blas | Oceanside | CA |
| Jocelyn | Hernandez Gomez | San Jose | CA |

| | | | |
|---|---|---|---|
| Alisa | Hernandez | Rialto | CA |
| Athena | Hernandez | Ontario | CA |
| Caterine | Hernandez | San Pedro | CA |
| Gabriel | Hernandez | Inglewood | CA |
| George | Hernandez | San Jose | CA |
| Guillermo | Hernandez | Santa Ana | CA |
| Hector | Hernandez | Ontario | CA |
| Jessics | Hernandez | Covina | CA |
| Josue | Hernández | Hayward | CA |
| Marlena | Hernandez | Victorville | CA |
| max | hernandez | Oakland | CA |
| Rochelle | Hernandez | Carlsbad | CA |
| David | Herr | Byron | CA |
| Breanna | Herrera | Redding | CA |
| Darlene | Herrera | Whittier | CA |
| Ferdinand | Herrera | Vallejo | CA |
| Joel | Herrera | South San Francisco | CA |
| Matthew | Herrera | Brea | CA |
| Moises | Herrera | San jacinto | CA |
| Paul | Herrera | North Hollywood | CA |
| Darrell | Herron | Citrus Heights | CA |
| Erfan | Hettini | Paso Robles | CA |
| Toni | Heuchan | Long Beach | CA |
| Auther | Hewitt | Richmond | CA |
| Shantiana | Hicks English | Ontario | CA |
| Gary | Hicks | Sacramento | CA |
| Matthew | Hicks | Oakland | CA |
| Jaunet | Hickson | Los Angeles | CA |
| David | Hidalgo | Los Angeles | CA |
| Adrian | Hilk | Santa Ana | CA |
| Alicia | Hill | Union City | CA |
| Amaenda | Hill | Antioch | CA |
| Anthony | Hill | Colton | CA |
| Gregory | Hill | Bellflower | CA |
| Ryan | Hill | Sacramento | CA |
| Shannen | Hill | Los Angeles | CA |
| Tasha | Hill | Sacramento | CA |
| Brittany | Hilliard | Los Angeles | CA |
| Corey | Hilsenbeck | Sacramento | CA |
| Justin | Hilton | Murrieta | CA |
| Sophia | Hirano | Alameda | CA |
| Nikki | Hoard | SHERMAN OAKS | CA |
| Eduardo | Hocher | Gardena | CA |
| Walter | Hochrein | San Diego | CA |
| Kory | Hocker | Pittsburg | CA |
| Andrew | Hoffman | N Hollywood | CA |
| Kevin | Hoffman | Orange | CA |
| Robert | Hoffman | North Highlands | CA |
| Shalinda | Hogains | Palmdale | CA |
| Kamilah | Hogan | Antelope | CA |

| | | | |
|---|---|---|---|
| Justin | Holan | Norwalk | CA |
| Darnelle | Holcomb | Ceres | CA |
| Danielle | Holland | Suisun City | CA |
| Elvin | Holland | Fresno | CA |
| Michael | Holland | San Diego | CA |
| Pierre | Holland | Sacramento | CA |
| Temia | Holliday Archie | Vallejo | CA |
| Lawrence | Holliday | Sacramento | CA |
| Holly | Hollingsworth | Fresno | CA |
| Brandon | Hollis | Atwater | CA |
| Teresa | Hollis | Santa Barbara | CA |
| Latisha | Holloway | Sacramento | CA |
| Breanna | Holmes | Oceanside | CA |
| Breanna | Holmes | Merced | CA |
| Keaton | Holter-hamilton | Oakland | CA |
| Mohammad Massoud | Homayoun | Yuba City | CA |
| Shauib | Homran | Oakland | CA |
| Kenneth | Hood | Carson | CA |
| Breshon | Hooker | Stockton | CA |
| Kendra | Hopkins | Sacramento | CA |
| Requel | Hopkins | Sacramento | CA |
| Tina | Hopkins | Carmichael | CA |
| David | Hoptman | Los Angeles | CA |
| June | Horcasitas | San Lorenzo | CA |
| Ian | Horst | Vista | CA |
| Erick | Horta | Fontana | CA |
| Grant | Horton | Folsom | CA |
| Isajah | Horton | Pomona | CA |
| Danielle | Houk | Bakersfield | CA |
| James | Hour | Stockton | CA |
| John | House | San Diego | CA |
| Amber | Houser | Live Oak | CA |
| Jamie | Howard | Sacramento | CA |
| Nicole | Howard | Elk Grove | CA |
| Nicole | Howard | Inglewood | CA |
| Paula | Howard | Los Angeles | CA |
| Porsha | Howard | Los Angeles | CA |
| Sharon | Howard | Orangevale | CA |
| Ted | Howard | Fullerton | CA |
| Van | Howard | Clovis | CA |
| James | Howell | San Jose | CA |
| Alyse | Hoy | Elk Grove | CA |
| Ryan | Hoy | Pauma Valley | CA |
| Henry | Huang | San Francisco | CA |
| Kaitlin | Hubbard | Valley Center | CA |
| Letice | Hubbard | Carmichael | CA |
| Taylor | Huber | San Jose | CA |
| Kenneth | Huerta | Carson | CA |
| Andrew | Huff | Lake Elsinore | CA |
| Brandon | Huggins | Huntington Beach | CA |

| Carrie | Huggins | Fresno | CA |
|---|---|---|---|
| Holly | Hughes | Pomona | CA |
| Martha | Hughes | Los Angeles | CA |
| Tiffany | Hughes | Vallejo | CA |
| Melissa | Huitron | Fair Oaks | CA |
| Alexandar | Hull-richter | Crestline | CA |
| Kayone | Humphrey | Sacramento | CA |
| Brent | Humphreys | Turlock | CA |
| Brigitte | Humphries | Los Angeles | CA |
| Jasmine | Hunt | Rancho Cordova | CA |
| Karol | Hunt | Sacramento | CA |
| Carita | Hunter | Pleasanton | CA |
| Cassandra | Hunter | Castro Valley | CA |
| Rashawnn | Hunter | San Bernardino | CA |
| Tina | Hursey | Olivehurst | CA |
| Ramon | Hurst | Bellflower | CA |
| Jasmine | Husak | El Dorado | CA |
| Michelle | Huser | Roseville | CA |
| Ahmad | Hussain | Elk Grove | CA |
| Saber | Hussain | Fremont | CA |
| Ethan | Hutchins | Castro Valley | CA |
| Grant | Hutchins | Redwood City | CA |
| Tony | Hutchinson | Sacramento | CA |
| Lorna | Huycke | Oxnard | CA |
| Hoang | Huynh | San Jose | CA |
| Michael | Huynh | Garden Grove | CA |
| Thinh | Huynh | San Jose | CA |
| Cheri | Hyatt | Beaumont | CA |
| Frances | Hyder | Orange | CA |
| Meeker | Hymes | Moreno Valley | CA |
| Gaylan | Hyson | Merced | CA |
| Carlos | Ibarra | Redondo beach | CA |
| Roxanne | Ibarra | San José | CA |
| Pauline | Ibarra/alvarado | Stockton | CA |
| Hector | Iboa | Morgan Hill | CA |
| Fowsi | Ibrahim | Lemon Grove | CA |
| Khongorzul | Iderkhangai | Walnut Creek | CA |
| Rennet | Igunbor | Los Angeles | CA |
| Obinna | Ikerionwu | Long Beach | CA |
| Stephanie | Inclan | Fontana | CA |
| Jamie | Inglet | Fresno | CA |
| Shannon | Ingram | Lancaster | CA |
| Emily | Ingrao | Garden Grove | CA |
| Sabrina | Inocencio | Tracy | CA |
| Ivania | Isassi | Palmdale | CA |
| David | Israel | Shasta Lake | CA |
| Tigran | Israelyan | Glendale | CA |
| Magdi | Istafanos | Bakersfield | CA |
| Jay | Ivan | Anaheim | CA |
| Joanne | Ivy | Pomona | CA |

| | | | |
|---|---|---|---|
| Johnnie | Iwabuchi | Temple City | CA |
| Racheal | Iyiola | Bellflower | CA |
| Raquel | Jachetta | Elk Grove | CA |
| Bonnie | Jackson | Rancho Cucamonga | CA |
| Brian | Jackson | Palmdale | CA |
| Desiray | Jackson | Compton | CA |
| Dominique | Jackson | Riverside | CA |
| Gregory | Jackson | Los Angeles | CA |
| Heather | Jackson | Chatsworth | CA |
| Joshua | Jackson | Riverside | CA |
| Kayla | Jackson | Stanton | CA |
| Shanine | Jackson | El Segundo | CA |
| Tiffany | Jackson | San Pablo | CA |
| Vonchelle | Jackson | Victorville | CA |
| Alyssa | Jacobs | Fullertion | CA |
| Krysta | Jacobson | Turlock | CA |
| Shayna | Jai | Oceanside | CA |
| Salazar | Jaime | Arcssdia | CA |
| Brandie | James | San Jose | CA |
| Brysha | James | Oakland | CA |
| Franc | James | Marysville | CA |
| Christopher | Jamison | Garden Grove | CA |
| Angelo | Jaramillo | Brentwood | CA |
| Gabriel | Jaramillo | Turlock | CA |
| Domecia | Jasper | Oakland | CA |
| Brandon | Jauregui | Saugus | CA |
| Jacob | Jauregui | Carmichael | CA |
| Jordan | Javaheri | Beverly Hills | CA |
| Egal | Javanfard | Los Angeles | CA |
| Arthur | Javier | Santa Clara | CA |
| Richard | Jeanjacques | Tarzana | CA |
| Ramon | Jefferson | Los Angeles | CA |
| Steven | Jefferson | Berkeley | CA |
| Cathy | Jenkins | Alameda | CA |
| Gilbert | Jenkins | Temecula | CA |
| Jaquieria | Jenkins | Hesperia | CA |
| Amber | Jennings | Anaheim | CA |
| Jesse | Jeronimo | West Covina | CA |
| Chevon | Jex | Ontario | CA |
| Thomas | Jia | San Jose | CA |
| Syed Muhammed Ali | Jilani | San Diego | CA |
| Brandon | Jimenez Flores | San Jose | CA |
| Gladys | Jimenez | Oceanside | CA |
| Jake | Jimenez | San francisco | CA |
| Juan | Jimenez | Greenfield | CA |
| Mariana | Jimenez | Panorama City | CA |
| Rafael | Jimenez | Pittsburg | CA |
| Alexander | Jo | Walnut | CA |
| Gordon | Joe | Lake Elsinore | CA |
| Louie | Joel | San Jose | CA |

| | | | |
|---|---|---|---|
| Shontal | Johnson | Walnut | CA |
| Alisha | Johnson | Sacramento | CA |
| Amanda | Johnson | Long Beach | CA |
| Angela | Johnson | Rancho Cucamonga | CA |
| Anthony | Johnson | Long Beach | CA |
| Ashley | Johnson | El Cerrito | CA |
| Christa | Johnson | Sacramento | CA |
| Damon | Johnson | San Pedro | CA |
| Denise | Johnson | Rocklin | CA |
| Duane | Johnson | Los Angeles | CA |
| Eric | Johnson | Antioch | CA |
| Erik | Johnson | Altadena | CA |
| Erika | Johnson | San Francisco | CA |
| Ilianna | Johnson | San Bernardino | CA |
| Janine | Johnson | Wheatland | CA |
| Jarrell | Johnson | Vallejo | CA |
| Jay | Johnson | Stockton | CA |
| Jessica | Johnson | Antioch | CA |
| Johnny | Johnson | Bakersfield | CA |
| Jorden | Johnson | Rancho Cucamonga | CA |
| Lashona | Johnson | Torrance | CA |
| Laura | Johnson | Pittsburg | CA |
| Lekeisha | Johnson | Long Beach | CA |
| Lisa | Johnson | Pittsburg | CA |
| Marcus | Johnson | Sacramento | CA |
| Maria | Johnson | Vallejo | CA |
| Mariah | Johnson | Santa Rosa | CA |
| Marvin | Johnson | Sacramento | CA |
| Nikoli | Johnson | Santa Clara | CA |
| Norman | Johnson | Valley Village | CA |
| Reginald | Johnson | Long Beach | CA |
| Roshawn | Johnson | Oakland | CA |
| Shayla | Johnson | Los Angeles | CA |
| Sondra | Johnson | Hayward | CA |
| Steven | Bais - Johnson | Chico | CA |
| Susiejean | Johnson | La Mesa | CA |
| Thomas | Johnson | Clayton | CA |
| Tori | Johnson | Lake Forest | CA |
| Tyler | Johnson | Grand Terrace | CA |
| Troy | Johnston | Hayward | CA |
| Addison | Jones | Campbell | CA |
| Alaina | Jones | Rancho Cordova | CA |
| Allison | Jones | Oakland | CA |
| Brenda | Jones | Hayward | CA |
| Chavonne | Jones | Fremont | CA |
| Daniel | Jones | Hidden Hills | CA |
| Donald | Jones | Hayward | CA |
| Ellis | Jones | Chula Vista | CA |
| Emerald | Jones | Vallejo | CA |
| Franklin | Jones | Lancaster | CA |

| | | | |
|---|---|---|---|
| Gerica | Jones | Stockton | CA |
| Giljanine | Jones | Sacramento | CA |
| Jaime | Jones | Inglewood | CA |
| Jennifer | Jones | Los Angeles | CA |
| Jessica | Jones | Rialto | CA |
| Joki | Jones | Sacramento | CA |
| kayla | jones | Stockton | CA |
| Ken | Jones | Los Angeles | CA |
| Laheaven | Jones | Los Angeles | CA |
| Melissa | Jones | Sacramento | CA |
| Noell | Jones | Fairfield | CA |
| Phaedra | Jones | Stockton | CA |
| Ricardo | Jones | Los Angeles | CA |
| Rochel | Jones | Vallejo | CA |
| Rochelle | Jones | Moreno Valley | CA |
| Tracy | Jones | Stanton | CA |
| Zayda | Jones | Hemet | CA |
| Angelia | Jones-jackson | North Highlands | CA |
| Dion | Jordan | Sacramento | CA |
| Jaylin | Jordan | Vacaville | CA |
| Mario | Jordan | Sylmar | CA |
| Myresha | Jordan | Corona | CA |
| Renee | Jordan | Long Beach | CA |
| Natalie | Jordon | Inglewood | CA |
| Harry | Jose | Canyon  Country | CA |
| Chad | Josephwilliams | Mentone | CA |
| Alejandro | Juarez | San Jose | CA |
| Francisco | Juarez | Merced | CA |
| Norma | Juarez | Pomona | CA |
| Raheem | Judd | San Diego | CA |
| Mark | Juloya | Chino Hills | CA |
| Brenda | Juni | San Jose | CA |
| Caleb | Juvera | Modesto | CA |
| Subarna | K C | Sunnyvale | CA |
| Debra | Kaestner | Redding | CA |
| Kristine | Kaestner | Antelope | CA |
| Danielle | Kahl | Los Angeles | CA |
| Stefani | Kairan | Cerritos | CA |
| Noelani | Kakatin | Anaheim | CA |
| Joshua | Kalin | Torrance | CA |
| Shayla | Kamena | Fontana | CA |
| Ellen | Kang | Rancho Cucamonga | CA |
| Balaji | Kangadharan | Sunnyvale | CA |
| Kyle | Kappes | San Diego | CA |
| Shanket | Karki | Richmond | CA |
| Anthony | Karriem | san jose | CA |
| Elizabeth | Kasparian | Hacienda Heights | CA |
| Joseph | Kassis | Vacaville | CA |
| Peter | Katalaris | Glendale | CA |
| Robert | Kathan | Livermore | CA |

| | | | |
|---|---|---|---|
| Shilyn | Kaufman | Huntington Beach | CA |
| Kevin | Kauker | Reseda | CA |
| Rupinder | Kaur | Santa Clara | CA |
| Qaisse | Kawyani | Clovis | CA |
| Ghavam | Kazemi | San Jose | CA |
| Tiffany | Keahey | San Andreas | CA |
| Kyle | Keast | Chico | CA |
| Zenobia | Keeton | Suisun City | CA |
| Mary | Keller | Victorville | CA |
| Angella | Kelly | Antioch | CA |
| Laureen | Kelly | San Diego | CA |
| Sarah | Kelly | Concord | CA |
| Jordan | kemp | Santa Ana | CA |
| Leroy | Kemp | Sacramento | CA |
| Eric | Kenerly | Sacramento | CA |
| Alexa | Kennedy | Lafayette | CA |
| Danisha | Kenney | Sacramento | CA |
| James | Kenny | Carlsbad | CA |
| La | Kensavath | Fresno | CA |
| Marcus | Kent | San Pedro | CA |
| Porter | Kevin | North Hollywood | CA |
| Alice | Keyes | San Ramon | CA |
| Sanaz | Khademideljoo | San Diego | CA |
| Roshni | Khalasi | Sacramento | CA |
| Mukhammadismoil | Khamidov | San Francisco | CA |
| Ahmad | Khan | Union City | CA |
| Alamzeb | Khan | Santa Clara | CA |
| Haris | Khan | Santa Clara | CA |
| Mir | Khan | Richmond | CA |
| Mohammed | Khan | Manteca | CA |
| Navaz | Khan | Stockton | CA |
| Daryush | Khodadadi-Mobarakeh | Campbell | CA |
| Stacy | Khoeun | Stockton | CA |
| Haseeb | Khuwajazada | Fremont | CA |
| Saular | Kiani | Westlake Village | CA |
| Dennis | Kieu | Garden Grove | CA |
| Linda | Killingbeck | Sacramento | CA |
| Jiyoung | Kim | Irvine | CA |
| Kisung | Kim | Irvine | CA |
| Michael | Kim | Los Angeles | CA |
| Si hyung | Kim | Fullerton | CA |
| Jaylan | Kimbrough | Long Beach | CA |
| Craig | King | Hayward | CA |
| Daniesha | King | Fairfield | CA |
| Eric | King | Antioch | CA |
| Terik | King | Glendora | CA |
| Souriya | Kinnavongsa | Sacramento | CA |
| Justin | Kinnel | Santa Ana | CA |
| Sebastjan | Kinney | San Clemente | CA |
| Steven | Kinsey | Eureka | CA |

| | | | |
|---|---|---|---|
| Tyler | Kirk | Bakersfield | CA |
| Brendan | Kirkpatrick-McKee | Van Nuys | CA |
| Ethan | Kirsh | Newbury Park | CA |
| Sarah | Klapheck | Sacramento | CA |
| Kristin | Klaus | Escondido | CA |
| Erica | Klemaske | San Diego | CA |
| William | Klemme | Monte Rio | CA |
| Rebeckah | Klemp | Vacaville | CA |
| Nikole | Klinkhamer | San Diego | CA |
| Hana | Klisturic | San Jose | CA |
| Magen | Knight | Patterson | CA |
| Rachel | Knott | Manteca | CA |
| Rashida | Knox | East Palo Alto | CA |
| Jacqueline | Ko | San Bruno | CA |
| Jeff | Kohlschmidt | Gileta | CA |
| Kimberly | Kohn | Westminster | CA |
| Amanda | Kolar | Sacramento | CA |
| Kimberly | Kole | Fresno | CA |
| Colleen | Konoval | San Jacinto | CA |
| Sarah | Koraly | Thousand Oaks | CA |
| Jules | Korman | Piedmont | CA |
| Christine | Kosmides | Oakland | CA |
| Calvin | Kosovich | Los Angeles | CA |
| Thomas | Kowalski | Sacramento | CA |
| Avo | Kozukarayan | Tujunga | CA |
| Maxim | Kraft | Rocklin | CA |
| Tamara | Krake | Elk Grove | CA |
| Elisha | Kranenburg | Sacramento | CA |
| Nataliia | Krinitsyna | Los Angeles | CA |
| Sumesh | Kuinkel | San Mateo | CA |
| Leslie | Kukuk | CONCORD | CA |
| Julia | Kung | Roseville | CA |
| Sada | Kurdi | Burlingame | CA |
| Fredianto | Kusnadi | San Gabriel | CA |
| Michael | Kwao | Canoga Park | CA |
| Larry | Kwong | Marina | CA |
| Maria | Kyle | Chowchilla | CA |
| George | Kyriakopoulos | Gilroy | CA |
| Jimmie | L Stovall | La | CA |
| Bernardo | Labansat | Rosemead | CA |
| Adam | Lafferty | Modesto | CA |
| Jenna | Lafferty | Redlands | CA |
| Allan | Laguatan | La Jolla | CA |
| Justin | Laird | Riverside | CA |
| Nicole | Lamar | Vacaville | CA |
| Shannon | Lambert | Stockton | CA |
| Maribelle | Landavazo | Modesto | CA |
| Kristina | Landolfi | Sscrsmento | CA |
| John | Landtroop | Carlsbad | CA |
| Dawn | Lane | Apple Valley | CA |

| | | | |
|---|---|---|---|
| Kevin | Lane | Elk Grove | CA |
| Michael | Lang | Oakland | CA |
| Kara | Lapere | Dana Point | CA |
| Bruno | Lara | San Pablo | CA |
| Mary | Larragoitiy | Redlands | CA |
| Bryan | Larson | Santee | CA |
| Brendon | Lasalle | Huntington Beach | CA |
| travis | lash | Chico | CA |
| Ian | Lasky | Riverside | CA |
| Rudy | Lastra | Westminster | CA |
| Samira | Lavender | San Pablo | CA |
| Krystle | Law | Antioch | CA |
| Sarah | Lawes | Los Angeles | CA |
| Terrell | Lawrence | Los Angeles | CA |
| Melinda | Lawson | Bakersfield | CA |
| Dwight | Lay | Wilmington | CA |
| Gyula | Lazar | San Mateo | CA |
| Ebony | Lazaro | Vacaville | CA |
| Kristine | Le | Milpitas | CA |
| Peter | Le | Baldwin Park | CA |
| Phuc | Le | Sacramento | CA |
| Thuy | Le | Santa Ana | CA |
| Ilai | Lebel | Sherman Oaks | CA |
| Marissa | Lebel | Lodi | CA |
| Jonathon | LeBert | Fremont | CA |
| Carlos | Lechuga | La | CA |
| Tiffany | Lederhos | Upland | CA |
| Cyndi | Ledet | Chico | CA |
| Lilly | Ledoux-madrigal | Palmdale | CA |
| Andy | Lee | Anaheim | CA |
| Ayesha | Lee | Richmond | CA |
| David | Lee | Moreno Valley | CA |
| Hana'aloha | Lee | Dublin | CA |
| Jamie | Lee | Buena Park | CA |
| Johnique | Lee | Vallejo | CA |
| Johnson | Lee | Newport Beach | CA |
| Katy | Lee | San Francisco | CA |
| Kim | Lee | Oakland | CA |
| Richard | Lee | Pittsburg | CA |
| Ryan | Lee | Ontario | CA |
| Sandra | Lee | Menifee | CA |
| Wanda | Lee | Elk Grove | CA |
| Heather | Leighton | Yuba City | CA |
| richard | leiva | pomona | CA |
| Jennifer | Lemmon | San Jose | CA |
| Mala | Lemnah | Santa Clarita | CA |
| Kevin | Lentz | Redlands | CA |
| Jessica | Lenz | Los Angeles | CA |
| Karen | Leon | Moreno Valley | CA |
| Angela | Leslie | Riverside | CA |

| | | | |
|---|---|---|---|
| charlemagne | lesperance | oceanside | CA |
| Kristina | Letbetter | Atascadero | CA |
| Alanna | Leukuma | Van nuys | CA |
| Dustin | Leventhal | Santa Ana | CA |
| Jamena | Levi | Stockton | CA |
| Valdane | Levias | Lakewood | CA |
| Amber | Lewis | Modesto | CA |
| Cameron | Lewis | Oakland | CA |
| Jashon | Lewis | Rocklin | CA |
| Jennifer | Lewis | Fullerton | CA |
| Satira | Lewis | Moreno Valley | CA |
| Alexis | Lewkowicz | Citrus Heights | CA |
| Alex | Leyva | Pasadena | CA |
| Gloria | Leyva | Sacramento | CA |
| Siyun | Li | Walnut | CA |
| Jason | Lien | San Jose | CA |
| Gilmar Eduardo | Lima | Union City | CA |
| Charlene | Limen | Anaheim | CA |
| Christopher | Limon | El Sobrante | CA |
| Jesse | Limon | Ion | CA |
| Angie | Lindahl | Atascadero | CA |
| Brian | Lindbergh | Los Angeles | CA |
| Rich | Lindley | Santee | CA |
| Christian | Lindo | San Jose | CA |
| Ebony | Lindsey | San Jose | CA |
| Jennifer | Lindsey | Fairfield | CA |
| Andrea | Linqui | Elk Grove | CA |
| Cameron | Lira | Los Gatos | CA |
| Brooke | Little | Elk Grove | CA |
| Casey | Littlejohn | Oceanside | CA |
| Lashanae | Littles | Riverside | CA |
| Taylor | Littleton | Woodland | CA |
| Yongxian | Liu | Daly City | CA |
| Abraham | Lizaola | Rohnert Park | CA |
| Christina | Lizarraga | North Hollywood | CA |
| Rhonda | Lobrillo | Sandiego | CA |
| Juan | Lockett | Campbell | CA |
| Lashandra | Lockett | Oakland | CA |
| Dominique | Lockhart | North Hollywood | CA |
| Earnest | Lockhart | Oakland | CA |
| Sheila | Locks-Lee | Lancaster | CA |
| William | loew | la Puente | CA |
| Adriana | Lofton | Pittsburg | CA |
| Lashawn | Logan | Antioch | CA |
| Michael | Logan | Modesto | CA |
| Michelle | Logan | San Jose | CA |
| Mary | Logsdon | Pescadero | CA |
| Darien | Lohof | Nipomo | CA |
| Gavin | Lombardi | Menlo Park | CA |
| Stephanie | Lomeli | San Diego | CA |

| Paula | Londow | Sacramento | CA |
|---|---|---|---|
| Christine | Long | Modesto | CA |
| Lasheinate | Long | Inglewood | CA |
| Perry | Long | Modesto | CA |
| Carolyn | Lope | Concord | CA |
| Andrew | Loper | Rancho Cordova | CA |
| John | Loper | Roseville | CA |
| tracielopes | lopes | fremont | CA |
| Eduardo | Lopez Jr | Whittier | CA |
| Adam | Lopez | Orange | CA |
| Adriana | Lopez | Los Angeles | CA |
| Andres | Lopez | East Palo Alto | CA |
| Bianca | Lopez | Moreno Valley | CA |
| Eric | Lopez | Fremont | CA |
| Ezequiel | Lopez | Fullerton | CA |
| Freddy | Lopez | Elk Grove | CA |
| Hayden | Lopez | Orange | CA |
| Joey | Lopez | Modesto | CA |
| Jonathan | Lopez | Oceanside | CA |
| Maribel | Lopez | Empire | CA |
| Myra | Lopez | San Bernardino | CA |
| Pedro | Lopez | Menifee | CA |
| Rosa | Lopez | San Jose | CA |
| Ryan | Lopez | San Jose | CA |
| Sandy | Lopez | Commerce | CA |
| Savannah | Lopez | Lancaster | CA |
| Sierra | Lopez | San Jose | CA |
| Tammi | Lopez | Modesto | CA |
| Desi | Lora | Grand Terrace | CA |
| Nick | Lott | Redding | CA |
| Tamysha | Lott | Vallejo | CA |
| Anthony | Lovato | Stockton | CA |
| Marcella | Lovelace | Santa Clara | CA |
| James | Lovett | Hemet | CA |
| Alex | Lowder-himmel | Burbank | CA |
| Brianah | Lowe | Sacramento | CA |
| Imani | Lowe | Sacramento | CA |
| Celeste | Lowell | Boulder Creek | CA |
| Shannon | Lowry | Pleasant Hill | CA |
| Jennie | Lozano | Fallbrook | CA |
| Mario | Lozano | Arcadia | CA |
| Carol | Lozon | San Carlos | CA |
| Sheila | Lucas | Sacramento | CA |
| Robert | Lucero | Bellflower | CA |
| Sim | Lucien | San Diego | CA |
| Cynthia | Luck | Modesto | CA |
| Stiina | Luedtke | La mesa | CA |
| Brandon | Luera | Mountain View | CA |
| Corrales | Luis | Downey | CA |
| Ismael | Lujan Rojas | Corona | CA |

| | | | |
|---|---|---|---|
| Angela | Luna | Los Angeles | CA |
| Miguel | Luna | Dublin | CA |
| Ricardo | Luna | Jurupa Valley | CA |
| Ruben | Luna | South Gate | CA |
| Steven | Lundin | Torrance | CA |
| Sarah | Lundyboudreaux | Chula Vista | CA |
| Ana | Luque | Los Ángeles | CA |
| Nicholas | Lurye | San Bruno | CA |
| Bianca | Luster | San Pablo | CA |
| Gene | Luzala | Santa Monica | CA |
| David | Ly | Riverbank | CA |
| Kristin | Lybarger | Spring Valley | CA |
| Alexander | Mabini | La Puente | CA |
| Christopher | Macdevitt | Los Angeles | CA |
| Jessica | Macedo | Modesto | CA |
| Barbara | Macfarland | Berkeley | CA |
| Wendy | Machen-wong | Dublin | CA |
| Christina | Macias | Santa Rosa | CA |
| Edwin | Macias | Bakersfield | CA |
| Fidel | Macias | Mission Hills | CA |
| Sharon | Macias | Rancho Cordova | CA |
| Jacob | Maciel | Orange | CA |
| Gregory | Mack | Elk grove | CA |
| Kendrick | Mack | San Francisco | CA |
| Brianna | Mackey | Vista | CA |
| Natalie | Madrigal | Bloomington | CA |
| Tracy | Maffia | Santa Rosa | CA |
| Nathan | Magadia | Hercules | CA |
| Diana | Magallon | Paso Robles | CA |
| Adrienne | Magana | Fontana | CA |
| Brady | Magana | West Covina | CA |
| Carlos | Magana | Fontana | CA |
| Javier | Magana | Goleta | CA |
| Florentino | Magdaleno | Huntington Beach | CA |
| Joven | Magos | Rancho Santa Margarita | CA |
| Roshan | Mahabali | Tracy | CA |
| Abdelwahid | Mahbouli | Daly City | CA |
| Robin | Maher | Buena Park | CA |
| David | Maier | Highland | CA |
| Sonia | Maio | Van Nuys | CA |
| Baseer | Majeed | Hayward | CA |
| Elizabeth | Maldonado | San Dimas | CA |
| Nadeem | Malki | Rowland Heights | CA |
| James | Malone | Spring Valley | CA |
| Trevor | Malone | Citrus Heights | CA |
| Lawrence | Maloney | Los Angeles | CA |
| Charles | Manalang | Concord | CA |
| Bar | Mandalevy | Encino | CA |
| Scott | Mang | Diamond Bar | CA |
| Celisse | Manier | Oakland | CA |

| Tyler | Manisay | Milpitas | CA |
|---|---|---|---|
| Susan | Mann | Lake Elsinore | CA |
| Amir | Manochehri | North Hollywood | CA |
| Raven | Manriquez | Covina | CA |
| Siune | Mansoorian | Tujunga | CA |
| James | Mantsch | Fair Oaks | CA |
| Maria | Manzano Segovia | Palm desert | CA |
| Suzanne | Mapes | Colton | CA |
| Ayanna | Mapp | Bakersfield | CA |
| Miguel | Marenco | Los Angeles | CA |
| Sandra | Mares | Castro Valley | CA |
| Veronica | Mares | Santa Rosa | CA |
| Hector | Mariano | West Covina | CA |
| Yesica | Marin Robles | Santa Ana | CA |
| Juliette | Marin | Freedom | CA |
| Radine | Marin | Anaheim | CA |
| Alexander | Markel | San Diego | CA |
| Michael | Markham | San Leandro | CA |
| Preness | Marks | Bellflower | CA |
| Seth | Marks | Woodland Hills | CA |
| Amber | Marley | manteca | CA |
| Aidan | Marmion | Aliso Viejo | CA |
| Michele | Marotta | Studio City | CA |
| Catherine | Marple | San Diego | CA |
| Craig | Marquez | Bellflower | CA |
| Amber | Marshall | Upland | CA |
| Bettyann | Marshall | Sacramento | CA |
| Courtney | Marshall | Vacaville | CA |
| Salyna | Marshall | San Jose | CA |
| Victoria | Martelli | San Bernardino | CA |
| Anthony | Martin | El Cajon | CA |
| Catrina | Martin | San Francisco | CA |
| Edel | Martin | Carson | CA |
| Jamaal | Martin | Fresno | CA |
| Jeremy | Martin | Stockton | CA |
| Judi | Martin | Rancho Cucamonga | CA |
| Kristhine | Martin | El Cajon | CA |
| Lena | Martin | Clovis | CA |
| Marika | Martin | Elk Grove | CA |
| Marlin | Martin | Suisun  City | CA |
| Melissa | Martin | San Leandro | CA |
| Savanah | Martin | Rocklin | CA |
| Tim | Martin | Spring Valley | CA |
| Adriana | Martinez | Pico Rivera | CA |
| Andres | Martinez | Lennnox | CA |
| Angie | Martinez | Simi Valley | CA |
| Anthony | Martinez | Montclair | CA |
| Bennerita | Martinez | Manteca | CA |
| Brenda | Martinez | Anaheim | CA |
| Christopher | Martinez | Santa Barbara | CA |

| | | | |
|---|---|---|---|
| Edgar | Martinez | San Jacinto | CA |
| Edmundo | Martinez | San Jose | CA |
| Eli | Martinez | Vista | CA |
| Erika | Martinez | Fowler | CA |
| Eriq | Martinez | Sacramento | CA |
| Gabriel | Martinez | Sacramento | CA |
| Gabriela | Martinez | Anaheim | CA |
| Hipolito | Martinez | Vista | CA |
| Isaac | Martinez | Castro Valley | CA |
| Jessica | Martinez | Oakley | CA |
| Jessyca | Martinez | Ceres | CA |
| Jonathan | Martinez | Oceanside | CA |
| Joseph | Martinez | Orange | CA |
| Julia | Martinez | Riverside | CA |
| Julio | Martinez | Van Nuys | CA |
| Karina | Martinez | Modesto | CA |
| Louis | Martinez | Pasadena | CA |
| Marco | Martinez | Los Angeles | CA |
| Marvin | Martinez | Daly City | CA |
| Monica | Martinez | Highland | CA |
| Paul | Martinez | Whittier | CA |
| Tamie | Martinez | Moreno Valley | CA |
| Veronica | Martínez | Manteca | CA |
| Winston | Martinez | Sacramento | CA |
| Isaiah | Martinez-hill | Daly City | CA |
| Jessica | Martinez-mueller | Modesto | CA |
| Lauryn | Masaniai | Long Beach | CA |
| Stephen | Mason | Vallejo | CA |
| Thomas | Mason | El sobrante | CA |
| Robert | Massie | Fresno | CA |
| Corell | Masters | Santa Rosa | CA |
| Linda | Masters | Lancaster | CA |
| Gurmit Singh | Masute | Canoga Park | CA |
| Ignacio | Mata | Long Beach | CA |
| Ovidio | Mateo | Los Angeles | CA |
| Ctaig | Mathews | Canyon Country | CA |
| Ieasha | Mathews | Sanfrancisco | CA |
| Reginald | Mathies | Los Angeles | CA |
| Jasper | Mathisen | Walnut Creek | CA |
| Mark | Matta | Chino | CA |
| Reginald | Matthews | Upland | CA |
| Renee | Matthews | Stockton | CA |
| Susan | Matthews | Rialto | CA |
| Claire | Mattis | Los Angeles | cA |
| Taylor | Mauch | Petaluma | CA |
| Maurice | Mauldin | Sacramento | CA |
| Laqresha | Maxwell | San Francisco | CA |
| Sierra | Maxwell | Upland | CA |
| Racquel | May | Porter Ranch | CA |
| Stefani | May | San Jose | CA |

| | | | |
|---|---|---|---|
| Thomas | May | Alamo | CA |
| Tisha | Mayer | Lodi | CA |
| Aaron | Mayes | Chatsworth | CA |
| Chanzell | Mayfield | Moreno Valley | CA |
| Deanna | Mayfield | Hayward | CA |
| Jeffrey | Mayfield | Sacramento | CA |
| Amber | Mays | merced | CA |
| Reinhard | Mazariegos | Los Angeles | CA |
| Devon | Mazure | Anaheim Hills | CA |
| Brian | Mcaleavey | Fresno | CA |
| Sean | Mcallister | Gardena | CA |
| Shonte | Mcbride | Chino | CA |
| George | Mccalister | Modesto | CA |
| Kala | Mccarter-rogers | Alhambra | CA |
| Kenyon | Mccastle | Sacramento | CA |
| Angelique | Mccleary | Carlsbad | CA |
| Brandon | Mccloskey | Vacaville | CA |
| Jonathan | Mccormick | Chula vista | CA |
| Andrea | Mccowan | Citrus Heights | CA |
| Adrian | Mccoy | Stockton | CA |
| Andre | McCoy | Pittsburgh | CA |
| Daishs | Mccoy | Menifee | CA |
| Desirae | Mccoy | Hawthorne | CA |
| Mikayla | Mccoy | Galt | CA |
| Jacob | Mccoy-barba | Clovis | CA |
| Monica | Mccullough | Santa Ana | CA |
| Dezohn | Mccullum | Oakley | CA |
| Regina | Mccullum | Long Beach | CA |
| Nicole | Mccurry | Morgan Hill | CA |
| Kendra | Mcdonald | Sherman Oaks | CA |
| Michael | Mcdonald | Westlake Village | CA |
| Jeff | Mcdowell | Reseda | CA |
| Tyler | Mcfadden | San Luis Obispo | CA |
| Suzanne | Mcgreer | Fairfield | CA |
| Gregory | Mchenry | Modesto | CA |
| Michael | Mcintyre | Glendora | CA |
| Myles | Mckee-osibodu | Corona | CA |
| Egypt | Mckeithen | Van Nuys | CA |
| Ryan | Mckenzie | San Jose | CA |
| Dornetta | Mckinney | Sacramento | CA |
| Jodi | Mckinney | San Diego | CA |
| Melissa | Mckinney | Elk Grove | CA |
| William | Mckinney | Chula Vista | CA |
| Kevin | Mckinnon | San Jose | CA |
| Byron | Mcknight | Los Angeles | CA |
| Anastasia | McLelland | Riverside | CA |
| Shirley | Mclelland | Vista | CA |
| Erin | Mcleod | Walnut Creek | CA |
| Catherine | Mcmahon | Long Beach | CA |
| Kevin | Mcmanus | Gilroy | CA |

| Teri | Mcmichael | Fresno | CA |
|------|-----------|--------|-----|
| Melinda | Mcnamee | Santa Maria | CA |
| Jalen | Mcneal | Manteca | CA |
| Howard | Mcneely | Sacramento | CA |
| Kameelah | Mcneely | Ceres | CA |
| Jessica | Mcpeek | Antioch | CA |
| Zuri | Mcphail | Fremont | CA |
| Nicole | McQueen | Citrus Heights | CA |
| Ravaa | Meadors | Fremont | CA |
| Adrian | Medina | Tulare | CA |
| Amanda | Medina | Monterey Park | CA |
| Gregory | Medina | San Bernardino | CA |
| Jacob | Medina | Vista | CA |
| Tina | Medina | Camarillo | CA |
| Wendy | Mejia Barahona | Wilmington | CA |
| Santiago | Mejia | Duarte | CA |
| Laura | Melendez | Santa Ana | CA |
| Anthony | Melendrez | Pasadena | CA |
| Paula | Meler | Ripon | CA |
| Samantha | Melton | Wildomar | CA |
| David | Menchaca | San Jose | CA |
| Janica | Mendenhall | Visalia | CA |
| Daniel | Mendez | Bell | CA |
| Nadine | Mendez | Ontario | CA |
| Abraham | Mendoza | Atwater | CA |
| Adriana | Mendoza | Livermore | CA |
| Alondra | Mendoza | Fontana | CA |
| Cecilia Sofia | Mendoza | Carson | CA |
| Christian | Mendoza | Oceanside | CA |
| Efrain | Mendoza | San Jose | CA |
| Glenda | Mendoza | Vallejo | CA |
| Joovana | Mendoza | Redwood City | CA |
| Josue A | Mendoza | San Jose | CA |
| Luis | Mendoza | Los Angeles | CA |
| Ruben | Mendoza | Solana Beach | CA |
| Secillia | Mendoza | San Jose | CA |
| Constance | Meneese | San Francisco | CA |
| Amos | Mensah | San Bernardino | CA |
| Joshua | Mentzer | Temecula | CA |
| Ihab | Merabet | Concord | CA |
| Christina | Mercado | Merced | CA |
| Patrick | Mercado | Rancho Cucamonga | CA |
| Kayla | Merchant | Castro Valley | CA |
| Shelley | Meredith | Sacramento | CA |
| Drew | Mering | Sacramento | CA |
| Zoe | Merino | Rocklin | CA |
| Rhonda | Merrill | Sacramento | CA |
| Jennifer | Merritt | Pinole | CA |
| Basem | Messih | Ca | CA |
| Mariel | Meyer | Simi Valley | CA |

| Luke | Meyers | Murrieta | CA |
|------|--------|----------|-----|
| Charles | Middlebrook | Sacramento | CA |
| Curt | Mieczkowski | Clayton | CA |
| Melody | Mihalik | San Jose | CA |
| Samir | Mikhail | Moreno Valley | CA |
| Cameron | Miles | Orange | CA |
| Jamequa | Miles | Stockton | CA |
| Antonio | Millan | Oceanside | CA |
| Alexander | Miller | Carlsbad | CA |
| Brain | Miller | Sacramento | CA |
| Daniel | Miller | San Diego | CA |
| David | Miller | Banning | CA |
| Daxton | Miller | Santa Maria | CA |
| George | Miller | Lathrop | CA |
| Gregg | Miller | Los Angeles | CA |
| Heidi | Miller | Tustin | CA |
| Jalisa | Miller | Union city | CA |
| Kenneth | Miller | Gardena | CA |
| Robert | Miller | Rancho Cordova | CA |
| Thomas | Miller | San Jacinto | CA |
| Vermyttya | Miller | Santa Clarita | CA |
| Yelile | Miller | Carlsbad | CA |
| Jonathan | Milligan | San Diego | CA |
| Jerry | Milliner | Los Angeles | CA |
| Chilopie | Millington | Hayward | CA |
| Erica | Mills | Wildomar | CA |
| Heather | Mills | San Pedro | CA |
| Stephen | Mills | Modesto | CA |
| Damien | Milton | Citrus Heights | CA |
| Madonna | Milton | Fresno | CA |
| Marvette | Mims | Los angeles | CA |
| James | Mincks | Bakersfield | CA |
| Bryan | Minor | Los Angeles | CA |
| Kellie | Minor | Oakley | CA |
| Marlene | Minster | Camarillo | CA |
| Nichole | Mintz | Camarillo | CA |
| Felipe | Miranda | mountain view | CA |
| Fern | Miro | Costa Mesa | CA |
| Mark | Misoshnik | Berkeley | CA |
| Laurel | Mitchell | Tracy | CA |
| Robert | Mitchell | Pasadena | CA |
| Schiniqua | Mitchell | Lancaster | CA |
| Sean | Mitchell | Oxnards | CA |
| Henry | Miyoshi | Oakland | CA |
| Kimberly | Mizuta | Tulare | CA |
| Simin | Moaddab Alibeigi | Alamo | CA |
| Antoine | Mobley | Los Angeles | CA |
| Meesha | Moghaddam | Winchester | CA |
| Haneef | Mohammad | Stockton | CA |
| Fahad | Mohammed | Los Angeles | CA |

| | | | |
|---|---|---|---|
| Williephine | Mohead | Victorville | CA |
| Nivethaa | Mohhan | Sacrament | CA |
| Bryan | Mohn | La Mesa | CA |
| Sia | Moiwa | San Jose | CA |
| Jojo Ace | Mojica | daly city | CA |
| Shahin | Mokhtari | Bakersfield | CA |
| Chris | Molano | Hayward | CA |
| David | Molina | Temecula | CA |
| Rodolfo | Molina | Pacoima | CA |
| Ramon | Moncayo | San Jose | CA |
| Lenny | Mondragon | San Dimas | CA |
| Candace | Monize | San Clemente | CA |
| James | Monroe | Chico | CA |
| Dawn | Montanez | El Monte | CA |
| Farin | Montanez | Fresno | CA |
| Elvia | Montano | Laguna Hills | CA |
| Francesca | Montenegro | Sacramento | CA |
| Roberto | Monterrosa | Palmdale | CA |
| Fanny | Montes | Millbrae | CA |
| Jose | Montes | los angeles | CA |
| Spencer | Montes | Colton | CA |
| Mike | Montgomery | Redwood city | CA |
| Araceli | Montoya | Canoga Park | CA |
| David | Montoya | Bakersfield | CA |
| Jennifer | Montoya | Manteca | CA |
| Kimberly | Montoya | San Pedro | CA |
| Ronny | Montoya | Anaheim | CA |
| Carmell | Moore | Stockton | CA |
| Daneatra | Moore | Riverside | CA |
| Danielle | Moore | Sacramento | CA |
| Dawn | Moore | Granada Hills | CA |
| Hunter | Moore | Fresno | CA |
| Joshua | Moore | San Francisco | CA |
| Larry | Moore | Los Angeles | CA |
| MeShalon | Moore | Santa Barbara | CA |
| Tom | Moore | Sacramento | CA |
| Vickie | Moore | Sacramento | CA |
| Lillie | Moores | Stockton | CA |
| Leandro | Morais | South San Francisco | CA |
| Rafael | Morais | Venice | CA |
| Clara | Morales | South San Francisco | CA |
| Deanna | Morales | Tracy | CA |
| Gustavo | Morales | Los Angeles | CA |
| Michelle | Morales | North Hollywood | CA |
| Roni | Morales | north hollywood | CA |
| Azalia | Moran | Highland | CA |
| Michelle | Morehouse | Merced | CA |
| Eric | Moreno | Sutter Creek | CA |
| Preciosa | Moreno | La Mesa | CA |
| Valente | Moreno | Baldwin Park | CA |

| | | | |
|---|---|---|---|
| Yesenia | Moreno | San Jose | CA |
| Jessica | Morentin | Colton | CA |
| Amanda | Morgan | Oceanside | CA |
| Jasmine | Morgan | Irvine | CA |
| Shyjeruan | Morgan | Sacramento | CA |
| Carlo | Morin | Atwater | CA |
| Lori | Morris Westley | Modesto | CA |
| Shauntell | Morris | San Diego | CA |
| Tristen | Morse | Tulare | CA |
| Emily | Mosqueda | Clovis | CA |
| Hermanie | Motley | San Jose | CA |
| Kevin | Mugwagwa | Campbell | CA |
| Christine | Muller | 9am | CA |
| Georgina | Munguia | Chula Vista | CA |
| Juan | Munoz Nieves | Redding | CA |
| Joe | Munoz Valdivia | Hemet | CA |
| Elsa | Munoz | Riverside | CA |
| Eva | Munoz | Los Angeles! | CA |
| Selina | Munoz | Turlock | CA |
| Marissa | Murcko | Rancho Murieta | CA |
| Erin | Murphy | Tujunga | CA |
| Evelyn | Murphy | Garden Grove | CA |
| Roseanna | Murphy | Fresno | CA |
| Sanae | Murray | Compton | CA |
| Kevin | Murren | Bay Point | CA |
| Kayode | Mustapha | Los Angeles | CA |
| Gunchin | Myagmarsambuu | Oakland | CA |
| Jonathon | Myer | Campbell | CA |
| Andrea | Myers | Grass Valley | CA |
| Robert | Myers | Berkeley | CA |
| Brian | Mynatt | Antioch | CA |
| Braden | Nail | Hemet | CA |
| Robert | Naimark | San Luis Obispo | CA |
| Jamal | Najibi | Dublin | CA |
| Cristian | Nalbandian | Arcadia | CA |
| John | Nalty | San Jose | CA |
| Maninder | Nanhar | Suisun | CA |
| Frederic | Nanmo | Wilmington | CA |
| Rachel | Narvaez Cantu | Bakersfield | CA |
| Nicholas | Natividad | Rancho Cucamonga | CA |
| Jacob | Nava | Whittier | CA |
| Saul | Nava | Newbury Park | CA |
| William | Navarrete | Brentwood | CA |
| Anastasia | Navarro | Los Angeles | CA |
| Devin | Navarro | Hayward | CA |
| Ed | Navarro | Sun Valley | CA |
| Gustavo | Navarro | Lake Elsinore | CA |
| Sara | Navarro | San Jose | CA |
| Nissa | Navone | Columbia | CA |
| Ishmam | Nawar | Santa Clara | CA |

| | | | |
|---|---|---|---|
| Sean | Naylor | San Marcos | CA |
| Liza | Nazarchuk | North Highlands | CA |
| Arvin | Nazari | Glendale | CA |
| Faris | Nazeem | Elk Grove | CA |
| Alexander | Neal | Fullerton | CA |
| James | Neal | Victorville | CA |
| Sherika | Neal | Inglewood | CA |
| Josias | Nech | San Bernardino | CA |
| Tiffani | Neely | Sacramento | CA |
| Christopher | Neil | San Diego | CA |
| Candace | Neiman | Hemet | CA |
| Nicole | Neisler | Sacramento | CA |
| Alysa | Nelson | Simi Valley | CA |
| Crystal | Nelson | Rancho Cordova | CA |
| Jovannah | Nelson | Vallejo | CA |
| Kandis | Nelson | Santa Rosa | CA |
| Tylia | Nelson | Turlock | CA |
| Edward | Nerey | Beaumont | CA |
| Michelle | Nesbit | Sacramento | CA |
| Georges | Nesim | Los Angeles | CA |
| Jeffrey | Nevels | Long Beach | CA |
| Noa | Nevo | Cupertino | CA |
| Alex | Newberg | Woodland Hills | CA |
| Darren | Ng | Alameda | CA |
| Zorana | Ngai | Torrance | CA |
| Binh | Nguyen | San Jose | CA |
| Catdung | Nguyen | San Jose | CA |
| Dang | Nguyen | Winchester | CA |
| James | Nguyen | San Jose | CA |
| Quan | Nguyen | Westminster | CA |
| Tam | Nguyen | Huntington Beach | CA |
| Tony | Nguyen | San Jose | CA |
| Tran | Nhan | Milpitas | CA |
| Francesca | Nhem | Buena Park | CA |
| Melanie | Nichols | San Jose | CA |
| Paige | Nickisch | Long Beach | CA |
| Antonia | Niebla | Salinas | CA |
| Jason | Nieblas | Los Angeles | CA |
| Anthony | Niederberger Juarez | Burbank | CA |
| Tanner | Niemann | Whittier | CA |
| Marisa | Nix | Chino | CA |
| Danielle | Noah | Los Angeles | CA |
| Jason | Noble | California City | CA |
| Louis | Noble | Lodi | CA |
| Francisco | Noguer | Culver city | CA |
| Heidi | Nolan | San jacinto | CA |
| Jeanette | Nolan | Sacramento | CA |
| John | Nolan | Simi Valley | CA |
| Jason | Norcross | Riverside | CA |
| Tony | Norwood | Oakland | CA |

| | | | |
|---|---|---|---|
| Wynette | Norwood | Glendale | CA |
| Patrick | Nudanu | El Cerrito | CA |
| Alejandro | Nunez | Rialto | CA |
| Christian | Nunez | Paramount | CA |
| Daisy | Nunez | Garden Grove | CA |
| Jameelah | Nunez | San Jose | CA |
| Sal | Nunez | Perris | CA |
| Robert | Nunn | Los Angeles | CA |
| Leslie | Nush | Merced | CA |
| Chioma | Nwabufoh | West Covina | CA |
| Bethany | Obryan | North Highlands | CA |
| Andrew | Ochoa | Anaheim | CA |
| Carlos | Ochoa | Hemet | CA |
| Veronica | Ochoa | Ceres | CA |
| Mahmoud | Odeh | Turlock | CA |
| Yvonne | Ogbogu | Riverside | CA |
| Stacey | Ogle | Modesto | CA |
| Elizabeth | Oglesby | Rancho Cordova | CA |
| Joseph | Ojeriakhi | Los Angeles | CA |
| Alex | Oka | Bay Point | CA |
| Jideofo | Okwudiri | Stockton | CA |
| Marco | Olarte | Bakersfield | CA |
| Chandra | Olazaba | Ontario | CA |
| Manny | Olguin | Milpitas | CA |
| Miguel | Olid | Bell | CA |
| Jesus | Olivares | Redwood City | CA |
| Brian | Oliver | Canoga Park | CA |
| Tosh | Oliveri-nelson | Nevada City | CA |
| Paul | Ollerton | Concord | CA |
| Jose | Olmos | Orange | CA |
| Michael | Oltz | Vacaville | CA |
| Dana | Olvera | Stockton | CA |
| Jose | Olvera | Corona | CA |
| Patrick | OMalley | Atascadero | CA |
| Stephen | Omondi | Tracy | CA |
| Rene | Oneal | Union City | CA |
| Latosha | Oneil | Sacramento | CA |
| Madison | Oneil | Lincoln | CA |
| Chadwell | O'Neill | San Diego | CA |
| Miranda | Oquendo | Diamond Bar | CA |
| Stanislav | Orekhov | San Jose | CA |
| Ernesto | Ornelas | Los Angeles | CA |
| Crystal | Orona | Alhambra | CA |
| Courteney | O'rourke | Temecula | CA |
| Merle | Ortega | Burbank | CA |
| Carlos | Ortiz | Gilroy | CA |
| Christina | Ortiz | San Francisco | CA |
| Gabriel | Ortiz | Fremont | CA |
| Rolando | Ortiz | Gilroy | CA |
| Roberta | Osako | Sacramento | CA |

| | | | |
|---|---|---|---|
| Oscar | Espiritu | Los Angeles | CA |
| Joaquin | Osorio | Dana Point | CA |
| Jorge | Osorio | Lynwood | CA |
| Vanessa | Osorio | Chino Hills | CA |
| Amire | Othman | San Jose | CA |
| Vanessa | Otis-thomas | Lemon Grove | CA |
| Michele | Otto | Stockton | CA |
| Rayvon | Owen | North Hollywood | CA |
| Carol | Owens | Sacramento | CA |
| Marcus | Owens | Santa Monica | CA |
| Norris | Owens | Sonoma | CA |
| Renee | Owens | Oakley | CA |
| Sheilacy | Owens | Hayward | CA |
| Aubrey | Oxley | Fullerton | CA |
| Baigalimaa | Oyunchuluun | Walnut Creek | CA |
| Yair | Pablo | Whittier | CA |
| Michelle | Pack | Camarillo | CA |
| Jeniffer | Padda | Van Nuys | CA |
| Adriana | Padilla | Stockton | CA |
| Gabriella | Padilla | Turlock | CA |
| Sofia | Padilla | San Jose | CA |
| Andrew | Pagani | Pomona | CA |
| Ronald | Palmer | Fairfield | CA |
| Timothy | Palmore | Long Beach | CA |
| John | Pandza | San Diego | CA |
| John | Pangelina | Oakland | CA |
| Mary | Pantoja | Redding | CA |
| Kyle | Paradeza | Menifee | CA |
| Bryan | Paredes | Norwalk | CA |
| Leonel | Paredes | San Jose | CA |
| Maria | Paredes | Azusa | CA |
| Cristie | Paris | Auburn | CA |
| Sam | Park | Harbor City | CA |
| Clarissa | Parker | Palmdale | CA |
| Brittney | Parks | Van Nuys | CA |
| Stephanie | Parmely | Rancho Cordova | CA |
| Brandon | Parra | Lake Elsinore | CA |
| Julian | Parra | Whittier | CA |
| Yesenia | Parra | Chino Hills | CA |
| Dakota | Parrish | Garden Grove | CA |
| Adrian | Partida | Paso Robles | CA |
| Yana | Paselsky | Bay Point | CA |
| Bhavin | Patel | San Diego | CA |
| Sahil | Patel | Pleasanton | CA |
| Leroy | Patterson | Riverside | CA |
| Rickisa | Patterson | Vacaville | CA |
| Dujuana | Patton | Sacramento | CA |
| Eric | Paul | Thousand Oaks | CA |
| Gary | Paulino | North Highlands | CA |
| Steven | Paulino | Napa | CA |

| | | | |
|---|---|---|---|
| Chris | Pavao | Manteca | CA |
| Jarrod | Pavlak | Ontario | CA |
| Darnell | Paxton | Oakland | CA |
| Brandon | Payne | Los Angeles | CA |
| Shanika | Payne | Oakland | CA |
| Randy | Paz | Los Angeles | CA |
| Benjamin | Pearlman | Sacramento | CA |
| Amira | Pearson | Los Angeles | CA |
| Kaitlin | Pearson | Palmdale | CA |
| Tiana | Pearson | Carson | CA |
| Victoria | Pearson | Lancaster | CA |
| Suzann | Pedersen | Atascadero | CA |
| Jairo | Pedroza | San Jose, Ca 95126 | CA |
| Nathaniel | Pedroza | Santa Monica | CA |
| Livia | Peeples | Isla Vista | CA |
| Sarah | Peet | Ventura | CA |
| Faustino | Pelayo | san diego | CA |
| Laura | Peloquin | Antelope | CA |
| Rosa | Penate | Palmdale | CA |
| Chris | Penczek | Escondido | CA |
| Donald | Pendleton | Roseville | CA |
| Jennifer | Pendrak | Redding | CA |
| Julia | Penecale | San Diego | CA |
| Terrance | Penny | San Leandro | CA |
| Aimee | penoyer | Atwater | CA |
| Kierre | Peppars | Antioch | CA |
| Laura | Peral | Modesto | CA |
| Ronnie | Peralta | Chino | CA |
| Monique | Perantoni | Riverside | CA |
| Joseph | Perdomo | Rancho Cucamonga | CA |
| Kristi | Perdue | Tracy | CA |
| Aaron | Perez | Ontario | CA |
| Angela | Perez | Duarte | CA |
| August | Perez | Rohnert Park | CA |
| Christopher | Perez | Riverbank | CA |
| Daihona | Perez | Moreno Valley | CA |
| Edward | Perez | San Jose | CA |
| Erick | Perez | San Mateo | CA |
| Katie | Perez | Lodi | CA |
| Michael | Perez | North Hollywood | CA |
| Veronica | Perez | Gilroy | CA |
| Victoria | Perez | Castro Valley | CA |
| Adrian | Perkins | Oakland | CA |
| Jerry | Perkins | Hawthorne | CA |
| Saquita | Perkins | Long Beach | CA |
| Trashon | Perkins | Los Angeles | CA |
| Janay | Perkins-payne | Oklahoma City | OK |
| Phillip | Perrin | San Bernardino | CA |
| Blaine | Perry | Vallejo | CA |
| Michael | Perry | Livermore | CA |

| | | | |
|---|---|---|---|
| Tom | Perry | Milpitas | CA |
| Malik | Perryman | Sacramento | CA |
| Christopher | Peters | Ventura | CA |
| Laura | Peters | Pleasanton | CA |
| Lily | Peters | Watsonville | CA |
| Matthew | Peters | Benicia | CA |
| Promise | Peters | Elk Grove | CA |
| Richard | Petersen | Sacramento | CA |
| Colby | Peterson | Ladera Ranch | CA |
| Randall | Peterson | Long Beach | CA |
| Unique | Petite | Sacramento | CA |
| Kay | Petr | Moreno Valley | CA |
| Maxime | Petrov | Anaheim | CA |
| Sharlene | Petrovich | Vista | CA |
| Jordan | Pettitt | Rancho Cucamonga | CA |
| Renita | Pettus | Los Angeles | CA |
| Esther | Pfirrmann | Suisun City | CA |
| Hang | Pham | Los Angeles | CA |
| Quoc | Pham | Laguna Hold | CA |
| Jonathan | Phan | Huntington Beach | CA |
| Caitlin | Phillips | Folsom | CA |
| Laura | Phillips | Sun Valley | CA |
| Orlando | Phillips | Antioch | CA |
| Pamela | Phillips | Grass Valley | CA |
| Reginald | Phillips | Anahiem | CA |
| Ericka | Picazo Soto | Sacramento | CA |
| Curtis | Pierce | San diego | CA |
| Noah | Pierpoint | Riverside | CA |
| Bryan | Pierre | San Pablo | CA |
| Rocheall | Pierre | Antioch | CA |
| Camarea | Pierson | Bellflower | CA |
| Alejandro | Pina | Riverside | CA |
| Eva | Pineda | Fresno | CA |
| Candice | Pinkham | San Bernardino | CA |
| Ana | Pintado | Menifee | CA |
| Greg | Pinto | Lake Elsinore | CA |
| Rita | Pipkins | San Bruno | CA |
| Linda | Pique | El Cajon | CA |
| Simone | Pirtle | Compton | CA |
| Nathan | Pitkin | Lancaster | CA |
| Hailee | Pitsley | Riverside | CA |
| Elias | Pizarro | Riverside | CA |
| Veronica | Platas | San Jacinto | CA |
| Jerry | Pledger | San Jose | CA |
| Michael | Plesnicher | Greenwood | CA |
| Joe | Plummer | Lomita | CA |
| Anthony | Poblete | San Diego | CA |
| Deshaya | Poe | Vallejo | CA |
| Ashlynn | Poggio | Stockton | CA |
| Liparit | Poladyan | Fresno | CA |

| | | | |
|---|---|---|---|
| Angela | Polk | San Diego | CA |
| Danielle | Polk | Inglewood | CA |
| Jani | Polk | Napa | CA |
| Brittany | Polo | Oceanside | CA |
| Samuel | Polston | Whittier | CA |
| Dennis | Pomazanov | Pacheco | CA |
| Cesar | Ponce | Moreno Valley | CA |
| Ramona | Ponce | Visalia | CA |
| Teddy | Pool | Fresno | CA |
| Donsaneka | Poole | Los Angeles | CA |
| Cameron | Porras | Manteca | CA |
| Elizabeth | Portela | Pasadena | CA |
| Kimberly | Porter | Antioch | CA |
| Taleah | Porter | San Pablo | CA |
| Wendy | Porter | Oakland | CA |
| Angela | Porter-rigdon | Rancho Cordova | CA |
| Jamie | Portillo | Sacramento | CA |
| Angelina | Postell | Daly city | CA |
| Michael | Postell | Daly City | CA |
| Cynthia | Pounds | Adelanto | CA |
| Jacare | Powe | Palmdale | CA |
| Anthony | Powell | Hayward | CA |
| Charla | Powell | Vallejo | CA |
| Jessica | Powell | Oakland | CA |
| Kim | Powell | Placerville | CA |
| Forrest | Powers | Mtn View | CA |
| Deepika | Prasad | Modesto | CA |
| Geshni | Prasad | Sacramento | CA |
| Roslin | Prasad | Pittsburg | CA |
| Dana | Prather | Anderson | CA |
| Ryan | Pratt | Newport Beach | CA |
| Claudia | Preciado | Santa María | CA |
| Deborah | Presley-brando | Encino | CA |
| Christin | Price | Covina | CA |
| Hettie | Price | Long Beach | CA |
| Jamonnie | Price | Richmond | CA |
| Joe | Price | Sacramento | CA |
| Stephanie | Price | Lancaster | CA |
| Pauline | Pridgeon | Oakland | CA |
| Marissa | Prieto | San Jose | CA |
| Autumn | Prince | Antelope | CA |
| Shanna | Princeau | Sunnyvale | CA |
| Nicholas | Prinsen | Redding | CA |
| Zak | Priolo | Mission viejo | CA |
| Brian | Pritchard | Napa | CA |
| Jason | Profeta | Morgan Hill | CA |
| Alexander | Prokhorov | Campbell | CA |
| Dennis | Provido | Carson | CA |
| Kelan | Pruitt | Lancaster | CA |
| Kristin | Pruitt | Sacramento | CA |

| | | | |
|---|---|---|---|
| Clarence | Puller | Eureka | CA |
| Steven | Purcell | Redwood City | CA |
| Dilraj | Purewal | Yuba City | CA |
| Brandie | Purnell | Ontario | CA |
| Dana | Purvis | Chula Vista | CA |
| J. Maria | Putt | Los Angeles | CA |
| Dan | Qiao | Santa Monica | CA |
| Christine | Qualls | Los Banos | CA |
| Earl | Quals | Chatsworth | CA |
| Andraque | Quinnine | Elk Grove | CA |
| Soghra | Quraishy | Hayward | CA |
| Ahmad | Qutami | Fresno | CA |
| Melinda | Rabb | Ontario | CA |
| Octavian | Raddle | Campbell | CA |
| Dere | Radecki | San Marcos | CA |
| Nicholas | Radonich | Lafayette | CA |
| Klim | Radostev | Fremont | CA |
| Xavier | Rafalouski | Folsom | CA |
| Eli | Ragle | San Jose | CA |
| Abdullah | Rahmani | North Highlands | CA |
| Michael | Rains | Sylmar | CA |
| Ramamoorthy | Raja | Union City | CA |
| Whitney | Raleigh | Chino Hills | CA |
| Ayanna | Ralston | Roseville | CA |
| Arvind | Ramamoorthy | Union City | CA |
| Shahbandari | Ramella | Burbank | CA |
| Erika | Ramirez Orozco | Concord | CA |
| Daniel | Ramirez | Vallejo | CA |
| Darlene | Ramirez | Salinas | CA |
| Eric | Ramirez | Oxnard | CA |
| Francisco | Ramirez | East  Palo  alto | CA |
| Jose | Ramirez | Temecula | CA |
| Leslie | Ramirez | Los Angeles | CA |
| Louis | Ramirez | San Jose | CA |
| Tani | Ramirez | Los Angeles | CA |
| Valerie | Ramirez | Fresno | CA |
| Francine | Ramos | Los Angels | CA |
| Yazmin | Ramos | Los Angeles | CA |
| Ahcheri | Ramsay | San Diego | CA |
| Sean | Randall | Walnut Creek | CA |
| Dina | Randle | Rancho Cucamonga | CA |
| Lutricia | Randolph | Pittsburg | CA |
| Tiffany | Rankin | Sausalito | CA |
| Henry | Rappaport | San Marcos | CA |
| Fatima | Rascon | Oakland | CA |
| Hamid | Rashidi | Sacramento | CA |
| Hasib | Rasool | Winnetka | CA |
| Southaly | Rattanapanya | San Jose | CA |
| Jason | Ravarra | San Diego | CA |
| Ashlee | Ray | San jose | CA |

| Eric | Ray | Marysville | CA |
|------|-----|------------|-----|
| Haley | Ray | Capitola | CA |
| Karen | Ray | Inglewood | CA |
| Sean | Ray | Pasadena | CA |
| Willie | Ray | Oakland | CA |
| Mike | Rayter | Granada Hills | CA |
| Derek | Rea | Fresno | CA |
| Yolonda | Reddick | Huntington Park | CA |
| Angelica | Redman | Sacramento | CA |
| Ashlee | Reed | Pittsburgh | CA |
| Austin | Reed | Lakeside | CA |
| Danielle | Reed | Victorville | CA |
| James | Reed | Vacaville | CA |
| Laguanna | Reed | Oakland | CA |
| Natalie | Reed | Sacramento | CA |
| Samantha | Reed | San Jose | CA |
| Sequoyah | Reed | Oakland | CA |
| Torrey | Reed | Moreno Valley | CA |
| William | Reed | Long Beach | CA |
| Raymond | Reeder | Oceanside | CA |
| Mariam | Rehman | Culver City | CA |
| Rosaline | Reinero | Merced | CA |
| Rocky | Relph | San diego | CA |
| Welsi | Renaud | Stockton | CA |
| Anthony | Renda | San Lorenzo | CA |
| Mia | Rendon | San Bernardino | CA |
| Deanna | Renfro | Modesto | CA |
| Angela | Renison | Antelope | CA |
| Ashley | Renteria | Ontario | CA |
| Stephanie | Renteria | Covina | CA |
| Amirreza | Resali | Huntington Beach | CA |
| Jack | Resides | San Diego | CA |
| Carolina | Revollar | Spring Valley | CA |
| Melissa | Rex | Newport Beach | CA |
| Anthony | Reyes | Buena Park | CA |
| Breana | Reyes | Menifee | CA |
| Desiree | Reyes | Palmdale | CA |
| Evelin | Reyes | Indio | CA |
| Gena | Reyes | Fresno | CA |
| Karina | Reyes | Beaumont | CA |
| Mark | Reyes | Hacienda Heights | CA |
| Rebekah | Reyes | Davis | CA |
| Tony | Reyes | Bakersfield | CA |
| Victoria | Reyes | Fontana | CA |
| Jonathan | Reyles | San Jose | CA |
| Bryant | Reyna Sanchez | East Palo Alto | CA |
| Anson | Reynolds | Long Beach | CA |
| Douglas | Reynolds | Roseville | CA |
| Jacob | Reynolds | Hercules | CA |
| Joshua | Reynolds | Stockton | CA |

| | | | |
|---|---|---|---|
| Brandon | Rezai | Ventura | CA |
| Michael | Rhodes | Cardiff | CA |
| Daniel | Ribeiro | Los Angeles | CA |
| April | Rice | Sacramento | CA |
| Corey | Rice | Hemet | CA |
| Shirley | Rice | Lancaster | CA |
| Roy | Richard | Oakland | CA |
| Davionne | Richards | Lodi | CA |
| Julia | Richards | San Marcos | CA |
| Sarah | Richards | Concord | CA |
| Savonah | Richards | La Mesa | CA |
| Tina | Richards | Stockton | CA |
| Jamilo | Richardson | Oakland | CA |
| Matt | Richardson | Lodi | CA |
| Shane | Richardson | Citrus Heights | CA |
| Thomas | Richardson | Oakland | CA |
| Tracie | Richardson | Inglewood | CA |
| Christopher | Richmond-mathis | Christopher | CA |
| Doug | Rickard | Upland | CA |
| Kimberly | Ricks-Sponberg | Costa Mesa | CA |
| Tara | Riddle | Modesto | CA |
| Heather | Ridgill | Fullerton | CA |
| Ezequiel | Riesgo | Whittier | CA |
| Rebecca | Riggs | Chico | CA |
| Kunti | Rigmaden | Sacramento | CA |
| Korie | Riley | Dublin | CA |
| Barbara | Rincon | Montclair | CA |
| Gregory | Rincon | Whittier | CA |
| Vincent | Rincon | Sacramento | CA |
| Ana | Rios | Santa Clara | CA |
| Daniel | Rios | Fallbrook | CA |
| Luis Antonio | Rios | Modesto | CA |
| Miguel | Rios | San Diego | CA |
| Sergio | Rios | Fullerton | CA |
| Andrew | Ripley | Santa Rosa | CA |
| Alberta | Rivas | Huntington park | CA |
| Monica | Rivas | Littlerock | CA |
| Gloria | Rivera Boyd | Stockton | CA |
| Amber | Rivera | San Jose | CA |
| Anthony | Rivera | Lancaster | CA |
| Ernesto | Rivera | Fullerton | CA |
| Glorimar | Rivera | Bell Gardens | CA |
| Kimberlee | Rivera | San Jose | CA |
| Luis | Rivera | San Diego | CA |
| Nicole | Rivera | Oxnard | CA |
| Zachary | Robbins | Norco | CA |
| April | Roberts | Fresno | CA |
| Drie Lynn | Roberts | Isla Vista | CA |
| Hasten | Roberts | Riverside | CA |
| Nathan | Roberts | Lincoln | CA |

| | | | |
|---|---|---|---|
| Steven | Roberts | Paradise | CA |
| Trishaun | Roberts | San Jose | CA |
| Roman | Robertson Sr. | East Palo Alto | CA |
| Sarah | Robertson | Visalia | CA |
| Tiana | Robertson | Fresno | CA |
| Portia | Jourdan | Fresno | CA |
| Andrea | Robinson | Tulare | CA |
| Caleb | Robinson | Moraga | CA |
| Charlette | Robinson | Fairfield | CA |
| Donna | Robinson | Stockton | CA |
| Dylan | Robinson | Oakland | CA |
| Latashia | Robinson | San Bernardino | CA |
| Lateesha | Robinson | Gardena | CA |
| Meredith | Robinson | Stockton | CA |
| Michael | Robinson | El Cajon | CA |
| Joseph | Robitaille | Hemet | CA |
| Damian | Robledo | San Jose | CA |
| Jennifer | Robles | Monterey Park | CA |
| Nathan | Robohm | Roseville | CA |
| Leonardo Alejandro | Rocha Galvan | San jose | CA |
| Henry | Rochez | LOS ANGELES | CA |
| Jeff | Rodas | Anaheim | CA |
| Cheri | Rodgers | Chico | CA |
| Mark | Rodgers | Hawthorne | CA |
| Timmy | Rodgers | Rancho Cordova | CA |
| Aldo | Rodriguez | Simi Valley | CA |
| Bryan | Rodriguez | La puente | CA |
| David | Rodriguez | Montebello | CA |
| Elizabeth | Rodriguez | Turlock | CA |
| Geovanni | Rodriguez | San Jose | CA |
| Gilbert | Rodriguez | Rosemead | CA |
| Gilbert | Rodriguez | Ontario | CA |
| Maribel | Rodriguez | Atwater | CA |
| Nicole | Rodriguez | Oakland | CA |
| Omar | Rodriguez | San Pedro | CA |
| Veronica | Rodriguez | Ontario | CA |
| Wilson | Rodriguez | Tustin | CA |
| Yvette | Rodriguez | San Leandro | CA |
| Amber | Rodriquez | Orangevale | CA |
| Ian | Rodriquez | Sunnyvale | CA |
| Kamille | Roese | Riverside | CA |
| Byron | Rogan | Los Angeles | CA |
| Tyree | Rogan | Inglewood | CA |
| Lyndsay | Rogers | Victorville | CA |
| Skylar | Rogers | Palm Desert | CA |
| Sylvia | Rogers | Sacramento | CA |
| Traci | Rogers | San Francisco | CA |
| Angela | Rojas | Colton | CA |
| Cesar | Rojas | San Jose | CA |
| Desiree | Roland | Hemet | CA |

| | | | |
|---|---|---|---|
| Ashley | Rollice | Chino Hills | CA |
| Brittany | Romano | Rocklin | CA |
| Vincent | Romanos | Torrance | CA |
| Christopher | Romero | Orange | CA |
| Lilibeth | Romero | La Puente | CA |
| Lisa | Romero | San Francisco | CA |
| Luis | Romero | Huntington Beach | CA |
| Rene | Romero | San Diego | CA |
| Tessie | Romero | El Cajon | CA |
| Jose Refugio | Romo Arias | Riverside | CA |
| Joseph | Romo | Chula Vista | CA |
| Robert | Romo | San Pedro | CA |
| Kathryn | Roquemore | Los Angeles | CA |
| Chaz | Rosales | Novato | CA |
| Olivia | Rose | Norwalk | CA |
| Jason | Rosen | Los Angeles | CA |
| Martin | Rosenfeld | Sacramento | CA |
| Benzell | Ross | San Bernardino | CA |
| Brian | Ross | Paramount | CA |
| Jameelah | Ross | Culver City | CA |
| Sarah | Ross | Merced | CA |
| Terry | Ross | Downey | CA |
| Erica | Rothstein | Modesto | CA |
| James | Rountree | Sacrameto | CA |
| Margaret | Rowan | Concord | CA |
| Sina | Rowghani | Los Angeles | CA |
| Craig | Rowtham | Fontana | CA |
| Justis | Royster | Sacramento | CA |
| Brooke | Ruberson | Fontana | CA |
| Arcellia | Rubio | Vista | CA |
| Lourdes | Rubio | Temecula | CA |
| Bettina | Ruffalo | El Sobrante | CA |
| Shewanda | Ruffus | Bakersfield | CA |
| Briana | Ruggeri | Canoga Park | CA |
| Alan | Ruiz | Fairfield | CA |
| Ashly | Ruiz | Hemet | CA |
| Efren | Ruiz | Carmichael | CA |
| Gabriel | Ruiz | Simi Valley | CA |
| Luis | Ruiz | Whittier | CA |
| Ramona | Ruiz | San Jose | CA |
| Rio | Ruiz | Fairfield | CA |
| Salvador | Ruiz | Lynwood | CA |
| Crystal | Runner | Sacramento | CA |
| Michael | Runyan | San Francisco | CA |
| William | Rupert | Port Hueneme | CA |
| Joseph | Ruuz | Pittsburg | CA |
| Tanya | Ryan | Van Nuys | CA |
| Nichele | Ryles | Union City | CA |
| Tracy | Rymenams | Fullerton | CA |
| Cynthia | Rymer | S Lake Tahoe | CA |

| | | | |
|---|---|---|---|
| Romal | Saber | Modesto | CA |
| Norman | Sadler | Antioch | CA |
| Oscar | Sadoguio Jr | Union City | CA |
| Zoe | Saenz | Clovis | CA |
| Toufou | Saephanh | Anderson | CA |
| Adam | Saffiote | Carlsbad | CA |
| C.j. | Sagadia | Los Angeles | CA |
| Kayla | Sagasta | Ontario | CA |
| Dennis | Saicocie | Sacramento | CA |
| Manuchekhr | Saidov | Torrance | CA |
| Daniel | Sainas | Moreno Valley | CA |
| Marissa | Sainz | San Jose | CA |
| Boback | Sajadpour | Bakersfield | CA |
| Gholamhossein | Saki | Laguna Niguel | CA |
| Addam | Saky | San Mateo | CA |
| Michaela | Salas | Tracy | CA |
| Janet | Salazar | Canoga park | CA |
| Jennifer | Salazar | Corona | CA |
| Nicole | Salazar | San Bernardino | CA |
| Michael Angelo | Saldajeno | San Francisco | CA |
| Gerardo | Saldivar | Stockton | CA |
| Assad | Saleh | Hayward | CA |
| Selena | Salgado | San Francisco | CA |
| Jesus | Salguero | Los Angeles | CA |
| Monique | Salinas | San Bruno | CA |
| Zachary | Sallee | Stockton | CA |
| Acamie | Salter | Los Angeles | CA |
| Laleh | Samadi | Walnut Creek | CA |
| Michael | Sami | Orinda | CA |
| Dana | Sample | Valencia | CA |
| Scott | Sample | San Jose | CA |
| Brandee | Samples | Cerritos | CA |
| Andres | Sanchez | Watsonville | CA |
| Brissia | Sanchez | Sunnyvale | CA |
| Celicia | Sanchez | Sacramento | CA |
| Corina | Sanchez | Salida | CA |
| Daniel | Sanchez | Los Angeles | CA |
| Gabriel | Sanchez | Fresno | CA |
| Jacqueline | Sanchez | San Bernardino | CA |
| Marlen | Sanchez | San Jose | CA |
| Rafael | Sanchez | Culver City | CA |
| Raymond | Sanchez | Rosamond | CA |
| Rocky | Sanchez | Vallejo | CA |
| Shawna | Sandau | Rohnert Park | CA |
| Bailh | Sanders | Murrieta | CA |
| Chantell | Sanders | Sacramento | CA |
| Christopher | Sanders | Inglewood | CA |
| Irene | Sanders | San Diego | CA |
| Lisa | Sanders | Antioch | CA |
| Wendy | Sanders | Oakland | CA |

| | | | |
|---|---|---|---|
| Jaimie | Sanderson | La Quinta | CA |
| Steven | Sanderson | Bakersfield | CA |
| Savijot | Sandhar | Atwater | CA |
| Gurpreet | Sandhugale | Vacaville | CA |
| Angel | Sandoval | Yuba City | CA |
| Dora | Sandoval | San Jose | CA |
| Jealene | Sandoval | Glendale | CA |
| William | Sandoval | La Habra | CA |
| Yasmeen | Sandoval | Escondido | CA |
| Heather | Sanford | Rancho Cordova | CA |
| Zoey | Sanford | Los Angeles | CA |
| arthur | santamaria | temecula | CA |
| Daniel | Santana | Fontana | CA |
| Alfredo | Santillan | Norwalk | CA |
| Davina | Santivanez | Modesto | CA |
| Johanna | Santolalla | North Hills | CA |
| Christian | Santos | Fairfield | CA |
| Frederick | Santos | Sunnyvale | CA |
| Gabriel | Santos | West Covina | CA |
| Manuel | Santos | Huntington Beach | CA |
| Michelle | Santos | Daly City | CA |
| Oscar | Santos | Salinas | CA |
| Priscila | Santos | Lathrop | CA |
| Richard | Santos | San Jose | CA |
| Sheena | Santos | Sacramento | CA |
| David | Santoyo | Stockton | CA |
| Monica | Sarabia | Indio | CA |
| Tim | Sargious | Lake Forest | CA |
| Christian | Sarmiento | Brisbane | CA |
| Misty | Sarmiento | Lake Elsinore | CA |
| Nicholas | Sarroca | Anaheim | CA |
| Wesley | Sarte | San Jose | CA |
| Kristy | Sauls | Fresno | CA |
| Natavia | Savage | Oakland | CA |
| Robin | Savage | Ladera Ranch | CA |
| Diana | Savala Thibeau | West Sacramento | CA |
| Tina | Savala | San Jose | CA |
| Lena | Savoeun | Bakersfield | CA |
| Md | Sayed | North Hollywood | CA |
| Cameron | Sayler | San Clemente | CA |
| Nalani | Saysourivong | Elk Grove | CA |
| Dominic | Sbicca | Duarte | CA |
| Kelsea | Pierce | San Pablo | CA |
| Derrick | Scales | Windsor Hills | CA |
| Anthony | Scamaldo | Woodland Hills | CA |
| Jeff | Scammon | Roseville | CA |
| Adrianne | Scarborough | Vacaville | CA |
| John | Schaffran | Salida | CA |
| Randi | Schemensky | Oceanside | CA |
| Chris | Schlenker | Riverside | CA |

| Katherine | Schmidt | San Jose | CA |
|-----------|---------|----------|-----|
| Scott | Schneider | Daggett | CA |
| Caleb | Schoenfeld | Sacramento | CA |
| John | Schoenthaler | Portola Valley | CA |
| Dustin | Schramm | Pomona | CA |
| Jacob | Schreiber | Pleasanton | CA |
| Starlena | Schroeder | Citrus Heights | CA |
| Leeah | Schultz | Pleasant Hill | CA |
| Michael | Schweighardt | La Puente | CA |
| Aisha | Scott | Hayward | CA |
| Che | Scott | Hayward | CA |
| Cherrish | Scott | Stockton | CA |
| Joseph | Scott | San Pablo | CA |
| Lakisha | Scott | Stockton | CA |
| Miriya | Scott | Riverside | CA |
| Ondrea | Scott | San Diego | CA |
| Tina | Scott | Temecula | CA |
| Andrew | Scott-jester | San Ramon | CA |
| Keisha | Seals | San Jose | CA |
| Francesca | Sears | San Diego | CA |
| Darlene | Sebala | Corona | CA |
| Jason | Segura | Lompoc | CA |
| Lucas | Selig | Cameron Park | CA |
| Gemma | Selinger | Oakley | CA |
| Jake | Sellers | San Jose | CA |
| Felicia | Semebene | Hawthrone | CA |
| Ryan | Sensenig | Pasadena | CA |
| Dawn | Sepulveda | San Pablo | CA |
| Sophia | Sepulveda | Chula Vista | CA |
| David | Serna | Cathedral City | CA |
| Raphael | Serna | Duarte | CA |
| Aubree | Serrano | Hayward | CA |
| Jeanpaul | Setareh | Chatsworth | CA |
| Anna | Sethman | Citrus Heights | CA |
| Bryan | Sewald | Fair Oaks | CA |
| Darren | Sexton | Ripon | CA |
| Kori | Sexton | Oceanside | CA |
| Royanna | Sexton | Oakland | CA |
| Aleksandr | Seyranov | Glendale | CA |
| Jessica | Shadd | Citrus Heights | CA |
| Abdul | Shaikh | Redlands | CA |
| Hamza | Shakir | San Jose | CA |
| Randall | Shankland | Rancho Cordova | CA |
| Charles | Shannon-whiteside | Rialto | CA |
| Amin | Sharifian Attar | Anaheim | CA |
| Christopher | Sharp | Los Angeles | CA |
| Cody | Sharpe | Oakley | CA |
| Ashley | Shaw | Modesto | CA |
| Anthony | Sheahan | Moreno Valley | CA |
| Geoffrey | Sheets | San Jose | CA |

| John | Shelburne | Orange | CA |
|------|-----------|--------|-----|
| Sharla | Shelby | altadena | CA |
| Jahn | Shelton | Stockton | CA |
| Sude | Shemsu | San Jose | CA |
| Inez | Shepard | Lodi | CA |
| Jamaudra | Shepherd | Oakland | CA |
| Tia | Shepherd | Oakland | CA |
| Anthony | Sheridan | Palmdale | CA |
| Vijay | Sheth | Rancho Palos Verdes | CA |
| Mackenzie | Shields | Fullerton | CA |
| Will | Shilling | Lomita | CA |
| Jeremiah | Shipp | Oakland | CA |
| Stephanie | Shoals | R2 | CA |
| Shahdon | Shoga | Irvine | CA |
| Fatemeh | Shokrgozar Kelidbari | Valencia | CA |
| Daniel | Shrigley | Livermore | CA |
| Uladzislau | Shulha | Fremont | CA |
| Mike | Shupe | Chico | CA |
| Daphne | Shyanne | San Jose | CA |
| Michael | Siano | Redlands | CA |
| Raymond | Sidhu | Carmichael | CA |
| Jennifer | Sierra | Tracy | CA |
| Gibson | Silew | Turlock | CA |
| Aldair | Silva | Gardena | CA |
| Alexus | Silva | Los angeles | CA |
| Claudia | Silva | Atascadero | CA |
| Phoebe | Silva | Los Angeles | CA |
| Silvia | Silvas | Hemet | CA |
| Zachary | Silver | Oakland | CA |
| Alexis | Simental | Oxnard | CA |
| Akila | Simmons | Rialto | CA |
| Kevin | Simmons | San Deigo | CA |
| Sherrie | Simmons | Vallejo | CA |
| Stasea | Simmons | Stockton | CA |
| Warren | Simmons | Aptos | CA |
| Aaron | Simon | Los Angeles | CA |
| Demi | Simon | Castro Valley | CA |
| Argin | Simonian | Glendale | CA |
| Maryum | Simpkins | Oakland | CA |
| Joshua | Simpson | Los Angeles | CA |
| Shatodda | Simpson | Los Angeles | CA |
| unique | simpson | Compton | CA |
| William | Simpson | Arcata | CA |
| Keith | Sims | Los Angeles | CA |
| Nicholas | Sims | Manteca | CA |
| Robert | Sims | San Jacinto | CA |
| Benjamin | Singer | Rancho Santa Fe | CA |
| Jagprit | Singh | Manteca | CA |
| Mandip | Singh | El Sobrante | CA |
| Mansukh | Singh | San Jose | CA |

| Rodney | Singh | San Francisco | CA |
|--------|-------|---------------|-----|
| Katherine | Sinkewiz | Vacaville | CA |
| James | Sinnott | Pine Grove | CA |
| Desiree | Sisneros | Lakewood | CA |
| Aaron | Sizemore | Hacienda Heights | CA |
| Sandra | Skicki | Redding | CA |
| Reanne | Slama | Turlock | CA |
| Vinay | Slathia | Concord | CA |
| Lakel | Slaughter | Oakland | CA |
| Taylor | Slavin | Mira Loma | CA |
| Rebecca | Slightam | Discovery Bay | CA |
| Lauren | Sloat | Eastvale | CA |
| Jesse | Slocum | Pittsburg | CA |
| Ali | Smadi | Spring Valley | CA |
| Cera | Smart | Stockton | CA |
| Jan | Smejkal | Los Angeles | CA |
| Adam | Smith | San Jose | CA |
| Adrian | Smith | Oceanside | CA |
| Althea | Smith | Stockton | CA |
| Amber | Smith | Patterson | CA |
| Angela | Smith | San Jose | CA |
| Arlean | Smith | San Pedro | CA |
| Ashley | Smith | Compton | CA |
| Brandon | Smith | Fair Oaks | CA |
| Christine | Smith | Yuba City | CA |
| Dana | Smith | Oakland | CA |
| Donna | Smith | Mv | CA |
| Dori | Smith | Hayward | CA |
| Douglas | Smith | North Hollywood | CA |
| Du'praiseja | Smith | Oakley | CA |
| Eisha | Smith | Richmond | CA |
| Emilee | Smith | Manteca | CA |
| Eula | Smith | Daly City | CA |
| Flozell | Smith | Roseville | CA |
| Hunter | Smith | Los Angeles | CA |
| Jabari | Smith | Vacaville | CA |
| Jalena | Smith | Richmond | CA |
| Jamila | Smith | Salida | CA |
| Jaylan | Smith | Tracy | CA |
| Jeremy | Smith | Calimesa | CA |
| Jonathan | Smith | San Jose | CA |
| Jonathan | Smith | Napa | CA |
| Lacy | Smith | Santa Rosa | CA |
| Laurence | Smith | Los Angeles | CA |
| Jahwan | Raney | Antioch | CA |
| Lisa | Smith | Livermore | CA |
| Natasha | Smith | Oakland | CA |
| Octavia | Smith | Sacramento | CA |
| Pamela | Smith | Sacramento | CA |
| Patrice | Smith | Norwalk | CA |

| | | | |
|---|---|---|---|
| Portia | Smith | Oakland | CA |
| Rahamon | Smith | Oakland | CA |
| Roxiann | Smith | Ceres | CA |
| Sabrina | Smith | Encinitas | CA |
| Shuanta | Smith | Palmdale | CA |
| Triniece | Smith | Oakland | CA |
| Vanessa | Smith | Daly City | CA |
| Wyvon | Smith | Rancho Cucamonga | CA |
| Jessica | Smolak | Moreno Valley | CA |
| Derek | Snarr | San Francisco | CA |
| Bennie | Sneede | Stockton | CA |
| Demisha | Sneede | Stockton | CA |
| Dean | Snelson | Sacramento | CA |
| Eduard | Snitsar | Modesto | CA |
| Dominique | Snowden | Richmond | CA |
| Fernando | Soares | North Hollywood | CA |
| Jennifer | Sobrepena | Gardena | CA |
| Melvin | Sobrepena | Sacramento | CA |
| Zulema | Solis | Oxnard | CA |
| Kelly | Solomon | Newark | CA |
| Moses | Solomon | Fontana | CA |
| Lamarr | Sonny | San Bernardino | CA |
| Joey | Sorce | Los Angeles | CA |
| Shoniece | Soriano | Antioch | CA |
| Vivian | Sorrow | Ranchio Cucamonga | CA |
| Richard | Sosa | Salinas | CA |
| Alicia | Sotelo | Milpitas | CA |
| Cesar | Soto | Maywood | CA |
| Olivia | Soto | Whittier | CA |
| Ricardo | Sotovando | San Mateo | CA |
| Walbens | Souza | Los Angeles | CA |
| Helena | Sparkes | Sacramento | CA |
| Carlos | Sparks | Los Angeles | CA |
| Rita | Sparks | Buena Park | CA |
| Michael | Sparr | San Jose | CA |
| Sherri | Spears | Richmond | CA |
| Bryan | Spelker | Hacienda Heights | CA |
| Kayla | Spencer | Hayward | CA |
| Meosha | Spencer | Sacramento | CA |
| Octavia | Spencer | Oakland | CA |
| Thomas | Sponberg | Costa Mesa | CA |
| Madhav | Srivastava | San Jose | CA |
| Zackeriah | Stacey | Irvine | CA |
| Chantal | Stahl | Corona | CA |
| Ashley | Stanford | Redding | CA |
| Clyde | Stanley | Fresno | CA |
| Dajahna | Stanley | San Leandro | CA |
| Steven | Steadman | Glendale | CA |
| Forrest | Steele | Concord | CA |
| Kelly | Steele | San Ramon | CA |

| Vyvon | Steele | Rialto | CA |
|-------|--------|--------|----|
| Laurie | Steelman | Rio Vista | CA |
| Janet | Stegman | Grass Valley | CA |
| Jeffrey | Steinberg | Canoga Park | CA |
| Russell | Stephen | Sacramento | CA |
| Nictaye | Stephens | Los Angeles | CA |
| Tony | Stephens | Long Beach | CA |
| Kiva | Sterin-breschi | West Hollywood | CA |
| Sara | Sterner | Rancho Cordova | CA |
| Caleb | Stevens | Los Angeles | CA |
| Tammy | Stevens | Long beach | CA |
| Adarrius | Stevenson | Fresno | CA |
| Karla | Stevenson | Rio Linda | CA |
| Patricia | Stewart | Oakland | CA |
| Shonnel | Stewart | Sacramento | CA |
| Leanna | stickel | San Diego | CA |
| Dean | Stirrat | Petaluma | CA |
| Detrona | Stith | San Ramon | CA |
| Michael | Stiver | Upland | CA |
| Jessica | Stobart | North Hollywood | CA |
| Nathan | Stock | Huntington Beach | CA |
| Lewis | Stokes | Carson | CA |
| Tina | Stokes | Long beach | CA |
| Edward | Stout | Modesto | CA |
| Marion | Stoutt | Modesto | CA |
| Tamara | Stovall | Colton | CA |
| Lisa | Stover | Long Beach | CA |
| John | Straszak | Lompoc | CA |
| Amie | Stratton | Santa Cruz | CA |
| Erica | Straub | Lake Forest | CA |
| Brittany | Strecker | Port Hueneme | CA |
| Hanah | Stuart | Folsom | CA |
| Melanie | Stubbs | Corona | CA |
| Elizabeth | Stuva | Chico | CA |
| Lori | Styx | Stockton | CA |
| Oscar | Suarez | Los Angeles | CA |
| Sandra | Suarez | Modesto | CA |
| Sherelle | Suarez | Diamond Bar | CA |
| David | Sudduth | Tracy | CA |
| Mary | Suguitan | West Covina | CA |
| Brittany | Sullivan | West Sacramento | CA |
| Elisha | Sullivan | Sacramento | CA |
| Leanne | Sullivan | Menifee | CA |
| Sara | Sullivan | Van Nuys | CA |
| Kimberly | Summers | Fairfield | CA |
| Donna | SUMPMAN | Garden Grove | CA |
| Michael | Supnet | San Diego | CA |
| Julian | Suter | Walnut Creek | CA |
| Deborah | Sutherland | Gardena | CA |
| Nysia | Sutta-mgeni | Los Angeles | CA |

| | | | |
|---|---|---|---|
| Saundra | Sutton | San Diego | CA |
| Clifford | Suva | Costa Mesa | CA |
| Leanna | Swain | Santa Maria | CA |
| Ryan | Swami | Hayward | CA |
| Lisa | Swanson | Antioch | CA |
| Brandon | Swartz | Lodi | CA |
| Matthew | Swearingen | El Cajon | CA |
| Phonexay | Sychareun | Diamond Bar | CA |
| Patricia | Sydnor | Vacaville | CA |
| Yousuf | Syed | Torrance | CA |
| Mariya Shah | Syeda | Fremont | CA |
| Chris | Sykes | Los Angeles | CA |
| Christopher | Szczech | Santa Rosa | CA |
| Alano | T.Adriano | Long Beach | CA |
| Maria | Taamu | Mcclellan | CA |
| Ahmad | Tabbarah | Los Angeles | CA |
| Abenezer | Tadesse | Santa Monica | CA |
| Sonia | Tadewosyan | North Hills | CA |
| Audra | Tafoya | Colusa | CA |
| Massinissa | Taieb | Richmond | CA |
| Adoree | Tan | Stockton | CA |
| Jun | Tan | Elk Grove | CA |
| Andrew | Tapia | San Jose | CA |
| Juan | Tapia | Rodeo | CA |
| Renato | Tapia | Sacramento | CA |
| Amy | Tarpley | Citrus Heights | CA |
| Dayna | Tartt | Glendale | CA |
| Dorothy | Tate | Carson | CA |
| Steven | Tate | Lompoc | CA |
| Kathy | Tatick | Lompoc | CA |
| Stephanie | Tavarez | Palmdale | CA |
| Solimon | Tawfiq | Irvine | CA |
| Ashia | Taylor | Stockton | CA |
| Derrick | Taylor | Corona | CA |
| Eric | Taylor | Modesto | CA |
| Estella | Taylor | Los Angeles | CA |
| Ian | Taylor | Corona | CA |
| Larry | Taylor | Carson | CA |
| Latrisha | Taylor | Lathrop | CA |
| Laurie | Taylor | Hayward | CA |
| Malarie | Taylor | Fontana | CA |
| Michael | Taylor | San Diego | CA |
| Sovany | team | Sanger | CA |
| Kayla | Teixeira | Watsonville | CA |
| Dan | Tejada | Chino hills | CA |
| Paul Philip | Tejedor | Lincoln | CA |
| Dulce | Tellez | Lancaster | CA |
| Elizabeth | Tennial | Sacramento | CA |
| Guadalupe | Tenorio | Chino | CA |
| Pedros | Teroganesyan | Porter Ranch | CA |

| Tammi | Terrell Morris | Ontario | CA |
|---|---|---|---|
| Milakaa | Terry | San Jose | CA |
| Narena | Terry | Vallejo | CA |
| Tangela | Terry | Los Angeles | CA |
| Roshan | Thank | Torrance | CA |
| Mason | Thatcher | Newark | CA |
| james | thayer | Anaheim | CA |
| Ryan | Thibert | Rancho Santa Margarita | CA |
| Manjinger | Thind | Santa Clara | CA |
| Robert | Thoman | Lemon Grove | CA |
| Every | Thomas Campbell | Los Angeles | CA |
| Andre | Thomas | Chino Hills | CA |
| Andre | Thomas | Rialto | CA |
| Andrew | Thomas | North Highlands | CA |
| Benjamin | Thomas | Long Beach | CA |
| Brenita | Thomas | Fairfield | CA |
| Dajanae | Thomas | San Lorenzo | CA |
| David | Thomas | Concord | CA |
| Diamond | Thomas | Newark | CA |
| Jodi | Thomas | San Diego | CA |
| Kylondria | Thomas | Vallejo | CA |
| Malcolm | Thomas | San Francisco | CA |
| Michael | Thomas | Los Angeles | CA |
| Micheline | Thomas | Lauderhill | FL |
| Patricia | Thomas | Antioch | CA |
| Sherina | Thomas | Fairfield | CA |
| Stephanie | Thomas | San Francisco | CA |
| Steven | Thomas | Moreno Valley | CA |
| Brandon | Thompson | los angeles | CA |
| Charissa | Thompson | Carmichael | CA |
| Cornell | Thompson | Perris | CA |
| Courtney | Thompson | Huntington Beach | CA |
| Kyoko | Thompson | Los Angeles | CA |
| Michaelle | Thompson | Los Angeles | CA |
| Nancy | Thompson | Bonita | CA |
| Richard | Thompson | Huntington Beach | CA |
| Sarah | Thompson | Torrance | CA |
| Tamika | Thompson | Long beach | CA |
| Heather | Thornton | Fairfield | CA |
| Gregory | Tiffith | Upland | CA |
| Jon | Tiger | Cupertino | CA |
| Gary | Tilbury | Milpitas | CA |
| Mikayla | Timmons | Buellton | CA |
| Bryant | Tinajero | Mountain View | CA |
| Candice | Tinsley | El Cerrito | CA |
| Lori | Tirri | San Jose | CA |
| Deanna | Tiry | Modesto | CA |
| Bernadette | Titman | Carmichael | CA |
| Natasha | Titsworth | Salida | CA |
| Ashley | Todd | Pacific | CA |

| Theresa | Togafau | San Francisco | CA |
|---------|---------|---------------|-----|
| Keona | Togia | Sacramento | CA |
| Inez | Tolbert | Oakland | CA |
| Tommie | Toler | El Sobrante | CA |
| Eric | Tolle | Sacramento | CA |
| Abe | Tolliver Iii | Sunnyvale | CA |
| Lauren | Tolliver-king | Pittsburg | CA |
| David | Tolossa | Corona | CA |
| Nouel | Toma | San Jose | CA |
| Julian | Tongol | Concord | CA |
| Vanita | Toombs | Bakersfield | CA |
| Christian | Torossian | Fresno | CA |
| Aileen | Torres | Canoga Park | CA |
| David | Torres | Rialto | CA |
| Isis | Torres | Los Angeles | CA |
| Linda | Torres | Applevalle | CA |
| Miguel | Torres | San Jose | CA |
| Senorina | Torres | Littlerock | CA |
| Steven | Torrez | Camarillo | CA |
| Chanel | Tourgeman | Victorville | CA |
| Faraji | Toussant | Fontana | CA |
| Benjamin | tovar | concord | CA |
| Blake | Tovey | La Mirada | CA |
| Kim | Towers | Oakland | CA |
| Lynn | Townsel | Inglewood | CA |
| Jarrett | Townsend | Carnichael | CA |
| Glenn | Trabanino | Hayward | CA |
| Cameron | Tramel | Orangevale | CA |
| Joyce | Trammel | Pittsburg | CA |
| Myduyen | Tran | Sacraments | CA |
| Sang | Tran | Anaheim | CA |
| Tenny | Tran | San Jose | CA |
| Tommy | Trang | Monterey Park | CA |
| Yssa | Traore | San Jose | CA |
| Quinn | Travers | Temecula | CA |
| Harrison | Trawnik | Rancho Cucamonga | CA |
| Elliot | Tregoning | Fremont | CA |
| Sarah | Tresville | Moreno Valley | CA |
| Tiana | Tresville | Corona | CA |
| Heather | Tripp | Sacramento | CA |
| Lori | Troester | Costa Mesa | CA |
| Brian | Trousdale | Berkeley | CA |
| Brian | Trujeque | Los Angeles | CA |
| Cristina | Trujillo | Daly City | CA |
| Mario | Trujillo | West Covina | CA |
| Quan | Tsang | Walnut | CA |
| Jamal | Tsoukalas | Los Angeles | CA |
| Michael | Tsucalas | Lomita | CA |
| Julian | Tubera | Ceres | CA |
| Joseph | Tucker | San Gabrieil | CA |

| Adam | Tufono | Aliso Viejo | CA |
|------|--------|-------------|-----|
| Mike | Tufu | Sacramento | CA |
| Badri | Tulsiram | Los Angeles | CA |
| Christina | Turcios | Salinas | CA |
| Ronny | Turman | Stockton | CA |
| Arthur | Turner | Sacramento | CA |
| Aziza | Turner | Santa Monica | CA |
| Dalene | Turner | San Jose | CA |
| Donythia | Turner | Stockton | CA |
| Eddie | Turner | Oakland | CA |
| Issac | Turner | San Jose | CA |
| Jacob | Turner | Murrieta | CA |
| Jbarrie | Turner | Stockton | CA |
| Mona | Turner | Hemet | CA |
| Ricky | Turner | San Francisco | CA |
| Shadeed | Turner | Oakland | CA |
| Tavares | Turner | Rio vista | CA |
| Nelson | Tuufuli | Long Beach | CA |
| Celia | Tydingco | Fairfield | CA |
| Angela | Ujaughele | Long Beach | CA |
| Md | Ullah | Pittsburg | CA |
| Taylor | Underwood | Atwater | CA |
| Nathan | Ung | Oakland | CA |
| Bipop | Upreti | San Pablo | CA |
| Ryan | Urbano | Vallejo | CA |
| Jordan | Urbina | Fallbrook | CA |
| Alan | Uribe | Palmdale | CA |
| Stephen | Urquidez | Lancaster | CA |
| Issack | Vaid | Los Angeles | CA |
| Renata | Vainer | San Diego | CA |
| Tony | Vais | Cameron Park | CA |
| Whitney | Valcin | LOS ANGELES | CA |
| Delina | Valdez | Salinas | CA |
| Jamie | Valdez | Fresno | CA |
| Joseph | Valdez | San Diego | CA |
| Jovan | Valdez | Santa Ana | CA |
| Reynaldo | Valdez | Fullerton | CA |
| Guillermo | Valdivia | Hawthorne | CA |
| Alberto | Valencia | La Puente | CA |
| Lynette | Valencia | Valencia | CA |
| Tony | Valencia | Sacramento | CA |
| Steven | Valenciana | Fullerton | CA |
| Marilyn | Valencia-tapia | Manteca | CA |
| Kenneth | Valera | Northridge | CA |
| Abigail | Valerio | Palmdale | CA |
| Emmanuel | Vallejo-alvarez | Sacramento | CA |
| Lorraina | Valsonis | Lancaster | CA |
| Rudy | Van Acker | Rocklin | CA |
| Joshua | Van Deventer | Richmond | CA |
| Kristen | Van Dine | Huntington Beach | CA |

| | | | |
|---|---|---|---|
| Sirena | Van Hook | Vacaville | CA |
| Lonnie | Van Horn | Anaheim | CA |
| Marissa | Van houte | Clovis | CA |
| Sebastien | Van Pelt | Oceanside | CA |
| Steve | Vancantfort | Pittsburg | CA |
| Amy | Vance | San Diego | CA |
| Ryan | Vandenburg | Huntington Beach | CA |
| Naly | Vang | Sacramento | CA |
| Yaw | Vanscoy | Beverly Hills | CA |
| Jorge | Varela | San Jose | CA |
| Adriana | Vargas | Stockton | CA |
| Alexander | Vargas | Foster City | CA |
| Esteban | Vargas | Chino | CA |
| Marcelino | vargas | Palmdale | CA |
| Breanna | Vargo | Carmichael | CA |
| Angel | Vasquez | Orange | CA |
| Angelica | Vasquez | Vista | CA |
| Jacklyn | Vasquez | Norco | CA |
| Judith | Vasquez | Oxnard | CA |
| Wilfredo | Vasquez | Hawthorne | CA |
| Jeremy | Vazquez | Baldwin Park | CA |
| Selene | Vazquez | South San Francisco | CA |
| Aurelio | Vecchiola | West Hollywood | CA |
| Daisy | Vega | Los Angeles | CA |
| Anthony | Velasquez | Vacaville | CA |
| Yolanda | Velasquez | 91730 | CA |
| Aurelio | Velazquez | San Diego | CA |
| Raul | Velazquez | Riverside | CA |
| David | Velez | Lawndale | CA |
| Theresa | Vellone | Sacramento | CA |
| Darlene | Veloz | Ceres | CA |
| Patrice | Ventresca | Mountain View | CA |
| Margarita | Ventura | Vallejo | CA |
| Edward | Vera | San Diego | CA |
| Johnny | Vera | Sacramento | CA |
| Steve | Vercher | Murrieta | CA |
| Juan | Vidal | Los Angeles | CA |
| Adrian | Vidaurre | San Jose | CA |
| Christopher | Villa | West covina | CA |
| Laura | Villa | Hollister | CA |
| Victor | Villa | Hollister | CA |
| Daneca | Villacorta | San Diego | CA |
| Wilson | Villacorte | Oxnard | CA |
| Martin | Villafuerte | Rancho Santa Margarita | CA |
| Michael | Villar | Valley Glen | CA |
| Grace | Villarde | Vallejo | CA |
| Irene | Villasano | Los Angeles | CA |
| Claudia | Villegas | San  Bernardino | CA |
| Ricky | Villegas | San Jose | CA |
| Tanya | Villines | Fresno | CA |

| Winona | Vincent | Visalia | CA |
|--------|---------|---------|-----|
| Jon | Vinson | Oakland | CA |
| Emilyn | Viray | Tracy | CA |
| Adrian | Virgilio | Mentone | CA |
| Christan | Visperas | Walnut Creek | CA |
| Sara | Vivo | San Jose | CA |
| Adam | Volk | Sebastopol | CA |
| Nick | Volz | Atwater | CA |
| Peter | Von Wiegandt | Sf | CA |
| Justin | Voo | El Dorado Hills | CA |
| Stephanie | Voong | Fremont | CA |
| Yevgen | Voskoley | San Jose | CA |
| Peter | Vu | San Jose | CA |
| Kari | Waddell | North Highlands | CA |
| Kaylee | Wademan | San Jose | CA |
| Daniel | Wagenseller | Riverside | CA |
| Dosha | Wagner | Riverside | CA |
| Gloria | Wagner | El Sobrante | CA |
| Sara | Wagner | Napa | CA |
| Karttie | Wahoff | Riverside | CA |
| Tiffany | Waiters-mcclinton | Stockton | CA |
| Admiral | Walker | Los Angeles | CA |
| Allissia | Walker | Lancaster | CA |
| Darrell | Walker | Gardena | CA |
| Deonte | Walker | Los Angeles | CA |
| Joel | Walker | Compton | CA |
| Joniesha | Walker | Stockton | CA |
| Kwanius | Walker | Manteca | CA |
| Lisa | Walker | El Cerrito | CA |
| Tenisha | Walker | Oceanside | CA |
| Deanna | Wallace | San Jose | CA |
| Edward | Wallace | Buena Park | CA |
| Terra | Wallace | Clovis | CA |
| Jordan | Wallick | Huntington Beach | CA |
| sasha | walls smith | perris | CA |
| Bertran | Walls | Rancho Cucamonga | CA |
| Lauren | Walman | Rosemead | CA |
| Ryan | Walters | San Jose | CA |
| Darren | Walton | Inglewood | CA |
| Keiosha | Walton | Lancaster | CA |
| Nicoll | Walton | Sacramento | CA |
| Shengwei | Wang | San Jose | CA |
| Kenda | Wannemaker | Sacramento | CA |
| Joshua | Ward | Fullerton | CA |
| LeAnna | Ward | Sacramento | CA |
| Tiana | Ward | Vacaville | CA |
| Danielle | Ware | Concord | CA |
| Martin | Ware | Hacienda Heights | CA |
| Shawn | Ware | Stockton | CA |
| Felicia | Warner | Moreno Valley | CA |

| Todd | Warner | Salinas | CA |
|---|---|---|---|
| Brittany | Warren | San jose | CA |
| Sarah | Warren | Tustin | CA |
| Angela | Washington | Gardena | CA |
| Cameron | Washington | Brentwood | CA |
| Cheresa | Washington | Vallejo | CA |
| Jazmine | Washington | Antioch | CA |
| Raylynn | Wasson | Fairfield | CA |
| Ashley | Watcher | San Dimas | CA |
| Ian | Waterhouse | Sunnyvale | CA |
| Crystal | Waters | Bay Point | CA |
| Jill | Waters | Oceanside | CA |
| Patrick | Waters | San Leandro | CA |
| Glenn | Watkins | Sacramento | CA |
| Michael | Watkins | Los Angeles | CA |
| James | Watson Iii | Encino | CA |
| Elijah | Watson | San Francisco | CA |
| Jorim | Watson | Placentia | CA |
| Ebony | Watts | Glendora | CA |
| Sasha | Watts | Bay Point | CA |
| Bertha | Wauls | Long Beach | CA |
| Kristin | Weatherby | Sacramento | CA |
| Jaime | Weaver | San Leandro | CA |
| Barry | Webb | San Diego | CA |
| Eric | Webb | Fair Oaks | CA |
| Natalie | Webb | Emeryville | CA |
| Michelle | Weeks | San Jose | CA |
| Wanda | Weeks | Modesto | CA |
| Melissa | Wegner | Roseville | CA |
| Peter | Wehrmeyer | Sunnyvale | CA |
| Erich | Weidtmann | Cypress | CA |
| Christopher | Weil | Sacramento | CA |
| Kayla | Weinreich | Newark | CA |
| Nathan | Weiss | Chula Vista | CA |
| Curtis | Welch | Long Beach | CA |
| Tony | Welch | San Francisco | CA |
| Curtis | Welling | Claremont | CA |
| Ivy | Wells | Los Angeles | CA |
| Kayla | Wells | Pittsburgh | CA |
| Unique | Wells | Berkeley | CA |
| Ryan | Welshonse | Ceree | CA |
| Shondess | Wesson Sr | Twentynine Palms | CA |
| Andrew | West | Clovis | CA |
| Aron | West | Stockton | CA |
| Daniel | West | Temecula | CA |
| Elijah | West | San Jose | CA |
| Joel | West | Bakersfield | CA |
| Kawaquana | West | Victorville | CA |
| Richard | West | Elk Grove | CA |
| Zachary | Westmore | Van Nuys, Los angeles | CA |

| | | | |
|---|---|---|---|
| Brian | Westmoreland | Los angeles | CA |
| Coral | Weston | Morgan Hill | CA |
| Jacob | Wetherbee | San Mateo | CA |
| Nicole | Weyburn | Modesto | CA |
| Kendrick | Wheaton | Compton | CA |
| Raeshell | Whisman | Palmdale | CA |
| Chris | Whitcomb | Anaheim | CA |
| Apondo | White | Oakland | CA |
| Brian | White | Reseda | CA |
| Callie | White | Carmichael | CA |
| Cassidy | White | Ripon | CA |
| Devante | White | Vallejo | CA |
| Edwin | White | Hayward | CA |
| Emilie | White | Rancho Cucamonga | CA |
| Gregory | White | Stockton | CA |
| Julian | White | Murrieta | CA |
| Kayla | White | Brentwood | CA |
| Nettie | White | San Jose | CA |
| Sedric | White | Riverside | CA |
| Tasha | White | Palm springs | CA |
| Terian | White | Los Angeles | CA |
| Courtney | Whitfield | Coarsegold | CA |
| Michael | Whitfield | Sacramento | CA |
| Terry | Whitfield | Inglewood | CA |
| Marissa | Whiting | Sacramento | CA |
| Anthony | Whitsey | Vallejo | CA |
| Kevin | Wical | Santa Cruz | CA |
| Marcalett | Wideman | Los Angeles | CA |
| Indika | Wijesekera | Anaheim | CA |
| Desiree | Wilbon | Antelope | CA |
| Adam | Wilborn | Thermal | CA |
| Lashawn | Wilburn | Lake Elsinore | CA |
| Diamond | Wilder | Hayward | CA |
| Aarion | Wiley | Lynwood | CA |
| James | Wiley | Stockton | CA |
| Tahj | Wiliams | Riverside | CA |
| Tiffiny | Wilkins | Compton | CA |
| William | Wilkins | Inglewood | CA |
| Henry | Willauer | Woodland Hills | CA |
| Rosa | Williams Jeter | Stockton | CA |
| Derek | Williams jr | Sacramento | CA |
| Aaronekia | Williams | Oakland | CA |
| Alicia | Williams | Northridge | CA |
| Anfernee | Williams | Sacramento | CA |
| Brandon | Williams | Richmond | CA |
| Chanel | Williams | San Pablo | CA |
| Chastity | Williams | Oakland | CA |
| chelsey | williams | Vallejo | CA |
| Cynthia | Williams | Vallejo | CA |
| Danyael | Williams | Vallejo | CA |

| | | | |
|---|---|---|---|
| David | Williams | Canoga Park | CA |
| Deanndra | Williams | San Jose | CA |
| Denise | Williams | Ceres | CA |
| Denzell | Williams | Oakland | CA |
| Derrick | Williams | Los Angeles | CA |
| Emily | Williams | Hawthorne | CA |
| Eric | Williams | Bakersfield | CA |
| Gary | Williams | Rancho Cordova | CA |
| Gerald | Williams | Long Beach | CA |
| Jacob | Williams | Placentia | CA |
| Jacqueline | Williams | Fairfield | CA |
| Jamila | Williams | La Mesa | CA |
| Jamilia | Williams | Oakalnd | CA |
| Jordin | Williams | Suisun | CA |
| Joshcenia | Williams | Oakland | CA |
| Julius | Williams | San Diego | CA |
| Kendra | Williams | Richmond | CA |
| Kenov | Williams | Ramona | CA |
| Kevin | Williams | Elk Grove | CA |
| La Shawn | Williams | Pittsburg | CA |
| Ladonna | Williams | Vallejo | CA |
| Ligaya | Williams | Los Angeles | CA |
| Michelle | Williams | Highland | CA |
| Natasha | Williams | Oakland | CA |
| Portia | Williams | Rancho Cucamonga | CA |
| Randy | Williams | El Cajon | CA |
| Ronald | Williams | Fremont | CA |
| Sharwanna | Williams | Sacramento | CA |
| Tamicka | Williams | Long Beach | CA |
| Tatiana | Williams | Los Angeles | CA |
| Veronica | Williams | Oakland | CA |
| Victoria | Williams | Merced | CA |
| Mackenzie | Williamson | North Hollywood | CA |
| Markus | Williamson | Lake Elsinore | CA |
| Sean | Williamson | American Canyon | CA |
| Bonnie | Williams-taylor | Los Angeles | CA |
| Blake | Williford | Los Angeles | CA |
| Matt | Willis | Loomis | CA |
| Anastasia | Willoughby | Antioch | CA |
| Alexis | Wilson | Lancaster | CA |
| Cherise | Wilson | San Jose | CA |
| Christina | Wilson | San Francisco | CA |
| Crissy | Wilson | Concord | CA |
| David | Wilson | Sacramento | CA |
| Eric | Wilson | Rodeo | CA |
| Heather | Wilson | Modesto | CA |
| Irene | Wilson | La Habra | CA |
| Khali | Wilson | Los Angeles | CA |
| Maiya | Wilson | San Francisco | CA |
| Michael | Wilson | La Habra | CA |

| Nicholas | Wilson | Upland | CA |
| Reginald | Wilson | El monte | CA |
| Toka | Wilson | Turlock | CA |
| Vashayla | Wilson | Stockton | CA |
| Whitney | Wilson | Temecula | CA |
| Ymunique | Wilson | Carson | CA |
| Kira | Windmueller | Manteca | CA |
| Shanelle | Windom | Antioch | CA |
| Jodie | Winkleblech | Manteca | CA |
| Haley | Winn | Redondo Beach | CA |
| Tamika | Winslow | Fairfield | CA |
| Lori | Wise | Lodi | CA |
| James | Wiseman | Concord | CA |
| David | Witcher | South Lake Tahoe | CA |
| Taliyah | Witt | Livermore | CA |
| Corey | Wojahn | Winchester | CA |
| Mahlet | Woldemichael | San Jose | CA |
| Jay | Wong | Alhambra | CA |
| Paul | Wong | San Diego | CA |
| Steven | Wong | Elk Grove | CA |
| Angela | Wood | San Diego | CA |
| Erica | Wood | Palo alto | CA |
| Jessica | Wood | San Dimas | CA |
| Johnathan | Wood | Anaheim | CA |
| Michael | Wood | Chandler | AZ |
| Sammantha | Wood | Clovis | CA |
| Augusta | Woodard | Oakland | CA |
| Ashley | Woodbridge | Lake Elsinore | CA |
| Spencer | Woodcock | San Francisco | CA |
| Chyrah | Woods | Patterson | CA |
| Nicole | Woods | Tracy | CA |
| Cassandra | Woodward | Bakersfield | CA |
| Heather | Woolen | Rio Linda | CA |
| Binh | Worley | Sacramento | CA |
| Shanna | Worley | Riverbank | CA |
| Ashley | Wright | Stockton | CA |
| Brian | Wright | Riverside | CA |
| D'ajane | Wright | Oakland | CA |
| Dean | Wright | Monrovia | CA |
| Michelle | Wright | San Diego | CA |
| Vincent | Wright | Long Beach | CA |
| Zonobia | Wright | Mountain View | CA |
| Tiger | Wu | Fremont | CA |
| Lorenzo | Wuysang | inglewood | CA |
| Melanie | Wyatt | Fresno | CA |
| Dominique | Wynne Cooley | Hesperia | CA |
| Christopher | Wyrick | San Jose | CA |
| Sondra | Wyrick | Antioch | CA |
| Michelle | Xiong | Fresno | CA |
| Crane | Xu | Rohnert Park | CA |

| | | | |
|---|---|---|---|
| Yin Kum | Xue | Fremont | CA |
| Steven | Yamaguchi | San Jose | CA |
| Jessica | Yanez | Modesto | CA |
| Heijin | Yang | Fresno | CA |
| Battsengel | Yanjmaa | Los Angeles | CA |
| Chris | Yanke | Van Nuys | CA |
| Etienne | Yansunnu | Desert Hot Spring | CA |
| Jacob | Yarletz | Carmichael | CA |
| Deven | Yasay | Fremont | CA |
| Ahmed | Yaseen | Sacramento | CA |
| Vincent | Yates | Pittsburg | CA |
| Christopher Ybarra | Ybarra | Lancaster | CA |
| Chris | Yoder | Cupertino | CA |
| Joseph | Yoo | Beaumont | CA |
| Bryan | Young | Corona | CA |
| Christopher | Young | Fontana | CA |
| Grenita | Young | Oakley | CA |
| Jimmy | Young | Modesto | CA |
| Olivia | Young | Atascadero | CA |
| Samantha | Young | Livermore | CA |
| Shonntae | Young | Apple Valley | CA |
| Rosalina | Ysais | Moreno Valley | CA |
| Ruth | Zagars | Palmdale | CA |
| Anastasiia | Zagoruiko | North Highlands | CA |
| Laurie | Zaleski | long beach | CA |
| Tommie | Zam | San Diego | CA |
| Rudolph | Zamarripa | Bakersfield | CA |
| Michael | Zambelli | Riverview | FL |
| San Juanita | Zamora-meza | Salinas | CA |
| Bennji | Zanabria | Pittsburg | CA |
| Anthony | Zapata | San Bernardino | CA |
| Elizabeth | Zapata | Santa Fe Springs | CA |
| Martin | Zaragoza | Merced | CA |
| Royce | Zaro | Plymouth | CA |
| Andrea | Zavala | Mountain view | CA |
| Angela | Zavala | Los Angeles | CA |
| Eric | Zavala | La Habra | CA |
| Lupe | Zavala | San Jose | CA |
| Zahir | Zeggane | Walnut Creek | CA |
| Jacqueline | Zenn | Vallejo | CA |
| Brisa | Zepeda | San Jose | CA |
| Andrew | Zertuche | Riverside | CA |
| Wei | Zhao | San Lorenzo | CA |
| Joshua | Zielinski | Livermore | CA |
| Jessica | Zinzun | Perris | CA |
| David | Zirkelbach | Fullerton | CA |
| Kameel | Zreik | Camarillo | CA |
| Reyna | Zuniga | San Jose | CA |

# Exhibit B

# INDEPENDENT CONTRACTOR AGREEMENT

This Agreement ("Agreement") is made and entered into by and between you, the undersigned contractor ("CONTRACTOR"), an independent contractor engaged in the business of performing the delivery services contemplated by this Agreement, and DoorDash, Inc. ("DOORDASH" or "COMPANY"). CONTRACTOR may enter this Agreement either as an individual or as a corporate entity. This Agreement will become effective on the date it is accepted regardless of whether you are eligible to, or ever do, perform any Contracted Services.

**IMPORTANT: PLEASE REVIEW THIS AGREEMENT CAREFULLY. IN PARTICULAR, PLEASE REVIEW THE MUTUAL ARBITRATION PROVISION IN SECTION XI, AS IT REQUIRES THE PARTIES (UNLESS YOU OPT OUT OF ARBITRATION AS PROVIDED BELOW) TO RESOLVE DISPUTES ON AN INDIVIDUAL BASIS, TO THE FULLEST EXTENT PERMITTED BY LAW, THROUGH FINAL AND BINDING ARBITRATION. BY ACCEPTING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS, INCLUDING SECTION XI, AND HAVE TAKEN THE TIME AND SOUGHT ANY ASSISTANCE NEEDED TO COMPREHEND THE CONSEQUENCES OF ACCEPTING THIS AGREEMENT.**

## THE PARTIES

DOORDASH is a company that provides an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers ("DOORDASH platform" or "platform"). DOORDASH's software permits registered users to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, DOORDASH software notifies contractors that a delivery opportunity is available and the DOORDASH software facilitates completion of the delivery. DOORDASH is not a restaurant, food delivery service, or food preparation business.

CONTRACTOR is an independent provider of delivery services, authorized to conduct the delivery services contemplated by this Agreement in the geographic location(s) in which CONTRACTOR operates. CONTRACTOR possesses all equipment and personnel necessary to perform the delivery services contemplated by this Agreement in accordance with applicable laws. CONTRACTOR desires to enter into this Agreement for the right to receive delivery opportunities made available through DOORDASH'S platform. CONTRACTOR understands and expressly agrees that he/she is not an employee of DOORDASH or any restaurant, other business or consumer and that he/she is providing delivery services on behalf of him/herself and his/her business, not on behalf of DOORDASH. CONTRACTOR understands (i) he/she is free to select those times he/she wishes to be available on the platform to receive delivery opportunities; (ii) he/she is free to accept or reject the opportunities transmitted through the DOORDASH platform by consumers, and can make such decisions to maximize his/her opportunity to profit; and (iii) he/she has the sole right to control the manner in which deliveries are performed and the means by which those deliveries are completed.

In consideration of the above, as well as the mutual promises described herein, DOORDASH and CONTRACTOR (collectively "the parties") agree as follows:

## I. PURPOSE OF THE AGREEMENT

1. This Agreement governs the relationship between DOORDASH and CONTRACTOR, and establishes the parties' respective rights and obligations. In exchange for the promises contained in this Agreement, CONTRACTOR shall have the right and obligation to perform the "Contracted Services" as defined herein. However, nothing in this Agreement requires CONTRACTOR to perform any particular volume of Contracted Services during the term of this Agreement, and nothing in this Agreement shall guarantee CONTRACTOR any particular volume of business for any particular time period.
2. CONTRACTOR shall have no obligation to accept or perform any particular "Delivery Opportunity" (as that term is defined herein) offered by DOORDASH. However, once a Delivery Opportunity is accepted,

CONTRACTOR shall be contractually bound to complete the Contracted Services in accordance with all consumer specifications and the terms laid out in this Agreement,

## II. CONTRACTOR'S OPERATIONS

1. CONTRACTOR represents that he/she operates an independently established enterprise that provides delivery services, and that he/she satisfies all legal requirements necessary to perform the services contemplated by this Agreement. As an independent contractor/enterprise, CONTRACTOR shall be solely responsible for determining how to operate his/her business and how to perform the Contracted Services.

2. CONTRACTOR agrees to fully perform the Contracted Services in a timely, efficient, safe, and lawful manner. DOORDASH shall have no right to, and shall not, control the manner, method or means CONTRACTOR uses to perform the Contracted Services. Instead, CONTRACTOR shall be solely responsible for determining the most effective, efficient, and safe manner to perform the Contracted Services, including determining the manner of pickup, delivery, and route selection.

3. As an independent business enterprise, CONTRACTOR retains the right to perform services (whether delivery services or other services) for others and to hold him/herself out to the general public as a separately established business. The parties recognize that they are or may be engaged in similar arrangements with others and nothing in this Agreement shall prevent CONTRACTOR or DOORDASH from doing business with others. DOORDASH does not have the right to restrict CONTRACTOR from performing services for other businesses, customers or consumers at any time, even if such business directly competes with DOORDASH, and even during the time CONTRACTOR is logged into the DOORDASH platform. CONTRACTOR's right to compete with DOORDASH, or perform services for business that compete with DOORDASH, will survive even after termination of this Agreement.

4. CONTRACTOR is not required to purchase, lease, or rent any products, equipment or services from DOORDASH as a condition of doing business with DOORDASH or entering into this Agreement.

5. CONTRACTOR agrees to immediately notify DOORDASH in writing at www.doordash.com/help/ if CONTRACTOR's right to control the manner or method he/she uses to perform services differs from the terms contemplated in this Section.

## III. CONTRACTED SERVICES

1. From time to time, the DOORDASH platform will notify CONTRACTOR of the opportunity to complete deliveries from restaurants or other businesses to consumers in accordance with orders placed by consumers through the DOORDASH platform (each of these is referred to as a "Delivery Opportunity"). For each Delivery Opportunity accepted by CONTRACTOR ("Contracted Service"), CONTRACTOR agrees to retrieve the orders from restaurants or other businesses, ensure the order was accurately filled, and deliver the order to consumers in a safe and timely fashion. CONTRACTOR understands and agrees that the parameters of each Contracted Service are established by the consumer, not DOORDASH, and represent the end result desired, not the means by which CONTRACTOR is to accomplish the result. CONTRACTOR has the right to cancel, from time to time, a Contracted Service when, in the exercise of CONTRACTOR's reasonable discretion and business judgment, it is appropriate to do so. Notwithstanding the foregoing, CONTRACTOR agrees to maintain both a customer rating and a completion rate found here (http://doordash.squarespace.com/local-markets) as of the date this Agreement becomes effective. Failure to satisfy this obligation constitutes a material breach of this Agreement, and DOORDASH shall have the right to terminate this Agreement and/or deactivate CONTRACTOR'S account.

2. CONTRACTOR acknowledges that DOORDASH has discretion as to which, if any, Delivery Opportunity to offer, just as CONTRACTOR has the discretion whether and to what extent to accept any Delivery Opportunity.

3. CONTRACTOR acknowledges that CONTRACTOR is engaged in CONTRACTOR's own business, separate and apart from DOORDASH'S business, which is to provide an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers.

4. CONTRACTOR authorizes DOORDASH, during the course of a Contracted Service, to communicate with CONTRACTOR, consumer, and/or restaurant or other business to assist CONTRACTOR, to the extent permitted by CONTRACTOR, in facilitating deliveries. However, under no circumstances shall DOORDASH be authorized to control the manner or means by which CONTRACTOR performs delivery services. This includes, but is not limited to, the following:

   - DOORDASH does not require any specific type, or quality, of CONTRACTOR's choice of transportation.
   - CONTRACTOR does not have a supervisor or any individual at DOORDASH to whom they report.
   - CONTRACTOR is not required to use any signage or other designation of DOORDASH on his or her vehicle or person at any point in their use of the platform to perform the Contracted Services.
   - DOORDASH has no control over CONTRACTOR's personal appearance
   - CONTRACTOR does not receive regular performance evaluations by DOORDASH

5. CONTRACTOR may use whatever payment method he/she chooses to purchase items to be delivered to consumers, including, but not limited to CONTRACTOR's personal credit or debit card, cash or a prepaid card. CONTRACTOR may use, for CONTRACTOR's convenience, the prepaid card solely for purchasing items to be delivered to consumers. If CONTRACTOR chooses to use his/her personal credit or debit card or cash, CONTRACTOR shall invoice DOORDASH on a weekly basis and DOORDASH agrees to pay all invoices within 10 days of receipt.

6. In the event CONTRACTOR fails to fully perform any Contracted Service (a "Service Failure") due to CONTRACTOR's action or omission, CONTRACTOR shall forfeit all or part of the agreed upon fee for that service. If CONTRACTOR disputes responsibility for a Service Failure, the dispute shall be resolved pursuant to the "Payment Disputes" provision below.

7. CONTRACTOR agrees to immediately notify DOORDASH in writing by submitting a Support inquiry through https://help.doordash.com/consumers/s/contactsupport if CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Section.

## IV. RELATIONSHIP OF PARTIES

1. The parties acknowledge and agree that this Agreement is between two co-equal, independent business enterprises that are separately owned and operated. The parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee. The parties are not employees, agents, joint venturers, or partners of each other for any purpose. Neither party shall have the right to bind the other by contract or otherwise except as specifically provided in this Agreement.

2. DOORDASH shall not have the right to, and shall not, control the manner or the method of accomplishing Contracted Services to be performed by CONTRACTOR. The parties acknowledge and agree that those provisions of the Agreement reserving ultimate authority in DOORDASH have been inserted solely for the safety of consumers and other CONTRACTORS using the DOORDASH platform or to achieve compliance with federal, state, or local laws, regulations, and interpretations thereof.

3. DOORDASH shall report all payments made to CONTRACTOR on a calendar year basis using an appropriate IRS Form 1099, if the volume of payments to CONTRACTOR qualify. CONTRACTOR agrees to report all such payments and any cash gratuities to the appropriate federal, state and local taxing authorities.

## V. PAYMENT FOR SERVICES

1. Unless notified otherwise by DOORDASH in writing or except as provided herein, CONTRACTOR will receive payment per accurate Contracted Service completed in an amount consistent with the publicly provided pay model, which you can view here (http://doordash.squarespace.com/local-markets). From time to time, DOORDASH may offer opportunities for CONTRACTOR to earn more money for performing Contracted Services at specified times or in specified locations. Nothing prevents the parties from negotiating a different rate of pay, and CONTRACTOR is free to accept or deny any such opportunities to earn different rates of pay.

2. DOORDASH's online credit card software may permit consumers to add a gratuity to be paid to CONTRACTOR, and consumers can also pay a gratuity to CONTRACTOR in cash. CONTRACTOR shall retain

100% of any gratuity paid by the consumer, whether by cash or credit card. DOORDASH acknowledges it has no right to interfere with the amount of gratuity given by the consumer to the CONTRACTOR.

3. DOORDASH will process payments made by consumers and transmit to CONTRACTOR. Payments for all deliveries completed in a given week will be transferred via direct deposit on no less than a weekly basis unless it notifies CONTRACTOR otherwise in writing.

4. Notwithstanding the terms of Section V(1) – (3), fulfillment orders placed directly with merchants rather than through the App or doordash.com ("Fulfillment Orders") may be subject to a different payment model. The current pay schedules offered for Fulfillment Orders in the relevant markets are reflected here (https://doordash.squarespace.com/doordash-drive/). Nothing prevents the parties from negotiating a different rate of pay for a Fulfillment Order, and the CONTRACTOR is free to accept or reject Fulfillment Order opportunities. As with all Delivery Opportunities, CONTRACTOR shall retain 100% of any gratuity paid by the consumer for a Fulfillment Order. DoorDash's software may not always include an option to add gratuity for Fulfillment Orders; however, consumers can pay a gratuity to CONTRACTOR in cash.

5. From time to time, DOORDASH may offer various Dasher promotions or referral programs. CONTRACTOR agrees that he or she will not manipulate or abuse the referral programs or Dasher promotions by, among other things: (a) tampering with the location feature on his or her mobile phone; (b) collecting incentive or promotional pay when not eligible to receive such pay under relevant policies; or, (c) creating multiple Dasher or consumer accounts. CONTRACTOR understands that engaging in this type of manipulation or abuse constitutes a material breach of this Agreement and may lead to deactivation of his or her account.

## VI. PAYMENT DISPUTES

1. _CONTRACTOR's Failure_: In the event there is a Service Failure, CONTRACTOR shall not be entitled to payment as described above (as determined in DOORDASH's reasonable discretion). Any withholding of payment shall be based upon proof provided by the consumer, restaurant or other business, CONTRACTOR, and any other party with information relevant to the dispute. DOORDASH shall make the initial determination as to whether a Service Failure was the result of CONTRACTOR's action/omission. CONTRACTOR shall have the right to challenge DOORDASH's determination through any legal means contemplated by this Agreement; however, CONTRACTOR shall notify DOORDASH in writing at www.doordash.com/help/ of the challenge and provide DOORDASH the opportunity to resolve the dispute. CONTRACTOR should include any documents or other information in support of his/her challenge.

2. _DOORDASH's Failure_: In the event DOORDASH fails to remit payment in a timely or accurate manner, CONTRACTOR shall have the right to seek proper payment by any legal means contemplated by this Agreement and, should CONTRACTOR prevail, shall be entitled to recover reasonable costs incurred in pursuing proper payment, provided, however, CONTRACTOR shall first inform DOORDASH in writing at www.doordash.com/help/ of the failure and provide a reasonable opportunity to cure it.

## EQUIPMENT AND EXPENSES

1. CONTRACTOR represents that he/she has or can lawfully acquire all equipment, including vehicles and food hot bags ("Equipment") necessary for performing contracted services, and CONTRACTOR is solely responsible for ensuring that the vehicle used conforms to all vehicle laws pertaining to safety, equipment, inspection, and operational capability.

2. CONTRACTOR agrees that he/she is responsible for all costs and expenses arising from CONTRACTOR's performance of Contracted Services, including, but not limited to, costs related to CONTRACTOR's Personnel (defined below) and Equipment. Except as otherwise required by law, CONTRACTOR assumes all risk of damage or loss to its Equipment.

## VIII. PERSONNEL

1. In order to perform any Contracted Services, CONTRACTOR must, for the safety of consumers on the DOORDASH platform, pass a background check administered by a third-party vendor, subject to

CONTRACTOR's lawful consent. CONTRACTOR is not required to perform any Contracted Services personally, but may, to the extent permitted by law and subject to the terms of this Agreement, hire or engage others (as employees or subcontractors of CONTRACTOR) to perform all or some of the Contracted Services, provided any such employees or subcontractors meet all the requirements applicable to CONTRACTOR including, but not limited to, the background check requirements that CONTRACTOR must meet in order to perform Contracted Services. To the extent CONTRACTOR furnishes his/her own employees or subcontractors (collectively "Personnel"), CONTRACTOR shall be solely responsible for the direction and control of the Personnel it uses to perform all Contracted Services.

2. **CONTRACTOR assumes full and sole responsibility for the payment of all amounts due to his/her Personnel for work performed in relation to this Agreement, including all wages, benefits and expenses, if any, and for all required state and federal income tax withholdings, unemployment insurance contributions, and social security taxes as to CONTRACTOR and all Personnel employed by CONTRACTOR in the performance of Contracted Services under this Agreement. DOORDASH shall have no responsibility for any wages, benefits, expenses, or other payments due CONTRACTOR's Personnel, nor for income tax withholding, social security, unemployment insurance contributions, or other payroll taxes relating to CONTRACTOR or his/her Personnel. Neither CONTRACTOR nor his/her Personnel shall receive any wages, including vacation pay or holiday pay, from DOORDASH, nor shall they participate in or receive any other benefits, if any, available to DOORDASH's employees.**

3. **Unless mandated by law, DOORDASH shall have no authority to withhold state or federal income taxes, social security taxes, unemployment insurance taxes/contributions, or any other local, state or federal tax on behalf of CONTRACTOR or his/her Personnel.**

4. CONTRACTOR and his/her Personnel shall not be required to wear a uniform or other clothing of any type bearing DOORDASH's name or logo.

5. If CONTRACTOR uses the services of any Personnel to perform the Contracted Services, CONTRACTOR's Personnel must satisfy and comply with all of the terms of this Agreement, which CONTRACTOR must make enforceable by written agreement between CONTRACTOR and such Personnel. A copy of such written agreement must be provided to DOORDASH at least 7 days in advance of such Personnel performing the Contracted Services. The parties acknowledge that the sole purpose of this requirement is to ensure CONTRACTOR's compliance with the terms of this Agreement.

## IX. INSURANCE

1. CONTRACTOR agrees, as a condition of doing business with DOORDASH, that during the term of this Agreement, CONTRACTOR will maintain current insurance, in amounts and of types required by law to provide the Contracted Services, at his/her own expense. CONTRACTOR acknowledges that failure to secure or maintain satisfactory insurance coverage shall be deemed a material breach of this Agreement and shall result in the termination of the Agreement and the loss of CONTRACTOR's right to receive Delivery Opportunities.

2. **NOTIFICATION OF COVERAGE**: CONTRACTOR agrees to deliver to DOORDASH, upon request, current certificates of insurance as proof of coverage. CONTRACTOR agrees to provide updated certificates each time CONTRACTOR purchases, renews, or alters CONTRACTOR's insurance coverage. CONTRACTOR agrees to give DOORDASH at least thirty (30) days' prior written notice before cancellation of any insurance policy required by this Agreement.

3. **WORKERS' COMPENSATION/OCCUPATIONAL ACCIDENT INSURANCE:** CONTRACTOR agrees that CONTRACTOR will not be eligible for workers' compensation benefits through DOORDASH, and instead, will be responsible for providing CONTRACTOR's own workers' compensation insurance or occupational accident insurance, if permitted by law.

## X. INDEMNITY

1. DOORDASH agrees to indemnify, protect and hold harmless CONTRACTOR from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly from DOORDASH's actions arranging and offering the Contracted Services to CONTRACTOR.

2. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly or indirectly from, as a result of or in connection with, the actions of CONTRACTOR and/or his/her Personnel arising from the performance of delivery services under this Agreement, including personal injury or death to any person (including to CONTRACTOR and/or his/her Personnel), as well as any liability arising from CONTRACTOR's failure to comply with the terms of this Agreement. CONTRACTOR's obligations hereunder shall include the cost of defense, including attorneys' fees, as well as the payment of any final judgment rendered against or settlement agreed upon by DOORDASH or its parent, subsidiary and/or affiliated companies.

3. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all tax liabilities and responsibilities for payment of all federal, state and local taxes, including, but not limited to all payroll taxes, self-employment taxes, workers compensation premiums, and any contributions imposed or required under federal, state and local laws, with respect to CONTRACTOR and CONTRACTOR's Personnel.

4. CONTRACTOR shall be responsible for, indemnify and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from all costs of CONTRACTOR's business, including, but not limited to, the expense and responsibility for any and all applicable insurance, local, state or federal licenses, permits, taxes, and assessments of any and all regulatory agencies, boards or municipalities.

## XI. MUTUAL ARBITRATION PROVISION

1. CONTRACTOR and DOORDASH mutually agree to this arbitration agreement, which is governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16) ("FAA") and shall apply to any and all claims arising out of or relating to this Agreement, CONTRACTOR's classification as an independent contractor, CONTRACTOR's provision of Contracted Services to consumers, the payments received by CONTRACTOR for providing services to consumers, the termination of this Agreement, and all other aspects of CONTRACTOR's relationship with DOORDASH, past, present or future, whether arising under federal, state or local statutory and/or common law, including without limitation harassment, discrimination or retaliation claims and claims arising under or related to the Civil Rights Act of 1964 (or its state or local equivalents), Americans With Disabilities Act (or its state or local equivalents), Age Discrimination in Employment Act (or its state or local equivalents), Family Medical Leave Act (or its state or local equivalents), Federal Credit Reporting Act (or its state or local equivalents), Telephone Consumer Protection Act (or its state or local equivalents), or Fair Labor Standards Act (or its state or local equivalents), state and local wage and hour laws, state and local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local claims arising out of or relating to CONTRACTOR's relationship or the termination of that relationship with DOORDASH. The parties expressly agree that this Agreement shall be governed by the FAA even in the event CONTRACTOR and/or DOORDASH are otherwise exempted from the FAA. Any disputes in this regard shall be resolved exclusively by an arbitrator. In the event, but only in the event, the arbitrator determines the FAA does not apply, the state law governing arbitration agreements in the state in which the CONTRACTOR operates shall apply.

2. If either CONTRACTOR or DOORDASH wishes to initiate arbitration, the initiating party must notify the other party in writing via certified mail, return receipt requested, or hand delivery within the applicable statute of

limitations period. This demand for arbitration must include (1) the name and address of the party seeking arbitration, (2) a statement of the legal and factual basis of the claim, and (3) a description of the remedy sought. Any demand for arbitration by CONTRACTOR must be delivered to General Counsel, 901 Market Street, 6th Floor, San Francisco, California 94103.

3. <u>Arbitration Class Action Waiver</u>. CONTRACTOR and DOORDASH mutually agree that by entering into this agreement to arbitrate, both waive their right to have any dispute or claim brought, heard or arbitrated as, or to participate in, a class action, collective action and/or representative action—including but not limited to actions brought pursuant to the Private Attorney General Act ("PAGA"), California Labor Code section 2699 et seq., and any request seeking a public injunction—and an arbitrator shall not have any authority to hear or arbitrate any class, collective or representative action, or to award relief to anyone but the individual in arbitration ("Arbitration Class Action Waiver"). Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Arbitration Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. In any case in which (1) the dispute is filed as a class, collective, or representative action and (2) there is a final judicial determination that all or part of the Arbitration Class Action Waiver is unenforceable, the class, collective and/or representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Arbitration Class Action Waiver that is enforceable shall be enforced in arbitration. Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Arbitration Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. All other disputes with respect to whether this Mutual Arbitration Provision is unenforceable, unconscionable, applicable, valid, void or voidable shall be determined exclusively by an arbitrator, and not by any court.

4. CONTRACTOR agrees and acknowledges that entering into this arbitration agreement does not change CONTRACTOR's status as an independent contractor in fact and in law, that CONTRACTOR is not an employee of DOORDASH or its customers and that any disputes in this regard shall be subject to arbitration as provided in this agreement.

5. Any arbitration shall be governed by the American Arbitration Association Commercial Arbitration Rules ("AAA Rules"), except as follows:

    a. The arbitration shall be heard by one arbitrator selected in accordance with the AAA Rules. The Arbitrator shall be an attorney with experience in the law underlying the dispute.

    b. If the parties cannot otherwise agree on a location for the arbitration, the arbitration shall take place within 45 miles of CONTRACTOR's residence as of the effective date of this Agreement.

    c. Unless applicable law provides otherwise, in the event that DOORDASH and CONTRACTOR have agreed to this Mutual Arbitration Provision, DOORDASH and CONTRACTOR shall equally share filing fees and other similar and usual administrative costs, as are common to both court and administrative proceedings. DOORDASH shall pay any costs uniquely associated with arbitration, such as payment of the costs of AAA and the Arbitrator, as well as room rental.

    d. The Arbitrator may issue orders (including subpoenas to third parties) allowing the parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes.

    e. Except as provided in the Arbitration Class Action Waiver, the Arbitrator may award all remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law, but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration. The Arbitrator shall apply the state or federal substantive law, or both, as is applicable.

    f. The Arbitrator may hear motions to dismiss and/or motions for summary judgment and will apply the standards of the Federal Rules of Civil Procedure governing such motions.

    g. The Arbitrator's decision or award shall be in writing with findings of fact and conclusions of law.

    h. The Arbitrator may issue orders to protect the confidentiality of proprietary information, trade secrets, or other sensitive information. Subject to the discretion of the Arbitrator or agreement of the parties, any person having a direct interest in the arbitration may attend the arbitration hearing. The Arbitrator may exclude any non-party from any part of the hearing.

    i. Either CONTRACTOR or DOORDASH may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration provided in this paragraph may be rendered ineffectual.

6. Nothing in this Mutual Arbitration Provision prevents you from making a report to or filing a claim or charge with the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs. Nothing in this Mutual Arbitration Provision prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Mutual Arbitration Provision.  This Mutual Arbitration Provision also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Mutual Arbitration Provision.  Nothing in this Mutual Arbitration Provision prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. DOORDASH will not retaliate against CONTRACTOR for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act. Disputes between the parties that may not be subject to predispute arbitration agreement, including as provided by an Act of Congress or lawful, enforceable Executive Order, are excluded from the coverage of this Mutual Arbitration Provision.

7. The AAA Rules may be found at www.adr.org or by searching for "AAA Commercial Arbitration Rules" using a service such as www.google.com or www.bing.com or by asking DOORDASH's General Counsel to provide a copy.

8. **CONTRACTOR's Right to Opt Out of Arbitration Provision.  Arbitration is not a mandatory condition of CONTRACTOR's contractual relationship with DOORDASH, and therefore CONTRACTOR may submit a statement notifying DOORDASH that CONTRACTOR wishes to opt out and not be subject to this MUTUAL ARBITRATION PROVISION.** In order to opt out, CONTRACTOR must notify DOORDASH in writing of CONTRACTOR's intention to opt out by sending a letter, by First Class Mail, to DoorDash, Inc., 901 Market Street, Suite 600, San Francisco, CA, 94131. Any attempt to opt out by email will be ineffective. The letter must state CONTRACTOR's intention to opt out. In order to be effective, CONTRACTOR's opt out letter must be postmarked within 30 days of the effective date of this Agreement. The letter must be signed by CONTRACTOR himself/herself, and not by any agent or representative of CONTRACTOR. The letter may opt out, at most, only one CONTRACTOR, and letters that purport to opt out multiple CONTRACTORS will not be effective as to any. No CONTRACTOR (or his or her agent or representative) may effectuate an opt out on behalf of other CONTRACTORS. If CONTRACTOR opts out as provided in this paragraph, CONTRACTOR will not be subject to any adverse action from DOORDASH as a consequence of that decision and he/she may pursue available legal remedies without regard to this Mutual Arbitration Provision. If CONTRACTOR does not opt out within 30 days of the effective date of this Agreement, CONTRACTOR and DOORDASH shall be deemed to have agreed to this Mutual Arbitration Provision. CONTRACTOR has the right to consult with counsel of CONTRACTOR's choice concerning this Mutual Arbitration Provision (or any other provision of this Agreement.

9. This Mutual Arbitration Provision is the full and complete agreement relating to the formal resolution of disputes covered by this Mutual Arbitration Provision. In the event any portion of this Mutual Arbitration Provision is deemed unenforceable, the remainder of this Mutual Arbitration Provision will be enforceable. The award issued by the Arbitrator may be entered in any court of competent jurisdiction.

# XII. LITIGATION CLASS ACTION WAIVER

1. To the extent allowed by applicable law, separate and apart from the Mutual Arbitration Provision found in Section XI, CONTRACTOR agrees that any proceeding to litigate in court any dispute arising out of or relating to this Agreement, whether because CONTRACTOR opted out of the Arbitration Provision or any other reason, will be conducted solely on an individual basis, and CONTRACTOR agrees not to seek to have any controversy, claim or dispute heard as a class action, a representative action, a collective action, a private attorney-general action, or in any proceeding in which CONTRACTOR acts or proposes to act in a representative capacity ("Litigation Class Action Waiver"). CONTRACTOR further agrees that no proceeding will be joined, consolidated, or combined with another proceeding, without the prior written consent of all parties to any such proceeding. If a court of competent jurisdiction determines that all or part of this Litigation Class Action Waiver is unenforceable, unconscionable, void or voidable, the remainder of this Agreement shall remain in full force and effect.

## XIII. TERMINATION OF AGREEMENT

1. CONTRACTOR may terminate this Agreement upon seven (7) days written notice. DOORDASH may terminate this Agreement and deactivate CONTRACTOR'S Dasher account only for the reasons set forth in the DOORDASH Deactivation Policy (http://www.doordash.com/deactivationpolicy), or for a material breach of this Agreement. Notwithstanding any other provision in this Agreement, DoorDash reserves the right to modify the Deactivation Policy if, in DoorDash's good faith and reasonable discretion, it is necessary to do so for the safe and/or effective operation of the DoorDash platform. DOORDASH shall provide notice of any such changes to CONTRACTOR via e-mail. Changes to the Deactivation Policy shall be effective and binding on the parties upon CONTRACTOR's continued use of the DOORDASH platform following DOORDASH's e-mail notice of such modifications. Nothing will prevent CONTRACTOR from attempting to negotiate an exemption from any modification to the Deactivation Policy.
2. CONTRACTOR's and DOORDASH's obligations and rights arising under the Mutual Arbitration Provision of this Agreement shall survive termination of this Agreement. Notwithstanding any other provision in this Agreement, the Deactivation Policy is subject to change; such changes shall be effective and binding on the parties upon DOORDASH'S provision of notice to CONTRACTOR via e-mail.

## XIV. ENTIRE AGREEMENT, TRANSFERABILITY, AND WAIVER

1. This Agreement shall constitute the entire agreement and understanding between the parties with respect to the subject matter of this Agreement and shall not be modified, altered, changed or amended in any respect, unless in writing and signed by both parties. Before accepting any modifications, alterations, changes or amendments, CONTRACTOR shall have the right to discuss any proposed changes with DOORDASH and consider whether to continue his/her contractual relationship with DOORDASH. This Agreement supersedes any prior contract between the parties. To the extent DOORDASH's consumer facing Terms and Conditions Agreement (or updated consumer facing Terms and Conditions Agreement, if applicable) is inconsistent or conflicts with this Agreement, this Agreement controls. However, the decision to opt-out of the Mutual Arbitration Provision in this Agreement does not affect the enforceability of any arbitration agreement in the consumer facing Terms and Conditions Agreement to which Contractor may be bound (and vice versa). This Agreement may not be assigned by either party without written consent of the other and shall be binding upon the parties hereto, including their heirs and successors, provided, however, that DOORDASH may assign its rights and obligations under this Agreement to an affiliate of DOORDASH or any successor(s) to its business and/or purchaser of substantially all of its stock or assets. References in this Agreement to DOORDASH shall be deemed to include such successor(s).
2. The failure of DOORDASH or CONTRACTOR in any instance to insist upon a strict performance of the terms of this Agreement or to exercise any option herein, shall not be construed as a waiver or relinquishment of such term or option and such term or option shall continue in full force and effect.

## XV. MISCELLANEOUS

1. CAPTIONS: Captions appearing in this Agreement are for convenience only and do not in any way limit, amplify, modify, or otherwise affect the terms and provisions of this Agreement.

2. SEVERABILITY Clause: Except as specifically provided in Section XI, if any part of this Agreement is declared unlawful or unenforceable, the remainder of this Agreement shall remain in full force and effect.

3. GOVERNING LAW: Except for the Mutual Arbitration Provision above, which is governed by the Federal Arbitration Act, the choice of law for interpretation of this Agreement, and the right of the parties hereunder, as well as substantive interpretation of claims asserted pursuant to Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4. NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at https://www.doordash.com/help/ (https://www.doordash.com/help/) of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contractor's Services), or if the relationship of the parties differs from the terms contemplated in Section IV (Relationship of Parties).

5. PRIVACY POLICY: CONTRACTOR represents and warrants that he or she has reviewed and understands DOORDASH'S Dasher Privacy Statement, which can be found here (http://www.doordash.com/dasherprivacypolicy). By using the Dasher Services, you consent to all actions taken by DOORDASH with respect to your information in accordance with the Dasher Privacy Statement.

/s/Cody Aughney

Cody Aughney, authorized representative for DoorDash, Inc.

About (/about/) • Blog (http://blog.doordash.com) • Careers (/careers/) • Terms (/terms/) • Privacy (/privacy/) • Accessibility (/accessibility/) • Delivery Locations (/food-delivery/) • Help & Support (/support/) • Become a Merchant (/merchant/apply/) • Become a Dasher (/driver/apply/)

 (http://twitter.com/doordash)  (http://facebook.com/doordash)  (http://instagram.com/doordash)

© 2017 DoorDash

# EXHIBIT D

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Justin C. Griffin - SBN 234675
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
TELEPHONE NO.: 213-443-3000   FAX NO.: 213-443-3100
ATTORNEY FOR *(Name):* Christine Boyd, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Civic Center Courthouse

CASE NAME:
Christine Boyd, et al. v. Doordash, Inc.

FOR COURT USE ONLY:
ENDORSED
FILED
San Francisco County Superior Court
NOV 19 2019
CLERK OF THE COURT
BY: ROSSALY DE LA VEGA
Deputy Clerk

CASE NUMBER: CPF-19-516930

| CIVIL CASE COVER SHEET | Complex Case Designation |
|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |

JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[✓] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [ ] monetary b. [✓] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 19, 2019
Justin C. Griffin
_____ (TYPE OR PRINT NAME)          _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.**  If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1.  This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet.  In item 1, you must check **one** box for the case type that best describes the case.  If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below.  A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.**  A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit.  A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment.  The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading.  A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.**  In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
  domain, landlord/tenant, or
  foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

# EXHIBIT E

**NOTICE OF CONFIDENTIALITY**

# EXHIBIT F

Justin Griffin (Bar No. 234675)
 justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213-443-3100

Travis Lenkner (*pro hac vice forthcoming*)
 tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice forthcoming*)
 wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CHRISTINE BOYD, et al., | Case No. CPF-19-516930 |
| *Petitioners,* | **MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| vs. | |
| DOORDASH, INC., | |
| *Respondent.* | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 21, 2019, at 11:00 in Department 302 of the above-entitled Court located at 400 McAllister St, San Francisco, CA 94102. Petitioners will, and hereby do, apply *ex parte* to the Court, under California Code of Civil Procedure § 527 and California Rules of Court 3.1200 *et seq.*, for a temporary restraining order enjoining Respondent DoorDash, Inc. ("DoorDash") and its counsel from sending revised arbitration agreements directly to Petitioners in an attempt to alter or eliminate the rights Petitioners are pursuing in this action and in circumvention of Petitioners' counsel, and an order to show cause why the Court should not enter a preliminary injunction ordering the same.

Petitioners have been pursuing misclassification claims against DoorDash for months. Each Petitioner and DoorDash entered into an arbitration agreement requiring that such claims be brought in individual arbitration administered by the American Arbitration Association ("AAA"). Pursuant to that agreement, Petitioners filed demands for individual arbitration before AAA. After AAA issued administrative determinations that DoorDash disliked, DoorDash refused to proceed with those arbitrations, thereby breaching its agreement with Petitioners. Knowing that Petitioners would petition to compel arbitration and seek specific performance under the AAA agreement, DoorDash's counsel developed a plan to send revised arbitration agreements directly to Petitioners—intentionally circumventing Petitioners' counsel—that purport to release Petitioners' breach-of-contract claims and impose an inferior procedure for pursuing arbitration. In so doing, DoorDash's inside and outside counsel have violated California Rule of Professional Conduct 4.2, and DoorDash has violated the covenant of good faith and fair dealing that accompanies its agreement to arbitrate with Petitioners. Because DoorDash and its counsel are using the DoorDash app to force Petitioners to accept the new agreement, on pain of no longer being able to work for DoorDash, more Petitioners are being coerced each day into singing a legal agreement that purports to prejudice their rights in this action. To prevent further harm, this Court should enjoin DoorDash from continuing to force Petitioners and other Dashers represented by Petitioners' counsel to sign the new agreements.

1    Petitioners gave notice of this *ex parte* application to DoorDash's counsel before 10:00 a.m.

2  on November 20, 2019.  DoorDash is represented by Joshua Lipshutz and Michael Holecek of

3  Gibson, Dunn, & Crutcher.    Mr. Lipshutz's address is 1050 Connecticut Avenue, N.W.,

4  Washington, DC 20036-5306, his phone number is 202.955.8217, and his email address is

5  jlipshutz@gibsondunn.com.  Mr. Holecek's address is 333 South Grand Avenue, Los Angeles, CA

6  90071-3197,    his    phone    number    is    213.229.7018,    and    his    email    address    is

7  mholecek@gibsondunn.com.  DoorDash's counsel responded to Petitioners' notice and indicated

8  that they represented DoorDash in this matter, but did not indicate whether they opposed this

9  application. This motion is based on this notice of motion, the attached memorandum of points and

10  authorities, the declarations of Ashley Keller, Christine Boyd, and Justin Griffin, all records on file

11  with this Court, and such other and further oral and written arguments as may be presented at, or

12  prior to, the hearing on this matter.

13        Dated: November 19, 2019          Respectfully submitted,

15

16        Justin Griffin (#234675)
            justingriffin@quinnemanuel.com
17        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          865 S. Figueroa St., 10th Floor
18        Los Angeles, California 90017
          213-443-3100

19        Andrew Schapiro (*pro hac vice forthcoming*)
            andrewschapiro@quinnemanuel.com
20        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          191 N. Upper Wacker Dr., Suite 2700
21        Chicago, IL 60606
          (312) 705-7472
22
23        Travis Lenkner (*pro hac vice pending*)
            tdl@kellerlenkner.com
24        KELLER LENKNER LLC
          150 N. Riverside Plaza, Suite 4270
25        Chicago, Illinois 60606
          (312) 741-5220
26
27        Warren Postman (*pro hac vice pending*)
            wdp@kellerlenkner.com
28        KELLER LENKNER LLC

1

1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
2
(202) 749-8334

3
*Attorneys for Petitioners*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ................................................................1

II.   BACKGROUND ................................................................2

    A.   Each Petitioner and DoorDash Agreed to Arbitrate Petitioners' Misclassification Claims Individually Before AAA. ...............................2

    B.   DoorDash Delays, and Then Derails Petitioners' AAA Arbitrations. .....................3

    C.   DoorDash Sends a New Arbitration Agreement Directly to Petitioners That Purports to Change the Terms of Arbitration. ...................................4

III.  ARGUMENT ................................................................7

    A.   Petitioners Are Likely to Prevail on the Merits. ...........................................7

        1.   Requiring Petitioners to Sign a New Agreement Prejudicing Their Claims in This Action Is a Grave Violation of the Rules of Professional Conduct. ...............................................7

        2.   Petitioners Are Likely to Demonstrate in Arbitration That DoorDash's Attempt to Change the Arbitration Agreement is Unlawful. ...............................................11

            (a)   DoorDash's Attempt to Force Petitioners to Give Up Their Dispute-Resolution Rights After They Invoked Them Violates the Covenant of Good Faith and Fair Dealing. ...............11

            (b)   DoorDash's Attempt to Deprive Petitioners of Their Right to AAA Arbitration Because They Filed Claims Under the Labor Code Constitutes Unlawful Retaliation. ...............13

    B.   Petitioners Will Be Irreparably Injured Absent a TRO. ........................................14

    C.   DoorDash Will Suffer No Injury from a Short Delay. ...........................................15

IV.   CONCLUSION ................................................................15

1

## <u>**TABLE OF AUTHORITIES**</u>

2

<u>**Page**</u>

3

### <u>**Cases**</u>

4

*Abernathy v. DoorDash, Inc.*,
5
 19-cv-07545 (N.D. Cal) .................................................................. 1

6
*Camp v. Alexander*,
 300 F.R.D. 617 (N.D. Cal. 2014) ................................................ 10

7
*Church of Christ in Hollywood v. Superior Court*,
 99 Cal. App. 4th 1244 (2002) ...................................................... 7

8
*Cobell v. Norton*,
 212 F.R.D. 14 (D.D.C. 2002) ................................................ 9, 10
9

*In re Yahoo! Inc. Customer Data Sec. Breach Litig.*,
10
 No. 16-MD-02752-LHK, 2017 WL 3727318 (N.D. Cal. 2017) .......................... 11

11
*Magana v. DoorDash, Inc.*,
 343 F. Supp. 891 (N.D. Cal. 2018) ........................................... 2, 6

12
*Mohamed v. Uber Technologies, Inc., et al.*,
 9th Cir., Case No. 15-16178, Mot. Stay, ECF No. 14 .......................... 9

13
*Moua v. Optum Servs., Inc.*,
 320 F. Supp. 3d 1109 (C.D. Cal. 2018) ...................................... 13
14

*O'Connor v. Uber Technologies, Inc.*,
15
 2013 WL 6407583 (N.D. Cal. Dec. 6, 2013) .................................. 9

16
*O'Connor v. Uber Technologies, Inc.*,
 N.D. Cal., Case No. 14-16078, Reply, ECF No. 38 .......................... 9

17
*Peleg v. Neiman Marcus Group, Inc.*,
 140 Cal. Rptr. 3d 38 (Cal. App. 2012) .................................. 12, 13

18
*Peng v. First Republic Bank*,
 219 Cal. App. 4th 1462 (Cal. App. 2013), *as modified* (Oct. 2, 2013) .................. 13
19

*Rowsell v. American Express Bank, FSB*,
20
 2018 WL 4710092 (Cal. App. 2018) ........................................ 13

21
*Salgado v. Carrows Restaurants, Inc.*,
 33 Cal. App. 5th 356 (2019) .............................................. 13

22
*San Francisco Unified Sch. Dist. ex rel. Contreras v. First Student, Inc.*,
 213 Cal. App. 4th 1212 (2013) ............................................ 8

23
*Serpa v. California Sur. Investigations, Inc.*,
 215 Cal. App. 4th 695 (2013) ......................................... 11, 13
24

*Wright v. Adventures Rolling Cross Country, Inc.*,
 No. 12-0982-EMC, 2012 WL 2239797 (N.D. Cal. June 15, 2012) .................... 10
25

26

### <u>**Statutes**</u>

27
Labor Code § 98.6(a) ......................................................... 13

Labor Code § 98.6(b)(1) ...................................................... 13
28

1

**<u>Other Authorities</u>**

2

ABA Formal Op. 11-461 ................................................................................................ 8

3

CPR Launches New Mass Claims Protocol and Procedure (Nov. 6, 2019) ................................. 5

4

**<u>Federal Cases</u>**

5

California Rule of Professional Conduct 4.2(a) ......................................................... 7

California Rule of Professional Conduct 8.4 .............................................................. 7

6

California Code of Civil Procedure § 527 .................................................................. 11

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

For years, DoorDash, Inc. has required its couriers to sign an agreement providing that disputes be brought in individual arbitration administered by the American Arbitration Association.  The contract expressly incorporates AAA rules, which in turn authorize AAA to make administrative rulings.  Petitioners are DoorDash couriers ("Dashers") who have been pursuing misclassification claims against DoorDash since at least August 2019.[1]  Each Petitioner signed the arbitration agreement, and each Petitioner filed a demand for individual arbitration before AAA. But when DoorDash disliked AAA's administrative determinations, its counsel drafted and DoorDash sent a legal agreement directly to Petitioners, without the involvement of Petitioners' counsel, that purports to eliminate Petitioners' rights to arbitrate before AAA.

Petitioners' counsel learned of this conduct last week, but it is now clear that the new agreement was part of a strategy masterminded by DoorDash's in-house and outside counsel. While DoorDash stonewalled AAA, its lawyers collaborated with an alternative forum to write new rules that make it far harder for Petitioners to pursue their claims.  Under those rules, defendants can force almost all claimants to wait while a tiny fraction of claims are arbitrated. Even after this so-called "bellwether" process, claimants have no assurance that they will ever receive arbitration of their disputes.

DoorDash's attorneys moved quickly to force their new rules on Petitioners.  On November 8, 2019, AAA administratively closed Petitioners' files so Petitioners could seek judicial relief through a motion to compel arbitration.  The very next day—a Saturday—DoorDash attorneys directed their client to start requiring Petitioners to sign a new agreement as a condition of continuing to work for DoorDash.  The new agreement purports to eliminate Petitioners' right to proceed with claims before AAA—the very right Petitioners have been pursuing for months and

---

[1]  Petitioners do not bring any federal claims.  Different DoorDash drivers represented by Petitioners' counsel who did bring federal claims in arbitration are pursuing remedies against DoorDash in federal court.  *See Abernathy v. DoorDash, Inc.*, 19-cv-07545 (N.D. Cal).  The *Abernathy* court set a hearing on the drivers' TRO motion for Monday, November 25.

MOTION FOR A TEMPORARY RESTRAINING ORDER
CASE NO. CPF-19-516930

seek to vindicate in this action—and replace that right with the inferior, tailor-made-for-DoorDash arbitration process. Although DoorDash's lawyers knew that Petitioners were represented by counsel, they <u>circumvented Petitioners' counsel</u> when issuing the agreement; DoorDash sent it to Petitioners directly and required them to sign it or lose their ability to work for DoorDash.

Because some Petitioners have not worked for DoorDash since November 9, they have not yet been forced to sign the new agreement. But with every day that goes by, additional Petitioners will log on to the DoorDash app, and DoorDash will tell them that to continue earning a living, they must sign an agreement that purports to release their rights in this action.

The actions of DoorDash and its attorneys violate California Rule of Professional Conduct 4.2. They are a breach of the covenant of good faith and fair dealing that accompanies all contracts. And they constitute unlawful retaliation. This Court should enjoin DoorDash's counsel's unlawful communications with represented parties. The Court should freeze the status quo and order DoorDash and its counsel to stop forcing Petitioners to sign new agreements pending a decision on the permissibility of DoorDash's conduct by an arbitrator. At a bare minimum, the Court should issue a temporary injunction prohibiting DoorDash and its counsel from forcing Petitioners to sign new agreements until this Court decides Petitioners' pending Motion to Compel Arbitration.

## II.   BACKGROUND[2]

### A.   Each Petitioner and DoorDash Agreed to Arbitrate Petitioners' Misclassification Claims Individually Before AAA.

Since at least 2014, DoorDash has required Dashers to sign a contract containing a "Mutual Arbitration Provision" before making any delivery for the company. *See Magana v. DoorDash, Inc.*, 343 F. Supp. 891, 895 (N.D. Cal. 2018). Although DoorDash has revised its contract over the years, it has left the arbitration clause almost entirely untouched. *Compare* Keller Decl., Ex. B (DoorDash's 2019 AAA Agreement) *with id.*, Ex. C (DoorDash's 2016 AAA Agreement). The arbitration clause expressly covers claims arising out of a Dasher's "classification as an

---

[2] Petitioners' Motion to Compel Arbitration contains additional details of Petitioners' attempts to arbitrate their claims and DoorDash's refusal to do so.

independent contractor," *id.*, Ex. B § XI.1, and it requires individual arbitration, *see id.* § XI.3 (providing that the parties "waive their right to have any dispute or claim brought, heard or arbitrated as, or to participate in, a class action, collective action and/or representative action").  It also provides that a Dasher may "apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration provided in this paragraph may be rendered ineffectual."  Id. § XI.5.i.  Each Petitioner signed the DoorDash contract, agreeing to the Mutual Arbitration Provision.  Keller Decl. ¶ 4.

The arbitration clause provides that each Petitioner's arbitration "shall be governed by the [AAA's] Commercial Arbitration Rules."  *Id.*, Ex. B § XI.5.  Those rules state that "[w]hen parties agree to arbitrate under [the Commercial Rules] . . . they thereby authorize the AAA to administer the arbitration."  Commercial Rule 2.[3]  The rules allow AAA to "require the parties to deposit in advance of any hearings such sums of money as it deems necessary to cover the expense of the arbitration, including the arbitrator's fee."  Commercial Rule 56.

### B.    DoorDash Delays, and Then Derails Petitioners' AAA Arbitrations.

On September 27, 2019, Petitioners' counsel filed individual demands for arbitration before AAA on behalf of each Petitioner.  AAA determined that each demand met AAA's filing requirements, and it imposed a deadline of October 24, 2019 for DoorDash to pay the filing fees necessary for AAA to empanel an arbitrator for each Petitioner's action.  *See* Keller Decl. ¶ 6; Commercial Rule 56; AAA Employment Fee Schedule at 2.  AAA had recently determined, in conjunction with prior demands filed by counsel for Petitioners, that because each claimant filed an individual demand—as required by DoorDash's arbitration agreement—DoorDash was obligated to pay a filing fee for each claimant.  Keller Decl., Ex. J.  DoorDash had objected, arguing that it was unreasonable for AAA to require a separate fee for each individual arbitration; that AAA should have forced the claimants to stage their arbitrations; and that AAA should have collected a filing fee only for those arbitrations that would proceed immediately.  *Id.*, Ex. I.   But AAA overruled those objections, recognizing that once a claimant meets his or her filing

---

[3] *Available at* https://www.adr.org/sites/default/files/CommercialRules_Web_FINAL_1.pdf.

requirements for individual arbitration, the Commercial Rules do not permit the respondent to delay commencement of arbitration.  Keller Decl., Ex. J.  Further, the applicable fee schedule requires DoorDash to submit a separate fee for each arbitration.  *Id.*, Ex. I.

After stalling AAA's administrative process as long as possible, DoorDash refused to proceed with arbitration.  DoorDash told AAA that it would not pay the fees it owed because it had identified "significant deficiencies with claimants' filings."  *Id.*, Ex. G.  DoorDash did not describe any of the purported "deficiencies."  *See id.*  Nor did it identify a single Petitioner whom it could not locate in its records.  *See id.*  With DoorDash unwilling to proceed with Petitioners' arbitrations, AAA emailed DoorDash and Petitioners' counsel on November 8, 2019, confirmed that DoorDash had not paid the fees necessary to empanel arbitrators, and stated that it had "administratively closed [Petitioners'] files."  *Id.*, Ex. H.  Only later did it become clear that DoorDash ***never*** intended to abide by the agreement it forced Petitioners to sign.

## C.   DoorDash Sends a New Arbitration Agreement Directly to Petitioners That Purports to Change the Terms of Arbitration.

While DoorDash's attorneys were stalling AAA's payment deadlines, it appears they also were executing a plan for DoorDash to avoid complying with the terms of its own arbitration agreement.  Counsel and DoorDash implemented that plan on Saturday, November 9—the day after AAA administratively closed Petitioners' files.  As DoorDash's outside counsel later admitted, *Id.*, Ex. L, DoorDash began imposing a new arbitration agreement on its couriers who reported for work by logging into the DoorDash app.  The new agreement purports to "supersede[] any prior contract between the parties."  *Id.*, Ex. M § XIV.  Based on the admission of DoorDash's counsel, it appears that every DoorDash courier, including Petitioners, must sign the new agreement in order to make deliveries for DoorDash.  *See Id.*, Ex. L.  Some Petitioners already received the new agreement, while Petitioners who have not attempted to make a DoorDash delivery since November 9th have not.  *Id.* ¶ 19.

The new agreement grants DoorDash the administrative relief that AAA has already denied.  Like the AAA agreement Petitioners invoked to arbitrate their claims, the new agreement requires both Petitioners and DoorDash to waive their right to resolve disputes through "a class

action, collective action and/or representative action."   Keller Decl., Ex. M XI.3.   But the arbitration procedures imposed by the new agreement are anything but individual.

The agreement provides for arbitration governed by the "Administered Arbitration Rules" of the International Institute for Conflict Prevention & Resolution ("CPR").   *Id.* § XI.5.   The agreement further provides that "when applicable," arbitrations shall be governed by the CPR's "Employment-Related Mass-Claims Protocol," which was announced <u>three days</u> before DoorDash incorporated it into the new agreement.[4]   That Protocol, in turn, would force most Petitioners covered by the agreement to delay their arbitration demands for years.   The protocol purportedly applies when, as happened here, "greater than 30 individual employment-related arbitration claims of a nearly identical nature are . . . filed . . . against the same Respondent(s) in close proximity one to another."   *Id.*, Ex. N at 2.   In such a case, the CPR will randomly select ten "test" arbitrations to proceed, while the remaining claimants' arbitrations are indefinitely stayed.   *Id.*   at 2-4.   After those ten test arbitrations are completed, purportedly within 120 days, the parties—including claimants who have not yet begun arbitration—<u>must</u> mediate their claims for an additional 90 days. *See id.* at 4.   Only then, nearly a year after filing their demands for individual arbitration, may claimants potentially proceed with their individual arbitrations if the mediation is unsuccessful. *See id.* at 4.   Those arbitrations "shall proceed in a sequence determined by CPR, which sequence shall in part turn on the timing of these notifications and on any other factors necessary for the efficient and orderly arbitration of the remaining claims."   *Id.* at 4.   CPR lists only 60 arbitrators as part of its employment panel.   *Id.*, Ex. O.   Thus, if <u>every</u> arbitrator was able to decide 10 of Petitioners' arbitrations per year in addition to their normal case load, hundreds of claimants would not have a right to begin arbitration until four years from now.

Put simply, the new arbitration agreement purports to eliminate the legal right to proceed with arbitration before AAA, which Petitioners invoked months ago and seek to enforce in this action, and to replace it with an inferior process.   Under DoorDash's long-standing AAA

---

[4] *See* CPR Launches New Mass Claims Protocol and Procedure (Nov. 6, 2019), https://www.cpradr.org/news-publications/press-releases/2019-11-06-cpr-launches-new-mass-claims-protocol-and-procedure.

arbitration agreement, which DoorDash has repeatedly used to force Dashers to arbitrate misclassification claims, *see Magana*, 343 F. Supp. 3d at 891, each Petitioner has the right to pursue individual arbitration promptly.  The new agreement purports to force Petitioners into a collective proceeding.  Of the 3,997 Petitioners, only <u>ten</u> could even begin arbitration in the next 220 days.  Moreover, the new agreement purports to release DoorDash from the consequences of breaching its AAA arbitration agreement—*i.e.*, to release the very claims being litigated in the motion to compel—by "superseding" that agreement.

DoorDash's counsel did not notify Petitioners' counsel that it was sending Petitioners the new agreement, despite exchanging several emails and participating in a phone call with Petitioners' counsel in the week before DoorDash issued the new agreement.  Keller Decl. ¶ 18.  DoorDash did not provide Petitioners' counsel the opportunity to discuss the new agreement with Petitioners, despite knowing that Petitioners were planning to compel arbitration under the very agreement DoorDash's new agreement purports to supersede.  *Id.*  And when Petitioners' counsel raised the issue with one of DoorDash's outside counsel, Joshua S. Lipshutz, he claimed that the new agreement was issued to Petitioners "in the ordinary course of business" and that "none of the changes to the IC Agreement are about the subject of [Petitioners' counsel's] representation" of Petitioners.  *Id.*, Ex. L.

Unsurprisingly, Petitioners and other Dashers represented by Petitioners' counsel are confused and concerned about the new agreement.  As illustrated by the declaration of Petitioner Christine Boyd, DoorDash is forcing the new agreement on Dashers in a way that leaves them no actual choice, let alone an informed choice, regarding whether to agree to it.  DoorDash confronted Ms. Boyd with the new agreement when she signed into work on or around November 11, 2019:

> [B]efore I could begin making deliveries, DoorDash presented me with its new terms and agreement.  It would not let me proceed until I accepted its terms. I thought that the new agreement was merely an update to the app.  I did not realize that this agreement contained new provisions that could affect my ongoing case against DoorDash.  The App does not give drivers a lot of time to sign on.  That day, I had put myself on pause.  When I went back to the App, I only had about five to ten minutes to sign in.  If I did not do it within that time period, I would be kicked off the App for the day, and I would not have been able to make any deliveries. Because of the timing pressure, I did not have a lot of time to look at the agreement. The update caught me at a time where, if I did not sign quickly, I would lose the

hours that I signed up to work. I do not recall receiving any other information about this new agreement ahead of the time that I was scheduled to work, which would have allowed me to read the agreement more thoroughly.

Boyd. Decl. ¶¶ 8-10.

## III. ARGUMENT

California courts consider "two interrelated factors" in deciding whether or not to issue a temporary restraining order: (1) the likelihood that the plaintiff or petitioner will prevail on the merits and (2) the interim harm that the petitioners are likely to sustain if the restraining order were denied as compared to the harm the defendant is likely to suffer if the order were issues. *Church of Christ in Hollywood v. Superior Court*, 99 Cal. App. 4th 1244, 1257 (2002). These two showings operate on a sliding scale: a greater likelihood of success on the merits requires a lesser showing of harm to petitioners. *Id*.

### A. Petitioners Are Likely to Prevail on the Merits.

#### 1. Requiring Petitioners to Sign a New Agreement Prejudicing Their Claims in This Action Is a Grave Violation of the Rules of Professional Conduct.

By orchestrating a new agreement that purports to materially alter Petitioners' arbitration rights, counsel for DoorDash violated ethical rules that prohibit them from communicating with represented parties. That counsel used their client as a conduit is irrelevant; the ethical rules do not permit violations of professional conduct by proxy.

California Rule of Professional Conduct 4.2(a) forbids any attorney to "communicate directly or indirectly about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter." Moreover, under Rule 8.4, "[i]t is professional misconduct for a lawyer to . . . violate these rules or the State Bar Act, knowingly assist, solicit, or induce another to do so, or do so through the acts of another" (emphasis added). Because these rules prohibit an attorney from "indirectly" communicating with a represented party—including by using their client as a conduit—an attorney is prohibited from "drafting documents, correspondence, or other written materials" that will be delivered to a represented party. *San Francisco Unified Sch. Dist. ex rel. Contreras v. First Student, Inc.*, 213 Cal. App. 4th 1212, 1235

1   (2013). A classic example of "overreaching" under this rule is the attorney "assisting the client in

2   securing from the represented person an enforceable obligation . . . without the opportunity to seek

3   the advice of counsel." ABA Formal Op. 11-461. That is exactly the case here.

4          The material provisions of the arbitration agreement have not changed for years, including

5   designating AAA as the arbitral forum. *Compare* Keller Decl., Ex. C § XI (2016 agreement), *with*

6   *id.*, Ex. B § XI (2019 agreement). After Petitioners and other similarly situated Dashers filed

7   arbitration demands under these provisions, DoorDash's counsel raised an array of objections,

8   including that the AAA's filing fees were unreasonable, that DoorDash wanted most of the

9   arbitrations to be delayed indefinitely while only a few proceeded, and that the arbitration demands

10  were deficient. *See id.*, Ex. I. AAA overruled those objections. *See id.*, Ex. J. But DoorDash was

11  determined to get what it wanted, notwithstanding its contractual obligation to abide by AAA

12  administrative determinations. So it wrote its objectives into a new arbitration clause and the day

13  after AAA closed Petitioners' demands due to DoorDash's failure to pay the fees, *see id.*, Ex. H,

14  DoorDash issued the materially altered arbitration provisions directly to Petitioners, *see id.*, Ex. L.

15         The new agreement shifts arbitration administration from AAA to the CPR and further

16  incorporates by reference the CPR's "Employment-Related Mass Claims Protocol." *See Id.*, Ex. M

17  § XI., Ex. N. That protocol, in turn, would require that all but ten Petitioners' arbitrations be stayed

18  indefinitely. *See id.* CPR publicly announced the protocol on November 6, 2019. DoorDash

19  began sending its new agreement to Dashers just three days later. That timing, combined with the

20  protocol's content, suggest that DoorDash's counsel was at least aware of the protocol before it

21  was public, if not an active participant in its drafting.

22         Similarly concerning, DoorDash's counsel arranged to roll out the new agreement on a

23  Saturday, the day after AAA administratively closed Petitioners' files. In this context—when

24  DoorDash changed its arbitral forum for the first time in years, to rules that it prefers given that it

25  faces thousands of demands for individual arbitration, on the day after AAA administratively

26  closed thousands of individual demand files because DoorDash refused to pay the required filing

27  fees—it is implausible in the extreme to suggest that the legal strategy regarding how to alter

28

DoorDash's arbitration process was conceived and executed by a non-lawyer.  Given those facts, Petitioners easily carry their burden to demonstrate a likely violation of Rule 4.2(a).  Petitioners are confident that discovery will show that the strategy behind altering DoorDash's arbitration agreement—including sending the new agreement directly to represented parties—originated with, and was masterminded by, DoorDash's in-house and outside lawyers.

Indeed, when Petitioners' counsel reminded DoorDash's counsel of their ethical duties under Rule 4.2(a), *see id.*, Ex. K, DoorDash's outside counsel did not deny that he or his colleagues orchestrated the legal strategy embodied in the new agreements.  Rather, he claimed that such involvement was permitted because it was "in the ordinary course" and supposedly did not relate to a matter in which Petitioners were represented by counsel.  *Id.*, Ex. L.  That argument blinks reality and was rejected in a case where the very same outside counsel represented a defendant who was sanctioned for the very same misconduct.  In *O'Connor v. Uber Technologies, Inc.*, Uber initiated a similar rollout to all its drivers of an updated contractor agreement that purported to change the arbitration forum and impose an onerous opt-out provision.  2013 WL 6407583, at *4 (N.D. Cal. Dec. 6, 2013).  The court denied Uber's "business communication" argument, noting that there was "a distinct possibility that the arbitration provision and class waiver imposed by Uber was motivated at least in part by the pendency of class action lawsuits which preceded the new Licensing Agreement."  *Id.*[5]  Such cause for suspicion is self-evident here as well.

*O'Connor* fits in a long line of cases chastising, enjoining, and even sanctioning defendants for doing precisely what DoorDash has done here: Directly communicating with individuals it knows are participating in an ongoing action against it, to impair their ability to pursue that action.  That line is exemplified by *Cobell v. Norton*, 212 F.R.D. 14, 17 (D.D.C. 2002).  In *Cobell*, class plaintiffs moved for a preliminary injunction barring the defendant from sending "statements of

---

[5] One of DoorDash's outside counsel, Joshua S. Lipshutz of Gibson, Dunn & Crutcher LLP, also represented Uber in *O'Connor*.  Although Mr. Lipshutz appears to have joined the matter after Uber was sanctioned for its improper communications, he signed multiple briefs that litigated the sanctions issue on appeal.  *O'Connor*, N.D. Cal., Case No. 14-16078, Reply, pp. 12-15, ECF No. 38; *id.*, Supplemental Brief, pp. 33-34, ECF No. 96; *Mohamed v. Uber Technologies, Inc., et al.*, 9th Cir., Case No. 15-16178, Mot. Stay, p. 5, n.6, ECF No. 14.

account" to class members that would effectively extinguish those class members' right to relief if they did not object to the statement within sixty days.  *Id*. at 17.  Given the statement's effect on the class members' right to relief, the court noted that it was "difficult . . . to imagine a form of communication that would relate more directly to the claims involved in this litigation."  *Id.*  The court thus granted the preliminary injunction, holding that it was "improper" to "send[] notices to individual class members that have the effect of extinguishing the rights of those class members without first seeking the approval of this Court."  *Id.* at 19.

The *Cobell* court further referred the defendant's counsel to the district court's disciplinary panel to determine whether counsel violated that court's version of Rule 4.2.  *Id.* at 20.  The defendant argued, that counsel did not violate the rule because the communications were made "in the ordinary course of business."  *Id.* at 22.  The court held, however, that the communications at issue were not ordinary because they "fundamentally alter[ed] the class members' ability to enjoy the benefits of any relief that the Court might order," and that they were "improper . . . communications 'about the subject matter of the representation.'"  *Id.*  The court barred the defendant from contacting class members about the litigation without court approval.  *Id.* at 24.

Numerous cases are in accord.  *See, e.g.*, *Camp v. Alexander*, 300 F.R.D. 617, 625–27 (N.D. Cal. 2014) (invalidating declarations obtained by the defendant from putative class members via a letter "discourag[ing] participation in the collective action"); *Wright v. Adventures Rolling Cross Country, Inc.*, No. 12-0982-EMC, 2012 WL 2239797, at *5 (N.D. Cal. June 15, 2012) (enjoining defendants from communicating with potential class members after the defendants emailed members threatening consequences if they participated in the suit).  These cases reflect the premise that courts have the authority to treat absent class members as represented parties who are participating, at least in some sense, in the ongoing action.  That in turn renders communication with absent class members subject to the ethical requirements of Rule 4.2 and its equivalents.  Here, each Petitioner has signed an individual engagement agreement retaining counsel, it follows *a fortiori* that this Court has inherent authority to prohibit counsel and DoorDash's improper communications to Petitioners.

### 2. Petitioners Are Likely to Demonstrate in Arbitration That DoorDash's Attempt to Change the Arbitration Agreement is Unlawful.

DoorDash's conduct in frustrating and delaying arbitration under the AAA agreement and then forcing Petitioners to agree to eliminate their right to arbitrate before AAA (1) violates the implied covenant of good faith and fair dealing and (2) constitutes unlawful retaliation against Petitioners for filing claims under the California Labor Code.  While these issues present disputes between the parties that are committed to an arbitrator, *see* Keller Decl., Ex. B § XI.3, the parties' arbitration agreement and California Code of Civil Procedure § 527 empower this Court to grant injunctive relief to preserve the status quo pending a resolution of these disputes by an arbitrator. *See* id. § XI.5.i.  When these legal issues ultimately are decided, Petitioners are likely to prevail.

#### (a) DoorDash's Attempt to Force Petitioners to Give Up Their Dispute-Resolution Rights After They Invoked Them Violates the Covenant of Good Faith and Fair Dealing.

The implied covenant of good faith and fair dealing underlies agreements to arbitrate just as it is part of all other contracts.  *Serpa v. California Sur. Investigations, Inc.*, 215 Cal. App. 4th 695, 706 (2013).  Establishing a breach of the covenant of good faith and fair dealing requires showing: (1) a contract; (2) the plaintiff fulfilled their obligations; (3) any conditions precedent to the defendant's performance occurred; (4) the defendant unfairly interfered with the plaintiff's rights to receive the benefits of the contract; and (5) the plaintiff was harmed by the defendant's conduct.  *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-MD-02752-LHK, 2017 WL 3727318, at *48 (N.D. Cal. 2017).  Each of those elements is satisfied here.

DoorDash and each Petitioner each entered into a contract that mutually obligated them to resolve any disputes through arbitration at AAA.  *See* Keller Decl., Ex. B § XI ("Mutual Arbitration Provision").  The Mutual Arbitration Provision laid out the procedures for the resolution of disputes—did so *before* those disputes arose—and required the parties to submit disputes for administration by AAA, which would collect fees and appoint an arbitrator to provide "a speedy and efficient method for resolving disputes."  *Id.* § XI.5.d.

As AAA determined in an administrative ruling that must be accepted as controlling here, Petitioners complied with their obligations under the agreement by filing individual arbitration

1   demands with the AAA and satisfying their filing-fee obligations. *See id.* ¶ 6. DoorDash unfairly

2   interfered with Petitioners' rights to receive the benefits of the contract by DoorDash refusing to

3   pay the required fees. *See id.*, Ex. I. Instead, DoorDash negotiated an extension of its filing-fee

4   deadline at AAA, *id.* Ex. E, while working in the background to undermine Petitioners' right to

5   have their claims heard before AAA. DoorDash's request for an extension "to provide DoorDash

6   sufficient time to identify any claimants and obtain the necessary approvals for large payments,"

7   *id.*, was nothing more than a stall tactic while it worked with another arbitration company—CPR—

8   to implement rules that DoorDash liked more. That became clear when, on a Saturday, one day

9   after AAA "administratively closed" Petitioners' files due to DoorDash's failure to pay the filing

10  fees necessary to commence their arbitrations, *id.*, Ex. H, DoorDash released a new arbitration

11  agreement to Petitioners and thousands of other drivers it knows are represented by Petitioners'

12  counsel that swapped out the AAA for CPR. *Id.*, Ex. L.

13         This attempted bait-and-switch is contrary to the very premise of the Mutual Arbitration

14  Provision, which binds DoorDash to comply with its procedures once they are invoked just as it

15  binds Petitioners. Indeed, a California court has specifically held that the covenant of good faith

16  and fair dealing prohibits a defendant from unilaterally modifying an arbitration agreement after a

17  party brings claims under that agreement. *See Peleg v. Neiman Marcus Group, Inc.*, 140 Cal. Rptr.

18  3d 38 (2012). In *Peleg*, plaintiffs challenged the enforceability of an arbitration agreement on the

19  ground that it allowed an employer to make unilateral modifications to an arbitration agreement

20  that would apply retroactively to claims that had already accrued. *Id*. at 43–44. The court held

21  that a defendants' ability to unilaterally modify an arbitration agreement is "impliedly restricted

22  by the covenant [of good faith and fair dealing] so that changes do not apply" to "claims, [already]

23  accrued or known." The *Peleg* court identified the exact issue that DoorDash's conduct presents

24  here: Were employers able to manipulate their arbitration agreements at will, "the employer could

25  amend the contract in anticipation of a specific claim, altering the arbitration process to the

26  employee's detriment and making it more likely the employer would prevail. The employer could

27  also terminate the arbitration contract altogether, opting for a judicial forum if that seemed

28

1  beneficial to the company."[6] *Id.* at 42; *see also Salgado v. Carrows Restaurants, Inc.*, 33 Cal.

2  App. 5th 356, 362–63 (2019) (suggesting that an arbitration agreement sent to a represented party

3  could be void and remanding to trial court for fact finding).

4       Nor can DoorDash argue that, because it requires each driver to hit "I Accept" on the dasher

5  app before the driver can begin making deliveries, its revised agreement is not the type of unilateral

6  modification at issue in *Peleg*.  The agreement is presented in a take-it-or-leave-it fashion, and

7  drivers do not have the ability to continue working while they consult an attorney.  Given that

8  drivers need to work and make a living, many accept the terms out of necessity, not informed

9  consent.  Further, on DoorDash's theory, DoorDash could repeat this same cycle the minute CPR

10  makes a ruling DoorDash dislikes—halting all proceedings and rolling out a new arbitration

11  agreement with a new arbitration forum.  That is the opposite of good faith.

12       (b)   <u>DoorDash's Attempt to Deprive Petitioners of Their Right to AAA</u>
<u>Arbitration Because They Filed Claims Under the Labor Code</u>

13  <u>Constitutes Unlawful Retaliation.</u>

14       DoorDash's conduct also constitutes unlawful retaliation under the California Labor Code.

15  Labor Code § 98.6(a) provides that "[a] person shall not discharge an employee or in any manner

16  discriminate, retaliate, or take any adverse action against any employee or applicant for

17  employment because the employee or applicant engaged in any conduct delineated in this chapter."

18  Labor Code § 98.6(b)(1) further provides that "[a]ny employee who is . . . subjected to an adverse

19  action . . . in the terms and conditions of his or her employment because the employee" filed claims

20  under the Labor Code "shall be entitled to reinstatement and reimbursement for lost wages and

21  work benefits caused by those acts of the employer."

22       Counsel is not aware of another defendant that has been so audacious as to strip an

23  employee's right to arbitrate in response to the employee's having filed an arbitration.  As a result,

24  there is no precedent that addresses the implications of such conduct under Labor Code § 98.6.

25

26  [6] Though the *Peleg* court's holding ultimately was based on Texas law, courts have relied on *Peleg*
to reach the same conclusion under California law.  *See Peng v. First Republic Bank*, 219 Cal.

27  App. 4th 1462, 1473–74 (2013); *Serpa*, 215 Cal. App. 4th at 706; *Moua v. Optum Servs., Inc.*, 320
F. Supp. 3d 1109, 1114 (C.D. Cal. 2018).

28

Nevertheless, DoorDash's actions were self-evidently an "adverse action[s]," and a change to the "terms and conditions" of employment that was taken as a direct result of Petitioners' filing claims under the Labor Code.  The right to proceed with arbitration promptly before AAA rather than being required to wait years to proceed with arbitration before CPR clearly is one of the important "terms and conditions" of Petitioners' employment with DoorDash.  By purporting to strip Petitioners of that right because Petitioners filed claims against DoorDash, DoorDash engaged in precisely the sort of conduct that is regulated by the anti-retaliation provision.

Moreover, DoorDash specifically intended its unlawful retaliation to ensure that "the arbitration provided in [the Mutual Arbitration Provision will] be rendered ineffectual."  Keller Decl. Ex. B, § XI.5.i.  Accordingly, under the plain terms of Labor Code § 98.6 and the Mutual Arbitration Provision, Petitioners are entitled to a preliminary injunction to preserve their rights to AAA arbitration while they pursue a permanent remedies, *see* § 98.6(b)(3), in arbitration.

### B.   Petitioners Will Be Irreparably Injured Absent a TRO.

With each passing day, DoorDash presents its unlawfully revised agreement to more Petitioners without the involvement of their counsel, and it requires them to sign the agreement if they want to keep working for DoorDash.  Petitioners' counsel has reminded DoorDash's counsel that "Doordash attorneys may propose material changes to DoorDash's agreement to our clients only through us."  Keller Decl., Ex. K.  But DoorDash's counsel has insisted that Petitioners "will receive the same communications from DoorDash as all other Dashers," despite the fact that they are represented by counsel.  *Id*.  Without court intervention, DoorDash will continue to communicate directly with parties the company's counsel knows are represented.

Circumvention of the right to counsel is an irreparable injury *per se*—as illustrated by the decisions described above, courts that identify improper communications sent to represented parties enjoin the improper communications without further analysis.  *See supra* at 7-10.  It is no answer for DoorDash to argue that its and its counsel's unethical and unlawful conduct may continue until Petitioners explain how their counsel would advise them and how that advice would affect their conduct.   Requiring that showing would violate the right to attorney-client

1   communication that Rule 4.2 is meant to protect, by forcing Petitioners' counsel to disclose how

2   they would advise their clients. Petitioners have a right to receive the advice of their counsel at

3   the same time they receive a legal document drafted by DoorDash's attorneys that purports to

4   prejudice their claims in this action.

5           **C.      DoorDash Will Suffer No Injury from a Short Delay.**

6           DoorDash will not suffer any legitimate injury if this Court grants injunctive relief.

7   DoorDash claims it updated its arbitration agreement in the ordinary course of business. Keller

8   Decl., Ex. L. If that is true, and if the agreement is not meant to undermine Petitioners' claims or

9   this pending motion to compel, then DoorDash will face no real harm in waiting to present revised

10  arbitration terms to Petitioners and other drivers represented by counsel for the short period of time

11  needed for arbitrators to resolve on a permanent basis whether they are in fact permitted to do so—

12  or, at a minimum, the period of time needed for this Court to decide Petitioners' motion to compel.

13          Any suggestion by DoorDash that it will suffer harm in the event of temporary injunctive

14  relief would show only that DoorDash believes its new arbitration agreement puts DoorDash in a

15  materially better position vis-à-vis Petitioners' claims. Although DoorDash of course has a

16  pecuniary interest in circumventing Petitioners' counsel in order to undermine Petitioners' ability

17  to vindicate their rights, that interest is not a legitimate one. To the contrary, DoorDash's apparent

18  urgency in sending a revised arbitration agreement to Petitioners—and forcing them to accept it as

19  a condition of continuing to work—only underscores DoorDash's true motivations and the

20  impropriety of its and its counsel's actions.

21  **IV.     CONCLUSION**

22          For the foregoing reasons, this Court should issue a temporary injunction ordering

23  DoorDash and its counsel to stop forcing Petitioners to sign new arbitration agreements pending a

24  decision on the permissibility of that conduct by an arbitrator, and an order to show cause why a

25  preliminary injunction ordering the same should not issue. At a bare minimum, the Court should

26  issue a temporary injunction prohibiting DoorDash and its counsel from forcing Petitioners to sign

27  new agreements until this Court decides Petitioners' pending Motion to Compel Arbitration.

28

1

Dated: November 19, 2019                    Respectfully submitted,

2

3                                           Justin Griffin (#234675)
                                              justingriffin@quinnemanuel.com
4                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            865 S. Figueroa St., 10th Floor
5                                           Los Angeles, California 90017
                                            213-443-3100
6

7                                           Andrew Schapiro (*pro hac vice forthcoming*)
                                              andrewschapiro@quinnemanuel.com
8                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            191 N. Upper Wacker Dr., Suite 2700
9                                           Chicago, IL 60606
                                            (312) 705-7472
10

11                                          Travis Lenkner (*pro hac vice forthcoming*)
                                              tdl@kellerlenkner.com
12                                          KELLER LENKNER LLC
                                            150 N. Riverside Plaza, Suite 4270
13                                          Chicago, Illinois 60606
                                            (312) 741-5220
14

15                                          Warren Postman (*pro hac vice forthcoming*)
                                              wdp@kellerlenkner.com
16                                          KELLER LENKNER LLC
                                            1300 I Street, N.W., Suite 400E
17                                          Washington, D.C. 20005
                                            (202) 749-8334
18

                                            *Attorneys for Petitioners*

19

20

21

22

23

24

25

26

27

28

Justin Griffin (#234675)
    justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213-443-3100

Travis Lenkner (*pro hac vice forthcoming*)
    tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice forthcoming*)
    wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CHRISTINE BOYD, et al., | Case No. CPF-19-516930 |
| *Petitioners,* | **DECLARATION OF ASHLEY KELLER IN SUPPORT OF PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| vs. | |
| DOORDASH, INC., | |
| *Respondent.* | |

**<u>DECLARATION OF ASHLEY KELLER</u>**

I, Ashley Keller, declare based on personal knowledge as follows:

1.      I am a Partner at Keller Lenkner LLC, counsel for Petitioners in this matter.

2.      I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently thereto.

3.      This declaration is submitted in support of Petitioners' Motion For A Temporary Restraining Order.

4.      Upon retaining Keller Lenkner, each Petitioner was prompted to sign a declaration stating that he or she has worked as a DoorDash courier and does not recall opting out of the arbitration provision contained in his or her contract with DoorDash.  Attached as Exhibit A is a true and correct copy of one Petitioner's declaration.

5.      On September 27, 2019, Keller Lenkner filed a demand for individual arbitration on behalf of each Petitioner against DoorDash.  In accordance with the arbitration agreement each Petitioner had signed, Petitioners' demands sought arbitration administered by the American Arbitration Association ("AAA").  Attached as Exhibit B is a true and correct copy of that agreement.  Attached as Exhibit C is a true and correct copy of the version of DoorDash's arbitration agreement that was operative in 2016.

6.      On October 3, 2019, AAA sent an email to DoorDash's counsel (i) confirming that each Petitioner's demand met AAA's filing requirements, and (ii) setting October 24, 2019, as the deadline for DoorDash to pay the filing fees necessary to empanel arbitrators and commence Petitioners' arbitrations.  Attached as Exhibit D is a true and correct copy of that email.

7.      On October 16, 2019, DoorDash requested a two-week extension of AAA's payment deadline so it could review each "arbitration demand, analyze its compliance with DoorDash's arbitration agreement, and research company records to try to identify the [Petitioners] who are purportedly asserting claims."  Attached as Exhibit E is a true and correct copy of that email.

8.      That same day, Keller Lenkner sent an email to AAA opposing DoorDash's request for a two-week extension.  Attached as Exhibit F is a true and correct copy of that email.

1    9.    AAA granted DoorDash an extension to November 7, 2019.

2    10.    On the evening of October 28, 2019, DoorDash sent an email to AAA stating that it

3    would not pay the filing fees that AAA had determined were necessary to proceed with Petitioners'

4    arbitrations.  Attached as Exhibit G is a true and correct copy of that email.

5    11.    On November 8, 2019, AAA sent an email to the parties' counsel (i) confirming that

6    DoorDash had failed to pay the fees required to proceed with Petitioners' arbitrations, and

7    (ii) stating that AAA had "administratively closed [Petitioners'] files" due to DoorDash's lack of

8    payment.  Attached as Exhibit H is a true and correct copy of AAA's November 8, 2019 email.

9    12.    Before filing Petitioners' demands, on July 2, 2019, Keller Lenkner had filed

10   demands for individual arbitration on behalf of 250 DoorDash couriers against DoorDash, invoking

11   the same agreement requiring AAA arbitration.

12   13.    In response to those demands, on August 14, 2019, DoorDash's outside counsel sent

13   an email to AAA (i) objecting that the Dashers' arbitration demands would "impos[e] unnecessary

14   and excessive upfront costs," and (ii) requesting that AAA apply a "separate fee schedule for group

15   filings," under which DoorDash would proceed with the Dashers' arbitrations over time, rather than

16   simultaneously as required by AAA's rules.  Attached as Exhibit I is a true and correct copy of that

17   August 14, 2019 email.

18   14.    On August 16, 2019, AAA sent an email to the parties rejecting DoorDash's request

19   for a payment plan, and confirming that DoorDash owed filing fees for each Dasher's arbitration

20   in accordance with AAA's rules.  Attached as Exhibit J is a true and correct copy of AAA's August

21   16, 2019 email.

22   15.    On November 13, 2019, Keller Lenkner became aware that DoorDash may be

23   issuing a revised arbitration agreement to couriers who it knew were represented by Keller Lenkner

24   and were pursuing arbitration against it.

25   16.    That same day Keller Lenkner sent an email to DoorDash's outside counsel

26   reminding them of their obligations under California Rule of Professional Conduct 4.2(a).  Attached

27   as Exhibit K is a true and correct copy of that email.

28   17.    On November 14, 2019, DoorDash's outside counsel confirmed, via email, that

1  DoorDash had issued the revised arbitration agreement beginning on November 9, 2019.  Attached

2  as Exhibit L is a true and correct copy of that email.

3      18.    Before November 14, 2019, DoorDash had not notified Keller Lenkner that it was

4  sending Keller Lenkner's clients a revised agreement, despite DoorDash's outside counsel having

5  exchanged several emails and participated in a phone discussion with Keller Lenkner over the

6  previous week.

7      19.    Based on Keller Lenkner's representation of thousands of DoorDash couriers, I

8  know that a significant number of couriers work for DoorDash only sporadically.  Accordingly, out

9  of the 4,000 Petitioners in this action, it is virtually certain that a meaningful number of Petitioners

10  have not made a delivery for DoorDash since November 11, 2019, but will attempt to do so in the

11  weeks to come.

12      20.    Attached as Exhibit M is a true and correct copy of DoorDash's revised arbitration

13  agreement.

14      21.    Attached as Exhibit N is the "Employment-Related Mass-Claims Protocol"

15  referenced in that agreement.

16      22.    Attached as Exhibit O is the list of arbitrators on the International Institute for

17  Conflict Prevention & Resolution's ("CPR's") "employment panel."   Keller Lenkner's staff

18  generated the exhibit by (i) logging into CPR's website at https://www.cpradr.org/neutrals/find-a-

19  neutral, (ii) selecting the filters shown in the exhibit, (iii) copying the data generated by the website

20  into the exhibit, and (iv) numbering the arbitrators in the exhibit for clarity.

21

22  I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

23

24  Signed on November 19, 2019 in Chicago, Illinois

25

26

27                                          Ashley Keller

28

DECLARATION OF ASLEY KELLER
CASE NO. CPF-19-516930

# Exhibit A

> This declaration is an important document that will allow us to establish that you have retained Keller Lenkner LLC and Troxel Law, LLP to represent you in bring claims against DoorDash. Please read carefully to affirm that the following is correct and then initial and sign to confirm that you affirm these facts under penalty of perjury.

# Witness Statement of Christine Boyd

I, Christine Boyd, provide the following witness statement:

1. I am over 18 years of age.

2. I have personal knowledge of the facts in this witness statement. And my testimony on examination under oath about these facts would be the same as this witness statement.

3. I currently reside at:

   Street Address: ███████████

   City:  Pasadena                  State:  California              Zip: 91109

4. I have worked for DoorDash for approximately 28 months.

5. I have retained Keller Lenkner LLC to pursue claims against DoorDash on my behalf.

6. I do not recall opting out of arbitration.

I affirm that these facts are true under penalty of perjury under the law of the United States.

Date  7/19/2019                  Signature

# Exhibit B

# INDEPENDENT CONTRACTOR AGREEMENT

This Agreement ("Agreement") is made and entered into by and between you, the undersigned contractor ("CONTRACTOR"), an independent contractor engaged in the business of performing the delivery services contemplated by this Agreement, and DoorDash, Inc. ("DOORDASH" or "COMPANY"). CONTRACTOR may enter this Agreement either as an individual or as a corporate entity. This Agreement will become effective on the date it is accepted regardless of whether you are eligible to, or ever do, perform any Contracted Services.

**IMPORTANT: PLEASE REVIEW THIS AGREEMENT CAREFULLY. IN PARTICULAR, PLEASE REVIEW THE MUTUAL ARBITRATION PROVISION IN SECTION XI, AS IT REQUIRES THE PARTIES (UNLESS YOU OPT OUT OF ARBITRATION AS PROVIDED BELOW) TO RESOLVE DISPUTES ON AN INDIVIDUAL BASIS, TO THE FULLEST EXTENT PERMITTED BY LAW, THROUGH FINAL AND BINDING ARBITRATION. BY ACCEPTING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS, INCLUDING SECTION XI, AND HAVE TAKEN THE TIME AND SOUGHT ANY ASSISTANCE NEEDED TO COMPREHEND THE CONSEQUENCES OF ACCEPTING THIS AGREEMENT.**

## THE PARTIES

DOORDASH is a company that provides an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers ("DOORDASH platform" or "platform"). DOORDASH's software permits registered users to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, DOORDASH software notifies contractors that a delivery opportunity is available and the DOORDASH software facilitates completion of the delivery. DOORDASH is not a restaurant, food delivery service, or food preparation business.

CONTRACTOR is an independent provider of delivery services, authorized to conduct the delivery services contemplated by this Agreement in the geographic location(s) in which CONTRACTOR operates. CONTRACTOR possesses all equipment and personnel necessary to perform the delivery services contemplated by this Agreement in accordance with applicable laws. CONTRACTOR desires to enter into this Agreement for the right to receive delivery opportunities made available through DOORDASH'S platform. CONTRACTOR understands and expressly agrees that he/she is not an employee of DOORDASH or any restaurant, other business or consumer and that he/she is providing delivery services on behalf of him/herself and his/her business, not on behalf of DOORDASH. CONTRACTOR understands (i) he/she is free to select those times he/she wishes to be available on the platform to receive delivery opportunities; (ii) he/she is free to accept or reject the opportunities transmitted through the DOORDASH platform by consumers, and can make such decisions to maximize his/her opportunity to profit; and (iii) he/she has the sole right to control the manner in which deliveries are performed and the means by which those deliveries are completed.

In consideration of the above, as well as the mutual promises described herein, DOORDASH and CONTRACTOR (collectively "the parties") agree as follows:

## I. PURPOSE OF THE AGREEMENT

1. This Agreement governs the relationship between DOORDASH and CONTRACTOR, and establishes the parties' respective rights and obligations. In exchange for the promises contained in this Agreement, CONTRACTOR shall have the right and obligation to perform the "Contracted Services" as defined herein. However, nothing in this Agreement requires CONTRACTOR to perform any particular volume of Contracted Services during the term of this Agreement, and nothing in this Agreement shall guarantee CONTRACTOR any particular volume of business for any particular time period.
2. CONTRACTOR shall have no obligation to accept or perform any particular "Delivery Opportunity" (as that term is defined herein) offered by DOORDASH. However, once a Delivery Opportunity is accepted,

CONTRACTOR shall be contractually bound to complete the Contracted Services in accordance with all consumer specifications and the terms laid out in this Agreement,

## II. CONTRACTOR'S OPERATIONS

1. CONTRACTOR represents that he/she operates an independently established enterprise that provides delivery services, and that he/she satisfies all legal requirements necessary to perform the services contemplated by this Agreement. As an independent contractor/enterprise, CONTRACTOR shall be solely responsible for determining how to operate his/her business and how to perform the Contracted Services.

2. CONTRACTOR agrees to fully perform the Contracted Services in a timely, efficient, safe, and lawful manner. DOORDASH shall have no right to, and shall not, control the manner, method or means CONTRACTOR uses to perform the Contracted Services. Instead, CONTRACTOR shall be solely responsible for determining the most effective, efficient, and safe manner to perform the Contracted Services, including determining the manner of pickup, delivery, and route selection.

3. As an independent business enterprise, CONTRACTOR retains the right to perform services (whether delivery services or other services) for others and to hold him/herself out to the general public as a separately established business. The parties recognize that they are or may be engaged in similar arrangements with others and nothing in this Agreement shall prevent CONTRACTOR or DOORDASH from doing business with others. DOORDASH does not have the right to restrict CONTRACTOR from performing services for other businesses, customers or consumers at any time, even if such business directly competes with DOORDASH, and even during the time CONTRACTOR is logged into the DOORDASH platform. CONTRACTOR's right to compete with DOORDASH, or perform services for business that compete with DOORDASH, will survive even after termination of this Agreement.

4. CONTRACTOR is not required to purchase, lease, or rent any products, equipment or services from DOORDASH as a condition of doing business with DOORDASH or entering into this Agreement.

5. CONTRACTOR agrees to immediately notify DOORDASH in writing at www.doordash.com/help/ if CONTRACTOR's right to control the manner or method he/she uses to perform services differs from the terms contemplated in this Section.

## III. CONTRACTED SERVICES

1. From time to time, the DOORDASH platform will notify CONTRACTOR of the opportunity to complete deliveries from restaurants or other businesses to consumers in accordance with orders placed by consumers through the DOORDASH platform (each of these is referred to as a "Delivery Opportunity"). For each Delivery Opportunity accepted by CONTRACTOR ("Contracted Service"), CONTRACTOR agrees to retrieve the orders from restaurants or other businesses, ensure the order was accurately filled, and deliver the order to consumers in a safe and timely fashion. CONTRACTOR understands and agrees that the parameters of each Contracted Service are established by the consumer, not DOORDASH, and represent the end result desired, not the means by which CONTRACTOR is to accomplish the result. CONTRACTOR has the right to cancel, from time to time, a Contracted Service when, in the exercise of CONTRACTOR's reasonable discretion and business judgment, it is appropriate to do so. Notwithstanding the foregoing, CONTRACTOR agrees to maintain both a customer rating and a completion rate found here (http://doordash.squarespace.com/local-markets) as of the date this Agreement becomes effective. Failure to satisfy this obligation constitutes a material breach of this Agreement, and DOORDASH shall have the right to terminate this Agreement and/or deactivate CONTRACTOR'S account.

2. CONTRACTOR acknowledges that DOORDASH has discretion as to which, if any, Delivery Opportunity to offer, just as CONTRACTOR has the discretion whether and to what extent to accept any Delivery Opportunity.

3. CONTRACTOR acknowledges that CONTRACTOR is engaged in CONTRACTOR's own business, separate and apart from DOORDASH'S business, which is to provide an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers.

4. CONTRACTOR authorizes DOORDASH, during the course of a Contracted Service, to communicate with CONTRACTOR, consumer, and/or restaurant or other business to assist CONTRACTOR, to the extent permitted by CONTRACTOR, in facilitating deliveries. However, under no circumstances shall DOORDASH be authorized to control the manner or means by which CONTRACTOR performs delivery services. This includes, but is not limited to, the following:

   ◦ DOORDASH does not require any specific type, or quality, of CONTRACTOR's choice of transportation.
   ◦ CONTRACTOR does not have a supervisor or any individual at DOORDASH to whom they report.
   ◦ CONTRACTOR is not required to use any signage or other designation of DOORDASH on his or her vehicle or person at any point in their use of the platform to perform the Contracted Services.
   ◦ DOORDASH has no control over CONTRACTOR's personal appearance
   ◦ CONTRACTOR does not receive regular performance evaluations by DOORDASH

5. CONTRACTOR may use whatever payment method he/she chooses to purchase items to be delivered to consumers, including, but not limited to CONTRACTOR's personal credit or debit card, cash or a prepaid card. CONTRACTOR may use, for CONTRACTOR's convenience, the prepaid card solely for purchasing items to be delivered to consumers. If CONTRACTOR chooses to use his/her personal credit or debit card or cash, CONTRACTOR shall invoice DOORDASH on a weekly basis and DOORDASH agrees to pay all invoices within 10 days of receipt.

6. In the event CONTRACTOR fails to fully perform any Contracted Service (a "Service Failure") due to CONTRACTOR's action or omission, CONTRACTOR shall forfeit all or part of the agreed upon fee for that service. If CONTRACTOR disputes responsibility for a Service Failure, the dispute shall be resolved pursuant to the "Payment Disputes" provision below.

7. CONTRACTOR agrees to immediately notify DOORDASH in writing by submitting a Support inquiry through https://help.doordash.com/consumers/s/contactsupport if CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Section.

## IV. RELATIONSHIP OF PARTIES

1. The parties acknowledge and agree that this Agreement is between two co-equal, independent business enterprises that are separately owned and operated. The parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee. The parties are not employees, agents, joint venturers, or partners of each other for any purpose. Neither party shall have the right to bind the other by contract or otherwise except as specifically provided in this Agreement.

2. DOORDASH shall not have the right to, and shall not, control the manner or the method of accomplishing Contracted Services to be performed by CONTRACTOR. The parties acknowledge and agree that those provisions of the Agreement reserving ultimate authority in DOORDASH have been inserted solely for the safety of consumers and other CONTRACTORS using the DOORDASH platform or to achieve compliance with federal, state, or local laws, regulations, and interpretations thereof.

3. DOORDASH shall report all payments made to CONTRACTOR on a calendar year basis using an appropriate IRS Form 1099, if the volume of payments to CONTRACTOR qualify. CONTRACTOR agrees to report all such payments and any cash gratuities to the appropriate federal, state and local taxing authorities.

## V. PAYMENT FOR SERVICES

1. Unless notified otherwise by DOORDASH in writing or except as provided herein, CONTRACTOR will receive payment per accurate Contracted Service completed in an amount consistent with the publicly provided pay model, which you can view here (http://doordash.squarespace.com/local-markets). From time to time, DOORDASH may offer opportunities for CONTRACTOR to earn more money for performing Contracted Services at specified times or in specified locations. Nothing prevents the parties from negotiating a different rate of pay, and CONTRACTOR is free to accept or deny any such opportunities to earn different rates of pay.

2. DOORDASH's online credit card software may permit consumers to add a gratuity to be paid to CONTRACTOR, and consumers can also pay a gratuity to CONTRACTOR in cash. CONTRACTOR shall retain

100% of any gratuity paid by the consumer, whether by cash or credit card. DOORDASH acknowledges it has no right to interfere with the amount of gratuity given by the consumer to the CONTRACTOR.

3. DOORDASH will process payments made by consumers and transmit to CONTRACTOR. Payments for all deliveries completed in a given week will be transferred via direct deposit on no less than a weekly basis unless it notifies CONTRACTOR otherwise in writing.

4. Notwithstanding the terms of Section V(1) – (3), fulfillment orders placed directly with merchants rather than through the App or doordash.com ("Fulfillment Orders") may be subject to a different payment model. The current pay schedules offered for Fulfillment Orders in the relevant markets are reflected here (https://doordash.squarespace.com/doordash-drive/). Nothing prevents the parties from negotiating a different rate of pay for a Fulfillment Order, and the CONTRACTOR is free to accept or reject Fulfillment Order opportunities. As with all Delivery Opportunities, CONTRACTOR shall retain 100% of any gratuity paid by the consumer for a Fulfillment Order. DoorDash's software may not always include an option to add gratuity for Fulfillment Orders; however, consumers can pay a gratuity to CONTRACTOR in cash.

5. From time to time, DOORDASH may offer various Dasher promotions or referral programs. CONTRACTOR agrees that he or she will not manipulate or abuse the referral programs or Dasher promotions by, among other things: (a) tampering with the location feature on his or her mobile phone; (b) collecting incentive or promotional pay when not eligible to receive such pay under relevant policies; or, (c) creating multiple Dasher or consumer accounts. CONTRACTOR understands that engaging in this type of manipulation or abuse constitutes a material breach of this Agreement and may lead to deactivation of his or her account.

## VI. PAYMENT DISPUTES

1. _CONTRACTOR's Failure_: In the event there is a Service Failure, CONTRACTOR shall not be entitled to payment as described above (as determined in DOORDASH's reasonable discretion). Any withholding of payment shall be based upon proof provided by the consumer, restaurant or other business, CONTRACTOR, and any other party with information relevant to the dispute. DOORDASH shall make the initial determination as to whether a Service Failure was the result of CONTRACTOR's action/omission. CONTRACTOR shall have the right to challenge DOORDASH's determination through any legal means contemplated by this Agreement; however, CONTRACTOR shall notify DOORDASH in writing at www.doordash.com/help/ of the challenge and provide DOORDASH the opportunity to resolve the dispute. CONTRACTOR should include any documents or other information in support of his/her challenge.

2. _DOORDASH's Failure_: In the event DOORDASH fails to remit payment in a timely or accurate manner, CONTRACTOR shall have the right to seek proper payment by any legal means contemplated by this Agreement and, should CONTRACTOR prevail, shall be entitled to recover reasonable costs incurred in pursuing proper payment, provided, however, CONTRACTOR shall first inform DOORDASH in writing at www.doordash.com/help/ of the failure and provide a reasonable opportunity to cure it.

## EQUIPMENT AND EXPENSES

1. CONTRACTOR represents that he/she has or can lawfully acquire all equipment, including vehicles and food hot bags ("Equipment") necessary for performing contracted services, and CONTRACTOR is solely responsible for ensuring that the vehicle used conforms to all vehicle laws pertaining to safety, equipment, inspection, and operational capability.

2. CONTRACTOR agrees that he/she is responsible for all costs and expenses arising from CONTRACTOR's performance of Contracted Services, including, but not limited to, costs related to CONTRACTOR's Personnel (defined below) and Equipment. Except as otherwise required by law, CONTRACTOR assumes all risk of damage or loss to its Equipment.

## VIII. PERSONNEL

1. In order to perform any Contracted Services, CONTRACTOR must, for the safety of consumers on the DOORDASH platform, pass a background check administered by a third-party vendor, subject to

CONTRACTOR's lawful consent. CONTRACTOR is not required to perform any Contracted Services personally, but may, to the extent permitted by law and subject to the terms of this Agreement, hire or engage others (as employees or subcontractors of CONTRACTOR) to perform all or some of the Contracted Services, provided any such employees or subcontractors meet all the requirements applicable to CONTRACTOR including, but not limited to, the background check requirements that CONTRACTOR must meet in order to perform Contracted Services. To the extent CONTRACTOR furnishes his/her own employees or subcontractors (collectively "Personnel"), CONTRACTOR shall be solely responsible for the direction and control of the Personnel it uses to perform all Contracted Services.

2. **CONTRACTOR assumes full and sole responsibility for the payment of all amounts due to his/her Personnel for work performed in relation to this Agreement, including all wages, benefits and expenses, if any, and for all required state and federal income tax withholdings, unemployment insurance contributions, and social security taxes as to CONTRACTOR and all Personnel employed by CONTRACTOR in the performance of Contracted Services under this Agreement. DOORDASH shall have no responsibility for any wages, benefits, expenses, or other payments due CONTRACTOR's Personnel, nor for income tax withholding, social security, unemployment insurance contributions, or other payroll taxes relating to CONTRACTOR or his/her Personnel. Neither CONTRACTOR nor his/her Personnel shall receive any wages, including vacation pay or holiday pay, from DOORDASH, nor shall they participate in or receive any other benefits, if any, available to DOORDASH's employees.**

3. **Unless mandated by law, DOORDASH shall have no authority to withhold state or federal income taxes, social security taxes, unemployment insurance taxes/contributions, or any other local, state or federal tax on behalf of CONTRACTOR or his/her Personnel.**

4. CONTRACTOR and his/her Personnel shall not be required to wear a uniform or other clothing of any type bearing DOORDASH's name or logo.

5. If CONTRACTOR uses the services of any Personnel to perform the Contracted Services, CONTRACTOR's Personnel must satisfy and comply with all of the terms of this Agreement, which CONTRACTOR must make enforceable by written agreement between CONTRACTOR and such Personnel. A copy of such written agreement must be provided to DOORDASH at least 7 days in advance of such Personnel performing the Contracted Services. The parties acknowledge that the sole purpose of this requirement is to ensure CONTRACTOR's compliance with the terms of this Agreement.

## IX. INSURANCE

1. CONTRACTOR agrees, as a condition of doing business with DOORDASH, that during the term of this Agreement, CONTRACTOR will maintain current insurance, in amounts and of types required by law to provide the Contracted Services, at his/her own expense. CONTRACTOR acknowledges that failure to secure or maintain satisfactory insurance coverage shall be deemed a material breach of this Agreement and shall result in the termination of the Agreement and the loss of CONTRACTOR's right to receive Delivery Opportunities.

2. **NOTIFICATION OF COVERAGE**: CONTRACTOR agrees to deliver to DOORDASH, upon request, current certificates of insurance as proof of coverage. CONTRACTOR agrees to provide updated certificates each time CONTRACTOR purchases, renews, or alters CONTRACTOR's insurance coverage. CONTRACTOR agrees to give DOORDASH at least thirty (30) days' prior written notice before cancellation of any insurance policy required by this Agreement.

3. **WORKERS' COMPENSATION/OCCUPATIONAL ACCIDENT INSURANCE:** CONTRACTOR agrees that CONTRACTOR will not be eligible for workers' compensation benefits through DOORDASH, and instead, will be responsible for providing CONTRACTOR's own workers' compensation insurance or occupational accident insurance, if permitted by law.

## X. INDEMNITY

1. DOORDASH agrees to indemnify, protect and hold harmless CONTRACTOR from any and all claims, demands, suits, losses, liabilities and causes of action arising directly from DOORDASH's actions arranging and offering the Contracted Services to CONTRACTOR.

2. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly or indirectly from, as a result of or in connection with, the actions of CONTRACTOR and/or his/her Personnel arising from the performance of delivery services under this Agreement, including personal injury or death to any person (including to CONTRACTOR and/or his/her Personnel), as well as any liability arising from CONTRACTOR's failure to comply with the terms of this Agreement. CONTRACTOR's obligations hereunder shall include the cost of defense, including attorneys' fees, as well as the payment of any final judgment rendered against or settlement agreed upon by DOORDASH or its parent, subsidiary and/or affiliated companies.

3. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all tax liabilities and responsibilities for payment of all federal, state and local taxes, including, but not limited to all payroll taxes, self-employment taxes, workers compensation premiums, and any contributions imposed or required under federal, state and local laws, with respect to CONTRACTOR and CONTRACTOR's Personnel.

4. CONTRACTOR shall be responsible for, indemnify and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from all costs of CONTRACTOR's business, including, but not limited to, the expense and responsibility for any and all applicable insurance, local, state or federal licenses, permits, taxes, and assessments of any and all regulatory agencies, boards or municipalities.

## XI. MUTUAL ARBITRATION PROVISION

1. CONTRACTOR and DOORDASH mutually agree to this arbitration agreement, which is governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16) ("FAA") and shall apply to any and all claims arising out of or relating to this Agreement, CONTRACTOR's classification as an independent contractor, CONTRACTOR's provision of Contracted Services to consumers, the payments received by CONTRACTOR for providing services to consumers, the termination of this Agreement, and all other aspects of CONTRACTOR's relationship with DOORDASH, past, present or future, whether arising under federal, state or local statutory and/or common law, including without limitation harassment, discrimination or retaliation claims and claims arising under or related to the Civil Rights Act of 1964 (or its state or local equivalents), Americans With Disabilities Act (or its state or local equivalents), Age Discrimination in Employment Act (or its state or local equivalents), Family Medical Leave Act (or its state or local equivalents), Federal Credit Reporting Act (or its state or local equivalents), Telephone Consumer Protection Act (or its state or local equivalents), or Fair Labor Standards Act (or its state or local equivalents), state and local wage and hour laws, state and local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local claims arising out of or relating to CONTRACTOR's relationship or the termination of that relationship with DOORDASH. The parties expressly agree that this Agreement shall be governed by the FAA even in the event CONTRACTOR and/or DOORDASH are otherwise exempted from the FAA. Any disputes in this regard shall be resolved exclusively by an arbitrator. In the event, but only in the event, the arbitrator determines the FAA does not apply, the state law governing arbitration agreements in the state in which the CONTRACTOR operates shall apply.

2. If either CONTRACTOR or DOORDASH wishes to initiate arbitration, the initiating party must notify the other party in writing via certified mail, return receipt requested, or hand delivery within the applicable statute of

limitations period. This demand for arbitration must include (1) the name and address of the party seeking arbitration, (2) a statement of the legal and factual basis of the claim, and (3) a description of the remedy sought. Any demand for arbitration by CONTRACTOR must be delivered to General Counsel, 901 Market Street, 6th Floor, San Francisco, California 94103.

3. <u>Arbitration Class Action Waiver</u>. CONTRACTOR and DOORDASH mutually agree that by entering into this agreement to arbitrate, both waive their right to have any dispute or claim brought, heard or arbitrated as, or to participate in, a class action, collective action and/or representative action—including but not limited to actions brought pursuant to the Private Attorney General Act ("PAGA"), California Labor Code section 2699 et seq., and any request seeking a public injunction—and an arbitrator shall not have any authority to hear or arbitrate any class, collective or representative action, or to award relief to anyone but the individual in arbitration ("Arbitration Class Action Waiver"). Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Arbitration Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. In any case in which (1) the dispute is filed as a class, collective, or representative action and (2) there is a final judicial determination that all or part of the Arbitration Class Action Waiver is unenforceable, the class, collective and/or representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Arbitration Class Action Waiver that is enforceable shall be enforced in arbitration. Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Arbitration Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. All other disputes with respect to whether this Mutual Arbitration Provision is unenforceable, unconscionable, applicable, valid, void or voidable shall be determined exclusively by an arbitrator, and not by any court.

4. CONTRACTOR agrees and acknowledges that entering into this arbitration agreement does not change CONTRACTOR's status as an independent contractor in fact and in law, that CONTRACTOR is not an employee of DOORDASH or its customers and that any disputes in this regard shall be subject to arbitration as provided in this agreement.

5. Any arbitration shall be governed by the American Arbitration Association Commercial Arbitration Rules ("AAA Rules"), except as follows:

   a. The arbitration shall be heard by one arbitrator selected in accordance with the AAA Rules. The Arbitrator shall be an attorney with experience in the law underlying the dispute.

   b. If the parties cannot otherwise agree on a location for the arbitration, the arbitration shall take place within 45 miles of CONTRACTOR's residence as of the effective date of this Agreement.

   c. Unless applicable law provides otherwise, in the event that DOORDASH and CONTRACTOR have agreed to this Mutual Arbitration Provision, DOORDASH and CONTRACTOR shall equally share filing fees and other similar and usual administrative costs, as are common to both court and administrative proceedings. DOORDASH shall pay any costs uniquely associated with arbitration, such as payment of the costs of AAA and the Arbitrator, as well as room rental.

   d. The Arbitrator may issue orders (including subpoenas to third parties) allowing the parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes.

   e. Except as provided in the Arbitration Class Action Waiver, the Arbitrator may award all remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law, but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration. The Arbitrator shall apply the state or federal substantive law, or both, as is applicable.

   f. The Arbitrator may hear motions to dismiss and/or motions for summary judgment and will apply the standards of the Federal Rules of Civil Procedure governing such motions.

   g. The Arbitrator's decision or award shall be in writing with findings of fact and conclusions of law.

    h. The Arbitrator may issue orders to protect the confidentiality of proprietary information, trade secrets, or other sensitive information. Subject to the discretion of the Arbitrator or agreement of the parties, any person having a direct interest in the arbitration may attend the arbitration hearing. The Arbitrator may exclude any non-party from any part of the hearing.

    i. Either CONTRACTOR or DOORDASH may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration provided in this paragraph may be rendered ineffectual.

6. Nothing in this Mutual Arbitration Provision prevents you from making a report to or filing a claim or charge with the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs. Nothing in this Mutual Arbitration Provision prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Mutual Arbitration Provision. This Mutual Arbitration Provision also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Mutual Arbitration Provision. Nothing in this Mutual Arbitration Provision prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. DOORDASH will not retaliate against CONTRACTOR for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act. Disputes between the parties that may not be subject to predispute arbitration agreement, including as provided by an Act of Congress or lawful, enforceable Executive Order, are excluded from the coverage of this Mutual Arbitration Provision.

7. The AAA Rules may be found at www.adr.org or by searching for "AAA Commercial Arbitration Rules" using a service such as www.google.com or www.bing.com or by asking DOORDASH's General Counsel to provide a copy.

8. **CONTRACTOR's Right to Opt Out of Arbitration Provision. Arbitration is not a mandatory condition of CONTRACTOR's contractual relationship with DOORDASH, and therefore CONTRACTOR may submit a statement notifying DOORDASH that CONTRACTOR wishes to opt out and not be subject to this MUTUAL ARBITRATION PROVISION.** In order to opt out, CONTRACTOR must notify DOORDASH in writing of CONTRACTOR's intention to opt out by sending a letter, by First Class Mail, to DoorDash, Inc., 901 Market Street, Suite 600, San Francisco, CA, 94131. Any attempt to opt out by email will be ineffective. The letter must state CONTRACTOR's intention to opt out. In order to be effective, CONTRACTOR's opt out letter must be postmarked within 30 days of the effective date of this Agreement. The letter must be signed by CONTRACTOR himself/herself, and not by any agent or representative of CONTRACTOR. The letter may opt out, at most, only one CONTRACTOR, and letters that purport to opt out multiple CONTRACTORS will not be effective as to any. No CONTRACTOR (or his or her agent or representative) may effectuate an opt out on behalf of other CONTRACTORS. If CONTRACTOR opts out as provided in this paragraph, CONTRACTOR will not be subject to any adverse action from DOORDASH as a consequence of that decision and he/she may pursue available legal remedies without regard to this Mutual Arbitration Provision. If CONTRACTOR does not opt out within 30 days of the effective date of this Agreement, CONTRACTOR and DOORDASH shall be deemed to have agreed to this Mutual Arbitration Provision. CONTRACTOR has the right to consult with counsel of CONTRACTOR's choice concerning this Mutual Arbitration Provision (or any other provision of this Agreement.

9. This Mutual Arbitration Provision is the full and complete agreement relating to the formal resolution of disputes covered by this Mutual Arbitration Provision. In the event any portion of this Mutual Arbitration Provision is deemed unenforceable, the remainder of this Mutual Arbitration Provision will be enforceable. The award issued by the Arbitrator may be entered in any court of competent jurisdiction.

# XII. LITIGATION CLASS ACTION WAIVER

1. To the extent allowed by applicable law, separate and apart from the Mutual Arbitration Provision found in Section XI, CONTRACTOR agrees that any proceeding to litigate in court any dispute arising out of or relating to this Agreement, whether because CONTRACTOR opted out of the Arbitration Provision or any other reason, will be conducted solely on an individual basis, and CONTRACTOR agrees not to seek to have any controversy, claim or dispute heard as a class action, a representative action, a collective action, a private attorney-general action, or in any proceeding in which CONTRACTOR acts or proposes to act in a representative capacity ("Litigation Class Action Waiver"). CONTRACTOR further agrees that no proceeding will be joined, consolidated, or combined with another proceeding, without the prior written consent of all parties to any such proceeding. If a court of competent jurisdiction determines that all or part of this Litigation Class Action Waiver is unenforceable, unconscionable, void or voidable, the remainder of this Agreement shall remain in full force and effect.

## XIII. TERMINATION OF AGREEMENT

1. CONTRACTOR may terminate this Agreement upon seven (7) days written notice. DOORDASH may terminate this Agreement and deactivate CONTRACTOR'S Dasher account only for the reasons set forth in the DOORDASH Deactivation Policy (http://www.doordash.com/deactivationpolicy), or for a material breach of this Agreement. Notwithstanding any other provision in this Agreement, DoorDash reserves the right to modify the Deactivation Policy if, in DoorDash's good faith and reasonable discretion, it is necessary to do so for the safe and/or effective operation of the DoorDash platform. DOORDASH shall provide notice of any such changes to CONTRACTOR via e-mail. Changes to the Deactivation Policy shall be effective and binding on the parties upon CONTRACTOR's continued use of the DOORDASH platform following DOORDASH's e-mail notice of such modifications. Nothing will prevent CONTRACTOR from attempting to negotiate an exemption from any modification to the Deactivation Policy.
2. CONTRACTOR's and DOORDASH's obligations and rights arising under the Mutual Arbitration Provision of this Agreement shall survive termination of this Agreement. Notwithstanding any other provision in this Agreement, the Deactivation Policy is subject to change; such changes shall be effective and binding on the parties upon DOORDASH'S provision of notice to CONTRACTOR via e-mail.

## XIV. ENTIRE AGREEMENT, TRANSFERABILITY, AND WAIVER

1. This Agreement shall constitute the entire agreement and understanding between the parties with respect to the subject matter of this Agreement and shall not be modified, altered, changed or amended in any respect, unless in writing and signed by both parties. Before accepting any modifications, alterations, changes or amendments, CONTRACTOR shall have the right to discuss any proposed changes with DOORDASH and consider whether to continue his/her contractual relationship with DOORDASH. This Agreement supersedes any prior contract between the parties. To the extent DOORDASH's consumer facing Terms and Conditions Agreement (or updated consumer facing Terms and Conditions Agreement, if applicable) is inconsistent or conflicts with this Agreement, this Agreement controls. However, the decision to opt-out of the Mutual Arbitration Provision in this Agreement does not affect the enforceability of any arbitration agreement in the consumer facing Terms and Conditions Agreement to which Contractor may be bound (and vice versa). This Agreement may not be assigned by either party without written consent of the other and shall be binding upon the parties hereto, including their heirs and successors, provided, however, that DOORDASH may assign its rights and obligations under this Agreement to an affiliate of DOORDASH or any successor(s) to its business and/or purchaser of substantially all of its stock or assets. References in this Agreement to DOORDASH shall be deemed to include such successor(s).
2. The failure of DOORDASH or CONTRACTOR in any instance to insist upon a strict performance of the terms of this Agreement or to exercise any option herein, shall not be construed as a waiver or relinquishment of such term or option and such term or option shall continue in full force and effect.

## XV. MISCELLANEOUS

1. CAPTIONS: Captions appearing in this Agreement are for convenience only and do not in any way limit, amplify, modify, or otherwise affect the terms and provisions of this Agreement.

2. SEVERABILITY Clause: Except as specifically provided in Section XI, if any part of this Agreement is declared unlawful or unenforceable, the remainder of this Agreement shall remain in full force and effect.

3. GOVERNING LAW: Except for the Mutual Arbitration Provision above, which is governed by the Federal Arbitration Act, the choice of law for interpretation of this Agreement, and the right of the parties hereunder, as well as substantive interpretation of claims asserted pursuant to Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4. NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at https://www.doordash.com/help/ (https://www.doordash.com/help/) of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contractor's Services), or if the relationship of the parties differs from the terms contemplated in Section IV (Relationship of Parties).

5. PRIVACY POLICY: CONTRACTOR represents and warrants that he or she has reviewed and understands DOORDASH'S Dasher Privacy Statement, which can be found here (http://www.doordash.com/dasherprivacypolicy). By using the Dasher Services, you consent to all actions taken by DOORDASH with respect to your information in accordance with the Dasher Privacy Statement.

/s/Cody Aughney

Cody Aughney, authorized representative for DoorDash, Inc.

About (/about/) • Blog (http://blog.doordash.com) • Careers (/careers/) • Terms (/terms/) • Privacy (/privacy/) • Accessibility (/accessibility/) • Delivery Locations (/food-delivery/) • Help & Support (/support/) • Become a Merchant (/merchant/apply/) • Become a Dasher (/driver/apply/)

 (http://twitter.com/doordash)  (http://facebook.com/doordash)  (http://instagram.com/doordash)

© 2017 DoorDash

# Exhibit C



Before You Begin

# Updated Terms and Conditions Agreement

This Agreement ("Agreement") is made and entered into by and between you, the undersigned contractor ("CONTRACTOR"), an independent contractor engaged in the business of performing the delivery services contemplated by this Agreement, and DoorDash, Inc. ("DOORDASH" or "COMPANY"). This Agreement will become effective on the date it is digitally signed.

**IMPORTANT: PLEASE REVIEW THIS AGREEMENT CAREFULLY. IN PARTICULAR, PLEASE REVIEW THE MUTUAL ARBITRATION PROVISION IN SECTION XI, AS IT REQUIRES THE PARTIES (UNLESS YOU OPT OUT OF ARBITRATION AS PROVIDED BELOW) TO RESOLVE DISPUTES ON AN INDIVIDUAL BASIS, TO THE FULLEST EXTENT PERMITTED BY LAW, THROUGH FINAL AND BINDING ARBITRATION. BY DIGITALLY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS, INCLUDING SECTION XI, AND HAVE TAKEN THE TIME AND SOUGHT ANY ASSISTANCE NEEDED TO COMPREHEND THE CONSEQUENCES OF SIGNING THIS AGREEMENT.**

THE PARTIES

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|---|---|

Start Dashing

✕      **Before You Begin**

## Updated Terms and Conditions Agreement

### THE PARTIES

DOORDASH is a company that provides an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers ("DOORDASH platform" or "platform"). DOORDASH's software permits registered users to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, DOORDASH software notifies contractors that a delivery opportunity is available and the DOORDASH software facilitates completion of the delivery. DOORDASH is not a restaurant, food delivery service, or food preparation business.

CONTRACTOR is an independent provider of delivery services, authorized to conduct the delivery services contemplated by this Agreement in the geographic location(s) in which CONTRACTOR operates. CONTRACTOR possesses all equipment and personnel necessary to perform the delivery services contemplated by this Agreement in accordance with applicable laws. CONTRACTOR desires to enter into this Agreement for the right to receive delivery opportunities made available

☐   I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|----------|-------|

Start Dashing


# Updated Terms and Conditions Agreement

the right to receive delivery opportunities made available through DOORDASH'S platform. CONTRACTOR understands and expressly agrees that he/she is not an employee of DOORDASH or any restaurant, other business or consumer and that he/she is providing delivery services on behalf of him/herself and his/her business, not on behalf of DOORDASH. CONTRACTOR understands (i) he/she is free to select those times he/she wishes to be available on the platform to receive delivery opportunities; (ii) he/she is free to accept or reject the opportunities transmitted through the DOORDASH platform by consumers, and can make such decisions to maximize his/her opportunity to profit; and (iii) he/she has the sole right to control the manner in which deliveries are performed and the means by which those deliveries are completed.

In consideration of the above, as well as the mutual promises described herein, DOORDASH and CONTRACTOR (collectively "the parties") agree as follows:

## I. PURPOSE OF THE AGREEMENT

1. This Agreement governs the relationship between

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |

Start Dashing

✕  **Before You Begin**

# Updated Terms and Conditions Agreement

1. This Agreement governs the relationship between DOORDASH and CONTRACTOR, and establishes the parties' respective rights and obligations. In exchange for the promises contained in this Agreement, CONTRACTOR shall have the right and obligation to perform the "Contracted Services" as defined herein. However, nothing in this Agreement requires CONTRACTOR to perform any particular volume of Contracted Services during the term of this Agreement, and nothing in this Agreement shall guarantee CONTRACTOR any particular volume of business for any particular time period.

2. CONTRACTOR shall have no obligation to accept or perform any particular "Delivery Opportunity" (as that term is defined herein) offered by DOORDASH. However, once a Delivery Opportunity is accepted, CONTRACTOR shall be contractually bound to complete the Contracted Services in accordance with all consumer specifications and the terms laid out in this Agreement,

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |

Start Dashing

X  Before You Begin

# Updated Terms and Conditions Agreement

Agreement,

## II. CONTRACTOR'S OPERATIONS

1. CONTRACTOR represents that he/she operates an independently established enterprise that provides delivery services, and that he/she satisfies all legal requirements necessary to perform the services contemplated by this Agreement. As an independent contractor/enterprise, CONTRACTOR shall be solely responsible for determining how to operate his/her business and how to perform the Contracted Services.

2. CONTRACTOR agrees to fully perform the Contracted Services in a timely, efficient, safe, and lawful manner. DOORDASH shall have no right to, and shall not, control the manner, method or means CONTRACTOR uses to perform the Contracted Services. Instead, CONTRACTOR shall be solely responsible for determining the most effective, efficient, and safe manner to perform the Contracted Services, including determining the manner of pickup, delivery, and route selection.

3. As an independent business enterprise,

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree        Agree

Start Dashing

✕  Before You Begin

## Updated Terms and Conditions Agreement

3. As an independent business enterprise, CONTRACTOR retains the right to perform services (whether delivery services or other services) for others and to hold him/herself out to the general public as a separately established business. The parties recognize that they are or may be engaged in similar arrangements with others and nothing in this Agreement shall prevent CONTRACTOR or DOORDASH from doing business with others. DOORDASH does not have the right to restrict CONTRACTOR from performing services for other businesses, customers or consumers at any time, even if such business directly competes with DOORDASH, and even during the time CONTRACTOR is logged into the DOORDASH platform.

4. CONTRACTOR is not required to purchase, lease, or rent any products, equipment or services from DOORDASH as a condition of doing business with DOORDASH or entering into this Agreement.

5. CONTRACTOR agrees to immediately notify DOORDASH in writing at dasher@doordash.com if CONTRACTOR's right to control the manner or

☐  **I have read, understand, and agree to the Independent Contractor Agreement**

**Disagree**          **Agree**

Start Dashing

✕

# Before You Begin

# Updated Terms and Conditions Agreement

CONTRACTOR's right to control the manner or method he/she uses to perform services differs from the terms contemplated in this Section.

## III. CONTRACTED SERVICES

1. From time to time, the DOORDASH platform will notify CONTRACTOR of the opportunity to complete deliveries from restaurants or other businesses to consumers in accordance with orders placed by consumers through the DOORDASH platform (each of these is referred to as a "Delivery Opportunity"). For each Delivery Opportunity accepted by CONTRACTOR ("Contracted Service"), CONTRACTOR agrees to retrieve the orders from restaurants or other businesses, ensure the order was accurately filled, and deliver the order to consumers in a safe and timely fashion. CONTRACTOR understands and agrees that the parameters of each Contracted Service are established by the consumer, not DOORDASH, and represent the end result desired, not the means by which CONTRACTOR is to accomplish the result. CONTRACTOR has the right

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|---|---|

Start Dashing

# Updated Terms and Conditions Agreement

accomplish the result. CONTRACTOR has the right to cancel, from time to time, a Contracted Service when, in the exercise of CONTRACTOR's reasonable discretion and business judgment, it is appropriate to do so. Notwithstanding the foregoing, CONTRACTOR agrees to maintain both a customer rating and a completion rate found here as of the date this Agreement becomes effective. Failure to satisfy this obligation constitutes a material breach of this Agreement, and DOORDASH shall have the right to terminate this Agreement and/or deactivate CONTRACTOR'S account.

2. CONTRACTOR acknowledges that DOORDASH has discretion as to which, if any, Delivery Opportunity to offer, just as CONTRACTOR has the discretion whether and to what extent to accept any Delivery Opportunity.

3. CONTRACTOR authorizes DOORDASH, during the course of a Contracted Service, to communicate with CONTRACTOR, consumer, and/or restaurant or other business to assist CONTRACTOR, to the extent permitted by CONTRACTOR, in facilitating

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree | Agree

Start Dashing

✕

# Before You Begin

## Updated Terms and Conditions Agreement

extent permitted by CONTRACTOR, in facilitating deliveries. However, under no circumstances shall DOORDASH be authorized to control the manner or means by which CONTRACTOR performs delivery services.

4. CONTRACTOR may use whatever payment method he/she chooses to purchase items to be delivered to consumers, including, but not limited to CONTRACTOR's personal credit or debit card, cash or a prepaid card. CONTRACTOR may use, for CONTRACTOR's convenience, the prepaid card solely for purchasing items to be delivered to consumers. If CONTRACTOR chooses to use his/her personal credit or debit card or cash, CONTRACTOR shall invoice DOORDASH on a weekly basis and DOORDASH agrees to pay all invoices within 10 days of receipt.

5. In the event CONTRACTOR fails to fully perform any Contracted Service (a "Service Failure") due to CONTRACTOR's action or omission, CONTRACTOR shall forfeit all or part of the agreed upon fee for that service. If CONTRACTOR disputes responsibility for a Service Failure, the dispute shall

☐ I have read, understand, and agree to the Independent Contractor Agreement

**Disagree**          **Agree**

Start Dashing

# Updated Terms and Conditions Agreement

responsibility for a Service Failure, the dispute shall be resolved pursuant to the "Payment Disputes" provision below.

6. CONTRACTOR agrees to immediately notify DOORDASH in writing at dasher@doordash.com if CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Section.

## IV. RELATIONSHIP OF PARTIES

1. The parties acknowledge and agree that this Agreement is between two co-equal, independent business enterprises that are separately owned and operated. The parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee. The parties are not employees, agents, joint venturers, or partners of each other for any purpose. Neither party shall have the right to bind the other by contract or otherwise except as specifically provided in this Agreement.

2. DOORDASH shall not have the right to, and shall not, control the manner or the method of accomplishing Contracted Services to be

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

# Updated Terms and Conditions Agreement

accomplishing Contracted Services to be performed by CONTRACTOR. The parties acknowledge and agree that those provisions of the Agreement reserving ultimate authority in DOORDASH have been inserted solely for the safety of consumers and other CONTRACTORS using the DOORDASH platform or to achieve compliance with federal, state, or local laws, regulations, and interpretations thereof.

3. DOORDASH shall report all payments made to CONTRACTOR on a calendar year basis using an appropriate IRS Form 1099, if the volume of payments to CONTRACTOR qualify. CONTRACTOR agrees to report all such payments and any cash gratuities to the appropriate federal, state and local taxing authorities.

## V. PAYMENT FOR SERVICES

1. Unless notified otherwise by DOORDASH in writing or except as provided herein, CONTRACTOR will receive payment per accurate Contracted Service completed in the amount listed in the payment schedule for the relevant market, which you can

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

# Updated Terms and Conditions Agreement

schedule for the relevant market, which you can view here. From time to time, DOORDASH may offer opportunities for CONTRACTOR to earn more money for performing Contracted Services at specified times or in specified locations. Nothing prevents the parties from negotiating a different rate of pay, and CONTRACTOR is free to accept or deny any such opportunities to earn different rates of pay.

2. DOORDASH's online credit card software may permit consumers to add a gratuity to be paid to CONTRACTOR, and consumers can also pay a gratuity to CONTRACTOR in cash. CONTRACTOR shall retain 100% of any gratuity paid by the consumer, whether by cash or credit card. DOORDASH acknowledges it has no right to interfere with the amount of gratuity given by the consumer to the CONTRACTOR.

3. DOORDASH will process payments made by consumers and transmit to CONTRACTOR via direct deposit on a weekly basis unless it notifies CONTRACTOR otherwise in writing.

4. Notwithstanding the terms of Section V(1) – (3),

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree    Agree

Start Dashing

# Updated Terms and Conditions Agreement

4. Notwithstanding the terms of Section V(1) – (3), fulfillment orders placed directly with merchants rather than through the App or doordash.com ("Fulfillment Orders") may be subject to a different payment model. The current pay schedules offered for Fulfillment Orders in the relevant markets are reflected here. Nothing prevents the parties from negotiating a different rate of pay for a Fulfillment Order, and the CONTRACTOR is free to accept or reject Fulfillment Order opportunities. As with all Delivery Opportunities, CONTRACTOR shall retain 100% of any gratuity paid by the consumer for a Fulfillment Order. DoorDash's software may not always include an option to add gratuity for Fulfillment Orders; however, consumers can pay a gratuity to CONTRACTOR in cash.

5. From time to time, DOORDASH may offer various Dasher promotions or referral programs. CONTRACTOR agrees that he or she will not manipulate or abuse the referral programs or Dasher promotions by, among other things: (a) tampering with the location feature on his or her mobile phone; (b) collecting incentive or

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

# Updated Terms and Conditions Agreement

mobile phone; (b) collecting incentive or promotional pay when not eligible to receive such pay under relevant policies; or, (c) creating multiple Dasher or consumer accounts. CONTRACTOR understands that engaging in this type of manipulation or abuse constitutes a material breach of this Agreement and may lead to deactivation of his or her account.

## VI. PAYMENT DISPUTES

1. *CONTRACTOR's Failure*: In the event there is a Service Failure, CONTRACTOR shall not be entitled to payment as described above (as determined in DOORDASH's reasonable discretion). Any withholding of payment shall be based upon proof provided by the consumer, restaurant or other business, CONTRACTOR, and any other party with information relevant to the dispute. DOORDASH shall make the initial determination as to whether a Service Failure was the result of CONTRACTOR's action/omission. CONTRACTOR shall have the right to challenge DOORDASH's determination through any legal means contemplated by this Agreement;

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

# Updated Terms and Conditions Agreement

any legal means contemplated by this Agreement; however, CONTRACTOR shall notify DOORDASH in writing at dasher@doordash.com of the challenge and provide DOORDASH the opportunity to resolve the dispute. CONTRACTOR should include any documents or other information in support of his/her challenge.

2. *DOORDASH's Failure*: In the event DOORDASH fails to remit payment in a timely or accurate manner, CONTRACTOR shall have the right to seek proper payment by any legal means contemplated by this Agreement and, should CONTRACTOR prevail, shall be entitled to recover reasonable costs incurred in pursuing proper payment, provided, however, CONTRACTOR shall first inform DOORDASH in writing at dasher@doordash.com of the failure and provide a reasonable opportunity to cure it.

## EQUIPMENT AND EXPENSES

1. CONTRACTOR represents that he/she has or can lawfully acquire all equipment, including vehicles and food hot bags ("Equipment") necessary for

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |
|----------|-------|

Start Dashing

✕ Before You Begin

# Updated Terms and Conditions Agreement

and food hot bags ("Equipment") necessary for performing contracted services, and CONTRACTOR is solely responsible for ensuring that the vehicle used conforms to all vehicle laws pertaining to safety, equipment, inspection, and operational capability.

2. CONTRACTOR agrees that he/she is responsible for all costs and expenses arising from CONTRACTOR's performance of Contracted Services, including, but not limited to, costs related to CONTRACTOR's Personnel (defined below) and Equipment. Except as otherwise required by law, CONTRACTOR assumes all risk of damage or loss to its Equipment.

## VIII. PERSONNEL

1. In order to perform any Contracted Services, CONTRACTOR must, for the safety of consumers on the DOORDASH platform, pass a background check administered by a third-party vendor, subject to CONTRACTOR's lawful consent. CONTRACTOR is not required to perform any Contracted Services personally, but may, to the extent permitted by law

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

# Updated Terms and Conditions Agreement

personally, but may, to the extent permitted by law and subject to the terms of this Agreement, hire or engage others (as employees or subcontractors of CONTRACTOR) to perform all or some of the Contracted Services, provided any such employees or subcontractors meet all the requirements applicable to CONTRACTOR including, but not limited to, the background check requirements that CONTRACTOR must meet in order to perform Contracted Services. To the extent CONTRACTOR furnishes his/her own employees or subcontractors (collectively "Personnel"), CONTRACTOR shall be solely responsible for the direction and control of the Personnel it uses to perform all Contracted Services.

2. CONTRACTOR assumes full and sole responsibility for the payment of all amounts due to his/her Personnel for work performed in relation to this Agreement, including all wages, benefits and expenses, if any, and for all required state and federal income tax withholdings, unemployment insurance contributions, and social security taxes

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |
|---|---|

Start Dashing

# Updated Terms and Conditions Agreement

insurance contributions, and social security taxes as to CONTRACTOR and all Personnel employed by CONTRACTOR in the performance of Contracted Services under this Agreement. DOORDASH shall have no responsibility for any wages, benefits, expenses, or other payments due CONTRACTOR's Personnel, nor for income tax withholding, social security, unemployment insurance contributions, or other payroll taxes relating to CONTRACTOR or his/her Personnel. Neither CONTRACTOR nor his/her Personnel shall receive any wages, including vacation pay or holiday pay, from DOORDASH, nor shall they participate in or receive any other benefits, if any, available to DOORDASH's employees.

3. Unless mandated by law, DOORDASH shall have no authority to withhold state or federal income taxes, social security taxes, unemployment insurance taxes/contributions, or any other local, state or federal tax on behalf of CONTRACTOR or his/her Personnel.

4. CONTRACTOR and his/her Personnel shall not be required to wear a uniform or other clothing of any

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|----------|-------|

Start Dashing

✕      Before You Begin

## Updated Terms and Conditions Agreement

required to wear a uniform or other clothing of any type bearing DOORDASH's name or logo.

5. If CONTRACTOR uses the services of any Personnel to perform the Contracted Services, CONTRACTOR's Personnel must satisfy and comply with all of the terms of this Agreement, which CONTRACTOR must make enforceable by written agreement between CONTRACTOR and such Personnel. A copy of such written agreement must be provided to DOORDASH at least 7 days in advance of such Personnel performing the Contracted Services. The parties acknowledge that the sole purpose of this requirement is to ensure CONTRACTOR's compliance with the terms of this Agreement.

## IX. INSURANCE

1. CONTRACTOR agrees, as a condition of doing business with DOORDASH, that during the term of this Agreement, CONTRACTOR will maintain current insurance, in amounts and of types required by law to provide the Contracted Services, at his/her own expense. CONTRACTOR

☐   I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|---|---|

Start Dashing

# Updated Terms and Conditions Agreement

Services, at his/her own expense. CONTRACTOR acknowledges that failure to secure or maintain satisfactory insurance coverage shall be deemed a material breach of this Agreement and shall result in the termination of the Agreement and the loss of CONTRACTOR's right to receive Delivery Opportunities.

2. **NOTIFICATION OF COVERAGE**: CONTRACTOR agrees to deliver to DOORDASH, upon request, current certificates of insurance as proof of coverage. CONTRACTOR agrees to provide updated certificates each time CONTRACTOR purchases, renews, or alters CONTRACTOR's insurance coverage. CONTRACTOR agrees to give DOORDASH at least thirty (30) days' prior written notice before cancellation of any insurance policy required by this Agreement.

3. **WORKERS' COMPENSATION/OCCUPATIONAL ACCIDENT INSURANCE:** CONTRACTOR agrees that CONTRACTOR will not be eligible for workers' compensation benefits through DOORDASH, and instead, will be responsible for providing CONTRACTOR's own workers' compensation

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |

Start Dashing

# Updated Terms and Conditions Agreement

CONTRACTOR's own workers' compensation insurance or occupational accident insurance, if permitted by law.

## X. INDEMNITY

1. DOORDASH agrees to indemnify, protect and hold harmless CONTRACTOR from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly from DOORDASH's actions arranging and offering the Contracted Services to CONTRACTOR.

2. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly or indirectly from, as a result of or in connection with, the actions of CONTRACTOR and/or his/her Personnel arising from the performance of delivery services under this Agreement, including personal injury or death

☐ I have read, understand, and agree to the Independent Contractor Agreement

|  Disagree  |  Agree  |
|---|---|

Start Dashing

## Before You Begin

# Updated Terms and Conditions Agreement

this Agreement, including personal injury or death to any person (including to CONTRACTOR and/or his/her Personnel), as well as any liability arising from CONTRACTOR's failure to comply with the terms of this Agreement. CONTRACTOR's obligations hereunder shall include the cost of defense, including attorneys' fees, as well as the payment of any final judgment rendered against or settlement agreed upon by DOORDASH or its parent, subsidiary and/or affiliated companies.

3. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all tax liabilities and responsibilities for payment of all federal, state and local taxes, including, but not limited to all payroll taxes, self-employment taxes, workers compensation premiums, and any contributions imposed or required under federal, state and local laws, with respect to CONTRACTOR and CONTRACTOR's Personnel.

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|---|---|

Start Dashing

# Updated Terms and Conditions Agreement

and CONTRACTOR's Personnel.

4. CONTRACTOR shall be responsible for, indemnify and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from all costs of CONTRACTOR's business, including, but not limited to, the expense and responsibility for any and all applicable insurance, local, state or federal licenses, permits, taxes, and assessments of any and all regulatory agencies, boards or municipalities.

## XI. MUTUAL ARBITRATION PROVISION

1. CONTRACTOR and DOORDASH mutually agree to resolve any justiciable disputes between them exclusively through final and binding arbitration instead of filing a lawsuit in court. This arbitration agreement is governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16) ("FAA") and shall apply to any and all claims arising out of or relating to this Agreement, CONTRACTOR's classification as an

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree                Agree

Start Dashing

# Updated Terms and Conditions Agreement

Agreement, CONTRACTOR's classification as an independent contractor, CONTRACTOR's provision of Contracted Services to consumers, the payments received by CONTRACTOR for providing services to consumers, the termination of this Agreement, and all other aspects of CONTRACTOR's relationship with DOORDASH, past, present or future, whether arising under federal, state or local statutory and/or common law, including without limitation harassment, discrimination or retaliation claims and claims arising under or related to the Civil Rights Act of 1964 (or its state or local equivalents), Americans With Disabilities Act (or its state or local equivalents), Age Discrimination in Employment Act (or its state or local equivalents), Family Medical Leave Act (or its state or local equivalents), or Fair Labor Standards Act (or its state or local equivalents), state and local wage and hour laws, state and local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local claims arising out of or relating to CONTRACTOR's relationship or the

☐  I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
| --- | --- |

Start Dashing



# Updated Terms and Conditions Agreement

relating to CONTRACTOR's relationship or the termination of that relationship with DOORDASH. The parties expressly agree that this Agreement shall be governed by the FAA even in the event CONTRACTOR and/or DOORDASH are otherwise exemptedfrom the FAA. Any disputes in this regard shall be resolved exclusively by an arbitrator. In the event, but only in the event, the arbitrator determines the FAA does not apply, the state law governing arbitration agreements in the state in which the CONTRACTOR operates shall apply.

PENDING CLAIM EXCLUSION: This Mutual Arbitration Agreement, including the Class Action Waiver (below), does not apply to the lawsuit titled *Edwards v. DoorDash, Inc.* – Case No. 4:16-cv-02255, United States District Court for the Southern District of Texas – Houston Division ("*Edwards Lawsuit*"), which asserts wage and hour claims related to employment status. Rather, regardless of whether CONTRACTOR opts out of this Mutual Arbitration Agreement, any prior arbitration agreement between CONTRACTOR and DOORDASH that would otherwise cover the claims in the *Edwards Lawsuit* will remain in full force and effect as to that case

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

**Disagree**          **Agree**

Start Dashing

✕

## Before You Begin

# Updated Terms and Conditions Agreement

would otherwise cover the claims in the *Edwards Lawsuit* will remain in full force and effect as to that case, including withoutlimitation any class and/or collective action waiver (entitled "Class Action Waiver" or otherwise), regardless of any other provision of Section XI.

2. If either CONTRACTOR or DOORDASH wishes to initiate arbitration, the initiating party must notify the other party in writing via certified mail, return receipt requested, or hand delivery within the applicable statute of limitations period. This demand for arbitration must include (1) the name and address of the party seeking arbitration, (2) a statement of the legal and factual basis of the claim, and (3) a description of the remedy sought. Any demand for arbitration by CONTRACTOR must be delivered to General Counsel, 116 New Montgomery Street, 4th Floor, San Francisco, California 94105.

3. Class Action Waiver. CONTRACTOR and DOORDASH mutually agree that by entering into this agreement to arbitrate, both waive their right to have any dispute or claim brought, heard or

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |


# Updated Terms and Conditions Agreement

to have any dispute or claim brought, heard or arbitrated as, or to participate in, a class action, collective action and/or representative action, and an arbitrator shall not have any authority to hear or arbitrate any class, collective or representative action ("Class Action Waiver"). Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. In any case in which (1) the dispute is filed as a class, collective, or representative action and (2) there is a final judicial determination that all or part of the Class Action Waiver is unenforceable, the class, collective and/or representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Class Action Waiver that is enforceable shall be enforced in arbitration. Notwithstanding any other clause contained in this Agreement or the AAA Rules, as defined below, any claim that all or part of this Class Action Waiver

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|----------|-------|

✕  **Before You Begin**

# Updated Terms and Conditions Agreement

any claim that all or part of this Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. All other disputes with respect to whether this Mutual Arbitration Provision is unenforceable, unconscionable, applicable, valid, void or voidable shall be determined exclusively by an arbitrator, and not by any court.

4. CONTRACTOR agrees and acknowledges that entering into this arbitration agreement does not change CONTRACTOR's status as an independent contractor in fact and in law, that CONTRACTOR is not an employee of DOORDASH or its customers and that any disputes in this regard shall be subject to arbitration as provided in this agreement.

5. Any arbitration shall be governed by the American Arbitration Association Commercial Arbitration Rules ("AAA Rules"), except as follows:

   a. The arbitration shall be heard by one arbitrator selected in accordance with the AAA Rules.  The Arbitrator shall be an

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |

Start Dashing

✕            Before You Begin

## Updated Terms and Conditions Agreement

    AAA Rules.  The Arbitrator shall be an attorney with experience in the law underlying the dispute.

b.  If the parties cannot otherwise agree on a location for the arbitration, the arbitration shall take place within 45 miles of CONTRACTOR's residence as of the effective date of this Agreement.

c.  Unless applicable law provides otherwise, as determined by the Arbitrator, the parties agree that DOORDASH shall pay all of the Arbitrator's fees and costs.

d.  The Arbitrator may issue orders (including subpoenas to third parties) allowing the parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes.

e.  Except as provided in the Class Action Waiver, the Arbitrator may award all remedies to which a party is entitled under

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |
|----------|-------|

Start Dashing

# Updated Terms and Conditions Agreement

remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law, but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration. The Arbitrator shall apply the state or federal substantive law, or both, as is applicable.

f.  The Arbitrator may hear motions to dismiss and/or motions for summary judgment and will apply the standards of the Federal Rules of Civil Procedure governing such motions.

g.  The Arbitrator's decision or award shall be in writing with findings of fact and conclusions of law.

h.  The Arbitrator may issue orders to protect the confidentiality of proprietary information, trade secrets, or other sensitive information. Subject to the discretion of the Arbitrator or agreement of the parties, any person having a direct interest in the arbitration may attend the arbitration hearing. The Arbitrator may exclude any non-party from any part of the

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree | Agree

Start Dashing

## Updated Terms and Conditions Agreement

exclude any non-party from any part of the hearing.

   i. Either CONTRACTOR or DOORDASH may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration provided in this paragraph may be rendered ineffectual.

6. Nothing in this Mutual Arbitration Provision prevents you from making a report to or filing a claim or charge with the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs. Nothing in this Mutual Arbitration Provision prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Mutual Arbitration Provision. This Mutual Arbitration Provision also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by

☐ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |
|----------|-------|

Start Dashing

X

## Before You Begin

# Updated Terms and Conditions Agreement

even if the claims would otherwise be covered by this Mutual Arbitration Provision. Nothing in this Mutual Arbitration Provision prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. DOORDASH will not retaliate against CONTRACTOR for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act. Disputes between the parties that may not be subject to predispute arbitration agreement, including as provided by an Act of Congress or lawful, enforceable Executive Order, are excluded from the coverage of this Mutual Arbitration Provision.

7. The AAA Rules may be found at www.adr.org or by searching for "AAA Commercial Arbitration Rules" using a service such as www.google.com or www.bing.com or by asking DOORDASH's General Counsel to provide a copy.

8. **CONTRACTOR's Right to Opt Out of Arbitration**

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree      Agree

Start Dashing

✕     Before You Begin

## Updated Terms and Conditions Agreement

8. **CONTRACTOR's Right to Opt Out of Arbitration Provision.** Arbitration is not a mandatory condition of CONTRACTOR's contractual relationship with DOORDASH, and therefore CONTRACTOR may submit a statement notifying DOORDASH that CONTRACTOR wishes to opt out and not be subject to this MUTUAL ARBITRATION PROVISION. In order to opt out, CONTRACTOR must notify DOORDASH of CONTRACTOR's intention to opt out by sending an email to dasheroptout@doordash.com stating CONTRACTOR's intention to opt out. In order to be effective, CONTRACTOR's opt out notice must be provided within 30 days of the effective date of this Agreement. If CONTRACTOR opts out as provided in this paragraph, CONTRACTOR will not be subject to any adverse action from DOORDASH as a consequence of that decision and he/she may pursue available legal remedies without regard to this Mutual Arbitration Provision. If CONTRACTOR does not opt out within 30 days of the effective date of this Agreement, CONTRACTOR and DOORDASH shall be deemed to have agreed to

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|----------|-------|

Start Dashing

# Updated Terms and Conditions Agreement

DOORDASH shall be deemed to have agreed to this Mutual Arbitration Provision. CONTRACTOR has the right to consult with counsel of CONTRACTOR's choice concerning this Mutual Arbitration Provision (or any other provision of this Agreement.

9. Subject to the Pending Claim Exclusion in Section XI(1) above, this arbitration agreement is the full and complete agreement relating to the formal resolution of disputes covered by this arbitration agreement. In the event any portion of this arbitration agreement is deemed unenforceable, the remainder of this arbitration agreement will be enforceable. The award issued by the Arbitrator may be entered in any court of competent jurisdiction.

## XII. TERMINATION OF AGREEMENT

1. CONTRACTOR may terminate this Agreement upon seven (7) days written notice. DOORDASH may terminate this Agreement and deactivate CONTRACTOR'S Dasher account only for the reasons set forth in the DOORDASH Deactivation

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

✕  Before You Begin

## Updated Terms and Conditions Agreement

reasons set forth in the DOORDASH Deactivation Policy, or for a material breach of this Agreement. Notwithstanding any other provision in this Agreement, the DOORDASH Deactivation Policy is subject to change. DOORDASH shall provide notice of any such changes to CONTRACTOR via e-mail. Changes to the Deactivation Policy shall be effective and binding on the parties upon CONTRACTOR's continued use of the DOORDASH platform following DOORDASH's e-mail notice of such changes.

2. CONTRACTOR's and DOORDASH's obligations and rights arising under the Mutual Arbitration Provision of this Agreement shall survive termination of this Agreement. Notwithstanding any other provision in this Agreement, the Deactivation Policy is subject to change; such changes shall be effective and binding on the parties upon DOORDASH'S provision of notice to CONTRACTOR via e-mail.

## XIII. ENTIRE AGREEMENT, TRANSFERABILITY, AND WAIVER

1. This Agreement shall constitute the entire

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree        Agree

Start Dashing

# Updated Terms and Conditions Agreement

1. This Agreement shall constitute the entire agreement and understanding between the parties with respect to the subject matter of this Agreement and shall not be modified, altered, changed or amended in any respect, unless in writing and signed by both parties. Before accepting any modifications, alterations, changes or amendments, CONTRACTOR shall have the right to discuss any proposed changes with DOORDASH and consider whether to continue his/her contractual relationship with DOORDASH. Subject to the Pending Claim Exclusion in Section XI(1) above, this Agreement supersedes any prior contract between the parties. To the extent DOORDASH's consumer facing Terms and Conditions Agreement (or updated consumer facing Terms and Conditions Agreement, if applicable) is inconsistent or conflicts with this Agreement, this Agreement controls. This Agreement may not be assigned by either party without written consent of the other and shall be binding upon the parties hereto, including their heirs and successors, provided, however, that

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |
|---|---|

Start Dashing

# Updated Terms and Conditions Agreement

heirs and successors, provided, however, that DOORDASH may assign its rights and obligations under this Agreement to an affiliate of DOORDASH or any successor(s) to its business and/or purchaser of substantially all of its stock or assets. References in this Agreement to DOORDASH shall be deemed to include such successor(s).

2. The failure of DOORDASH or CONTRACTOR in any instance to insist upon a strict performance of the terms of this Agreement or to exercise any option herein, shall not be construed as a waiver or relinquishment of such term or option and such term or option shall continue in full force and effect.

## XIV. MISCELLANEOUS

1. CAPTIONS: Captions appearing in this Agreement are for convenience only and do not in any way limit, amplify, modify, or otherwise affect the terms and provisions of this Agreement.

2. SEVERABILITY Clause: Except as specifically provided in Section XI, if any part of this Agreement is declared unlawful or unenforceable,

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree          Agree

Start Dashing

✕

## Before You Begin

# Updated Terms and Conditions Agreement

Agreement is declared unlawful or unenforceable, the remainder of this Agreement shall remain in full force and effect.

3. GOVERNING LAW: Except for the Mutual Arbitration Provision above, which is governed by the Federal Arbitration Act, the choice of law for interpretation of this Agreement, and the right of the parties hereunder, as well as substantive interpretation of claims asserted pursuant to Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4. NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at dasher@doordash.com of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contractor's Services), or if the relationship of the parties differs from the terms

☐ I have read, understand, and agree to the Independent Contractor Agreement

Disagree    Agree

Start Dashing

✕ Before You Begin

## Updated Terms and Conditions Agreement

Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4. NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at dasher@doordash.com of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contractor's Services), or if the relationship of the parties differs from the terms contemplated in Section IV (Relationship of Parties).

5. PRIVACY POLICY: CONTRACTOR represents and warrants that he or she has reviewed and understands DOORDASH'S Dasher Privacy Statement, which can be found here. By using the Dasher Services, you consent to all actions taken by DOORDASH with respect to your information in accordance with the Dasher Privacy Statement.

☐ I have read, understand, and agree to the Independent Contractor Agreement

| Disagree | Agree |

Start Dashing

# Updated Terms and Conditions Agreement

Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4. NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at dasher@doordash.com of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contractor's Services), or if the relationship of the parties differs from the terms contemplated in Section IV (Relationship of Parties).

5. PRIVACY POLICY: CONTRACTOR represents and warrants that he or she has reviewed and understands DOORDASH'S Dasher Privacy Statement, which can be found here. By using the Dasher Services, you consent to all actions taken by DOORDASH with respect to your information in accordance with the Dasher Privacy Statement.

☑ **I have read, understand, and agree to the Independent Contractor Agreement**

| Disagree | Agree |

Start Dashing

# Exhibit D

| | |
|---|---|
| **From:** | AAA Heather Santo <heathersanto@adr.org> |
| **Sent:** | Thursday, October 03, 2019 7:40 AM |
| **To:** | Warren Postman; Sean Duddy; Ashley Keller; Justin Griffin; Lipshutz, Joshua S.; Holecek, Michael; AAA Heather Santo |
| **Subject:** | 4,000 Individuals v. DoorDash, Inc. |
| **Attachments:** | Wire Transfer Information.pdf |

**[EXTERNAL EMAIL]**

Dear Counsel,

This will acknowledge receipt on September 27, 2019 of 4,000 individual Demands for Arbitration alleging claims against DoorDash, Inc. Upon review of the documents, the AAA's Commercial Arbitration Rules and Mediation Procedures and the Employment/Workplace Fee Schedule shall apply to these disputes.  We have assigned AAA Case # 01-19-0003-0832 to these matters. Please note all individual arbitrations will be assigned their own case numbers upon receipt of Respondent's portion of filing fees.

Pursuant to the Employment/Workplace Fee Schedule a filing fee of $300.00 is due from the individuals when claims are filed, unless the agreement provides that the individual pay less. A fee of $1,900.00 per case is due from the company, unless the agreement provides that the company pay more.

Claimants have met their filing fee requirements. Accordingly, we request that the company pay its share of the fees in the amount of $7,600,000.00 ($1,900.00 for 4,000 cases) on or before October 24, 2019.

Payment may be submitted via check, wire transfer or credit card. Attached are the AAA Wire Transfer instructions. If paying by check, please reference the above case number, and mail your payment to:

Attention: Larry Allston
American Arbitration Association
13727 Noel Road, Suite 700
Dallas, TX  75240

If you wish to pay by credit card, please contact me directly and I will provide an AAA Paylink.

Please note: no answering statement or counterclaim is due at this time.  The AAA will notify the parties of the response deadlines when all fees have been received.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

 **Heather Santo**

1

American Arbitration Association



1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

# Exhibit E

| | |
|---|---|
| **From:** | Holecek, Michael <MHolecek@gibsondunn.com> |
| **Sent:** | Wednesday, October 16, 2019 10:19 AM |
| **To:** | AAA Heather Santo; Warren Postman; Sean Duddy; Ashley Keller; Justin Griffin; Lipshutz, Joshua S. |
| **Subject:** | RE: 4,000 Individuals v. DoorDash, Inc. |

**[EXTERNAL EMAIL]**

Dear Ms. Santo,

On behalf of DoorDash, I write to request a 2-week extension on the October 24, 2019, filing-fee deadline AAA has set for the matter of *4,000 Individuals v. DoorDash, Inc.*  We request the extension because we need more time to review the arbitration demand, analyze its compliance with DoorDash's arbitration agreement, and research company records to try to identify the 4,000 claimants who are purportedly asserting claims.  In the past, AAA has extended the filing-fee deadlines to provide DoorDash sufficient time to identify claimants and obtain the necessary approvals for large payments.  Indeed, Claimants' counsel consented to a two-week extension last week with respect to a smaller filing fee.

Thank you for your consideration.


**Michael J. Holecek**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com

# Exhibit F

| **From:** | Warren Postman <wdp@kellerlenkner.com> |
|---|---|
| **Sent:** | Wednesday, October 16, 2019 10:55 AM |
| **To:** | Holecek, Michael; AAA Heather Santo; Sean Duddy; Ashley Keller; Justin Griffin; Lipshutz, Joshua S. |
| **Subject:** | Re: 4,000 Individuals v. DoorDash, Inc. |

**[EXTERNAL EMAIL]**

Ms. Santo,

Claimants oppose DoorDash's request, and never "consented to a two-week extension last week" as Mr. Holecek incorrectly claims.  Claimants previously stated:

> We request that AAA deny DoorDash's request for an extension to its filing-fee deadline.  To the extent AAA grants DoorDash an extension notwithstanding our objection, we ask (a) that the extension be limited to two weeks and (b) that the extension be combined with a <u>final</u> deadline, after which AAA will dismiss any demands for which DoorDash has not paid filing fees so that those claimants may pursue judicial remedies.

Claimants' position remains that DoorDash is seeking delay disconnected from any actual review it is conducting regarding its filing fee obligations.  DoorDash does not require any additional time to explain why it will not meet its contractual obligations on or before October 24.

Sincerely,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

# Exhibit G

| From: | Holecek_Michael |
|---|---|
| To: | AAA Heather Santo; Warren Postman; Sean Duddy; Ashley Keller; Justin Griffin; Lipshutz_Joshua S. |
| Cc: | AAA Tacy Zysk |
| Subject: | RE: 4,000 Individuals v. DoorDash, Inc. |
| Date: | Monday, October 28, 2019 6:31:27 PM |
| Attachments: | image002.png |
| | image004.jpg |

Dear Ms. Santo and Ms. Zysk,

We have completed our analysis of the most recent 6,250 arbitration demands filed by Keller Lenkner.  See *2,250 Individuals v. DoorDash, Inc.* and *4,000 Individuals v. DoorDash, Inc.*  We have determined that there are significant deficiencies with the claimants' filings, rendering the demands insufficient to launch arbitration under the DoorDash Independent Contractor Agreement, as well as AAA's own rules.  As a result, DoorDash is under no obligation to, and will not at this time, tender to AAA the nearly $12 million in administrative fees that have been requested.

As you are aware from DoorDash's past actions, including the hundreds of pending AAA arbitrations in which the company is presently engaged, the company is ready and willing to engage in individual arbitration with any independent contractor who has non-frivolous claims and follows the proper procedures for initiating arbitration.  But requiring DoorDash to pay almost $12 million in filing fees for deficient arbitration demands constitutes an excessive and unreasonable hardship.

We are happy to discuss these matters further with you if helpful.

Thank you,

**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 Sou h Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com

# Exhibit

# H

| | |
|---|---|
| **From:** | AAA Heather Santo |
| **To:** | Warren Postman; Holecek_Michael; Sean Duddy; Ashley Keller; Justin Griffin; Lipshutz_Joshua S. |
| **Cc:** | AAA Tacy Zysk |
| **Subject:** | RE: 4,000 Individuals v. DoorDash, Inc. |
| **Date:** | Friday, November 8, 2019 10:45:49 AM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.png |
| | image004.jpg |
| | image005.png |
| | image006.jpg |
| | image05b409.PNG |
| | imagee64b32.JPG |

Dear Counsel:

Respondent has failed to submit the previously requested filing fees for the 6,250 individual matters; accordingly, we have administratively closed our files.  Claimants filing fees will be refunded under separate cover.

Please do not hesitate to contact me, should you have any questions.

Sincerely,

Heather Santo

**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

# Exhibit I

**From:** "Lipshutz, Joshua S." <JLipshutz@gibsondunn.com>
**Date:** Wednesday, August 14, 2019 at 10:31 AM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Cc:** Warren Postman <wdp@kellerlenkner.com>, Travis Lenkner <tdl@kellerlenkner.com>, Ashley Keller <ack@kellerlenkner.com>, "Holecek, Michael" <MHolecek@gibsondunn.com>
**Subject:** RE: 250 Individuals v. DoorDash, Inc.

Ms. Santo,
I write on behalf of DoorDash, Inc. regarding the July 2, 2019 group arbitration demand filed by Keller Lenkner on behalf of 250 individuals (the "Demand"). After receiving the Demand on defendants, the American Arbitration Association ("AAA") sent an invoice to DoorDash for filing fees of $1,900 per claimant, totaling $475,000. Pursuant to AAA's July 30, 2019 correspondence (below), the deadline for DoorDash to pay these fees is August 20, 2019.

I am writing because I understand that AAA plans to launch a new fee schedule for group arbitration demands. Although the new schedule has not yet been launched, my understanding is that AAA intends to assess defendants an upfront filing fee of approximately $300 per claimant, with subsequent payments to be made in the event individual arbitrations hit particular milestones.

A separate fee schedule for group filings makes good sense. Many of the arbitrations initiated by group demand may never proceed past initial filing, and few of them are likely to proceed through completion of arbitration. A separate fee schedule thus avoids imposing unnecessary and excessive upfront costs on defendants, requiring instead that both parties pay modest amounts to initiate arbitration and then compensate AAA for additional time and expense commensurate with the proceedings. Such a fee schedule also reduces the risk that claimants will use the threat of massive upfront filing fees as a means of extorting excessive settlement payments from defendants that bear no relation to the merits of the underlying claims.

We believe that the Demand DoorDash received on behalf of 250 individuals would qualify under AAA's forthcoming fee schedule. In light of the advantages outlined above, we respectfully request that AAA apply the new fee schedule to the Demand. Doing so would not prejudice the claimants in any way. Indeed, if the new fee schedule would benefit claimants over the prior fee schedule, DoorDash requests that they be entitled to those benefits as well. But it makes little sense for DoorDash to pay full filing fees for 250 claimants at this time before any proceedings have occurred.

We appreciate your consideration of this request. Please do not hesitate to contact me if I can provide additional information. If AAA grants the request, DoorDash requests that AAA send a new invoice reflecting the amount due under the new group filing fee schedule.

Best,
Josh

**Joshua S. Lipshutz**
**Partner**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8217 • Fax +1 202.530 9614

555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8233 • Fax +1 415.374 8469
JLipshutz@gibsondunn.com • www.gibsondunn.com

# Exhibit

# J

| | |
|---|---|
| **From:** | AAA Heather Santo |
| **To:** | Warren Postman; Lipshutz, Joshua S. |
| **Cc:** | Ashley Keller; Travis Lenkner; Holecek, Michael |
| **Subject:** | RE: 250 Individuals v. DoorDash, Inc. |
| **Date:** | Friday, August 16, 2019 3:27:50 PM |
| **Attachments:** | image005.png |
| | image007.jpg |
| | image009.png |
| | image011.jpg |
| | imagec4317b.PNG |
| | imagea10fa8.JPG |

Dear Counsel:

The AAA acknowledges letters from the parties on August 14, 2019 and August 15, 2019.  The AAA is considering a revised fee schedule for cases where a large number of individual filings are received. This fee schedule is not finalized and a time frame for implementation is not in place. The AAA at this time applies the current Employment/Workplace fee schedule to cases that are currently filed with the AAA.

In accordance with the AAA's current Employment/Workplace Fee Schedule, the Respondent's share of the fees, totaling $475,000.00, remain due on or before August 20, 2019.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Heather Santo

# Exhibit

# K

**From:** Warren Postman
**Sent:** Wednesday, November 13, 2019 1:45 PM
**To:** Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Holecek, Michael <MHolecek@gibsondunn.com>
**Cc:** Ashley Keller <ack@kellerlenkner.com>; Travis Lenkner <tdl@kellerlenkner.com>
**Subject:** DoorDash ICA

Josh, Michael,

It appears that DoorDash has either already issued, or may soon be issuing, a revised arbitration agreement to its Dashers that materially changes the terms of arbitration.  As you know, we represent tens of thousands of Dashers seeking to arbitrate misclassification claims against DoorDash, including nearly 7,000 who have already filed arbitration demands.  We sent you a list of nearly 18,000 of those clients on October 7.

I expect that you have advised your client against sending the revised arbitration agreement to our clients directly.  *See S.F. Unified Sch. Dist. ex rel. Contreras v. First Student, Inc.,* 213 Cal. App. 4th 1212, 1235 (2013) ("[A]n attorney is prohibited from drafting documents, correspondence, or other written materials, to be delivered to an opposing party represented by counsel even if they are prepared at the request of the client, are conveyed by the client and appear to be from the client rather than the attorney.").  But as a reminder, DoorDash attorneys may propose material changes to DoorDash's agreement to our clients only through us, because they are aware that our clients have retained us to bring claims against DoorDash in arbitration, and these changes relate to the subject of our representation.  *See* Cal R. Prof. Conduct 4.2(a) ("[A] lawyer shall not communicate directly or indirectly about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer.").

Sincerely,

**Warren D. Postman**
Partner
Keller | Lenkner

# Exhibit L

**From:** "Lipshutz, Joshua S." <JLipshutz@gibsondunn.com>
**Date:** November 14, 2019 at 7:04:39 PM EST
**To:** Warren Postman <wdp@kellerlenkner.com>, "Holecek, Michael" <MHolecek@gibsondunn.com>
**Cc:** Ashley Keller <ack@kellerlenkner.com>, Travis Lenkner <tdl@kellerlenkner.com>
**Subject:** RE:  DoorDash ICA

Warren,
Thank you for your email.  We are more than comfortable that we have satisfied our obligations under Rule 4.2(a).  The revised DoorDash IC Agreement went into effect on November 9 in the ordinary course of business.  As you know, DoorDash periodically rolls out revisions to the Agreement, and this was the latest such rollout.  To the extent your clients received notice of the new Agreement, it would only be because they chose to use the DoorDash app after the rollout date.  If your clients continue to use the platform, they will receive the same communications from DoorDash as all other Dashers.  In any event, none of the changes to the IC Agreement are about the subject of your representation.

Best,
Josh

**Joshua S. Lipshutz**
**Partner**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8217 • Fax +1 202.530.9614

555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8233 • Fax +1 415.374.8469
JLipshutz@gibsondunn.com • www.gibsondunn.com

# Exhibit

# M

# ICA United States

This Agreement ("Agreement") is made and entered into by and between you, the undersigned contractor ("CONTRACTOR"), an independent contractor engaged in the business of performing the services contemplated by this Agreement, and DoorDash, Inc. ("DOORDASH" or "COMPANY"). CONTRACTOR may enter this Agreement either as an individual or as a corporate entity. This Agreement will become effective on the date it is accepted regardless of whether you are eligible to, or ever do, perform any Contracted Services.

**IMPORTANT: PLEASE REVIEW THIS AGREEMENT CAREFULLY. IN PARTICULAR, PLEASE REVIEW THE MUTUAL ARBITRATION PROVISION IN SECTION XI, AS IT REQUIRES THE PARTIES (UNLESS YOU VALIDLY OPT OUT OF ARBITRATION, AS PROVIDED BELOW) TO RESOLVE DISPUTES ON AN INDIVIDUAL BASIS, TO THE FULLEST EXTENT PERMITTED BY LAW, THROUGH FINAL AND BINDING ARBITRATION. BY ACCEPTING THIS AGREEMENT, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS, INCLUDING SECTION XI, AND HAVE TAKEN THE TIME AND SOUGHT ANY ASSISTANCE NEEDED TO COMPREHEND THE CONSEQUENCES OF ACCEPTING THIS AGREEMENT.**

**RECITALS**

DOORDASH is a company that provides an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers ("DOORDASH platform" or "platform"). DOORDASH's software permits registered users to place orders for food and/or other goods from various restaurants and businesses. Once such orders are made, DOORDASH software notifies contractors that a delivery opportunity is available and the DOORDASH software facilitates completion of the delivery. DOORDASH is not a restaurant, food delivery service, or food preparation business.

CONTRACTOR is an independent provider of delivery and other services, authorized to conduct the services contemplated by this Agreement in the geographic location(s) in which CONTRACTOR operates. CONTRACTOR possesses all equipment and personnel necessary to perform the delivery and any other services contemplated by this Agreement in accordance with applicable laws. CONTRACTOR desires to enter into this Agreement for the right to receive delivery opportunities made available through DOORDASH'S platform. CONTRACTOR understands and expressly agrees that he/she is not an employee of DOORDASH or any restaurant, other business or consumer and that he/she is providing delivery and other services on behalf of him/herself and his/her business, not on behalf of DOORDASH. CONTRACTOR understands (i) he/she is free to select those times he/she wishes to be available on the platform to receive delivery opportunities; (ii) he/she is free to

accept or reject the opportunities transmitted through the DOORDASH platform by consumers, and can make such decisions to maximize his/her opportunity to profit; and (iii) he/she has the sole right to control the manner in which deliveries are performed and the means by which those deliveries are completed.

In consideration of the above, as well as the mutual promises described herein, DOORDASH and CONTRACTOR (collectively "the parties") agree as follows:

## I. PURPOSE OF THE AGREEMENT

1. This Agreement governs the relationship between DOORDASH and CONTRACTOR, and establishes the parties' respective rights and obligations. In exchange for the promises contained in this Agreement, CONTRACTOR shall have the right and obligation to perform the "Contracted Services" as defined herein. However, nothing in this Agreement requires CONTRACTOR to perform any particular volume of Contracted Services during the term of this Agreement, and nothing in this Agreement shall guarantee CONTRACTOR any particular volume of business for any particular time period.
2. CONTRACTOR shall have no obligation to accept or perform any particular "Delivery Opportunity" (as that term is defined herein) offered by DOORDASH. However, once a Delivery Opportunity is accepted, CONTRACTOR shall be contractually bound to complete the Contracted Services in accordance with all consumer specifications and the terms laid out in this Agreement,

## II. CONTRACTOR'S OPERATIONS

1. CONTRACTOR represents that he/she operates an independently established enterprise that provides delivery and other services, and that he/she satisfies all legal requirements and has all necessary licenses and permits necessary to perform any services contemplated by this Agreement. As an independent contractor/enterprise, CONTRACTOR shall be solely responsible for determining how to operate his/her business and how to perform the Contracted Services.
2. CONTRACTOR agrees to fully perform the Contracted Services in a timely, efficient, safe, and lawful manner. DOORDASH shall have no right to, and shall not, control the manner, method or means CONTRACTOR uses to perform the Contracted Services. Instead, CONTRACTOR shall be solely responsible for determining the most effective, efficient, and safe manner to perform the Contracted Services, including determining the manner of pickup, delivery, and route selection.

3. As an independent business enterprise, CONTRACTOR retains the right to perform services (whether delivery services or other services) for others and to hold him/herself out to the general public as a separately established business. The parties recognize that they are or may be engaged in similar arrangements with others and nothing in this Agreement shall prevent CONTRACTOR or DOORDASH from doing business with others. DOORDASH does not have the right to restrict CONTRACTOR from performing services for other businesses, customers or consumers at any time, even if such business directly competes with DOORDASH, and even during the time CONTRACTOR is logged into the DOORDASH platform. CONTRACTOR's right to compete with DOORDASH, or perform services for business that compete with DOORDASH, will survive even after termination of this Agreement.

4. CONTRACTOR is not required to purchase, lease, or rent any products, equipment or services from DOORDASH as a condition of doing business with DOORDASH or entering into this Agreement.

5. CONTRACTOR agrees to immediately notify DOORDASH in writing at www.doordash.com/help/ if CONTRACTOR's right to control the manner or method he/she uses to perform services differs from the terms contemplated in this Section.

## III. CONTRACTED SERVICES

1. From time to time, the DOORDASH platform will notify CONTRACTOR of the opportunity to complete deliveries from restaurants or other businesses to consumers in accordance with orders placed by consumers through the DOORDASH platform (each of these is referred to as a "Delivery Opportunity"). For each Delivery Opportunity accepted by CONTRACTOR ("Contracted Service"), CONTRACTOR agrees to retrieve the orders from restaurants or other businesses on time and safely, ensure the order is accurately filled, and complete delivery orders to consumers in a safe and timely fashion. CONTRACTOR understands and agrees that the parameters of each Contracted Service are established by the consumer, not DOORDASH, and represent the end result desired, not the means by which CONTRACTOR is to accomplish the result. CONTRACTOR has the right to cancel, from time to time, a Contracted Service when, in the exercise of CONTRACTOR's reasonable discretion and business judgment, it is appropriate to do so. Notwithstanding the foregoing, CONTRACTOR agrees to maintain both a customer rating and a completion rate found here as of the date this Agreement becomes effective. Failure to satisfy this obligation constitutes a material breach of this Agreement, and DOORDASH shall have the right to terminate this Agreement and/or deactivate CONTRACTOR'S account.

2. CONTRACTOR acknowledges that DOORDASH has discretion as to which, if any, Delivery Opportunity to offer, just as CONTRACTOR has the discretion whether and to what extent to accept any Delivery Opportunity.

3. CONTRACTOR acknowledges that CONTRACTOR is engaged in CONTRACTOR's own business, separate and apart from DOORDASH'S business, which is to provide an online marketplace connection using web-based technology that connects contractors, restaurants and/or other businesses, and consumers.

4. CONTRACTOR authorizes DOORDASH, during the course of a Contracted Service, to communicate with CONTRACTOR, consumer, and/or restaurant or other business to assist CONTRACTOR, to the extent permitted by CONTRACTOR, in facilitating deliveries. However, under no circumstances shall DOORDASH be authorized to control the manner or means by which CONTRACTOR performs delivery services or other services contemplated under this agreement. This includes, but is not limited to, the following:

5. DOORDASH does not require any specific type, or quality, of CONTRACTOR's choice of transportation.

6. CONTRACTOR does not have a supervisor or any individual at DOORDASH to whom they report.

7. CONTRACTOR is not required to use any signage or other designation of DOORDASH on his or her vehicle or person at any point in their use of the platform to perform the Contracted Services.

8. DOORDASH has no control over CONTRACTOR's personal appearance.

9. CONTRACTOR does not receive regular performance evaluations by DOORDASH.

10. CONTRACTOR may use whatever payment method he/she chooses to purchase items to be delivered to consumers, including, but not limited to CONTRACTOR's personal credit or debit card, cash or a prepaid card. CONTRACTOR may use, for CONTRACTOR's convenience, the prepaid card solely for purchasing items to be delivered to consumers. If CONTRACTOR chooses to use his/her personal credit or debit card or cash, CONTRACTOR shall invoice DOORDASH on a weekly basis and DOORDASH agrees to pay all invoices within 10 days of receipt.

11. In the event CONTRACTOR fails to fully perform any Contracted Service (a "Service Failure") due to CONTRACTOR's action or omission, CONTRACTOR shall forfeit all or part of the agreed upon fee for that service. If CONTRACTOR disputes responsibility for a Service Failure, the dispute shall be resolved pursuant to the "Payment Disputes" provision below.

12. CONTRACTOR agrees to immediately notify DOORDASH in writing by submitting a Support inquiry through https://help.doordash.com/consumers/s/contactsupport if CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Section.

**IV. RELATIONSHIP OF PARTIES**

1. The parties acknowledge and agree that this Agreement is between two co-equal, independent business enterprises that are separately owned and operated. The parties intend this Agreement to create the relationship of principal and independent contractor and not that of employer and employee. The parties are not employees, agents, joint venturers, or partners of each other for any purpose. Neither party shall have the right to bind the other by contract or otherwise except as specifically provided in this Agreement.

2. DOORDASH shall not have the right to, and shall not, control the manner or the method of accomplishing Contracted Services to be performed by CONTRACTOR. The parties acknowledge and agree that those provisions of the Agreement reserving ultimate authority in DOORDASH have been inserted solely for the safety of consumers and other CONTRACTORS using the DOORDASH platform or to achieve compliance with federal, state, or local laws, regulations, and interpretations thereof.

3. DOORDASH shall report all payments made to CONTRACTOR on a calendar year basis using an appropriate IRS Form 1099, if the volume of payments to CONTRACTOR qualify. CONTRACTOR agrees to report all such payments and any cash gratuities to the appropriate federal, state and local taxing authorities.

## V. PAYMENT FOR SERVICES

1. Unless notified otherwise by DOORDASH in writing or except as provided herein, CONTRACTOR will receive payment per accurate Contracted Service completed in an amount consistent with the publicly provided pay model, which you can view here. From time to time, DOORDASH may offer opportunities for CONTRACTOR to earn more money for performing Contracted Services at specified times or in specified locations. Nothing prevents the parties from negotiating a different rate of pay, and CONTRACTOR is free to accept or deny any such opportunities to earn different rates of pay.

2. DOORDASH's online credit card software may permit consumers to add a gratuity to be paid to CONTRACTOR, and consumers can also pay a gratuity to CONTRACTOR in cash. CONTRACTOR shall retain 100% of any gratuity paid by the consumer, whether by cash or credit card. DOORDASH acknowledges it has no right to interfere with the amount of gratuity given by the consumer to the CONTRACTOR.

3. DOORDASH will process payments made by consumers and transmit to CONTRACTOR. Payments for all deliveries completed in a given week will be transferred via direct deposit on no less than a weekly basis unless it notifies CONTRACTOR otherwise in writing.

4. Notwithstanding the terms of Section V(1) – (3), fulfillment orders placed directly with merchants rather than through the App or doordash.com ("Fulfillment Orders") may be subject to a different payment model. More information regarding Fulfillment Orders may be found <u>here</u>. Nothing prevents the parties from negotiating a different rate of pay for a Fulfillment Order, and the CONTRACTOR is free to accept or reject Fulfillment Order opportunities. As with all Delivery Opportunities, CONTRACTOR shall retain 100% of any gratuity paid by the consumer for a Fulfillment Order. DoorDash's software may not always include an option to add gratuity for Fulfillment Orders; however, consumers can pay a gratuity to CONTRACTOR in cash.

5. From time to time, DOORDASH may offer various Dasher promotions or referral programs. CONTRACTOR agrees that he or she will not manipulate or abuse the referral programs or Dasher promotions by, among other things: (a) tampering with the location feature on his or her mobile phone; (b) collecting incentive or promotional pay when not eligible to receive such pay under relevant policies; or, (c) creating multiple Dasher or consumer accounts. CONTRACTOR understands that engaging in this type of manipulation or abuse constitutes a material breach of this Agreement and may lead to deactivation of his or her account.

## VI. PAYMENT DISPUTES

1. *CONTRACTOR's Failure*: In the event there is a Service Failure, CONTRACTOR shall not be entitled to payment as described above (as determined in DOORDASH's reasonable discretion). Any withholding of payment shall be based upon proof provided by the consumer, restaurant or other business, CONTRACTOR, and any other party with information relevant to the dispute. DOORDASH shall make the initial determination as to whether a Service Failure was the result of CONTRACTOR's action/omission. CONTRACTOR shall have the right to challenge DOORDASH's determination through any legal means contemplated by this Agreement; however, CONTRACTOR shall notify DOORDASH in writing at www.doordash.com/help/ of the challenge and provide DOORDASH the opportunity to resolve the dispute. CONTRACTOR should include any documents or other information in support of his/her challenge.

2. *DOORDASH's Failure*: In the event DOORDASH fails to remit payment in a timely or accurate manner, CONTRACTOR shall have the right to seek proper payment by any legal means contemplated by this Agreement and, should CONTRACTOR prevail, shall be entitled to recover reasonable costs incurred in pursuing proper payment, provided, however, CONTRACTOR shall first inform DOORDASH in writing at www.doordash.com/help/ of the failure and provide a reasonable opportunity to cure it.

## VII. EQUIPMENT AND EXPENSES

1. CONTRACTOR represents that he/she has or can lawfully acquire all equipment, including vehicles and food hot bags ("Equipment") necessary for performing Contracted Services, and CONTRACTOR is solely responsible for ensuring that the vehicle used conforms to all vehicle laws pertaining to safety, equipment, inspection, and operational capability.

2. CONTRACTOR agrees that he/she is responsible for all costs and expenses arising from CONTRACTOR's performance of Contracted Services, including, but not limited to, costs related to CONTRACTOR's Personnel (defined below) and Equipment. Except as otherwise required by law, CONTRACTOR assumes all risk of damage or loss to its Equipment.

## VIII. PERSONNEL

1. In order to perform any Contracted Services, CONTRACTOR must, for the safety of consumers on the DOORDASH platform, pass a background check administered by a third-party vendor, subject to CONTRACTOR's lawful consent. CONTRACTOR is not required to perform any Contracted Services personally, but may, to the extent permitted by law and subject to the terms of this Agreement, hire or engage others (as employees or subcontractors of CONTRACTOR) to perform all or some of the Contracted Services, provided any such employees or subcontractors meet all the requirements applicable to CONTRACTOR including, but not limited to, the background check requirements that CONTRACTOR must meet in order to perform Contracted Services. To the extent CONTRACTOR furnishes his/her own employees or subcontractors (collectively "Personnel"), CONTRACTOR shall be solely responsible for the direction and control of the Personnel it uses to perform all Contracted Services.

2. **CONTRACTOR assumes full and sole responsibility for the payment of all amounts due to his/her Personnel for work performed in relation to this Agreement, including all wages, benefits and expenses, if any, and for all required state and federal income tax withholdings, unemployment insurance contributions, and social security taxes as to CONTRACTOR and all Personnel employed by CONTRACTOR in the performance of Contracted Services under this Agreement. DOORDASH shall have no responsibility for any wages, benefits, expenses, or other payments due CONTRACTOR's Personnel, nor for income tax withholding, social security, unemployment insurance contributions, or other payroll taxes relating to CONTRACTOR or his/her Personnel. Neither CONTRACTOR nor his/her Personnel shall receive any wages, including vacation pay or holiday pay, from DOORDASH, nor shall they participate in or receive any other benefits, if any, available to DOORDASH's employees.**

3. **Unless mandated by law, DOORDASH shall have no authority to withhold state or federal income taxes, social security taxes, unemployment insurance taxes/contributions, or any other local, state or federal tax on behalf of CONTRACTOR or his/her Personnel.**

4. CONTRACTOR and his/her Personnel shall not be required to wear a uniform or other clothing of any type bearing DOORDASH's name or logo.

5. If CONTRACTOR uses the services of any Personnel to perform the Contracted Services, CONTRACTOR's Personnel must satisfy and comply with all of the terms of this Agreement, which CONTRACTOR must make enforceable by written agreement between CONTRACTOR and such Personnel. A copy of such written agreement must be provided to DOORDASH at least 7 days in advance of such Personnel performing the Contracted Services. The parties acknowledge that the sole purpose of this requirement is to ensure CONTRACTOR's compliance with the terms of this Agreement.

## IX. INSURANCE

1. CONTRACTOR agrees, as a condition of doing business with DOORDASH, that during the term of this Agreement, CONTRACTOR will maintain current insurance, in amounts and of types required by law to provide the Contracted Services, at his/her own expense. CONTRACTOR acknowledges that failure to secure or maintain satisfactory insurance coverage shall be deemed a material breach of this Agreement and shall result in the termination of the Agreement and the loss of CONTRACTOR's right to receive Delivery Opportunities.

2. **NOTIFICATION OF COVERAGE**: CONTRACTOR agrees to deliver to DOORDASH, upon request, current certificates of insurance as proof of coverage. CONTRACTOR agrees to provide updated certificates each time CONTRACTOR purchases, renews, or alters CONTRACTOR's insurance coverage. CONTRACTOR agrees to give DOORDASH at least thirty (30) days' prior written notice before cancellation of any insurance policy required by this Agreement.

3. **WORKERS' COMPENSATION/OCCUPATIONAL ACCIDENT INSURANCE**: CONTRACTOR agrees that CONTRACTOR will maintain sufficient insurance to cover any risks or claims arising out of or related to CONTRACTOR'S relationship with DoorDash, including workers' compensation insurance where required by law. CONTRACTOR acknowledges and understands that CONTRACTOR will not be eligible for workers' compensation benefits through DOORDASH and is instead responsible for maintaining CONTRACTOR'S own workers' compensation insurance or occupational accident insurance. CONTRACTOR'S maintenance of CONTRACTOR'S own workers' compensation insurance or occupational accident insurance will not disqualify CONTRACTOR from participating in the Occupational Accident Insurance Policy for Dashers, which DoorDash may make available to CONTRACTOR.

## X. INDEMNITY

1. DOORDASH agrees to indemnify, protect and hold harmless CONTRACTOR from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly from DOORDASH's actions arranging and offering the Contracted Services to CONTRACTOR.

2. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all claims, demands, damages, suits, losses, liabilities and causes of action arising directly or indirectly from, as a result of or in connection with, the actions of CONTRACTOR and/or his/her Personnel arising from the performance of delivery services under this Agreement, including personal injury or death to any person (including to CONTRACTOR and/or his/her Personnel), as well as any liability arising from CONTRACTOR's failure to comply with the terms of this Agreement. CONTRACTOR's obligations hereunder shall include the cost of defense, including attorneys' fees, as well as the payment of any final judgment rendered against or settlement agreed upon by DOORDASH or its parent, subsidiary and/or affiliated companies.

3. CONTRACTOR agrees to indemnify, protect and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from any and all tax liabilities and responsibilities for payment of all federal, state and local taxes, including, but not limited to all payroll taxes, self-employment taxes, workers compensation premiums, and any contributions imposed or required under federal, state and local laws, with respect to CONTRACTOR and CONTRACTOR's Personnel.

4. CONTRACTOR shall be responsible for, indemnify and hold harmless DOORDASH, including all parent, subsidiary, and/or affiliated companies, as well as its and their past and present successors, assigns, officers, owners, directors, agents, representatives, attorneys, and employees, from all costs of CONTRACTOR's business, including, but not limited to, the expense and responsibility for any and all applicable insurance, local, state or federal licenses, permits, taxes, and assessments of any and all regulatory agencies, boards or municipalities.

## XI. MUTUAL ARBITRATION PROVISION

1. CONTRACTOR and DOORDASH mutually agree to this Mutual Arbitration Provision, which is governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16) ("FAA") and shall apply to any and all disputes arising out of or relating to this Agreement, CONTRACTOR's classification as an independent contractor, CONTRACTOR's provision of Contracted Services to consumers, the payments received by CONTRACTOR for providing services to consumers, the termination of this Agreement, and all other aspects of CONTRACTOR's relationship with DOORDASH, past, present or future, whether arising under federal, state or local statutory and/or common law, including without limitation harassment, discrimination or retaliation claims and claims arising under or related to the Civil Rights Act of 1964 (or its state or local equivalents), Americans With Disabilities Act (or its state or local equivalents), Age Discrimination in Employment Act (or its state or local equivalents), Family Medical Leave Act (or its state or local equivalents), Federal Credit Reporting Act (or its state or local equivalents), Telephone Consumer Protection Act (or its state or local equivalents), or Fair Labor Standards Act (or its state or local equivalents), state and local wage and hour laws, state and local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local claims arising out of or relating to CONTRACTOR's relationship or the termination of that relationship with DOORDASH. The parties expressly agree that this Agreement shall be governed by the FAA even in the event CONTRACTOR and/or DOORDASH are otherwise exempted from the FAA. Any disputes in this regard shall be resolved exclusively by an arbitrator. If for any reason the FAA does not apply, the state law governing arbitration agreements in the state in which the CONTRACTOR operates shall apply.

2. If either CONTRACTOR or DOORDASH wishes to initiate arbitration, the initiating party must notify the other party in writing via certified mail, return receipt requested, or hand delivery within the applicable statute of limitations period. This demand for arbitration must include (1) the name and address of the party seeking arbitration, (2) a statement of the legal and factual basis of the claim, and (3) a description of the remedy sought and (4) the amount in controversy. Any demand for arbitration by CONTRACTOR must be delivered to General Counsel, 901 Market Street, 6th Floor, San Francisco, California 94103.

3. Arbitration Class Action Waiver. CONTRACTOR and DOORDASH mutually agree that by entering into this agreement to arbitrate, both waive their right to have any dispute or claim brought, heard or arbitrated as, or to participate in, a class action, collective action and/or representative action—including but not limited to actions brought pursuant to the Private Attorney General Act ("PAGA"), California Labor Code section 2699 et seq., and any request seeking a public injunction—and an arbitrator shall not have any authority to hear or arbitrate any class, collective or representative action, or to award relief to anyone but the individual in arbitration ("Arbitration Class Action Waiver"). Notwithstanding any other clause contained in this Agreement or the CPR Rules, as defined below, any claim that all or part of this Arbitration Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator. In any case in which (1) the dispute is filed as a class, collective, or representative action and (2) there is a final judicial determination that all or part of the Arbitration Class Action Waiver is unenforceable, the class, collective and/or representative action to that extent must be litigated in a civil court of competent jurisdiction, but the portion of the Arbitration Class Action Waiver that is enforceable shall be enforced in arbitration. All other disputes with respect to whether this Mutual Arbitration Provision is unenforceable, unconscionable, applicable, valid, void or voidable, and all disputes regarding the payment of arbitrator or arbitration-organization fees including the timing of such payments and remedies for nonpayment, shall be determined exclusively by an arbitrator, and not by any court. For sake of clarification only, nothing in this paragraph shall be construed to prohibit settlements on a class-wide, collective, and/or representative basis.

4. CONTRACTOR agrees and acknowledges that entering into this Mutual Arbitration Provision does not change CONTRACTOR's status as an independent contractor in fact and in law, that CONTRACTOR is not an employee of DOORDASH or its customers and that any disputes in this regard shall be subject to arbitration as provided in this agreement.

5. Any arbitration shall be governed by the CPR Administered Arbitration Rules and, when applicable, the CPR Employment-Related Mass-Claims Protocol (together, the "CPR Rules") of the International Institute for Conflict Prevention & Resolution, except as follows:

a.   The arbitration shall be heard by one arbitrator (the "Arbitrator") selected in accordance with the CPR Rules.  The Arbitrator shall be an attorney with experience in the law underlying the dispute.

b.   If the parties cannot otherwise agree on a location for the arbitration, the arbitration shall take place within 45 miles of CONTRACTOR's residence as of the effective date of this Agreement.

c.    The CPR fee schedule will apply with the following exceptions. Unless applicable law provides otherwise, in the event that DOORDASH and CONTRACTOR have agreed to this Mutual Arbitration Provision, DOORDASH and CONTRACTOR shall equally share filing fees and other similar and usual administrative costs, as are common to both court and administrative proceedings, but CONTRACTOR's share of such fees and costs will not exceed the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration. DOORDASH shall pay any costs uniquely associated with arbitration, such as payment of the fees of the Arbitrator, as well as room rental.

d.    The Arbitrator may issue orders (including subpoenas to third parties) allowing the parties to conduct discovery sufficient to allow each party to prepare that party's claims and/or defenses, taking into consideration that arbitration is designed to be a speedy and efficient method for resolving disputes.

e.    Except as provided in the Arbitration Class Action Waiver, the Arbitrator may award all remedies to which a party is entitled under applicable law and which would otherwise be available in a court of law, but shall not be empowered to award any remedies that would not have been available in a court of law for the claims presented in arbitration.  The Arbitrator shall apply the state or federal substantive law, or both, as is applicable.

f.    The Arbitrator may hear motions to dismiss and/or motions for summary judgment and will apply the standards of the Federal Rules of Civil Procedure governing such motions.

g.    The Arbitrator's decision or award shall be in writing with findings of fact and conclusions of law.

h.    The Arbitrator may issue orders to protect the confidentiality of proprietary information, trade secrets, or other sensitive information. Subject to the discretion of the Arbitrator or agreement of the parties, any person having a direct interest in the arbitration may attend the arbitration hearing. The Arbitrator may exclude any non-party from any part of the hearing.

i.    Either CONTRACTOR or DOORDASH may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief on the ground that without such relief the arbitration provided in this paragraph may be rendered ineffectual.

1.  Nothing in this Mutual Arbitration Provision prevents you from making a report to or filing a claim or charge with the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, or Office of Federal Contract Compliance Programs. Nothing in this Mutual Arbitration Provision prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Mutual Arbitration Provision.  This Mutual Arbitration Provision also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Mutual Arbitration Provision.  Nothing in this Mutual Arbitration Provision prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. DOORDASH will not retaliate against CONTRACTOR for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act. Disputes between the parties that may not be subject to predispute arbitration agreement, including as provided by an Act of Congress or lawful, enforceable Executive Order, are excluded from the coverage of this Mutual Arbitration Provision.

2.  The CPR Rules may be found at www.cpradr.org or by searching for "CPR Administered Arbitration Rules" and "CPR Employment-Related Mass-Claims Protocol" using a service such as www.google.com or www.bing.com or by asking DOORDASH's General Counsel to provide a copy.

3. **CONTRACTOR's Right to Opt Out of Mutual Arbitration Provision.  Arbitration is not a mandatory condition of CONTRACTOR's contractual relationship with DOORDASH, and therefore CONTRACTOR may submit a statement notifying DOORDASH that CONTRACTOR wishes to opt out and not be subject to this MUTUAL ARBITRATION PROVISION.** In order to opt out, CONTRACTOR must notify DOORDASH in writing of CONTRACTOR's intention to opt out by sending a letter, by First Class Mail, to General Counsel, 901 Market Street, Suite 600, San Francisco, CA, 94103. Any attempt to opt out by email will be ineffective. The letter must state CONTRACTOR's intention to opt out. In order to be effective, CONTRACTOR's opt out letter must be postmarked within 30 days of the effective date of this Agreement. The letter must be signed by CONTRACTOR himself/herself, and not by any agent or representative of CONTRACTOR. The letter may opt out, at most, only one CONTRACTOR, and letters that purport to opt out multiple CONTRACTORS will not be effective as to any. No CONTRACTOR (or his or her agent or representative) may effectuate an opt out on behalf of other CONTRACTORS. If CONTRACTOR opts out as provided in this paragraph, CONTRACTOR will not be subject to any adverse action from DOORDASH as a consequence of that decision and he/she may pursue available legal remedies without regard to this Mutual Arbitration Provision. If CONTRACTOR does not opt out within 30 days of the effective date of this Agreement, CONTRACTOR and DOORDASH shall be deemed to have agreed to this Mutual Arbitration Provision. CONTRACTOR has the right to consult with counsel of CONTRACTOR's choice concerning this Mutual Arbitration Provision (or any other provision of this Agreement).

4. This Mutual Arbitration Provision is the full and complete agreement relating to the formal resolution of disputes covered by this Mutual Arbitration Provision. In the event any portion of this Mutual Arbitration Provision is deemed unenforceable, the remainder of this Mutual Arbitration Provision will be enforceable. The award issued by the Arbitrator may be entered in any court of competent jurisdiction.

## XII. LITIGATION CLASS ACTION WAIVER

1. To the extent allowed by applicable law, separate and apart from the Mutual Arbitration Provision found in Section XI, CONTRACTOR agrees that any proceeding to litigate in court any dispute arising out of or relating to this Agreement, whether because CONTRACTOR opted out of the Mutual Arbitration Provision or any other reason, will be conducted solely on an individual basis, and CONTRACTOR agrees not to seek to have any controversy, claim or dispute heard as a class action, a representative action, a collective action, a private attorney-general action, or in any proceeding in which CONTRACTOR acts or proposes to act in a representative capacity ("Litigation Class Action Waiver"). CONTRACTOR further agrees that no proceeding will be joined, consolidated, or combined with another proceeding, without the prior written consent of all parties to any such proceeding. If a court of competent jurisdiction determines that all or part of this Litigation Class Action Waiver is unenforceable, unconscionable, void or voidable, the remainder of this Agreement shall remain in full force and effect.

## XIII. TERMINATION OF AGREEMENT

1. CONTRACTOR may terminate this Agreement upon seven (7) days written notice. DOORDASH may terminate this Agreement and deactivate CONTRACTOR'S Dasher account only for the reasons set forth in the DOORDASH Deactivation Policy, or for a material breach of this Agreement. Notwithstanding any other provision in this Agreement, DOORDASH reserves the right to modify the Deactivation Policy if, in DOORDASH's good faith and reasonable discretion, it is necessary to do so for the safe and/or effective operation of the DOORDASH platform. DOORDASH shall provide notice of any such changes to CONTRACTOR via e-mail. Changes to the Deactivation Policy shall be effective and binding on the parties upon CONTRACTOR's continued use of the DOORDASH platform following DOORDASH's e-mail notice of such modifications. Nothing will prevent CONTRACTOR from attempting to negotiate an exemption from any modification to the Deactivation Policy.
2. CONTRACTOR's and DOORDASH's obligations and rights arising under the Mutual Arbitration Provision of this Agreement shall survive termination of this Agreement. Notwithstanding any other provision in this Agreement, the Deactivation Policy is subject to change; such changes shall be effective and binding on the parties upon DOORDASH'S provision of notice to CONTRACTOR via e-mail.

## XIV. ENTIRE AGREEMENT, TRANSFERABILITY, AND WAIVER

1. This Agreement shall constitute the entire agreement and understanding between the parties with respect to the subject matter of this Agreement and shall not be modified, altered, changed or amended in any respect, unless in writing and signed by both parties. Before accepting any modifications, alterations, changes or amendments, CONTRACTOR shall have the right to discuss any proposed changes with DOORDASH and consider whether to continue his/her contractual relationship with DOORDASH. This Agreement supersedes any prior contract between the parties. To the extent DOORDASH's consumer facing Terms and Conditions Agreement (or updated consumer facing Terms and Conditions Agreement, if applicable) is inconsistent or conflicts with this Agreement, this Agreement controls. However, the decision to opt-out of the Mutual Arbitration Provision in this Agreement does not affect the enforceability of any arbitration agreement in the consumer facing Terms and Conditions Agreement to which Contractor may be bound (and vice versa). This Agreement may not be assigned by either party without written consent of the other and shall be binding upon the parties hereto, including their heirs and successors, provided, however, that DOORDASH may assign its rights and obligations under this Agreement to an affiliate of DOORDASH or any successor(s) to its business and/or purchaser of substantially all of its stock or assets. References in this Agreement to DOORDASH shall be deemed to include such successor(s).

2. The failure of DOORDASH or CONTRACTOR in any instance to insist upon a strict performance of the terms of this Agreement or to exercise any option herein, shall not be construed as a waiver or relinquishment of such term or option and such term or option shall continue in full force and effect.

## XV. MISCELLANEOUS

1. CAPTIONS: Captions appearing in this Agreement are for convenience only and do not in any way limit, amplify, modify, or otherwise affect the terms and provisions of this Agreement.

2. SEVERABILITY Clause: Except as specifically provided in Section XI, if any part of this Agreement is declared unlawful or unenforceable, the remainder of this Agreement shall remain in full force and effect.

3. GOVERNING LAW: Except for the Mutual Arbitration Provision above, which is governed by the Federal Arbitration Act, the choice of law for interpretation of this Agreement, and the right of the parties hereunder, as well as substantive interpretation of claims asserted pursuant to Section XI, shall be the rules of law of the state in which CONTRACTOR performs the majority of the services covered by this Agreement.

4.  NOTICE AND OPPORTUNITY TO CURE: CONTRACTOR agrees to notify DOORDASH in writing at https://www.doordash.com/help/ of any breach or perceived breach of this Agreement, of any claim arising out of or related to this Agreement, or of any claim that CONTRACTOR's services or scope of work differ in any way from what is contemplated in this Agreement, including but not limited to the terms in Sections II (Contractor's Operations) and III (Contracted Services), or if the relationship of the parties differs from the terms contemplated in Section IV (Relationship of Parties).

# Exhibit

# N



## WHAT IS THE EMPLOYMENT-RELATED MASS CLAIMS PROTOCOL?

- Arbitration is a private process where a neutral third-party acts like a judge and resolves a claim for two parties. Sometimes employment contracts require employees to use arbitration in claims against their employer. Where many employees (sometimes tens of thousands) have brought arbitration claims against a single entity, it is often difficult for the arbitration provider to process these claims quickly and efficiently.
- CPR, which is short for the International Institute for Conflict Prevention and Resolution, is also an arbitration provider.  CPR has developed a process called the Employment Related Mass Claims Protocol to help with the administration of these mass claims. Since this process affects each employee's (or claimant's) legal rights, the full Protocol should be read carefully and in consultation with a lawyer.
- The Protocol uses "test" cases (a randomly-selected initial round of arbitrations) to provide examples for a mediator (a neutral third party who helps the parties to a claim find a solution). While the test cases go forward, the others will stand by. This should in most circumstances take about 6 months.
- Once the test cases result in decisions, CPR will remove information from the decisions that would reveal who the claimant is and give copies of the decisions to the mediator. Using these examples, the mediator will try for 90 days to assist the parties through their lawyers in coming to a process for resolving all of the remaining claims.
- If a global resolution is reached by the parties to the mediation, but the individual claimant doesn't like it, the claimant can proceed to an individual arbitration of the claim by a neutral arbitrator.
- If a global resolution is not reached, the company or the individual parties can choose to either proceed in court or in arbitration. If the company chooses to go to court, everyone can refile their claim in court. If the company chooses to proceed in arbitration, each claimant will still have the opportunity to decide to go to court instead of arbitration.

*The Employment Related Mass Claims Protocol is attached hereto.

**EMPLOYMENT-RELATED MASS-CLAIMS PROTOCOL**

Any time greater than 30 individual employment-related arbitration claims[1] of a nearly identical nature are, or have been, filed with CPR against the same Respondent(s) in close proximity one to another, where Respondent(s) and claimants have agreed to arbitrate such claims in accordance with the CPR Administered Arbitration Rules ("Admin Rules") or CPR Non-Administered Arbitration Rules ("NA Rules") and where each claimant has been afforded the due process protections specified on CPR's website,[2] then the parties agree that this Protocol shall apply to any such arbitration claims for which an arbitrator has not yet been appointed (collectively, the "Initial Mass Arbitrations").[3]  All parties also agree that claims are of a "Nearly Identical" nature if they arise out of a factual scenario and raise legal issues so similar one to another that application of the Protocol to the number of claims at issue will reasonably result in an efficient and fair adjudication of the claims.  To the extent the parties agree on the application of the Protocol to particular claims, they shall so advise CPR, and CPR shall confirm application of the Protocol.  To the extent the parties disagree on the application of the Protocol to particular claims, the disagreeing party shall advise CPR, and CPR shall appoint a standing arbitrator ("Administrative Arbitrator") to determine the Protocol's applicability.[4]  In an effort to expedite resolution of any such dispute by the Administrative Arbitrator, the parties agree the Arbitrator may set forth such procedures as are necessary to resolve any disputes promptly.  The arbitrator fees for work by the Administrative Arbitrator shall be paid by the Respondent(s).[5]

**Selection of the Initial Cases**

1. Once CPR has advised Respondent(s) that the Protocol applies to the Initial Mass Arbitrations,[6] the Respondent(s) shall submit an initiation fee to CPR;
2. Once the Excel spreadsheet from claimants and the initiation fee from Respondent(s) have been submitted to CPR, CPR will assign random sequential numbers to each of the Initial Mass Arbitrations.  Those claims assigned numbers 1-10 will be the initial Test Cases to proceed to

---

[1] Any time multiple arbitrations are filed with CPR against the same Respondent(s), the claimants filing the arbitrations must complete the Excel spreadsheet for each of the arbitrations per the template provided by CPR on its website.  Failure to do so will result in rejection of the filings by CPR.

[2] As specified on CPR's website, to the extent these protections are not afforded to each claimant, CPR will decline to administer any portion of the proceeding, and this Protocol shall not apply.

[3] The application of this Protocol to arbitration claims means that the procedures set forth in this Protocol, rather than those set forth in the Admin Rules or NA Rules, shall apply to the arbitrations unless otherwise specified. And, for the avoidance of doubt, this means that the submission of the Excel spreadsheet by claimants for claims governed by the Protocol shall be deemed the complete filing for purposes of the Admin Rules.

[4] To the extent that the parties all agree to treat a claim separately from this Protocol, CPR will separate the claim from this Protocol.  In that event, the claim shall be treated in accordance with the Admin Rules or NA Rules specified by the parties and any other provisions agreed to by the parties.  The same shall be true for any claim that is determined by the Administrative Arbitrator to not be subject to this Protocol.

[5] To the extent claimants commence arbitrations subsequent to the Initial Mass Arbitrations that are of a Nearly Identical nature ("Newly Commenced Mass Arbitrations") and that the parties believe should be treated pursuant to this Protocol, the claims shall proceed in accordance with the Protocol as outlined in the Protocol.  If the parties disagree on the application of the Protocol to particular claims amongst the Newly Commenced Mass Arbitrations, the disagreement shall be resolved by the Administrative Arbitrator, as set forth above

[6] At its discretion and once there are 30 or more Initial Mass Arbitrations, CPR may initiate the application of the Protocol even while the application of the Protocol to other arbitrations is still being resolved.

arbitration. To the extent that either counsel for the Respondent(s) or the claimants in the Initial Mass Arbitrations believe that there are claims in addition to the Test Cases that are necessary to guide the mediation process set forth below, counsel collectively for the claimants and counsel for the Respondent(s), within 5 days of the identification of the Test Cases, may submit up to an additional 5 claims, along with the reasons why the addition of such claims would be necessary to the mediation process, to counsel for the counterparty and to the Administrative Arbitrator for determination.  The parties agree that the Administrative Arbitrator may determine whether these additional claims should proceed to arbitration based alone on the submissions by counsel or may, in its discretion, seek a response from counsel for the counterparty.

3.  Each of the Test Cases along with any additional cases added by the Administrative Arbitrator pursuant to the process outlined above (collectively, the "Initial Cases") shall proceed to be arbitrated in accordance with the NA Rules.  However, selection of the single arbitrator for each of these Initial Cases shall be made only by each of the claimants pursuant to the following process. CPR shall first present a Master List of qualified arbitrators to the Respondent(s) within 5 days of receipt of the initiation fee.  Respondent(s) shall have 7 days after presentation to object to any candidate on that list only on the ground that there exists justifiable doubt as to the arbitrator's independence or impartiality in serving in these matters.  The objection shall state with specificity the reasons for the objection.  CPR shall decide objections by referring them to a Challenge Review Committee;

4.  Selection of the sole arbitrator in each of the Initial Cases shall be conducted pursuant to Rule 6 of the NA Rules with the following modifications:

    a.  Each claimant will be presented with CPR's Master List subject to any objections from Respondent(s) sustained by CPR;

    b.  Each claimant will nominate up to 3 arbitrators from CPR's Master List within 7 days of its presentation to each claimant;

    c.  If a Claimant fails to nominate 3 candidates within the time period, CPR will choose 3 candidates;

    d.  CPR will query the nominated candidates for disclosures, rates and availability;

    e.  The disclosures, rates and availability shall be shared with the parties and any objections based on the disclosures shall be raised with CPR within 5 days of the parties' receipt of the disclosures; and

    f.  Subject to payment by Respondent(s) of an appointment fee per appointment to CPR, CPR will then appoint any candidate who has received no objections or for whom CPR has not sustained an objection[7], and who is available to commence the arbitration within a reasonable timeframe after appointment.

5.  Any additional fees for services in connection with these Initial Cases shall be as per the CPR Fee Schedule;

6.  As provided in the NA Rules, and unless these matters resolve in advance, arbitrators will render final, reasoned awards (an award that sets out the reasoning on which it is based) in these matters within 120 days of the initial pre-hearing conference, and any extensions of time that would result in a final award being rendered more than 120 days after the initial pre-hearing conference shall be approved by CPR; and

7.  The reasoned awards shall be reasonably anonymized by CPR.

**The Mediation Process**

---

[7] CPR may refer objections where necessary to its Challenge Review Committee.

8.  Upon receipt of a mediation administrative fee from Respondent(s), and pursuant to CPR's Mediation Procedure, CPR shall appoint a suitable mediator or counsel for the parties to the Initial Mass Arbitrations as well as counsel for any Newly Commenced Mass Arbitrations that were commenced prior to initiation of the process to select the mediator may by agreement select a suitable mediator.  The Respondent(s) shall also pay the mediator's fees.  The mediator shall be provided with the anonymized reasoned awards;

9.  The mediator shall conduct the mediation pursuant to the CPR Mediation Procedure.   The object of the mediation shall be to identify a substantive methodology for resolving any outstanding, Nearly Identical claims, whether already commenced or not;

10.  Once the reasoned awards are provided to the mediator by CPR, the mediator and the counsel identified in paragraph 8 above shall have 90 days (the "mediation period") to arrive at an approach for efficiently and fairly resolving the remaining claims;

11.  From the commencement of the Initial Mass Arbitrations until the expiration of the mediation period, all remaining arbitrations (other than the Initial Cases) shall be stayed, and the Respondent(s) agrees to toll the statute of limitations from the commencement of the arbitrations until an arbitrator is selected for each of the claims or until such time as the claimant provides notice of opting-out, whichever is earlier, in accord with this Protocol;

12.  If by the expiration of the mediation period the parties are unable to agree upon a methodology for further resolution, then at this point (and only at this point) the Respondent(s) and each remaining claimant may choose to opt out of the arbitration process and proceed in court with the remaining claims;[8]

13.  Notice of opting out shall be provided within 60 days of the close of the mediation period by Respondent(s) and each of the claimants choosing to opt out on a Claimant Opt-Out form requiring each claimant's signature.  The opt-outs shall be submitted to cprneutrals@cpradr.org.  Absent an opt-out, the arbitrations shall proceed in the order determined by the random sequential numbers assigned to the Initial Mass Arbitrations, with as many proceeding simultaneously as practicable consistent with the procedures set forth in this Protocol;

14.  To the extent by the expiration of the mediation period the parties can agree upon a methodology for further resolution, the parties shall then seek to apply the methodology, as agreed upon during the mediation, to the remaining claims in an orderly and fair fashion;

15.  The remaining claimants at their individual discretion can choose to accept the approach as agreed upon and as applied by the mediator to their claim;

16.  If claimant accepts the approach, the parties shall enter into a settlement agreement that shall fully and finally resolve the claim;

17.  To the extent a claimant chooses not to accept the approach of the mediator, then the claimant shall promptly notify CPR at cprneutrals@cpradr.org that the arbitration is to proceed; and

18.  The arbitrations shall proceed in a sequence determined by CPR, which sequence shall in part turn on the timing of these notifications and on any other factors necessary for the efficient and orderly arbitration of the remaining claims.

---

[8] The ability to opt-out at the close of an unsuccessful mediation process by each remaining claimant shall be available to each claimant proceeding under this Protocol, including with respect to Newly Commenced Mass Arbitrations unless and until there is an agreement by counsel for Respondent(s) and counsel for at least 30 claimants to reinitiate the mediation process and the newly-initiated mediation process results in an agreed-upon approach for efficiently and fairly resolving the remaining claims.  At that point, all outstanding claimants shall no longer be given the option to opt out but shall be given the option resolve their claims pursuant to the agreed-upon approach as applied to their claim or proceed with their individual arbitration.

**Selection of the Arbitrator**

19. Within 10 days of the completion of the mediation period, and upon CPR receiving a presentation fee from Respondent(s), CPR shall present a Master List of qualified candidates to the Respondent(s);[9]
20. Within 7 days of the presentation of the Master List, Respondent(s) shall object to any candidate on that list only on the ground that there exists justifiable doubt as to the arbitrator's independence or impartiality in serving in these matters.  The objection shall state with specificity the reasons for the objection;
21. CPR shall decide objections by referring them to a Challenge Review Committee; and
22. The arbitration selection process for each of the remaining arbitrations shall proceed as set forth above at Paragraph 4, and prior to each appointment of an arbitrator for each arbitration, Respondent(s) shall pay to CPR the appointment fee.

**The Arbitration Process**

23. The arbitration shall then proceed with CPR pursuant to the NA Rules, provided that:
    a. All arbitration hearings must take place no more than 50 miles from the claimant's residence, or the parties and the arbitrator may agree to conduct the hearing via video conferencing;
    b. Arbitrator will handle all scheduling and other administrative matters with the parties;
    c. Arbitrator will handle all fundholding; and
    d. To the extent CPR is requested to provide a la carte assistance, it shall do so if practicable at the posted fee.
24. Every two months, CPR shall indicate to counsel for the parties the availability for arbitral appointments over the next 60-day period;
25. At the request of CPR, and with the agreement of counsel for Respondent(s) and counsel for 30 or more claimants, the mediation process as set forth above may be re-initiated pursuant to the CPR Mediation Procedure; however, the parties may agree to split the mediator's fee, and there shall be no stay of pending arbitrations;
26. If the parties to the re-initiated mediation are successful in the 90-day timeframe at agreeing upon a substantive methodology for resolving any outstanding, Nearly Identical claims, those claimants who have not received final decisions in their arbitrations shall be given the opportunity to resolve their claims pursuant to the methodology agreed upon by the parties to the mediation.  To the extent the parties to the re-initiated mediation are unable to agree upon a methodology for resolving claims, then only those claimants who were not previously provided an opt-out option in connection with their claims shall be afforded that option pursuant to Paragraphs 12-13 above. Otherwise, all claimants' arbitrations shall continue to proceed under this Protocol; and
27. This Protocol shall be subject to requirements of applicable law.
28. CPR reserves the right in its sole discretion to change the elements of this Protocol and any fees at any time, provided that any arbitration in which a selection had already been made will not be affected.

---

[9] The Master List shall be refreshed and re-presented to the Respondent(s) at least every 6 months or earlier, if requested by Respondent(s).  Respondent(s) shall pay the presentation fee in advance of each presentation.

# Exhibit

# O

## Find a Neutral

| Add Row | Delete Row | Group AND | Group OR | Reset | Clear | | | | View: Default View |

| | Neutrals ▼ | Country ▼ | Equals ▼ | United States | ... |
| | Neutrals ▼ | Name ▼ | Contains ▼ | | |
| | Neutrals ▼ | Language ▼ | Contains ▼ | | |
| | Neutrals ▼ | Mediator/Arbitrator ▼ | Contains Any O ▼ | Arbitrator | ... |
| | Neutrals ▼ | U.S State ▼ | Equals ▼ | | ... |
| | Neutrals ▼ | Keyword ▼ | Contains ▼ | | |
| | Neutrals ▼ | Panel ▼ | Equals ▼ | Employment Disputes Panel-I | ... |

| | | | Find | Hide |

| # | Name | | City | State | Country | Role |
|---|---|---|---|---|---|---|
| 1. | Aaron, Marjorie Corman | | Cincinnati | Ohio | United States | Mediator and Arbitrator |
| 2. | Arrington, Robert L. | | Kingsport | Tennessee | United States | Mediator and Arbitrator |
| 3. | Badway, Ernest Edward | Partner | New York | New York | United States | Mediator and Arbitrator |
| 4. | Balkan, Kenneth J. | | Garden City | New York | United States | Mediator and Arbitrator |
| 5. | Belen, Ariel E. | | New York | New York | United States | Mediator and Arbitrator |
| 6. | Bennett, Bruce | Attorney / CPA | Grayson | Georgia | United States | Mediator and Arbitrator |
| 7. | Benson, Roger C. | | St. Petersburg | Florida | United States | Mediator and Arbitrator |
| 8. | Chalk, John Allen | | Fort Worth | Texas | United States | Mediator and Arbitrator |
| 9. | Creo, Robert | | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| 10. | Deitz, Roger M. | | New York | New York | United States | Mediator and Arbitrator |
| 11. | DiBlasi, John P. | | Garden City | New York | United States | Mediator and Arbitrator |
| 12. | Evans, Cameron J. | | Rochester | Michigan | United States | Arbitrator |
| 13. | Feerick, John D. | Former Dean of Fordham University Law School, Former Partner of Skadden, Arps, Slate, Meagher & Flom | New York | New York | United States | Mediator and Arbitrator |
| 14. | Feinberg, Kenneth R. | Special Master, September 11 Victim Compensation Fund | Washington | District of Columbia | United States | Mediator and Arbitrator |
| 15. | Feliu, Alfred | | New Rochelle | New York | United States | Mediator and Arbitrator |
| 16. | Gerstel, Linda | | New York | New York | United States | Mediator and Arbitrator |
| 17. | Hanft, Noah J. | | New York | New York | United States | Mediator and Arbitrator |
| 18. | Holmes, Reginald A. | | Pasadena | California | United States | Mediator and Arbitrator |
| 19. | Jacobs, Roger B. | | New York | New York | United States | Mediator and Arbitrator |
| 20. | Jayson, Melinda G. | | Dallas | Texas | United States | Mediator and Arbitrator |
| 21. | Kavanagh, E. Michael | | Garden City | New York | United States | Mediator and Arbitrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| 🌀 | 22. | Keyes, Jeffrey J. | | Edina | Minnesota | United States | Mediator and Arbitrator |
| 🌀 | 23. | Kheel, Robert J. | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 24. | Kreismann, Ronald | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 25. | Krouse, Allen J. | | New Orleans | Louisiana | United States | Mediator and Arbitrator |
| 🌀 | 26. | Lampert, Michael A. | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 27. | Lesser, Nancy F. | | Washington | District of Columbia | United States | Mediator and Arbitrator |
| 🌀 | 28. | Levin, Jack P. | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 29. | Lewis, Timothy K. | Former U.S. Court of Appeals Judge | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| 🌀 | 30. | Lichter, David H. | | Aventura | Florida | United States | Mediator and Arbitrator |
| 🌀 | 31. | Malone, Bernard J. | | Garden City | New York | United States | Mediator and Arbitrator |
| 🌀 | 32. | Marinello, Mitchell L. | | Chicago | Illinois | United States | Mediator and Arbitrator |
| 🌀 | 33. | McDowell, Michael D. | | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| 🌀 | 34. | Mentz, Barbara A. | | New York | New York | United States | Arbitrator |
| 🌀 | 35. | Meyer, Judith P. | | Haverford, Pennsylvania | Pennsylvania | United States | Mediator and Arbitrator |
| 🌀 | 36. | Morril, Mark C. | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 37. | Moxley, Charles J. | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 38. | Naranjo, Dan A. | Former U.S. Magistrate Judge | San Antonio | Texas | United States | Mediator and Arbitrator |
| 🌀 | 39. | Nevas, Alan H. | Fmr. U.S. District Court Judge | Westport | Connecticut | United States | Mediator and Arbitrator |
| 🌀 | 40. | Ostolaza, Yvette | Member of the firm-wide Management Committee, Executive Committee, co-head of the Firm's Litigation practice, and Managing Partner of the Dallas office. | Dallas | Texas | United States | Arbitrator |
| 🌀 | 41. | Panarella, Merriann | | Natick | Massachusetts | United States | Arbitrator |
| 🌀 | 42. | Phillips, F. Peter | | Montclair | New Jersey | United States | Mediator and Arbitrator |
| 🌀 | 43. | Phillips, John R. | | Kansas City | Missouri | United States | Mediator and Arbitrator |
| 🌀 | 44. | Platt, Steven I. | | Annapolis | Maryland | United States | Mediator and Arbitrator |
| 🌀 | 45. | Prather, Robert C. | | Dallas | Texas | United States | Arbitrator |
| 🌀 | 46. | Ravala, M. Salman | | New York | New York | United States | Mediator and Arbitrator |
| 🌀 | 47. | Rosenblatt, Arnold | | Manchester | New Hampshire | United States | Mediator and Arbitrator |
| 🌀 | 48. | Rosengard, Lee A. | | Philadelphia | Pennsylvania | United States | Mediator and Arbitrator |
| 🌀 | 49. | Shea, Robert M. | | Boston | Massachusetts | United States | Mediator and Arbitrator |
| 🌀 | 50. | Singer, David C. | | New York | New York | United States | Mediator and Arbitrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 51. | **Skelos, Peter B.** | | Garden City | New York | United States | Mediator and Arbitrator |
| | 52. | **Smith Dedrick, Katherine** | | Denver | Colorado | United States | Mediator and Arbitrator |
| | 53. | **Soussan, Susan S.** | Former Texas State Civil District Judge | Houston | Texas | United States | Mediator and Arbitrator |
| | 54. | **Thorpe, R. Wayne** | | Atlanta | Georgia | United States | Mediator and Arbitrator |
| | 55. | **Travis, Mark C.** | | Cookeville | Tennessee | United States | Mediator and Arbitrator |
| | 56. | **Wang, Tong** | | New York | New York | United States | Arbitrator |
| | 57. | **Warshawsky, Ira B.** | | Garden City | New York | United States | Mediator and Arbitrator |
| | 58. | **Welch, Dana** | | Berkeley | California | United States | Arbitrator |
| | 59. | **Wickliff, A. Martin** | | Houston | Texas | United States | Mediator and Arbitrator |
| | 60. | **Zulkey, Edward J.** | | Chicago | Illinois | United States | Mediator and Arbitrator |

1  Justin Griffin (#234675)
2      justingriffin@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  (213) 443-3100

5  Travis Lenkner (*pro hac vice forthcoming*)
6      tdl@kellerlenkner.com
   KELLER LENKNER LLC
7  150 N. Riverside Plaza, Suite 4270
   Chicago, Illinois 60606
8  (312) 741-5220

9  Warren Postman (*pro hac vice forthcoming*)
10     wdp@kellerlenkner.com
   KELLER LENKNER LLC
11 1300 I Street, N.W., Suite 400E
   Washington, D.C. 20005
12 (202) 749-8334

13 *Attorneys for Petitioners*

14              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15                 **FOR THE COUNTY OF SAN FRANCISCO**

16
   CHRISTINE BOYD, et al.,                )    Case No. CPF-19-516930
17                                         )
                                           )
18                                         )    **DECLARATION OF CHRISTINE BOYD**
              *Petitioners,*               )    **IN SUPPORT OF PETITIONERS'**
19                                         )    **MOTION FOR TEMPORARY**
          vs.                              )    **RESTRAINING ORDER AND ORDER**
20                                         )    **TO SHOW CAUSE**
   DOORDASH, INC.,                         )
21                                         )
                                           )
22                                         )
              *Respondent.*                )
23                                         )
                                           )
24 _____       )

25

26

27

28
   _____

DocuSign Envelope ID: 0BD660D5-657B-454A-9A6F-BA565Z8C5E6F

I, Christine Boyd, declare as follows:

1.      I am over the age of 18.  I have personal knowledge of the facts stated herein, and if called upon as a witness I could and would testify competently thereto.

2.      I live in Pomona, California and work in Claremont and LaVerne, California.

3.      To the best of my recollection, I started working for DoorDash as a driver (called a "Dasher") with an orientation on February 10, 2018 and with deliveries starting approximately two weeks later in late February 2018 or early March 2018.

4.      When I signed up to be a Dasher, I was required to sign a contract that DoorDash provided me.  I signed the agreement and do not recall opting out of its arbitration clause.

5.      I still work as a Dasher.

6.      On or around July 19, 2019, I signed an engagement agreement authorizing Keller Lenkner LLC to bring misclassification related claims on my behalf against DoorDash.

7.      About a week ago, I logged into the DoorDash app to begin making deliveries for DoorDash.

8.      But before I could begin making deliveries, DoorDash presented me with its new terms and agreement.  It would not let me proceed until I accepted its terms.

9.      I thought that the new agreement was merely an update to the app.  I did not realize that this agreement contained new provisions that could affect my ongoing case against DoorDash.

10.     The App does not give drivers a lot of time to sign on.  That day, I had put myself on pause.  When I went back to the App, I only had about five to ten minutes to sign in.  If I did not do it within that time period, I would be kicked off the App for the day, and I would not have been able to make any deliveries.  Because of the timing pressure, I did not have a lot of time to look at the agreement.  The update caught me at a time where, if I did not sign quickly, I would lose the hours that I was signed up to work.  I do not recall receiving any other information

about this new agreement ahead of the time that I was scheduled to work, which would have allowed me to read the agreement more thoroughly.

11.     I accepted the terms of the agreement even though I did not have the time to fully read through and understand them.  I did so because I rely on the income being a Dasher provides, and I did what I had to do to start working.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on __11/18/2019_____ in _____Pomona_____, ____California____.

DocuSigned by:

Christine Boyd

—65DC7F4A41374F0...

Christine Boyd

---

DECLARATION OF CHRISTINE BOYD
CASE NO. _____

1  Justin Griffin (#234675)
       justingriffin@quinnemanuel.com
2  QUINN EMANUEL URQUHART & SULLIVAN, LLP
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  213-443-3100

5  Travis Lenkner (*pro hac vice forthcoming*)
       tdl@kellerlenkner.com
6  KELLER LENKNER LLC
7  150 N. Riverside Plaza, Suite 4270
   Chicago, Illinois 60606
8  (312) 741-5220

9  Warren Postman (*pro hac vice forthcoming*)
       wdp@kellerlenkner.com
10 KELLER LENKNER LLC
11 1300 I Street, N.W., Suite 400E
   Washington, D.C. 20005
12 (202) 749-8334

13 *Attorneys for Petitioners*

14            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15                **FOR THE COUNTY OF SAN FRANCISCO**

16
   CHRISTINE BOYD, et al.,                    ) Case No. CPF-19-516930
17                                            )
                                              )
18                                            ) **DECLARATION OF JUSTIN GRIFFIN**
              *Petitioners,*                  ) **IN SUPPORT OF PETITIONERS'**
19                                            ) **MOTION FOR A TEMPORARY**
        vs.                                   ) **RESTRAINING ORDER AND ORDER**
20                                            ) **TO SHOW CAUSE**
   DOORDASH, INC.,                            )
21                                            )
                                              )
22                                            )
              *Respondent.*                   )
23                                            )
                                              )
24                                            )

25

26

27

28

1

**<u>DECLARATION OF JUSTIN GRIFFIN</u>**

2

I, Justin Griffin, declare based on personal knowledge as follows:

3
1.      I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Petitioners

4
in this matter.

5
2.      I have personal knowledge of the facts stated herein, and if called upon as a witness,

6
I could and would testify competently thereto.

7
3.      This declaration is submitted in support of Petitioners' Motion For A Temporary

8
Restraining Order.

9
4.      I certify that on 4:30 p.m. on November 19, 2019, Petitioners' counsel provided

10
notice of Petitioners' motion for a temporary restraining order and order to show cause to

11
DoorDash, Inc. via an email to DoorDash's counsel in this matter, Joshua Lipshutz and Michael

12
Holecek of Gibson, Dunn & Crutcher LLP.

13
5.      In the email, Petitioners' counsel informed DoorDash's counsel that Petitioners'

14
motion for a temporary restraining order will be heard at 11 a.m. on Thursday, November 21, 2019

15
in Department 302 of the Superior Court of California, County of San Francisco, 400 McAllister

16
St, San Francisco, CA 94102.  Petitioners' counsel further informed DoorDash's counsel of the

17
relief sought in Petitioners' motion.  Specifically, Petitioners' counsel informed DoorDash's

18
counsel that Petitioners seek a temporary restraining order and an order to show cause why a

19
preliminary injunction should not issue enjoining DoorDash, Inc. and its counsel from sending

20
revised arbitration agreements directly to Petitioners in an attempt to alter or eliminate the rights

21
Petitioners are pursuing in this action and in circumvention of Petitioners' counsel.

22
6.      Petitioners' counsel's notice to DoorDash complied with California Rule of Court

23
3.1203, as counsel informed DoorDash of the *ex parte* application and when and where the

24
application would be made prior to 10:00 a.m. on the day before Petitioners' *ex parte* appearance.

25

26

27

28

DECLARATION OF JUSTIN GRIFFIN
CASE NO. CPF-19-516930

7.      DoorDash's counsel confirmed receipt of Petitioners' notice at 5:57 p.m on November 19, 2019.  DoorDash's counsel did not indicate whether they intended to oppose, though Petitioners expect that DoorDash will oppose the motion.

I affirm that the foregoing is true under penalty of perjury under the laws of the State of California California.

Signed on November 19, 2019 in Los Angeles, California

Justin Griffin

1    Justin Griffin (#234675)
     justingriffin@quinnemanuel.com
2    QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 S. Figueroa St., 10th Floor
3    Los Angeles, California 90017
   213-443-3100
4

5    Travis Lenkner (*pro hac vice forthcoming*)
     tdl@kellerlenkner.com
6    KELLER LENKNER LLC
   150 N. Riverside Plaza, Suite 4270
7    Chicago, Illinois 60606
   (312) 741-5220
8

9    Warren Postman (*pro hac vice forthcoming*)
     wdp@kellerlenkner.com
10    KELLER LENKNER LLC
   1300 I Street, N.W., Suite 400E
11    Washington, D.C. 20005
   (202) 749-8334
12

13    *Attorneys for Petitioners*

14        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15          **FOR THE COUNTY OF SAN FRANCISCO**

16

17    CHRISTINE BOYD, et al.,       Case No. CPF-19-516930

18                          **[PROPOSED] ORDER GRANTING**
                         **PETITIONERS' APPLICATION FOR**
19          *Petitioners,*            **ORDER TO SHOW CAUSE RE**
                         **PRELIMINARY INJUNCTION**
20       vs.

21    DOORDASH, INC.,

22

23          *Respondent.*

24

25

26

27

28

1  **[PROPOSED] ORDER GRANTING PETITIONERS' APPLICATION FOR ORDER TO**

2  **SHOW CAUSE RE PRELIMINARY INJUNCTION**:

3      Petitioners Application for an Order to Show Cause re Preliminary Injunction (the

4  "Application") was heard before this Court on November 21, 2019 at 11:00 a.m.  Having

5  considered the Application together with the papers on file, as well as any oral argument of

6  counsel, for good cause showing, the Court hereby **GRANTS** Petitioners' Application.

7      **RESPONDENTS ARE HEREBY ORDERED** to appear on _____ at

8  _____ in Department _____ of this Court located at 400 McAllister St., San

9  Francisco, CA 94102, to show cause why a preliminary injunction should not be issued

10  restraining and enjoining, Respondent, its affiliates, agents, servants, assigns, and all those in

11  concert with them as follows:

12      (1) DoorDash is hereby enjoined from presenting Petitioners with any updated arbitration

13          agreement until the permissibility of presenting each Petitioner with an updated

14          agreement is decided in individual arbitrations administered by AAA.

15      **IT IS FURTHER ORDERED THAT:**

16      This Order to Show Cause and supporting papers shall be served on Respondents no later

17  than _____ by [personal service/facsimile transmission/overnight mail].

18  Proof of such service shall be filed and delivered in the manner provided by California Civil

19  Procedure Code section 527 at least _____ court days before prior to the hearing.

20      Any opposition papers to the Order to Show Cause shall be filed and served on Petitioners

21  by [personal service/facsimile transmission/overnight mail] no later than _____.

22  Any reply papers to the opposition shall be filed and served on Respondents by [personal

23  service/facsimile transmission/overnight mail] no later than _____.

24      **SO ORDERED.**

25  DATED: November __, 2019           _____

26                        Judge of the San Francisco Superior Court

27

28

1   Justin Griffin (#234675)
        justingriffin@quinnemanuel.com
2   QUINN EMANUEL URQUHART & SULLIVAN, LLP
3   865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
4   213-443-3100

5   Travis Lenkner (*pro hac vice forthcoming*)
        tdl@kellerlenkner.com
6   KELLER LENKNER LLC
7   150 N. Riverside Plaza, Suite 4270
    Chicago, Illinois 60606
8   (312) 741-5220

9   Warren Postman (*pro hac vice forthcoming*)
        wdp@kellerlenkner.com
10  KELLER LENKNER LLC
11  1300 I Street, N.W., Suite 400E
    Washington, D.C. 20005
12  (202) 749-8334

13  *Attorneys for Petitioners*

14          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

15              **FOR THE COUNTY OF SAN FRANCISCO**

16
    CHRISTINE BOYD, et al.,                     ) Case No. CPF-19-516930
17                                              )
18                                              )
                                                ) **[PROPOSED] ORDER GRANTING**
19              *Petitioners,*                  ) **PETITIONERS' MOTION FOR A**
                                                ) **TEMPORARY RESTRAINING ORDER**
20          vs.                                 )
                                                )
21  DOORDASH, INC.,                             )
                                                )
22                                              )
                                                )
23              *Respondent.*                   )
                                                )
24                                              )

25

26

27

28

_____
        [PROPOSED] ORDER GRANTING MOTION FOR A TEMPORARY RESTRAINING
                                    ORDER
                         CASE NO. CPF-19-516930

1    **[PROPOSED] ORDER GRANTING PETITIONERS'**

2    **MOTION FOR A TEMPORARY RESTRAINING ORDER**

3    Petitioners' Application for a Temporary Restraining Order (the "Application") was heard

4    before this Court on November 21, 2019 at 11:00 a.m.  Petitioners moved this Court for an order

5    enjoining Respondent DoorDash, Inc. from presenting Petitioners with its updated contractor

6    agreement and requiring Petitioners to sign that agreement to continue working for the company.

7    The Court, having considered the motion and supporting papers, any opposition, reply, or other

8    submissions of the parties, counsels' arguments, and any other material properly before the Court,

9    and for good cause shown, hereby grants the motion for a temporary restraining order and orders

10   as follows:

11   DoorDash must immediately stop presenting Petitioners with any updated arbitration

12   agreement until the permissibility of presenting each Petitioner with an updated agreement is

13   decided in individual arbitrations administered by American Arbitration Association.

14

15   **SO ORDERED.**

16   DATED: November __, 2019                    _____

17                                              Judge of the San Francisco Superior Court

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT G



**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

**To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

## Parties (Claimant)

Name of Claimant: Felipe Rosas (KL Tracking No. 5906761)

Address: 5217 Silver Springs Ln

| City: Bakersfield | State: California | Zip Code: 93313 |
|---|---|---|
| Phone No.: 6615995254 | Fax No.: | |

Email Address: rosasfelipedoordashz5906761@projects.filevine.com

Representative's Name (if known): Ashley Keller

Firm (if applicable): Keller Lenkner LLC

Representative's Address: 150 N. Riverside Plaza, Suite 4270

| City: Chicago | State: Illinois | Zip Code: 60606 |
|---|---|---|
| Phone No.: 3127415222 | Fax No.: | |

Email Address: ack@kellerlenkner.com

## Parties (Respondent)

Name of Respondent: DoorDash, Inc.

Address: 901 Market Street, 6th Floor

| City: San Francisco | State: California | Zip Code: 94103 |
|---|---|---|
| Phone No.: 8559731040 | Fax No.: | |

Email Address:

Representative's Name (if known): Joshua S. Lipshutz

Firm (if applicable): Gibson, Dunn & Crutcher LLP

Representative's Address: 1050 Connecticut Avenue, N.W.

| City: Washington | State: DC | Zip Code: 20036 |
|---|---|---|
| Phone No.: 2029558217 | Fax No.: 2025309614 | |

Email Address: jlipshutz@gibsondunn.com

Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: Claimant declines to specify the amount in controversy at this time, as the information needed to calculate damages is exclusively within DoorDash's control.
Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

AMERICAN ARBITRATION ASSOCIATION®

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

---

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

Claimant has been a courier for DoorDash. DoorDash has exercised significant control over Claimant, including by determining which deliveries it has offered Claimant and how much it has paid Claimant for each delivery. Because DoorDash sets the material terms of its couriers' conduct, Claimant has not used managerial skill to increase profits. Claimant, along with other couriers, has made up DoorDash's core workforce; Claimant is integral to DoorDash's business. While working for DoorDash, Claimant has not operated a transportation-based business independent of DoorDash. DoorDash has thus misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as showing to be applicable following discovery of information exclusively within the control of Respondent: 29 U.S.C. §§ 206, 207 (Minimum Wage & Overtime); California Labor Code, Wage Order No. 9 (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time & Notice Violations); California Labor Code § 226 (Wage Statement and Records Access); and Cal. Bus. & Prof. Code § 17200 (Unfair and Unlawful Business Practices).

---

Other Relief Sought:  ☑ Attorneys Fees   ☑ Interest   ☑ Arbitration  Costs  ☑ Punitive/ Exemplary

☑ Other: declaratory relief; appropriate individual equitable relief, damages; penalties; and restitution

---

Please describe the qualifications for arbitrator(s) to hear this dispute:

Claimant requests that the arbitrator "be an attorney with experience in the law underlying the dispute." § XI.5.a.

---

Hearing: Estimated time needed for hearings overall: 6 hours

---

Hearing Locale: Claimant request a hearing location within 45 miles of Claimant's residence. § XI.5.b.

*(check one)* ☑ Requested by Claimant   ☐ Locale provision included in the contract

---

Filing Fee requirement or $300 (max amount per AAA) – Claimant will satisfy the $300 filing fee requirement.

Filing by Company:  ☐ $2,200 single arbitrator   ☐ $2,800 three arbitrator panel

---

Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

---

| Signature (may be signed by a representative): | Date: |
|---|---|
| | August 26, 2019 |

---

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.

# EXHIBIT H



**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

**To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

## Parties (Claimant)

| | | |
|---|---|---|
| Name of Claimant: Kaneisha Grim (KL Tracking No. 5764546) | | |
| Address: 1501 E Century Blvd #227 | | |
| City: Los Angeles | State: California | Zip Code: 90002 |
| Phone No.: 2133730972 | Fax No.: | |
| Email Address: grimkaneishadoordashz5764546@projects.filevine.com | | |
| Representative's Name (if known): Ashley Keller | | |
| Firm (if applicable): Keller Lenkner LLC | | |
| Representative's Address: 150 N. Riverside Plaza, Suite 4270 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: 3127415222 | Fax No.: | |
| Email Address: ack@kellerlenkner.com | | |

## Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: DoorDash, Inc. | | |
| Address: 901 Market Street, 6th Floor | | |
| City: San Francisco | State: California | Zip Code: 94103 |
| Phone No.: 8559731040 | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Joshua S. Lipshutz | | |
| Firm (if applicable): Gibson, Dunn & Crutcher LLP | | |
| Representative's Address: 1050 Connecticut Avenue, N.W. | | |
| City: Washington | State: DC | Zip Code: 20036 |
| Phone No.: 2029558217 | Fax No.: 2025309614 | |
| Email Address: jlipshutz@gibsondunn.com | | |

Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: Claimant declines to specify the amount in controversy at this time, as the information needed to calculate damages is exclusively within DoorDash's control.
Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

AMERICAN ARBITRATION ASSOCIATION®

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

---

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

Claimant has been a courier for DoorDash. DoorDash has exercised significant control over Claimant, including by determining which deliveries it has offered Claimant and how much it has paid Claimant for each delivery. Because DoorDash sets the material terms of its couriers' conduct, Claimant has not used managerial skill to increase profits. Claimant, along with other couriers, has made up DoorDash's core workforce; Claimant is integral to DoorDash's business. While working for DoorDash, Claimant has not operated a transportation-based business independent of DoorDash. DoorDash has thus misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as showing to be applicable following discovery of information exclusively within the control of Respondent: 29 U.S.C. §§ 206, 207 (Minimum Wage & Overtime); California Labor Code, Wage Order No. 9 (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time & Notice Violations); California Labor Code § 226 (Wage Statement and Records Access); and Cal. Bus. & Prof. Code § 17200 (Unfair and Unlawful Business Practices).

---

Other Relief Sought: ☑ Attorneys Fees   ☑ Interest   ☑ Arbitration  Costs  ☑ Punitive/ Exemplary

☑ Other: declaratory relief; appropriate individual equitable relief, damages; penalties; and restitution

---

Please describe the qualifications for arbitrator(s) to hear this dispute:

Claimant requests that the arbitrator "be an attorney with experience in the law underlying the dispute." § XI.5.a.

---

Hearing: Estimated time needed for hearings overall: 6 hours

---

Hearing Locale: Claimant request a hearing location within 45 miles of Claimant's residence. § XI.5.b.

*(check one)* ☑ Requested by Claimant  ☐ Locale provision included in the contract

---

Filing Fee requirement or $300 (max amount per AAA) – Claimant will satisfy the $300 filing fee requirement.

Filing by Company:  ☐ $2,200 single arbitrator  ☐ $2,800 three arbitrator panel

---

Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

---

| Signature (may be signed by a representative): | Date: |
|---|---|
| | August 26, 2019 |

---

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.

# EXHIBIT I



AMERICAN ARBITRATION ASSOCIATION®

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

**To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.**

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

## Parties (Claimant)

| | | |
|---|---|---|
| Name of Claimant: Irwin Allen (KL Tracking No. 5906887) | | |
| Address: 415 E. Pine st. #3 | | |
| City: Santa Ana | State: California | Zip Code: 92701 |
| Phone No.: 7149473556 | Fax No.: | |
| Email Address: allenirwindoordashz5906887@projects.filevine.com | | |
| Representative's Name (if known): Ashley Keller | | |
| Firm (if applicable): Keller Lenkner LLC | | |
| Representative's Address: 150 N. Riverside Plaza, Suite 4270 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: 3127415222 | Fax No.: | |
| Email Address: ack@kellerlenkner.com | | |

## Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: DoorDash, Inc. | | |
| Address: 901 Market Street, 6th Floor | | |
| City: San Francisco | State: California | Zip Code: 94103 |
| Phone No.: 8559731040 | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Joshua S. Lipshutz | | |
| Firm (if applicable): Gibson, Dunn & Crutcher LLP | | |
| Representative's Address: 1050 Connecticut Avenue, N.W. | | |
| City: Washington | State: DC | Zip Code: 20036 |
| Phone No.: 2029558217 | Fax No.: 2025309614 | |
| Email Address: jlipshutz@gibsondunn.com | | |

Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: Claimant declines to specify the amount in controversy at this time, as the information needed to calculate damages is exclusively within DoorDash's control.
Claim involves:  ☑ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights

AMERICAN ARBITRATION ASSOCIATION®

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

---

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

Claimant has been a courier for DoorDash. DoorDash has exercised significant control over Claimant, including by determining which deliveries it has offered Claimant and how much it has paid Claimant for each delivery. Because DoorDash sets the material terms of its couriers' conduct, Claimant has not used managerial skill to increase profits. Claimant, along with other couriers, has made up DoorDash's core workforce; Claimant is integral to DoorDash's business. While working for DoorDash, Claimant has not operated a transportation-based business independent of DoorDash. DoorDash has thus misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as showing to be applicable following discovery of information exclusively within the control of Respondent: 29 U.S.C. §§ 206, 207 (Minimum Wage & Overtime); California Labor Code, Wage Order No. 9 (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time & Notice Violations); California Labor Code § 226 (Wage Statement and Records Access); and Cal. Bus. & Prof. Code § 17200 (Unfair and Unlawful Business Practices).

---

Other Relief Sought: ☑ Attorneys Fees   ☑ Interest   ☑ Arbitration Costs   ☐ Punitive/ Exemplary

☑ Other: declaratory relief; appropriate individual equitable relief, damages; penalties; and restitution

---

Please describe the qualifications for arbitrator(s) to hear this dispute:

Claimant requests that the arbitrator "be an attorney with experience in the law underlying the dispute." § XI.5.a.

---

Hearing: Estimated time needed for hearings overall: 6 hours

---

Hearing Locale: Claimant request a hearing location within 45 miles of Claimant's residence. § XI.5.b.

*(check one)* ☑ Requested by Claimant   ☐ Locale provision included in the contract

---

Filing Fee requirement or $300 (max amount per AAA) – Claimant will satisfy the $300 filing fee requirement.

Filing by Company:   ☐ $2,200 single arbitrator   ☐ $2,800 three arbitrator panel

---

Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

---

Signature (may be signed by a representative):

Date:
August 26, 2019

---

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.