GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE BOYD, et al.,<br><br>                Petitioners,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>                Respondent. | CASE NO. 3:19-cv-07646<br><br>**RESPONDENT DOORDASH, INC.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[Removal from Superior Court of California, County of San Francisco, Case No. CPF-19-516930]<br><br>Action Filed: November 19, 2019 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-13, Respondent DoorDash, Inc. ("DoorDash") gives notice that the following case is pending at this time: *Abernathy v. DoorDash, Inc.*, Case No. 3:19-cv-07545-WHA, pending in this Court before the Honorable William Alsup.

*Abernathy* involves similar allegations regarding DoorDash's mutual arbitration agreements with contractors who use DoorDash's technology and similar claims under 9 U.S.C § 4, the California Labor Code, California Business and Professions Code, and the Fair Labor Standards Act (29 U.S.C. § 203, et seq.).

These two cases should be coordinated in this Court to avoid conflicts, conserve resources, and promote an efficient determination of the actions. DoorDash will meet and confer with Plaintiff's counsel on this issue, and proposes that the parties present their thoughts on this issue in their joint case management conference statement.

Dated: November 20, 2019                    GIBSON, DUNN & CRUTCHER LLP

                                            By:     */s/ Joshua Lipshutz*
                                                        Joshua Lipshutz

                                            Attorneys for Defendant DOORDASH, INC.