GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE BOYD, et al.,<br><br>　　　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　　Respondent. | CASE NO. 3:19-cv-07646-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION**<br>(AS MODIFIED)<br>Action Filed:  November 15, 2019<br><br>Proposed Hearing Date: January 30, 2020<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-CV-07646-WHA

# STIPULATION REGARDING BRIEFING SCHEDULE

Pursuant to Civil Local Rule 7-12, DoorDash, Inc. ("Respondent") and Christine Boyd, et al. ("Petitioners") (together with Respondent, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Petitioners filed their Petition to Compel Arbitration on November 19, 2019 in San Francisco Superior Court;

WHEREAS, this case was removed to this Court on November 20, 2019 (Dkt. 1);

WHEREAS, on December 2, 2019, this Court ordered that the above captioned case be related to previously-filed *Abernathy v. DoorDash, Inc.*, Case No. 3:19-cv-07545-WHA (Dkt. 11);

WHEREAS, at a hearing before the Court on November 25, 2019 in *Abernathy*, the Court instructed the Parties to meet and confer to determine an appropriate briefing schedule regarding the Motion to Compel;

WHEREAS, Respondent's opposition to the Petitioners' Petition to Compel Arbitration is currently due December 10, 2019;

WHEREAS, Petitioners intend to file an Amended Petition to Compel Arbitration and Motion to Compel Arbitration in both *Abernathy* and the above-captioned case;

WHEREAS, the Parties agree that a synchronized briefing schedule in *Abernathy* and the above-captioned case will promote judicial efficiency and conservation of resources;

WHEREAS, the Parties request the following briefing schedule for the forthcoming Amended Petition to Compel Arbitration and Motion to Compel Arbitration as follows:

| | |
|---|---|
| Petitioners' deadline to file Amended Petition to Compel Arbitration, Amended Motion to Compel Arbitration, and declarations in response to the Court's Order Regarding Declarations, *Abernathy* Dkt. No. 50. | December 23, 2019 |
| Respondent's deadline to file its Opposition to Petitioners' Motion to Compel Arbitration | January 16, 2020 |
| Petitioners' deadline to file their Reply in support of their Motion to Compel Arbitration | January 23, 2020 |

WHEREAS, the Parties request that they be allowed 25 pages for their Amended Motion to Compel and Opposition, and up to 15 pages for Petitioners' Reply.

1

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-CV-07646-WHA

Gibson, Dunn &
Crutcher LLP

WHEREAS, the Parties request that they be allowed to file a single set of briefs in the above captioned case, which will be deemed to have been filed in *Abernathy*. The Parties believe that such an administrative order will promote judicial efficiency and conservation of resources;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. The Parties shall file a single set of briefs on the docket for the above captioned case. Each brief shall include case captions for both the above captioned case and *Abernathy*. Those briefs will be deemed to have been filed in *Abernathy*.

2. Petitioners shall file their Amended Petition to Compel Arbitration, an Amended Motion to Compel Arbitration of up to 25 pages, and declarations in response to the Court's Order Regarding Declarations, *Abernathy* Dkt. No. 50, on or before December 23, 2019;

3. Respondent shall file its Opposition to Petitioners' Motion to Compel Arbitration of up to 25 pages on January 16, 2020;

4. Petitioners shall file their Reply in support of their Motion to Compel Arbitration of up to 15 pages on January 23, 2020;

5. The Hearing on the Motion to Compel Arbitration shall be set for January 30, 2020, or at the convenience of the Court thereafter.

**IT IS SO STIPULATED**

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| Dated: December 10, 2019 | | GIBSON, DUNN & CRUTCHER LLP |

By: _/s/ Joshua Lipshutz_
Joshua Lipshutz

Attorneys for Respondent, DOORDASH, INC.

Dated: December 10, 2019      KELLER LENKNER LLC.

By: _Warren Postman_
Warren Postman

Attorneys for PETITIONERS

## CM/ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Lipshutz, herby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 10, 2019      GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Joshua Lipshutz_
Joshua Lipshutz

Attorneys for Respondent, DOORDASH, INC.

**[PROPOSED] ORDER**

Having considered the parties' Stipulation and Proposed Order Regarding the Briefing Schedule for Petitioners' Amended Petition to Compel Arbitration, and good cause appearing, the Court hereby GRANTS the parties' stipulation. It is HEREBY ORDERED that the parties shall follow the schedule:

1. The Parties shall file a single set of briefs on the docket for the above captioned case. Each brief shall include case captions for both the above captioned case and *Abernathy*. Those briefs will be deemed to have been filed in *Abernathy*.

2. Petitioners shall file their Amended Petition to Compel Arbitration, Amended Motion to Compel Arbitration of up to 25 pages, and declarations in response to the Court's Order Regarding Declarations, Dkt. No. 50, on or before December 23, 2019;

3. Respondent shall file its Opposition to Petitioners' Motion to Compel Arbitration of up to 25 pages on January 16, 2020;

4. Petitioners shall file their Reply in support of their Motion to Compel Arbitration of up to 15 pages on January 23, 2020;

5. The Hearing on the Motion to Compel Arbitration shall be set for ~~January 30, 2020~~. February 13, 2020 at 8 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   December 16, 2019.



The Honorable William Alsup
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

4
STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-CV-07646-WHA

Gibson, Dunn & Crutcher LLP